IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT SAMPSON, | : |
| Plaintiff, | : |
| | : CIVIL ACTION NO. 22-cv-05120 |
| v. | : |
| | : JURY TRIAL DEMANDED |
| NATIONAL BOARD OF MEDICAL EXAMINERS, | : |
| Defendants. | : |

**ENTRY OF APPEARANCE**

TO THE CLERK OF COURT:

Kindly enter my appearance as attorney for Plaintiff Robert Sampson in the above captioned matter.

Dated: August 30, 2022         /s/ Charles Weiner
                               Charles Weiner, Esquire (ID. No. 5445275)
                               Law Office of Charles Weiner
                               99 Lantern Drive, Suite 202
                               Doylestown, PA 18901
                               (267) 685-6311
                               charles@charlesweinerlaw.com

                               Counsel for Plaintiff