## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was served via the Court's CM/ECF and through personal service on August 30, 2022 to Defendant:

National Board of Medical Examiners
3750 Market Street
Philadelphia, PA 19104-3102

_____/s/_____
Charles Weiner, Esquire