AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | | |
|---|---|---|
| ROBERT SAMPSON | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 22-cv-05120-ENV-ARL |
| NATIONAL BOARD OF MEDICAL EXAMINERS | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* National Board of Medical Examiners
3750 Market Street
Philadelphia, PA 19104-3102

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Mary C. Vargas
Stein & Vargas, LLP
10 G Street NE, Suite 600
Washington, DC 20002

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



BRENNA B. MAHONEY
*CLERK OF COURT*

Date: 08/30/2022

*Concetta Landow*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 22-cv-05120-ENV-ARL

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* National Board of Medical Examiners
was received by me on *(date)* 8/30/2022 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* George McFeeters - Facilities Mgr. , who is designated by law to accept service of process on behalf of *(name of organization)* National Board of Medical Examiners on *(date)* 8/31/2022 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0 .

I declare under penalty of perjury that this information is true.

Date: 9/6/2022

Server's signature

Jodi Borgmann - Process Server
Printed name and title

Seagull Legal Services Inc.
PO Box 1706
Southampton, PA 18966

Server's address

Additional information regarding attempted service, etc: