# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT SAMPSON, | : |
| | : |
| Plaintiff | : |
| | : CIVIL ACTION NO. 2:22-cv-05120 |
| v. | : |
| | : |
| NATIONAL BOARD OF MEDICAL EXAMINERS, | : |
| | : |
| | : |
| Defendant. | : |

## NOTICE

Plaintiff, as directed in the Court's entry in the Docket on September 8, 2022, served counsel for Defendant, National Board of Medical Examiners with a true and correct copy of the aforementioned docket entry and is authorized by Robert Burgoyne, Counsel for the National Board of Medical Examiners to notify the Court that such service has been completed.

Respectfully submitted,

s/Mary C. Vargas
Mary C. Vargas
Michael Steven Stein
mary.vargas@steinvargas.com
michael.stein@steinvargas.com
STEIN & VARGAS LLP
10 G Street NE, Suite 600
Washington, DC  20002
Tel. (240) 793-3185
Fax (888) 778-4620

Charles Weiner
charles@charlesweinerlaw.com
LAW OFFICE OF CHARLES WEINER
Cambria Corporate Center
501 Cambria Avenue
Bensalem, PA 19020
Tel. (267) 685-6311
Fax (215) 604-1507

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Notice has been served on the following Counsel for the Defendant via electronic mail:

Robert Burgoyne
Perkins Coie LLP
700 Thirteenth Street NW, Suite 600
Washington, DC 20005
RBurgoyne@perkinscoie.com

/s/   Mary C. Vargas
      Mary C. Vargas

Attorney for Plaintiff