**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ROBERT SAMPSON, | : |
| | : |
| Plaintiff | : |
| | : CIVIL ACTION NO. 2:22-cv-05120 |
| v. | : |
| | : |
| NATIONAL BOARD OF MEDICAL | : |
| EXAMINERS, | : |
| | : |
| Defendant. | : |

## NOTICE

Plaintiff, as directed in the Court's Scheduling Order entered on September 8, 2022,

served counsel for Defendant, National Board of Medical Examiners with a true and correct copy

of the aforementioned docket entry on September 8, 2022.

Respectfully submitted,


s/Mary C. Vargas
Mary C. Vargas
Michael Steven Stein
mary.vargas@steinvargas.com
michael.stein@steinvargas.com
STEIN & VARGAS LLP
10 G Street NE, Suite 600
Washington, DC  20002
Tel. (240) 793-3185
Fax (888) 778-4620

Charles Weiner
charles@charlesweinerlaw.com
LAW OFFICE OF CHARLES WEINER
Cambria Corporate Center
501 Cambria Avenue
Bensalem, PA 19020
Tel. (267) 685-6311
Fax (215) 604-1507

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Notice has

been served on the following Counsel for the Defendant via electronic mail:

Robert Burgoyne
Perkins Coie LLP
700 Thirteenth Street NW, Suite 600
Washington, DC 20005
RBurgoyne@perkinscoie.com

/s/ Mary C. Vargas
   Mary C. Vargas

Attorney for Plaintiff