**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ROBERT SAMPSON, <br><br> Plaintiff, <br><br> - against- <br><br> NATIONAL BOARD OF MEDICAL EXAMINERS, <br><br> Defendant. | Case No. 2:22-cv-05120-JMA-AYS <br><br> **NOTICE OF APPEARANCE** |

To: The Clerk of the Court and All Counsel of Record:

**PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel of record for Defendant National Board of Medical Examiners.

**PLEASE TAKE FURTHER NOTICE** that the undersigned certifies that he is a member in good standing of the bar of this Court.

Dated: September 9, 2022
New York, New York

Respectfully submitted,

PERKINS COIE LLP

/s/ *Adam R. Mandelsberg*
Adam R. Mandelsberg
PERKINS COIE LLP
1155 Avenue of the Americas, 22nd Floor
New York, NY 10036
Telephone: (212) 261-6867
Facsimile: (212) 399-8067
AMandelsberg@perkinscoie.com

*Attorneys for Defendant*