# CIVIL CAUSE FOR STATUS CONFERENCE (Tel)

BEFORE: JOAN M. AZRACK, U.S.D.J.
DATE: 9/12/2022        TIME: 9:00 AM            TIME IN COURT:  25 Mins.

**FILED**
**CLERK**

CASE:   **Sampson v. National Board of Medical Examiners**
        **2:22-cv-05120-JMA-AYS**

11:19 am, Sep 12, 2022

**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

APPEARANCES:    For Plaintiff:    Charles Weiner, Mary Vargas

                For Defendants:  Adam Mandelsberg, Carolyn Mew

FTR:

- ☒ Case called.
- ☒ Counsel present for all sides.
- ☐ Briefing schedule set.
- ☐ Case to be referred to the Magistrate Judge for
- ☐ Jury selection is scheduled for
- ☒ A hearing on the preliminary injunction motion is scheduled for 10/11/2022 at 10:00 AM before Judge Azrack in Courtroom 920 of the Long Island Courthouse.
- ☐ Other: