# STEIN & VARGAS LLP

Overcoming Barriers | Ensuring Communication | Creating Access

September 19, 2022

Robert Burgoyne
(RBurgoyne@perkinscoie.com)
Caroline Mew
(CMew@perkinscoie.com)
Adam Ross Mandelsberg
(AMandelsberg@perkinscoie.com)
Counsel for Defendant NBME

   Re: *Sampson v. National Board of Medical Examiners*
      2:22-cv-05120

Dear Mr. Burgoyne, Ms. Mew, and Mr. Mandelsberg:

  The undersigned represent medical student, Robert Sampson, in the above-referenced action. In accordance with Judge Azrack's Individual Motion Practices (IV, § G), I have enclosed the Plaintiff's Motion for Preliminary Injunction, Memorandum in Support of Motion for Preliminary Injunction, Proposed Order and Exhibits, dated September 19, 2022. An electronic copy of these documents has been emailed to counsel of record at the email addresses noted above.

               Respectfully Submitted,
               s/*Mary C. Vargas*
               Mary C. Vargas
               Michael Stein
               STEIN & VARGAS, LLP
               10 G Street NE, Suite 600
               Washington, DC 20002
               Tel. (240)793-3185
               Fax (888)778-4620
               Mary.Vargas@steinvargas.com
               Michael.Stein@steinvargas.com

Charles Weiner
LAW OFFICE OF CHARLES WEINER
Cambria Corporate Center
501 Cambria Avenue
Bensalem, PA 19020
Tel. (267) 685-6311
Fax (215) 604-1507
charles@charlesweinerlaw.com

Counsel for Plaintiff