## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| ROBERT SAMPSON, | : | |
| | : | |
| Plaintiff, | : | |
| | : | CIVIL ACTION NO. 2:22-cv-05120 JMA |
| v. | : | |
| | : | |
| NATIONAL BOARD OF MEDICAL EXAMINERS, | : | |
| | : | |
| Defendant. | : | |
| | : | |

## **PROPOSED ORDER**

FOR GOOD CAUSE SHOWN, the undersigned orders the National Board of Medical Examiners to provide necessary testing accommodations, namely double testing time over two days and extended breaks, for Robert Sampson to take Step 1 of the United States Medical Licensing Examination.

_____
The Honorable Judge Joan M. Azrack