# EXHIBIT 5

Case 2:22-cv-05120-JMA-AYS   Document 16-4   Filed 09/20/22   Page 2 of 5 PageID #: 99

Favorites    Main Menu       Self Service      Student Records & Registration    Academic Records    View Unofficial Transcript      Home   Add to Favorites   Sign Out

## Report Results

Return

**Unofficial Transcript**

State University of New York

Stony Brook University

Stony Brook, NY 11794

United States

Print Date  : 2022-07-05

Name      : Robert Sampson

Student ID: ▮▮▮▮▮▮

Birthdate : ▮▮▮▮▮▮

Address   : ▮▮▮▮▮▮
            ▮▮▮▮▮▮▮▮▮▮

            United States

- - - - -  **Beginning of Graduate Record**  - - - - -

**Summer 2021**

Program  : Master Business Administration

Plan     : Health Care Management Plan

**Session : Summer II - D  (2021-07-05 to 2021-08-14)**

| MBA | 511 | Technological Innovations | 3.00 | 3.00 A | 12.000 |

Course Attr  : SUNY Applied Learning: Entrepreneurship

| MBA | 592 | Organizational Behavior | 3.00 | 3.00 A | 12.000 |

         TERM GPA :    4.000     TERM TOTALS :    6.00    6.00    24.000

         CUM  GPA :    4.000     CUM  TOTALS :    6.00    6.00    24.000

**Fall 2021**

Program  : Master Business Administration

Plan     : Health Care Management Plan

**Session : Full Fall Semester Session  (2021-08-23 to 2021-12-16)**

| MBA | 502 | Finance                       | 3.00 | 3.00 A | 12.000 |
| MBA | 503 | Data Analysis & Decision Makng | 3.00 | 3.00 A | 12.000 |
| MBA | 504 | Financial Accounting          | 3.00 | 3.00 A | 12.000 |
| MBA | 507 | Ethics in Management          | 3.00 | 3.00 A | 12.000 |
| MBA | 540 | Data Mining                   | 3.00 | 3.00 A | 12.000 |
| MBA | 574 | Project Management            | 3.00 | 3.00 A | 12.000 |

         TERM GPA :    4.000     TERM TOTALS :   18.00   18.00    72.000

         CUM  GPA :    4.000     CUM  TOTALS :   24.00   24.00    96.000

**Spring 2022**

Program : Master Business Administration

Plan    : Health Care Management Plan

**Session : Full Spring Semester Session  (2022-01-24 to 2022-05-18)**

| MBA | 505 | Marketing | 3.00 | 3.00 A | 12.000 |
|---|---|---|---|---|---|
| MBA | 543 | Business Analytics | 3.00 | 3.00 A | 12.000 |

|  | TERM GPA : | 4.000 | TERM TOTALS : | 6.00 | 6.00 | 24.000 |
|---|---|---|---|---|---|---|
|  | CUM  GPA : | 4.000 | CUM  TOTALS : | 30.00 | 30.00 | 120.000 |

**Graduate Career Totals**

|  | CUM  GPA : | 4.000 | CUM  TOTALS : | 30.00 | 30.00 | 120.000 |
|---|---|---|---|---|---|---|

**Unofficial Transcript**

State University of New York

Stony Brook University

Stony Brook, NY 11794

United States

Print Date  : 2022-07-05

Name     : Robert Sampson

Student ID: ▮▮▮▮▮▮▮

Birthdate : ▮▮▮▮▮▮▮

Address   : ▮▮▮▮▮▮▮
            ▮▮▮▮▮▮▮▮▮▮▮▮
            United States

- - - - - **Beginning of Medical School Record**  - - - - -

**Fall 2015**

Program : Doctor of Medicine

Plan    : Medicine Plan

**Session : MedHM5A  (2015-08-12 to 2016-03-11)**

| HM | 500 | FIRST YEAR MEDICINE |  | 0.00 P |  |
|---|---|---|---|---|---|

|  | TERM GPA : | 0.000 | TERM TOTALS : | 0.00 | 0.00 | 0.000 |
|---|---|---|---|---|---|---|
|  | CUM  GPA : | 0.000 | CUM  TOTALS : | 0.00 | 0.00 | 0.000 |

