# EXHIBIT 7



Date: 3/27/2017

Dear National Board of Medical Examiners Disability Services,

    Robert Drew Sampson, is a medical student at Stony Brook University, School of Medicine. Robert received his learning disability diagnosis of Dyslexia in December 2013. Robert reached out to Disability Support Services upon receiving a warning of marginal performance in medical school, in November 2016. Prior to receiving testing accommodations, Robert reported he was unable to complete his NBME Shelf exams within the standard amount of allotted time, and often had to guess on many questions due to time constraints.

    Robert's Dyslexia learning disability is a mental impairment that substantially limits his reading ability and reading speed on a daily basis when he is compared to an average individual in the general population. His learning disability is the reason he routinely runs out of time on exams and generally takes longer to think through ideas presented to him both on exams and outside of the classroom. He did not realize he was denying himself fair access that he qualified for on timed exams for someone with his learning disability until he received an academic warning from his medical school and decided to address his impairments properly.

    Due to the fact that the School of Medicine gives students significant room to pass their pre-clinical curriculum before any intervening action is taken, unfortunately, he was encouraged by his professors that he simply had to "pass." He received a formal notice approximately 1.5 years into his medical education that he was performing marginally and was in danger of failing medical school. Despite doing generally well on non-time-based assessments in his classes, his failing to borderline marginal performance on timed NBME shelf exams taken without accommodations were causing him to fail.

    We received his learning evaluations administered by Dr. Anderson, and Dr. Michels, and determined it was appropriate to give him the accommodation listed below, starting in November 2016, and continuing through to this current date:

- Extended Time and Half (1.5)

    Once he began receiving accommodations, the student reported that he was finally able to finish exams, which indicated to us, that his extended time and a half was an appropriate accommodation. It is for this reason that it is imperative for Robert to receive the same accommodation of extended time and a half on his USMLE Step 1 Exam to protect his equal access to your exam through the accommodations granted.

    I thoroughly enjoyed my time working with Robert and came to know him as a truly dedicated and hard-working student. He is honest, dependable, and incredibly willful to complete what is asked of him in the highest quality possible, when properly accommodated.
Please feel free to contact me, should you like to discuss Robert's qualifications and experience further. I'd be happy to expand on my recommendation.

Sincerely,
Christopher Heedles, LMSW      *Christopher Heedles LMSW*
Supportive Education Counselor of Stony Brook Disability Support Services.
128 Educational Communication Center
Stony Brook University, NY 11794
Phone: 631-632-6748