# EXHIBIT 9



February 15, 2018

To Whom It May Concern:

I am disappointed that the NBME review committee has once again denied accommodations for Robert Sampson for his sitting of the USMLE Step 1 exam. As I had noted in my previous letter dated March 29, 2017, I am professionally trained and qualified to comment on my observations of the manifestations of Robert's disabilities in reading, writing, managing time, memory organization and other academic and life activities. Robert meets the criteria, through our disabilities services office and according the guidelines of the ADA, for appropriate testing accommodations.

Dr. Jan Serrantino has been working with Robert because of her expertise in advocating with your organization on behalf of students requesting accommodations. She has advised Robert as he compiled the accompanying detailed document addressing the points you have made in denying Robert his accommodations.

I will reiterate one more point of my own:

In her letter dated January 12, 2018, Catherine Farmer, Psy. D., wrote: "The records provided reveal a consistent history of unimpaired performances on timed standardized tests when compared to national normative samples." However, the records do not show this at all. The records show that sometime prior to medical school, Robert, after studying and practicing well beyond the average time for most students, figured out a way to perform adequately enough under standard testing conditions on two entrance exams that test broad knowledge and aptitude. In medical school, that is not what the record shows at all. The medical school record of his standardized exams consistently shows failing exam scores under standard testing conditions and passing scores under accommodated testing conditions. Clearly Robert requires the time extension to gain access to the exam. Not all standardized exams are equal and the USMLE Step exams in particular require reading skills, interpretation, synthesis, integration and pattern recognition well beyond any skills required on the college entrance exams. Moreover, USMLE Step exams will require Robert to interpret images from histology and gross pathology as well as graphs and charts, all of which will test his disabilities directly.

As the Learning Specialist at Stony Brook Medical School, I fully support the accompanying document and I support another appeal from Robert for his accommodations.

Sincerely,

*Linda De Motta*

Linda De Motta
Learning Specialist
Stony Brook School of Medicine