# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT SAMPSON, | : |
| | : |
| | :  CIVIL ACTION NO. 2:22-cv-05120-JMA |
| v. | : |
| | : |
| NATIONAL BOARD OF MEDICAL EXAMINERS, | : |
| | : |
| | : |

## NOTICE OF APPEARANCE

The undersigned hereby files an appearance as co-counsel on behalf of Plaintiff, Robert Sampson, in the above-captioned matter. My address is as follows:

Michael S. Stein
Stein & Vargas, LLP
10 G Street NE, Suite 600
Washington, DC 20002
Michael.Stein@steinvargas.com
240-793-3185

Respectfully submitted,

s/Michael S. Stein
Michael Steven Stein
michael.stein@steinvargas.com
Mary C. Vargas
Mary.Vargas@steinvargas.com
STEIN & VARGAS LLP
10 G Street NE, Suite 600
Washington, DC  20002
Tel. (240) 793-3185
Fax (888) 778-4620

>Charles Weiner
>LAW OFFICE OF CHARLES WEINER
>Cambria Corporate Center
>501 Cambria Avenue
>Bensalem, PA 19020
>Tel. (267) 685-6311
>Fax (215) 604-1507
>charles@charlesweinerlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served on counsel of record for the Defendant as follows:

Adam Ross Mandelsberg
Perkins Coie LLP
1155 Avenue of the Americas
22nd Floor
New York, NY 10036

>s/Michael S. Stein
>Michael Steven Stein