IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT SAMPSON,<br><br>    Plaintiff,<br><br>    v.<br><br>NATIONAL BOARD OF MEDICAL EXAMINERS,<br><br>    Defendant. | Civil Action No. 2:22-CV-05120-JMA-AYS |

## NBME'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, defendant National Board of Medical Examiners ("NBME"), through its undersigned counsel, states that it has no parent corporation and there is no publicly held corporation that owns 10% or more of its stock.

Dated:  September 29, 2022

Respectfully submitted,

 /s/ Adam R. Mandelsberg
Adam R. Mandelsberg, Bar No. 065532013
Perkins Coie LLP
1155 Avenue of the Americas, 22nd Floor
New York, New York 10036-2711
Telephone: +1.212.261.6867
Facsimile: +1.212.399.8067
AMandelsberg@perkinscoie.com

158441482.1