**Spring 2016**

Program : Doctor of Medicine

Plan    : Medicine Plan

**Session : MedHM5B  (2016-03-21 to 2016-06-15)**

| HM | 501 | First Year Medicine |  | 0.00 P |  |
|---|---|---|---|---|---|

|  | TERM GPA : | 0.000 | TERM TOTALS : | 0.00 | 0.00 | 0.000 |
|---|---|---|---|---|---|---|
|  | CUM  GPA : | 0.000 | CUM  TOTALS : | 0.00 | 0.00 | 0.000 |

**Fall 2016**

```
Program  : Doctor of Medicine

Plan     : Medicine Plan

Session : MedHM6A   (2016-08-15 to 2016-12-23)

HM       600      Second Year Medicine (Fall)          0.00 P

         TERM GPA :    0.000     TERM TOTALS :    0.00    0.00       0.000


         CUM  GPA :    0.000     CUM  TOTALS :    0.00    0.00       0.000
```

**Spring 2017**

```
Program  : Doctor of Medicine

Plan     : Medicine Plan

Session : Spring HSC (Y)  (2017-01-02 to 2017-06-30)

HM       910      Continuation of Studies              0.00 P

         TERM GPA :    0.000     TERM TOTALS :    0.00    0.00       0.000


         CUM  GPA :    0.000     CUM  TOTALS :    0.00    0.00       0.000
```

**Fall 2018**

```
Program  : Doctor of Medicine

Plan     : Medicine Plan

Session : MedHM8A   (2018-07-02 to 2018-12-28)

HM       910      Continuation of Studies              0.00 P

         TERM GPA :    0.000     TERM TOTALS :    0.00    0.00       0.000


         CUM  GPA :    0.000     CUM  TOTALS :    0.00    0.00       0.000
```

**Fall 2019**

```
Program  : Doctor of Medicine

Plan     : Medicine Plan

Session : MedHM8A   (2019-07-01 to 2019-12-31)

HM       910      Continuation of Studies              0.00 P

         TERM GPA :    0.000     TERM TOTALS :    0.00    0.00       0.000


         CUM  GPA :    0.000     CUM  TOTALS :    0.00    0.00       0.000
```

**Fall 2020**

```
Program  : Doctor of Medicine

Plan     : Medicine Plan

Session : MedHM7A   (2020-07-01 to 2020-12-31)

HM       700      Third Year Medicine (Fall)           0.00 P

         TERM GPA :    0.000     TERM TOTALS :    0.00    0.00       0.000


         CUM  GPA :    0.000     CUM  TOTALS :    0.00    0.00       0.000
```

**Spring 2021**

```
Program   : Doctor of Medicine
Plan      : Medicine Plan
Session   : MedHM7B  (2021-01-04 to 2021-06-30)

HM      701      Third Year Medicine (Spring)         0.00 P

        TERM GPA :    0.000    TERM TOTALS :   0.00    0.00       0.000


        CUM  GPA :    0.000    CUM  TOTALS :   0.00    0.00       0.000


                                   Fall 2021

Program   : Doctor of Medicine
Plan      : Medicine Plan
Session   : MedHM8A  (2021-07-01 to 2021-12-31)

HM      910      Continuation of Studies              0.00 P

        TERM GPA :    0.000    TERM TOTALS :   0.00    0.00       0.000


        CUM  GPA :    0.000    CUM  TOTALS :   0.00    0.00       0.000


                                  Spring 2022

Program   : Doctor of Medicine
Plan      : Medicine Plan
Session   : Spring HSC (Y)  (2022-01-03 to 2022-06-30)

HM      910      Continuation of Studies              0.00 I

        TERM GPA :    0.000    TERM TOTALS :   0.00    0.00       0.000


        CUM  GPA :    0.000    CUM  TOTALS :   0.00    0.00       0.000
```