# EXHIBIT 1

# CURRICULUM VITA

## SAMUEL O. ORTIZ, PH.D.

Professor of Psychology
Dept. of Psychology
St. John's University
8000 Utopia Parkway
Jamaica, NY 11439
Voice: 718.990.5388
Fax: 718.990.5926
email: ortizs@stjohns.edu

## EDUCATIONAL BACKGROUND

| INSTITUTION | DEGREE | DATES | SPECIALIZATION |
|---|---|---|---|
| **San Diego State University** *(NASP Approved)* | Post Doctorate | 1993-1995 | Bilingual School Psychology |
| **University of Southern California** *(APA Approved)* | Ph.D. | Jan 1993 | Clinical Psychology |
| **University of Southern California** | M.A. | Dec 1986 | Clinical Psychology |
| **University of Southern California** | B.A. | May 1983 | Psychology |
| **University of Southern California** | B.S. | May 1982 | Architecture |

## DISSERTATION TITLE

**BACK TO THE FUTURE OF MARRIAGE:** A restudy of the theoretical and methodological foundations of husband-wife data invariance and aggregation methods used in the evaluation and assessment of family stress theory.

Co-mentored by David L. Walsh, Ph.D. and John L. Horn, Ph.D.

## LICENSURE AND CERTIFICATION

**Pupil Personnel Services (PPS) Credential with Specialization in School Psychology,** June 1995. San Diego State University (*Program accredited by National Association of School Psychologists*)

**Cross-cultural, Academic, and Language Development Certificate,** January 1996. California Commission on Teacher Credentialing

**Certified Trainer, Special Project in Bilingual Special Education,** April 1995. University of Texas, Austin

# UNIVERSITY TEACHING POSITIONS

**Professor and Director, Graduate Programs (Psy.D./M.S.) in School Psychology**, Department of Psychology, St. John's University, Queens, NY, 6/21 – Present. This is a full-time administrative position in which general responsibilities include overseeing the education and training of approximately 120 students in APA and NASP accredited M.S. and Psy.D. programs, including students in the general and bilingual tracks. Major responsibilities include management of course scheduling and sequencing, setting teaching assignments, assigning various forms of support via GA/TA positions, general student advisement and problem solving, gathering data for and maintaining currency within the curriculum and on the Program website in accordance with state and professional accrediting agencies, overseeing administration of comprehensive examinations, guidance and leadership in admissions and recruitment, and professional development and liaison with community agencies and other local educational bodies including public schools, private schools, community colleges, and universities, and representing the School Psychology Program within the administrative structure of St. John's University.

**Professor of Psychology,** Department of Psychology, St. John's University, Queens, NY, 8/09 – 6/21. This is a full-time position and reflects promotion to the full professor rank beginning the Fall of 2009. Major responsibilities include teaching assigned graduate courses in the NASP approved M.S. and APA accredited Psy.D. Programs in School Psychology and in the APA Accredited Ph.D. Program in Clinical Psychology.  Duties also include graduate and undergraduate advisement and administrative tasks.  A primary requirement of this position involves the design and implementation of original research, writing and preparation of manuscripts for publication and dissemination of research findings via journals articles, books, and presentations at professional conferences.  Other duties include mentoring student dissertations and fostering the development of bilingual-bicultural skills and competencies leading to bilingual certification in NY State.

**Associate Professor with Tenure**, Department of Psychology, St. John's University, Queens, NY, 9/02 – 8/06. This is a full-time position which culminated in the granting of tenure by St. John's University in the Spring of 2006. Major responsibilities include teaching assigned graduate courses in the NASP approved M.S. and APA accredited Psy.D. Programs in School Psychology and in the APA Accredited Ph.D. Program in Clinical Psychology.  Duties also include graduate and undergraduate advisement and administrative tasks.  A primary requirement of this position involves the design and implementation of original research, writing and preparation of manuscripts for publication and dissemination of research findings via journals articles, books, and presentations at professional conferences.  Other duties include mentoring student dissertations and fostering the development of bilingual-bicultural skills and competencies leading to bilingual certification in NY State.

**Associate Professor and Interim Co-Director, School Psychology Program**, Department of Psychology, St. John's University, Queens, NY, 9/99 – 8/02. Served as interim co-director (with Dr. Dawn P. Flanagan) of the School Psychology Program overseeing the education and training of approximately 120 students in NASP accredited M.S. and Psy.D. Programs including general and bilingual tracks. Major responsibilities included management of course scheduling and sequencing, student advisement and problem solving, maintaining currency within the curriculum in accordance with state and professional accrediting agencies, overseeing administration of comprehensive examinations, guidance and leadership in admissions and recruitment, and professional development and liaison with community agencies and other local educational bodies including public schools, private schools, community colleges, and universities.

**Visiting Professor and Research Fellow**, School of Education, Nagoya University, Nagoya, Japan, 11/99 – 4/00.  This is a full-time, visiting professorship and research position sponsored by the Educational Psychology Department.  The proposed topic of research is titled, "Defining the Role of the School Psychologist in Japan" and the purpose is to assist in the development of school psychology

training standards, outcome objectives for graduates, and appropriate curricula.  School psychology is a new profession in Japan, officially begun only two years ago.  As such, there is a need to bridge the training programs used in clinical psychology into new programs that specifically develop school psychologists who possess the requisite competencies and skills necessary to serve the needs of the public educational system in Japan.  In addition to research duties, the position requires teaching of two courses in school psychology as well as presentations at various conferences and for educationally related organizations throughout the country.

**Assistant Professor**, Department of Counseling and School Psychology, San Diego State University, San Diego, CA., 9/96 - 6/99.  This was a full-time, tenure track position in the NASP accredited M.S. degree program in Counseling with Specialization in School Psychology.  Major responsibilities include teaching of four graduate level courses each semester as well as advisement and administrative duties.  The position also carries demands related to designing and conducting original research, writing and preparation of manuscripts for publication, and dissemination of information via professional conferences.  Other duties include mentoring students supported through various federally funded training projects in the development of bilingual-bicultural skills and knowledge as well as the provision of training and support to faculty in the areas of email, internet, and other applications of technology.

**Lecturer,** Department of Counseling and School Psychology, San Diego State University, San Diego, CA., 8/95 - 8/96.  This position was a full-time, non-tenure track position involving teaching of graduate level courses (four), general student advisement duties, and mentoring of graduate students within the NASP accredited M.S. degree program in Counseling with Specialization in School Psychology.

# PROFESSIONAL LEADERSHIP EXPERIENCE

**Member, Professional Advisory Board, Learning Disabilities Association of America (LDA),** 3/21 – Present.

**Member, Professional Advisory Board, National Center for Learning Disabilities (NCLD),** 11/20 – Present.

**Member, National Joint Center on Learning Disabilities – Roundtable Conference on SLD Identification in the age of RTI,** 12/13. Served as an invited member representing the National Association of School Psychologists to participate in the NJCLD Discussion Committee on the development of best practices in the identification of SLD within a response-to-intervention framework. Provided consultation and input regarding best practices and current evidence-based approaches for the evaluation of SLD and consistent with IDEA statutes and regulations.

**Member, APA Task Force on Development of Initiatives from Psychological Science to Reduce Educational Disparities,** 09/10 – 12/12; This task force was created by APA President-elect, Dr. Melba Vasquez, with the charge to explore what psychology can contribute in addressing the impact of educational disparities, especially on poor and racial/ethnic minority students. Specific objectives of the task force include: 1) identify what psychological science has to say about the nature and source of educational disparities; 2) identify interventions that have been successful in addressing these gaps on the part of schools, families, communities, and the young people themselves; and 3) make recommendations to psychologists and the public regarding implications from this body of work to practice, policy and research. In addition to Dr. Vasquez, other members of the task force include Dr. Stephen Quintana (Chair; UW Madison), Dr. Wade Boykin (Howard University), Dr. Frank Worrell (UC Berkeley), and Dr. Sandra Graham (UCLA).

**Member, APA Committee on Psychological Tests and Assessment,** First Term: 1/05 – 1/08; Second Term: 1/09 – 1/11; Third Term: 1/11 – present. CPTA is an APA-wide committee that is responsible for 1) addressing problems regarding sound psychological testing and assessment practices; 2) reviewing the Standards for Educational and Psychological Testing and recommending revision as necessary, 3) serving as technical advisors to other APA boards and committees on all issues affecting testing and assessment as it involves policy, practice, and science; 4) monitoring actions of government and other

organizations concerning regulation and control of assessment and testing practices; 5) maintaining knowledge of and concern regarding current policy issues on the use of tests and assessment in clinical, counseling, educational, and employment settings; and 6) promoting the appropriate use of tests and sound assessment practices. Members of CPTA are nominated by the various Boards (e.g., Board of Scientific Affairs, Board of Educational Affairs, and Board for the Advancement of Psychology in the Public Interest). Committee membership is by nomination and election by the constituent parent boards of CPTA (BSA, BEA, BAPPI) and members are chosen specifically for their expertise in the theory, evaluation, and use of tests in clinical, counseling, school, and industrial/organizational psychology, as well as their application to special populations including culturally and linguistically diverse individuals.

**Member, Society for the Study of School Psychology (SSSP),** Elected to membership 9/2008. The Society for the Study of School Psychology is a members-only professional organization limited to approximately 100 scholars in the field who are elected by existing members. Election into the Society represents acknowledgment of a national impact and influence in terms of scholarly work in the field of school psychology and is granted on a permanent basis. The SSSP is known for its sponsorship of various conferences such as the School Psychology Research Collaboration Conference (for which I have previously served as a Senior Mentor) and its flagship journal, Journal of School Psychology, which is one of the premier publications in the field.

**Member, New York State Committee of Practitioners on Limited English Pupils and English Language Learners,** 10/07 – present; Committee of Practitioners (COP) membership is by invitation of the Office for Bilingual Education of New York State Department of Education and provides a forum where policy, legislation, and other educational issues regarding services and programs for limited English-speaking students are discussed and formulated. COP membership includes a diverse group of individuals with expertise in a variety of areas relevant to the education of English learners. My service is and contribution is based on my expertise in the assessment and evaluation of individuals with limited English proficiency.

**Member, Advisory Panel to the Bilingual School Psychology Support Center, Fordham University,** 06/08 – present; The Bilingual School Psychology Center was established by New York State Department of Education and provides a central clearinghouse function for the promotion and advancement of bilingual school psychology in professional practice. Membership is by invitation and only and predicated upon expertise in various areas of bilingual school psychology. My service and contribution is based on my expertise in the assessment and evaluation of individuals with limited English proficiency. The advisory panel serves to formulate policy, programs, as well as goals and objectives for the Center in its support for the practice of bilingual school psychology in the greater New York metropolitan area.

**Member, APA Coalition for Psychology in Schools and Education,** First Term: 6/06 – 1/08; Second Term: 1/09 – 1/11; Third Term: 1/11 – present. CPSE is a new coalition formed by APA to serve as a consulting body on matters of educational and psychological policy in the schools to APA's lobbying efforts in congress. The coalition advised APA's lobbyists on matters of policy and wording relative to such mandates as No Child Left Behind and other legislation related to the science or practice of psychology in the schools. Committee members are selected for their expertise in areas where psychology and education intersect. My contributions have revolved around issues and policies dealing with the education and evaluation of English language learners and educational strategies for improving academic outcomes.

**Vice President for Professional Affairs, APA Division 16, School Psychology,** 1/03 – 12/05. The office of VP-PA is concerned with all aspects of school psychology as a professional discipline. In particular, this position is responsible for developing and promulgating standards and policies for the delivery of quality school psychological services, furthering the development of school psychology as a professional specialty within American psychology, acting as liaison with state school psychology associations and encouraging constructive relations with other professional groups. This VP is also responsible for interacting with such important APA boards and committees as the Board of Professional Affairs (BPA) and its Committee on Psychological Practice and Standards (COPPS) and works closely with the Psychology in the Schools Office within the Practice Directorate as well representing the division as liaison to the Committee for the Advancement of Professional Psychology (CAPP). Other duties include: a) provide a school psychology perspective on issues under consideration by such groups through

correspondence, phone contacts and attendance at meetings as necessary and feasible; b) inform the other Division Officers of activities and actions of relevant APA boards and committees and coordinate divisional response to requests for the division's position from practice-related APA groups; c) respond to requests for information from members, other professional association, media people, etc. for information about school psychology practice in general or practice-related policies of the Division; d) facilitate, coordinate and monitor the activities of committees, liaisons, and task forces reporting to this vice president including soliciting committee chairs and members, processing requests for payment, providing direction about objectives, etc.; and e) attend all business meetings of the Division 16 Executive Committee at the Annual Convention and Mid-Winter Meetings including preparing a written report for the agenda book of each meeting, preparing a proposed budget and accounting of disbursed funds, preparing written motions and informational items, etc.

# RELATED PROFESSIONAL EXPERIENCE

**Consultant, National Board of Medical Examiners, Office of Test Accommodations,** Philadelphia, PA, 7/99 - present.   Provided oral and written reports regarding the validity of requests made to the NBME for accommodations to licensing exams requested by individuals with disabilities pursuant to ADA. Requests are evaluated based on documentation submitted in support of the existence of a qualifying disability and assessed against both clinical and psychometric standards of psychological practice as well as the qualifying criteria specified in the Americans with Disabilities Act (ADA). Opinion is rendered as to whether the evidence supports the presence of a qualifying disability, and if so, whether the accommodations are appropriate given the nature of the disability. In addition to factors surrounding the identification and diagnosis of learning disabilities, such evaluations also often include issues related to second language acquisition and bilingual development that must be considered.

**Bilingual-Bicultural School Psychologist**, Encinitas Union School District, Encinitas, CA, 7/94 - 8/96. Provided general, bilingual, and cross-cultural school psychology services for several schools in a K-6 district with approximately 5,000 enrolled students.  Major duties and responsibilities included consultation and liaison with general education teachers and staff, assisting in SST meetings and decision making, planning and implementation of Section 504 accommodations, initial and triennial assessments for special education, and providing individual and group counseling.  Other significant activities involved leadership positions within the district and SELPA on policy issues ranging from bilingual GATE assessment, triennial evaluation practices, bilingual special education program development, and development of guidelines for creating culturally and linguistically appropriate IEP goals and objectives.  Other projects completed for the district included the development and presentation of in-service workshops to general and special education staff on various issues including CCR self-review findings, second language acquisition process and bilingual development, pattern analysis and application of the Woodcock-Johnson Revised Tests of Cognitive Ability and Achievement and sheltered English instructional techniques.

**Trainer and Consultant, Bilingual-Multicultural Education and Assessment**. 7/94 - present. Provided independent bilingual, multicultural education and assessment training and consultation services and instructional presentations for various school districts and educationally related professional groups. Focus of consultation and presentation topics include the use of ecosystems procedures in the assessment of CLD children; bridging assessment results with the development of culturally and linguistically appropriate goals and objectives; best practices in the assessment of CLD children; use of dynamic assessment in bilingual evaluations; legal issues related to assessment of CLD students; and parental rights and responsibilities in the special education process.  Domestic clients include New York City Department of Education, Ramsey School District, Nevada State Department of Education, California State Department of Education, Washington Elementary School District (Phoenix, AZ), Clark County School District (Las Vegas, NV), Fresno Unified School District, Kern County Consortium for Special Education, Mineola School District, Long Beach Unified School District, Los Angeles Unified School District, Encinitas Union School District, North Coastal Consortium for Special Education, California Department of Migrant Education, and San Diego County Office of Education.  International clients include University of Nagoya (Japan), University of Hokkaido (Japan), University of Saskatoon (Canada), and Departamento de Educación, Estado Baja California (México).

**Chief of Mental Health Services**, USAF Hospital, Patrick AFB, FL., 6/89 - 8/91.  Responsible for the organization, administration, medical readiness, supervision, and training of the mental health staff, including clinical social workers, prevention and outreach social workers, senior and junior mental health technicians, secretary, and receptionist in a hospital environment.  Major facilities included an outpatient clinic with over 7,000 visits annually.  Major programs included the Family Advocacy Program (child abuse identification and prevention), Outreach Program (primary prevention services and referral), and Health Promotions Program (stress, hypertension, diabetes, and nutritional management, smoking cessation, etc.)  General treatment services rendered included psychological evaluations, psychometric testing and interpretation, drug and alcohol evaluations, individual, group and marital therapy, pharmacotherapy, limited inpatient treatment, competency evaluations, emergency hospitalizations and involuntary commitments, 24-hour emergency consultation and treatment, and psychiatric consultation/liaison to the medical staff.  Other significant duties included membership on the Executive Committee of the Medical Staff, Base Hostage Negotiation Team, and Base Social Actions (drug and alcohol) Intervention Committee.  Patient population included active duty military, dependents, and retirees.

**Staff Psychologist**, USAF Hospital, Patrick AFB, FL., 9/88 - 5/89.  Provided direct inpatient and outpatient psychological services in a hospital setting including psychological evaluations, testing and interpretation, drug and alcohol evaluation, individual, group and marital therapy, acute inpatient care, competency evaluations, involuntary commitments, emergency consultation, and psychiatric consultation/liaison.  Other duties involved the development and presentation of Health Promotions Programs, including Stress Management Courses and seminars in Weight Management and Anger Control. Administrative duties included Quality Assurance/Risk Management Coordinator, and development and implementation of monitoring and evaluation studies.

**Psychological Assistant**, Forensic Psychology Associates, Los Angeles, CA, 9/85 - 7/87.  Provided individual and group psychotherapy to children, adolescents, and adults in court related or court referred cases in a private practice office setting.  Performed psychological evaluations, functional capacity assessments, and Supplemental Security Income evaluations for the State of California.  Special treatment foci on victims and perpetrators of sexual abuse and repeat sex offenders.

# SPECIALIZED TRAINING AND EDUCATIONAL EXPERIENCE

**Post-doctorate in Bilingual School Psychology,** San Diego State University, San Diego, CA 6/93 – 5/95. Completed a two-and-a-half-year program of study in bilingual school psychology leading to a PPS credential with Specialization in School Psychology. The program provided extensive and intensive training in the delivery of a broad range of psychological services to culturally and linguistically diverse populations, with emphasis on the development of bilingual/bicultural competencies. The program was designed to provide the necessary educational and professional experiences required for the development of competency in bilingual school psychology.

**School Psychology Internship**, Encinitas Union School District, Encinitas, CA, 7/94 - 6/95. Completed a comprehensive one-year, full-time, **NASP approved** school psychology internship program required for the PPS Credential with Specialization in School Psychology. Developed experience in a wide variety of services including psychoeducational assessments and evaluations, special education referrals, ADD/ADHD referrals, requests for Section 504 accommodations, and consultation services. Other services included counseling, behavioral intervention and planning for Hughes Bill students, pre-expulsion assessments, in service trainings on bilingual-bicultural education and second language acquisition issues, and technological competence in school psychology and related computer applications.

**School Psychology Traineeship**, Bilingual Interdisciplinary Collaboration Project, San Diego State University, San Diego, CA, 9/93 - 6/94. Preservice training grant funded by the U.S. Department of Education, Office of Special Education Programs.  Focus of the project was on interdisciplinary collaboration and training of bilingual school psychologists with bilingual speech-language pathologists. Participated in monthly field exchanges with speech-language pathology trainees in various school and

clinic settings.  Developed knowledge base regarding the roles, assessment practices, and service delivery models of speech-language specialists.  Increased shared expertise and established collaborative approaches to serving Spanish-speaking children, their families, and teachers.

**School Psychology Traineeship**, Bilingual-Bicultural (Hispanic) School Psychology Project, San Diego State University, San Diego, CA 6/93 - 5/95.  Preservice training grant funded by the U.S. Department of Education, Office of Special Education Programs.  A special education personnel services training project to prepare school psychologists who specialize in the nondiscriminatory assessment of bilingual-bicultural (Hispanic) children—a "special population."  Participated in weekly seminars focused on issues related to the psychoeducational evaluation of Hispanic children including second language acquisition factors, cultural bridging, culture learning techniques, and development of appropriate evaluation procedures.  Training was extended into summer "institutes" with weeklong seminars from practicing professionals and culminated in a two-week immersion experience in Cuernavaca, Mexico.

**School Psychology Traineeship**, Spanish-English Language Proficiency Project, San Diego State University, San Diego, CA 6/93 - 9/94.  Preservice training grant funded by the U.S. Department of Education, Office of Special Education Programs.  The grant is essentially a special education personnel services training project to assist school psychologists in the development and refinement of Spanish language skills and literacy. Participated in weekly seminars focused on the development, practice and use of Spanish language skills including reading, writing, and speaking in a Spanish immersion experience with peers and colleagues.  Additional training included participation in extended summer Spanish language "institutes" and language experiences in a variety of Mexican cities, including Tijuana, Puerto Nuevo, Rosarito Beach, Ensenada, and Mexicali.

**Clinical Psychology Internship**, USAF Medical Center, Wright Patterson AFB, OH, 9/87 - 8/88.  Completed a general, one-year, **APA approved** clinical psychology residency required for the Ph.D. degree.  Major rotations included consultation/liaison psychiatry, behavioral health (including biofeedback training), outpatient therapy, inpatient therapy, and neuropsychology.  Conducted at a large, military medical center.  Supervision by various staff members including clinical psychologists, psychiatrists, and physicians.

## PUBLICATIONS - ARTICLES

Shaughnessy, M. & Ortiz, S. O. (September 2020). An Interview with Sam Ortiz: The Ortiz PVAT. *North American Journal of Psychology*.

Ortiz, S. O. & Wong, J. (2020), Fairness in tests and test score interpretation with English learners. *The Score, APA Division 5 (Quantitative and Qualitative Methods) Newsletter*, September 2020. Available at https://www.apadivisions.org/division-5/publications/score/2020/10/assessing-english-learners

Whittaker, M. & Ortiz, S. O. (2019). *Exclusionary Factors—What a Specific Learning Disability is Not: Examining exclusionary factors*. National Center for Learning Disabilities, Washington DC. Available at https://www.ncld.org/wp-content/uploads/2019/09/What-a-Specific-Learning-Disability-Is-Not-Examining-Exclusionary-Factors.pdf

Ortiz, S. O. (2019). On the Measurement of Cognitive Abilities in English Learners. *Contemporary School Psychology, Vol. 23(1) 68-86*. https://doi.org/10.1007/s40688-018-0208-8

Ortiz, S. O. (2017). Evaluation of English Learners: Issues in measurement, interpretation and reporting. *The Score, APA Division 5 (Quantitative and Qualitative Methods) Newsletter*, January 2017. Available at https://www.apadivisions.org/division-5/publications/score/2017/01/english-learners.aspx

Kovaleski, J. F., Lichtenstein, R. Naglieri, J., Ortiz, S. O., Klotz, M. B. & Rossen, E. (2015). Current Perspectives in the Identification of Specific Learning Disabilities. *Communiqué*, 44(4).

Ortiz, S. O., Johnston, H. N., Wilcox, G. Francis, S. & Tomes, Y. I. (2014). The primacy of IQ subtest analysis to understand reading performance for culturally diverse groups. *Journal of Learning Disability, 20(1), 45-54.*

Quasha, S., McCabe, P. C. & Ortiz, S. O. (2014). A program review of middle school gay-straight alliance club. *School Psychology Forum*, 8(1), 91-104.

Sotelo-Dynega, M., Ortiz, S. O., Flanagan, D. P. & Chaplin, W. (2013). English Language Proficiency and Test Performance: Evaluation of bilinguals with the Woodcock-Johnson III Tests of Cognitive Ability. *Psychology in the Schools, Vol 50(8)*, 781-797.

Hale, J., Alfonso, V., Berninger, V., Bracken, B., Christo, C., Clark, E., Cohen, M., Davis, A., Decker, S., Denckla, M., Dumont, R., Elliott, C., Feifer, S., Fiorello, C., Flanagan, D., Fletcher-Janzen, E., Geary, D., Gerber, M., Gerner, M., Goldstein, S., Gregg, N., Hagin, R., Jaffe, L., Kaufman, A., Kaufman, N., Keith, T.,  Kline, F., Kochhar-Bryant, C., Lerner, J., Marshall, G., Mascolo, J., Mather, N., Mazzocco, M., McCloskey, G., McGrew, K., Miller, D., Miller, J., Mostert, M., Naglieri, J., Ortiz, S., Phelps, L., Podhajski, B., Reddy, L., Reynolds, C., Riccio, C., Schrank, F., Schultz, E., Semrud-Clikeman, M., Shaywitz, S., Simon, J., Silver, L., Swanson, L., Urso, A., Wasserman, T., Willis, J., Wodrich, D., Wright, P. & Yalof, J. (2010). Critical Issues in Response-to-Intervention, Comprehensive Evaluation, and Specific Learning Disabilities Identification and Intervention: An expert white paper consensus. *Learning Disabilities Quarterly, 33*, 223-236.

Flanagan, D.P., Fiorello, C., & Ortiz, S. O. (2010). Enhancing practice through application of Cattell-Horn-Carroll theory and research: A "third method" approach to specific learning disability identification. *Psychology in the Schools, 47(7), 739-760.*

Flanagan, D. P., Ortiz, S. O. & Alfonso, V. C. (2008). Response to Intervention (RTI) and Cognitive Testing Approaches Provide Different but Complementary Data Sources That Inform SLD Identification. *Communiqè, 26 (5)*, 16-17.

Morton-Rias, D., Dunn, R., Terregrossa, R., Geisert, G., Mangione, R., Ortiz, S., & Honisfeld, A. (2007-2008). Allied health students' learning styles identified with two different assessments. *Journal of College Student Retention: Research, Theory, & Practice, 9(2)*, 233-250.

Fletcher-Janzen, E. & Ortiz, S. O. (2006). Cultural Competence in the Use of IQ Tests with Culturally and Linguistically Diverse Children. *Gifted Education International, 21*, 137-150.

Ortiz, S. O. (2006). Multicultural Issues in School Psychology Practice: A critical analysis.  *Journal of Applied School Psychology, Vol. 22(2),* 151-167.

Flanagan, D. P., Ortiz, S. O., Alfonso, V. C. & Dynda, A. M. (2006). Integration of Response to Intervention and Norm-Referenced Tests in Learning Disability Identification: Learning from the Tower of Babel. *Psychology in the Schools, Vol. 43(7)*, 807-825.

Orabona-Mantell, E., Ortiz, S. O. & Planthara, P. M. (2004). What Price Prescribing?: A commentary on the effect of prescription authority on psychological practice. *Professional Psychology: Research & Practice. 35(3)*, 164-169.

Ortiz, S. O. (2004). Learning Disabilities: A primer for parents about identification. *Communiqué.*  32(5), 1-3 (insert).

Ortiz, S. O. & Flanagan, D. P. (2002). Cross-Battery Assessment Revisited: Some cautions concerning "Some Cautions" (Part II). *Communiqué*, 30(8), 36-38.

Ortiz, S. O. & Flanagan, D. P. (2002). Cross-Battery Assessment Revisited: Some cautions concerning "Some Cautions" (Part I). *Communiqué*, 30(6), 32-34.

Ortiz, S. O. (2001). Assessment of Cognitive Abilities in Hispanic Children. *Seminars in Speech and Language, 22(1)*, 17-37.

Ortiz, S. O., Flanagan, D. P. & McGrew, K. S. (1999).  Assessment in School Psychology: Past, present, and future. *Communiqué*.  28(2), 30-32.

Ortiz, S. O. (1999).  You'd never know how racist I was, if you met me on the street.  *Journal of Counseling and Development, 77(1)*, 9-12.

Ortiz, S. O. & Flanagan, D. P. (1998).  Enhancing cognitive assessment of culturally and linguistically diverse individuals: Application and use of selective Gf-Gc cross-battery assessment.  *The School Psychologist, 52(1)*, 6-9.

Ortiz, S. O. (1997).  This book, by any other name, would be a better book: A review of Understanding Second Language Learning Difficulties by M. E. Ehrman. *Contemporary Psychology, 42(11),* 1024-1026.

# PUBLICATIONS - BOOKS

Ortiz, S. O., Rhodes, R., & Ochoa, S. H. (under revision). *Assessment of Culturally and Linguistically Diverse Students: A practical guide, 2nd Edition*. New York: Guilford Press

Ortiz, S. O. (2018). *The Ortiz Picture Vocabulary Acquisition Test (Ortiz PVAT): Technical Manual*. Toronto, Canada: Multi-Health Systems.

Flanagan, D.P., Ortiz, S.O. & Alfonso, V.C. (2013). *Essentials of Cross-Battery Assessment, Third Edition*.  New York: Wiley Press.

Flanagan, D. P. & Ortiz, S. O. & Alfonso, V.C. (2007).  *Essentials of Cross-Battery Assessment, Second Edition*.  New York: Wiley Press.

Flanagan, D. P., Ortiz, S. O., Alfonso, V.C & Mascolo, J. (2006*).  The Achievement Test Desk Reference (ATDR) – Second Edition: A guide to learning disability identification*. New York: Wiley Press.

Ysseldyke, J., Burns, M., Dawson, P., Kelley, B., Morrison, D., Ortiz, S., Rosenfield, S. & Telzrow, C. (2006).  *School Psychology: A blueprint for training and practice III*. Bethesda, MD: National Association of School Psychologists.

Rhodes, R., Ochoa, S. H. & Ortiz, S. O. (2005).  *Assessment of Culturally and Linguistically Diverse Students: A practical guide*. New York: Guilford Press.

Flanagan, D. P., Keiser, S., Bernier, J. & Ortiz, S. O. (2003). *Assessment of Learning Disabilities in Adulthood*. Boston, MA: Allyn & Bacon.

Flanagan, D. P., Ortiz, S. O., Alfonso, V. & Mascolo, J. (2002*).  The Achievement Test Desk Reference (ATDR): Comprehensive Assessment and Learning Disabilities*. Boston, MA: Allyn & Bacon.

Flanagan, D. P. & Ortiz, S. O. (2001).  *Essentials of Cross-Battery Assessment*.  New York: Wiley Press.

Flanagan, D. P., McGrew, K. S. & Ortiz, S. O. (2000).  *The Wechsler Intelligence Scales and Gf-Gc theory: A contemporary interpretive approach*.  Boston, MA: Allyn & Bacon.

# PUBLICATIONS – CHAPTERS

Ortiz, S. O. & Walsh, O. (in preparation). Effective Writing about Multicultural Individuals:  False Caution vs. True Discretion. In R. Flanagan (Ed.), *Writing Effective Psychological Reports: Describing Individuals Assessed in a Sophisticated and Reader-Friendly Manner*. New York: Springer.

Ortiz, S. O. (in preparation). Best Practices in Nondiscriminatory Assessment. In A. Thomas and P. Harrison (Eds.), *Best Practices in School Psychology VII*. Washington DC: National Association of School Psychologists.

Ortiz, S. O., Piazza, N., & Wong, J. Y. T. (in press). Consultation in Educational Settings with Second Language Learners. In C. Haztichristou & B. Nastasi (Eds.), *Handbook of School Psychology in a Global Context*. New York: Springer.

Ortiz, S. O. & Wong, J. Y. T. (2022). Theoretical, empirical, and practical Issues in Testing English Learners. In K. Geisinger & J. Jonson (Eds.), *Fairness in educational and psychological testing: Examining theoretical, research, practice, and policy implications of 2014 Standards.* Washington DC: American Educational Research Association.

Ortiz, S. O. & Oganes, M. (2022). Multicultural Issues in School Neuropsychology. In D. Miller (Ed.), *Best Practices in School Neuropsychology*. New Jersey: Wiley & Sons, Inc.

Flanagan, D. P., Alfonso, V. C., Ortiz, S. O. & Dynda, A. M. (2022). Integrating Cognitive Assessment and School Neuropsychology. In D. Miller (Ed.), *Best Practices in School Neuropsychology*. New Jersey: Wiley & Sons, Inc.

Ortiz, S. O. & Wong, J. Y. T. (2020). Psychoeducational Evaluation of Preschool Children from Culturally and Linguistically Diverse Populations. In B. Bracken, Nagle, R. & V. C. Alfonso (Eds.), *Psychoeducational Assessment of Preschool Children, 5th Ed.*, New York: Routledge.

Ortiz, S. O., Piazza, N., Ochoa, H. S. & Dynda, A. M. (2018). Testing with Culturally and Linguistically Diverse Populations: Moving beyond the verbal-performance dichotomy into evidence-based practice (pp. 684-714). In D.P. Flanagan and E. McDonough (Eds.), *Contemporary Intellectual Assessment, Fourth Edition*. New York: Guilford Press.

Ortiz, S. O. & Melo, K. (2017). Foundations for Consultation in Educational Settings with Second Language Learners. In C. Haztichristou & S. Rosenfield (Eds.), *International Handbook of Consultation in Educational Settings* (pp. 137-159). New York: Taylor and Francis.

Ortiz, S. O., Melo, K. & Terzulli, M. (2017). Use of the WISC-V with English Language Learners. In D. P. Flanagan & V. C. Alfonso (Eds.), *Essentials of WISC-V Assessment* (pp. 539-590). Hoboken, NJ: Wiley & Sons Inc.

Ortiz, S. O. & Seymour, K. L. (2017). The Culturally Competent School Psychologist. In M. Thielking and M. T. Terjesen (Eds.), *Australian Handbook of School Psychology* (pp. 81-110). NY: Springer Books.

Ortiz, S. O., Ortiz, J. A. & Devine, R. I. (2016). Use of the WJ IV with English Language Learners. In D. P. Flanagan & V. C. Alfonso (Eds.), *WJ IV Clinical Use and Interpretation* (pp. 317-354). New York: Elsevier Press.

Ortiz, S. O. & Melo, K. (2015). Evaluation of Intelligence and Learning Disability with Hispanics. In K. Geisinger (Ed.), *Psychological Testing of Hispanics* (pp. 109-134). Washington DC: APA Books.

Ortiz, S. O. (2015). CHC Theory of Intelligence. In S. Goldstein & J. Naglieri (Eds.), *Handbook of Intelligence: Evolutionary Theory, Historical Perspective, and Current Concepts* (pp. 209-228). NY: Springer Books

Ortiz, S. O. (2014).  Best Practices in Nondiscriminatory Assessment.  In P. Harrison & A. Thomas (Eds.) *Best Practices in School Psychology VI: Foundations* (pp. 61-74), Bethesda, MD: National Association of School Psychologists.

Brown, J. E. & Ortiz, S. O. (2014). Interventions for English Language Learners with Learning Difficulties. In J. T. Mascolo, D. P. Flanagan, & V. C. Alfonso (Eds.), *Essentials of Planning, Selecting and Tailoring Intervention* (pp. 267-313). Hoboken, NJ: Wiley & Sons, Inc.

Flanagan, D.P., Alfonso, V.C., Ortiz, S. O. & Dynda, A.M. (2013). Cognitive Assessment: Progress in Psychometric Theories of the Structure of Cognitive Abilities, Cognitive Tests, and Interpretive Approaches to Cognitive Test Performance. In D. Saklofske, C. R. Reynolds, and V. Schwean (Eds.), *Oxford Handbook of Child Psychological Assessment* (pp. 239-285). New York: Oxford University Press.

Ortiz, S. O., Douglas, S. & Feifer, S. G. (2013). Bilingualism and Written Expression: A neuropsychological perspective. In S. G. Feifer (Ed.) The Neuropsychology of Written Language Disorders: A framework for effective interventions (pp. 113-130). Middletown, MD: School Neuropsych Press

Ortiz, S. O. & Flanagan, D. P. (Sect. Eds.)(2013). Section 9: Assessment Theory—Introduction. In B. J. Irby, G. Brown & R. Lara-Alecio (Eds.), *Handbook of Educational Theories* (pp. 735-738). Charlotte, NC: Information Age Publishing.

Ortiz, S. O. & Voutsinas, M. (2012). Cultural Considerations in Crisis Intervention. In S. E. Brock,  P. J. Lazarus, & S. R. Jimerson (Eds). *Best Practices in School Crisis Prevention and Intervention* (pp.337-358). Washington DC: National Association of School Psychologists.

Ortiz, S. O. (2012). Bilingual Multicultural Assessment with the WISC-IV. In D.P. Flanagan & A.S. Kaufman (Eds.), *Essentials of WISC-IV Assessment, Second Edition,* (pp. 295-309), Hoboken, NJ: John Wiley.

Ortiz, S. O. (2012). Multicultural Issues in School Mental Health: Responsive intervention in the educational setting. In Menutti, R.B., Freeman, A. & Christner, R.W., (Eds.) *Cognitive Behavioral Interventions in Educational Settings: A handbook for practice, 2nd Edition*. (pp. 53-80). New York: Brunner-Routledge Publishing.

Flanagan, D. P., Alfonso, V. C. & Ortiz, S.O. (2012). The Cross-Battery Assessment Approach: An overview, historical perspective, and current directions. In D.P. Flanagan and P.L. Harrison (Eds.), *Contemporary Intellectual Assessment, Third Edition, (pp. 459-483)*. New York: Guilford Press.

Ortiz, S.O., Ochoa, H.S. & Dynda, A.M. (2012). Testing with Culturally and Linguistically Diverse Populations: Moving beyond the verbal-performance dichotomy into evidence-based practice. In D.P. Flanagan and P.L. Harrison (Eds.), *Contemporary Intellectual Assessment, Third Edition, (pp. 526-552)*. New York: Guilford Press.

Ortiz, S. O. (2011). Separating Cultural and Linguistic Difference (CLD) from Specific Learning Disability (SLD) in the Evaluation of Diverse Students. In D. P. Flanagan and V. C. Alfonso (Eds.), *Essentials of Specific Learning Disability Identification* (pp. 299-326). Hoboken, NJ: Wiley & Sons, Inc.

Ortiz, S. O. (2011). Difference versus Disorder: Nondiscriminatory Assessment of an English Learner Suspected of Learning Disability. In N. Mather & L. Jaffe (Eds.) *Comprehensive Evaluations: Case Reports for Psychologists, Diagnosticians, and Special Educators* (pp. 128-136). New York: Wiley & Sons, Inc.

Ortiz, S. O. & Lella, S. A. (2010). Intellectual Assessment and Cognitive Abilities: A Primer for Parents and Educators. In *Helping Children at Home and School II* (pp. 79-82). Washington DC: National Association of School Psychologists.

Ortiz, S. O. & Dynda, A. M. (2010). Diversity, Fairness, Utility and Social Issues. In E. Mpofu & T. Oakland (Eds.), *Assessment in Rehabilitation and Health* (pp. 37-55). New Jersey: Merrill.

Flanagan, D. P., Alfonso, V. C., Ortiz, S. O. & Dynda, A. M. (2010). Integrating Cognitive Assessment and School Neuropsychology. In D. Miller (Ed.), *Best Practices in School Neuropsychology* (pp. 101-140). New Jersey: Wiley & Sons, Inc.

Mpofu, E. & Ortiz, S. O. (2009). Equitable Assessment Practices in Diverse Contexts. In E. L. Grigorenko (Ed.), *Multicultural Psychoeducational Assessment*, (pp. 41-76). New York: Springer Publishing Co.

Ortiz, S. O. & Flanagan, D. P. (2009). Kaufman on Theory, Measurement, Interpretation, and Fairness: A legacy in Training, Practice, and Research. In J. C. Kaufman (Ed.), *Intelligent Testing: Integrating Psychological Theory and Clinical Practice* (pp. 99-112). Cambridge, MA: Cambridge University Press.

Ortiz, S. O. (2008). Bilingual Multicultural Assessment with the WISC-IV and WISC-IV Spanish. In A. Kaufman & D. P. Flanagan (Eds.), *Essentials of WISC-IV Assessment, 2nd Edition* (pp. 245-253). New Jersey: Wiley Press.

Ortiz, S. O. (2008). Best Practices in Nondiscriminatory Assessment.  In A. Thomas & J. Grimes (Eds.) *Best Practices in School Psychology V*, (pp. 661-678).  Washington, DC: National Association of School Psychologists.

Flanagan, D. P., Ortiz, S. O., Alfonso, V. C. & Dynda, A. M. (2008).  Best Practices in Cognitive Assessment.  In A. Thomas & J. Grimes (Eds.) *Best Practices in School Psychology V*, (pp. 633-660).  Washington, DC: National Association of School Psychologists.

Ortiz, S. O., Flanagan, D. P. & Dynda, A. M. (2008). Best Practices in Working with Culturally and Linguistically Diverse Children and Families: In A. Thomas & J. Grimes (Eds.) *Best Practices in School Psychology V*, (pp. 1721-1738).  Washington, DC: National Association of School Psychologists.

Ortiz, S. O. & Dynda, A. M. (2008). Issues Unique to English Language Learners. In N. Mather and R. Morris (Eds.), *Evidence-based Interventions for Students with Learning and Behavioral Challenges,* (pp. 321-335). New York: Erlbaum.

Flanagan, D. P., Alfonso, V. C. & Ortiz, S. O. (2007). The CHC Cross-Battery Approach. In C. R. Reynolds & E. Fletcher-Janzen (Eds.), *Encyclopedia of Special Education, 3rd Ed.*, (pp. 403-417). New Jersey: Wiley & Sons, Inc.

Vazquez-Nuttall, E., Li, C., Dynda, A.M., Ortiz, S.O., Armengol, C., Walton, J. & Phoenix, K. (2007). Cognitive Assessment of Culturally and Linguistically Diverse Students. In G. Esquivel, E. Lopez & S. Nahari (Eds.), *Handbook of Multicultural School Psychology* (pp. 269-288), New York: Erlbaum.

Ortiz, S. O. (2006). Instruction and Assessment of Culturally and Linguistically Diverse Students: A systematic approach for English language development and nondiscriminatory assessment, intervention, and teaching. In E. Fletcher-Janzen and C. R. Reynolds (Eds.), *Special Educator's Almanac* (pp. 481-536). New York: Wiley Press.

Ortiz, S. O. (2006). Multicultural Issues in Working with Children and Families: Responsive intervention in the educational setting. In Menutti, R.B., Freeman, A. & Christner, R.W., (Eds.) *Cognitive Behavioral Interventions in Educational Settings: A handbook for practice* (pp. 21-36). New York: Brunner-Routledge Publishing.

Ortiz, S. O., & Lella, S. A. (2005). Cross-cultural Assessment. In S. W. Lee (Ed.), *Encyclopedia of School Psychology* (pp. 136-139). Thousand Oaks, CA: Sage.

Ortiz, S. O. & Ochoa, S. H. (2005). Advances in Cognitive Assessment of Culturally and Linguistically

Diverse Individuals: A nondiscriminatory interpretive approach. In D. P. Flanagan & P. L. Harrison (Eds.), *Contemporary Intellectual Assessment, 2nd Edition* (pp. 234-250). New York: Guilford Press.

Ortiz, S. O. & Dynda, A. M. (2005). The use of intelligence tests with culturally and linguistically diverse populations. In D. P. Flanagan & P. L. Harrison (Eds.), *Contemporary Intellectual Assessment, 2nd Edition* (pp. 545-556). New York: Guilford Press.

Ortiz, S. O. (2004). Nondiscriminatory Assessment in Schools. In C. Spielberger (Ed.), *Encyclopedia of Applied Psychology, Vol. X* (pp. 669-675). San Diego, CA: Academic Press.

Flanagan, D. P. & Ortiz, S. O. (2004).  Gf-Gc Theory of Intelligence. In T. S. Watson & C. H. Skinner (Eds.), *Encyclopedia of School Psychology* (pp. 136-139). New York: Kluwer Academic/Plenum Publishers.

Ortiz, S. O. (2004). Bilingual Multicultural Assessment with the WISC-IV. In A. Kaufman & D. P. Flanagan (Eds.) (pp. 245-254). *Essentials of WISC-IV Assessment*. New York: Wiley Press.

Ortiz, S. O. (2004). Learning Disabilities: A primer for parents about identification. In A. Canter, S. Carroll, L. Paige, & I. Romero (Eds.), *Helping Children at Home and School II: Handouts for families and educators* (pp. 117-119). Washington DC: National Association of School Psychologists.

Ortiz, S. O. (2004). Trastornos del Aprendizaje: Información para padres sobre la identificación. In A. Canter, S. Carroll, L. Paige, & I. Romero (Eds.), *Helping Children at Home and School II: Handouts for families and educators* (pp. 121-124). Washington DC: National Association of School Psychologists.

Ortiz, S. O. & Lella, S. M. (2004). Intellectual Assessment and Cognitive Abilities: Basics for Parents and Educators. In A. Canter, S. Carroll, L. Paige, & I. Romero (Eds.), *Helping Children at Home and School II: Handouts for families and educators* (pp. 79-82). Washington DC: National Association of School Psychologists.

Ortiz, S. O. & Lella, S. M. (2004). Evaluación Intelectual y Habilidades Cognitivas: Fundamentos para padres y educadores. In A. Canter, S. Carroll, L. Paige, & I. Romero (Eds.), *Helping Children at Home and School II: Handouts for families and educators* (pp. 83-86). Washington DC: National Association of School Psychologists.

Ortiz, S. O. (2002).  Best Practices in Nondiscriminatory Assessment.  In A. Thomas & J. Grimes (Eds.) *Best Practices in School Psychology IV* (pp. 1321-1336).  Washington, DC: National Association of School Psychologists.

Ortiz, S. O. & Flanagan, D. P. (2002).  Best Practices in Working with Culturally Diverse Children and Families.  In A. Thomas & J. Grimes (Eds.) *Best Practices in School Psychology IV* (pp. 337-351). Washington, DC: National Association of School Psychologists.

Flanagan, D. P. & Ortiz, S. O. (2002).  Best Practices in Intellectual Assessment: Future directions.  In A. Thomas & J. Grimes (Eds.) *Best Practices in School Psychology IV* (pp. 1351-1372).  Washington, DC: National Association of School Psychologists.

Ortiz, S. O., McGrew, K. S. & Flanagan, D. P. (1998).  *Gf-Gc* Cross-Battery Interpretation and Selective Cross-Battery Assessment: Referral Concerns and the Needs of Culturally and Linguistically Diverse Populations (pp. 401-444).  In K. S. McGrew and D. P. Flanagan (Eds.), *The Intelligence Test Desk Reference (ITDR): Gf-Gc Cross-Battery Assessment.* Boston: Allyn & Bacon.

Ortiz, S. O. (1997).  Culturally and Linguistically Appropriate Goals and Objectives.  In *Guidelines for Language, Academic, and Special Education Services Required for Limited-English Proficient Students in California Public Schools, K-12* (pp. 31-32). Sacramento, CA: California Department of Education.

Ortiz, S. O. (1984).  The physics of baseball.  In R. S. Wurman (Ed.) *Baseball Access* (pp. 36-39).  Los

Angeles, California: Access Press.

## PUBLICATIONS – TESTS

Ortiz, S. O. (2018). *Ortiz Picture Vocabulary Acquisition Test (Ortiz PVAT).* Toronto, Canada: Multi-Health Systems.

## PUBLICATIONS – COMPUTER SOFTWARE

Schneider, W. J., Flanagan, D. P., Ortiz, S. O. & Alfonso, V. C. (in preparation). *X-BASS Online.* New York: Wiley Press.

Ortiz, S. O. (2022). *Diverse Student True Peer Group Estimator (D-STPGE v1.0).* Available at: http://facpub.stjohns.edu/~ortizs/CLIM/

Ortiz, S. O., Flanagan, D. P. & Alfonso, V. C. (2021). *Cross-Battery Assessment Software System, version 2.4 (X-BASS v2.4) – PC and Mac versions.* New York: Wiley Press.

Flanagan, D. P., Mascolo, J. T. & Ortiz, S. O. (2020). *The Intervention Library: Finding Resources for Students and Teachers (IL:FIRST v1.0).* New York: Wiley Press.

Ortiz, S.O. & Dynda, A. M. (2020). *Culture-Language Interpretive Matrix: Basic (C-LIM v4.0).* Available at: http://facpub.stjohns.edu/~ortizs/CLIM/

Ortiz, S. O., Flanagan, D. P. & Alfonso, V. C. (2017). *Cross-Battery Assessment Software System, version 2.0 (X-BASS v2.0) – PC and Mac versions.* New York: Wiley Press.

Ortiz, S. O., Flanagan, D. P. & Alfonso, V. C. (2015). *Cross-Battery Assessment Software System, version 1.0 (X-BASS v1.0) – PC and Mac versions.* New York: Wiley Press.

Ortiz, S.O. & Dynda, A. M. (2013). *Cross-Battery Assessment Culture-Language Interpretive Matrix, version 2.0 (XBA C-LIM v2.0) – PC and Mac versions. Available on CD published with Essentials of Cross-Battery Assessment, Third Edition.* New York: Wiley Press.

Ortiz, S.O. & Dynda, A. M. (2013). *Cross-Battery Assessment Processing Strengths and Weaknesses Analyzer, version 1.0 (XBA PSW-A v1.0) – PC and Mac versions. Available on CD published with Essentials of Cross-Battery Assessment, Third Edition.* New York: Wiley Press.

Ortiz, S.O. & Dynda, A. M. (2013). *Cross-Battery Assessment Data Management and Interpretive Assistant, version 2.0 (XBA DMIA v2.0) – PC and Mac versions. Available on CD published with Essentials of Cross-Battery Assessment, Third Edition.* New York: Wiley Press.

Dynda, A. M. & Ortiz, S.O. (2007). *Cross-Battery Assessment Culture-Language Interpretive Matrix, version 2.0 (XBA C-LIM v1.0). Available on CD published with Essentials of Cross-Battery Assessment, Second Edition.* New York: Wiley Press.

Ortiz, S.O. & Misak, R. M. (2007). *Cross-Battery Assessment SLD Assistant, version 1.0 (XBA SLD-A v1.0). Available on CD published with Essentials of Cross-Battery Assessment, Second Edition.* New York: Wiley Press.

# PUBLICATIONS – OTHER

Ortiz, S. O. (2018). Chapter 10: Intellectual Assessment. In *Minnesota Department of Education: English Learner Companion*, St. Paul, MN: Minnesota Department of Education.

National Association of School Psychologists. (2015). *The provision of school psychological services to bilingual students* [Position statement]. Bethesda, MD: Author (working group member author)

Rinaldi, C., Ortiz, S.O., Gamm, S. (2014). *RTI-Based SLD Identification Toolkit: Considerations for English Language Learners.* Available at http://rtinetwork.org/getstarted/sld-identification-toolkit/ld-identification-toolkit-considerations-for-ell

Quintana, S. M., Boykin, W., Fugligni, A., Graham, S., Howes, C., Ortiz, S. O., and Worrell, F. C. (2012). *Ethnic and Racial Disparities in Education: Psychology's Contributions to Understanding and Reducing Disparities.* A report by the American Psychological Association Presidential (Melba Vasquez) Task Force on Educational Disparities. Approved by APA Delegate Assembly, August 2, 2012.

# PROFESSIONAL CONFERENCE PRESENTATIONS

Ortiz, S. O. & Pristo, L. (2022, June). *Evaluation of Specific Learning Disabilities in English Learners: Visualizing normal ability via Cattell-Horn-Carroll theory of cognitive abilities domain-level analysis.* Learning Disabilities Association of America, Science 2 Practice Summer Equity Series (virtual).

Ortiz, S. O. (2022, May). *Assessment of English Learners: Evidence-based evaluation and best practice.* Bilingual Roundtable, Bay Area, CA (virtual).

Ortiz, S. O. (2022, May). *Assessment of English Learners: Evidence-based evaluation and best practice.* Connecticut Association of School Psychologists, Fairfield, CT.

Ortiz, S. O. (2022, April). *Language Difference vs. Learning Disorder: A developmental perspective on disentangling SLD in English learners.* NCBE Annual Bar Admissions Conference, New Orleans, LA.

Camara, W., Jonson, J., Ortiz, S. O., Camilli, G., & Kettler, R. (2022, April). *Theoretical, Empirical, and Practical Issues in Testing English Learners.* Virtual panel on Fairness in Educational Testing: Theoretical, Research, and Practice Implications of the 2014 Standards. NCME/AERA, San Diego, CA.

Ortiz, S. O. (March, 2022). *Square Pegs in Round Holes: In testing bilinguals, we assumed they were two monolinguals in one head.* Keynote presentation at the Gonzaga University Conference on Establishing a New Normal: Advances in norm development to address issues of bias and equity. Spokane, WA.

Ortiz, S. O. (2022, February). *Evidence-based Evaluation of English Learners: A contemporary approach to testing for all practitioners.* Ventura County Association of School Psychologists. Ventura, CA. (virtual).

Ortiz, S. O. (2022, February). *Best Practice in Nondiscriminatory Assessment.* National Association of School Psychologists, Boston, MA.

Pristo, L. J. & Ortiz, S. O. (2022, January). *Visualizing the Normal Ability Profile for Culturally and Linguistically Diverse Students: Translating science and research into practice.* Learning Disabilities Association of America, 59th Annual Conference, New Orleans, LA.

Ortiz, S. O. (2022,January). *Introduction to the Ortiz PVAT: A new direction in fairness and assessment of linguistically diverse students*. Kern Association of School Psychologists. (virtual)

Ortiz, S. O. (2022, January). *Advances in Fairness and Testing with Second Language Learners. New directions in evaluation of linguistically diverse individuals*. Bilinguistics Conference. (virtual)

Ortiz, S. O. (2021, November). *Introduction to the Ortiz PVAT: A new direction in fairness and assessment of linguistically diverse students*. Arizona Association of School Psychologists, Phoenix, AZ.

Ortiz, S. O. (2021, October). *Equitable Assessment in SLD Identification with English Learners: An evidence-based approach for evaluating measurement validity and examining exclusionary factors*. Learning Disabilities Association of America, Science to Practice Conference. (virtual)

Ortiz, S. O. (2021, October). *Assessment of English Learners: Evidence-based evaluation and best practice*. Texas Association of School Psychologists, Georgetown, TX.

Camara, W. J., Geisinger, K. F., Ortiz, S. O., & Jonson, J. L. (2021, July). *Fairness in educational and psychological testing: Examining theoretical, research, practice, and policy implications of 2014 Standards*. International Test Commission, 12th Conference Workshop (virtual).

Ortiz, S. O. (2021, May). *Bilingual Evaluation for All Psychologists: An evidence-based framework for testing of English learners*. Oklahoma School Psychology Association, OK (virtual).

Ortiz, S. O. (2021, March). *Fairness in Assessment of English Learners: Toward true peer group measurement*. California Speech-language Hearing Association. San Francisco, CA (virtual).

Ortiz, S. O. (2021, February). *Assessment of English Learners: Evidence-based evaluation and best practice*. Bay Area Association of School Psychologists. San Francisco, CA (virtual).

Ortiz, S. O. (2021, January). *Learning Disability Identification with English Learners: An evidence-based approach for evaluating measurement validity and examining exclusionary factors in the identification of SLD*. Learning Disabilities Association of America, Science 2 Practice Conference, New Orleans, LA (virtual).

Ortiz, S. O. (2020, October). *Bilingual Evaluations for Bilingual and Non-Bilingual School Psychologists: An evidence-based approach for assessing English learners*. New York Association of School Psychologists, Long Island, NY (virtual).

Ortiz, S. O. (2020, October). *Through the Looking Glass: Evaluation and testing of bilinguals in a monolingual world*. Washington State Psychological Association, WA (virtual).

Ortiz, S. O. (2020, May). *Fairness in Assessment of English Learners: Toward true peer group measurement*. California Speech-language Hearing Association. Pasadena, CA (virtual).

Ortiz, S. O. (2020, March). *Bilingual Evaluation for Non-Bilingual School Neuropsychologists: An evidence-based approach to evaluation and best practice*. School Neuropsychology Conference, Savannah, GA (virtual).

Ortiz, S. O. & Wong, J. Y. T. (2020, February). *Bilingual Evaluations for Non-bilingual School Psychologists.* National Association of School Psychologists. Baltimore, MD.

Ortiz, S. O. (2019, December). *Evidence-based Assessment of English Learners: Contemporary PSW Evaluation for SLD with X-BASS, C-LIM, and the Ortiz PVAT*. Texas Educational Diagnostician's Association. Waco, TX.

Ortiz, S. O. (2019, November). *Evidence-based Evaluation of English Learners: A contemporary approach to testing for all practitioners*. Arizona Association of School Psychologists.

Ortiz, S. O. (2019, November). *Integration of the Ortiz PVAT in Evidence-based Evaluation of ELs*. Kentucky Association for Psychology in the Schools. Lexington, KY.

Ortiz, S. O. (2019, October). *Assessment of English Learners: Evidence-based evaluation and best practice.* Alabama Association of School Psychologists. Montgomery, AL.

Ortiz, S. O. (2019, October). *Evidence-based Assessment of English Learners: Contemporary PSW Evaluation for SLD with X-BASS, C-LIM, and the Ortiz PVAT*. California Association of School Psychologists. Long Beach, CA.

Ortiz, S. O. (2019, October). *Assessment of English Learners: Evidence-based evaluation and best practice*. Texas Association of School Psychologists. Houston, TX.

Ortiz, S. O. (2019, October). *Nondiscriminatory Evaluation of English Learners: An applied framework for all practitioners*. National Latinx Psychological Association. Miami, FL.

Ortiz, S. O. (2019, October). *RTI/MTSS and PSW/Testing: The myth of mutual exclusivity in pre- and post-referral evaluation of SLD*. Washington State Association of School Psychologists. Spokane, WA.

Ortiz, S. O. (2019, October). *Integration of the Ortiz PVAT in Evidence-based Evaluation of ELs*. Oregon School Psychology Association. Portland, OR.

Ortiz, S. O. (2019, October). *Contemporary Evaluation of SLD: A Pattern of Strengths and Weaknesses Approach (PSW) via X-BASS and Cross-Battery Assessment (XBA) – Advanced*. North Dakota Association of School Psychologists and Council for Exceptional Children. Fargo, ND.

Ortiz, S. O. (2019, October). *Contemporary Evaluation of SLD: A Pattern of Strengths and Weaknesses Approach (PSW) via X-BASS and Cross-Battery Assessment (XBA) – Introduction*. North Dakota Association of School Psychologists. Fargo, ND.

Ortiz, S. O. (2019, September). *Assessment of English Learners: Evidence-based evaluation and integration of the Ortiz PVAT*. Chicago School of Professional Psychology – School Psychology Conference. Chicago, IL.

Ortiz, S. O. (2019, August). *Assessment of English Learners: Evidence-based evaluation and best practice*. Nevada Association of School Psychologists. Las Vegas, NV.

Ortiz, S. O. (2019, May). *Evidence-based Evaluation of SLD with English Learners: Contemporary evaluation via X-BASS, C-LIM, and the Ortiz PVAT*. San Diego County Association of School Psychologists, San Diego, CA.

Ortiz, S. O. (2019, April). *Assessment of English Learners: Evidence-based evaluation and best practice.* New Jersey Association of School Psychologists, Edison, NJ.

Ortiz, S. O. (2019, April). *Assessment of English Learners: Evidence-based evaluation and best practice.* Kern County Association of School Psychologists, Bakersfield, CA.

Ortiz, S. O. (2019, April). *Evidence-Based Evaluation of SLD with English Learners: Integration and application of PSW and C-LIM.* 14th Annual School Neuropsychology Conference, Long Beach, CA.

Ortiz, S. O. (2019, April). *Evidence-based Evaluation of English Learners: A contemporary approach to testing for all practitioners*. Delaware Association of School Psychologists, Rehoboth Beach, DE.

Ortiz, S. O. (2019, March). *Evidence-based Evaluation of English Learners: A contemporary approach to testing for all practitioners*. Stanislaus County Association of School Psychologists, Modesto, CA.

Ortiz, S. O. (2019, March). *Evidence-based Evaluation of English Learners: A contemporary approach to testing for all practitioners*. Riverside Association of School Psychologists, Murrieta, CA.

Ortiz, S. O. (2019, March). *Evidence-based Evaluation of English Learners: A contemporary approach to testing for all practitioners*. Orange County Association of School Psychologists, Irvine, CA.

Ortiz, S. O. (2019, February). *Integration of the Ortiz PVAT in Evidence-Based Evaluation of English Learners: New directions in fairness in evaluation of English speakers and English learners*. National Association of School Psychologists, Atlanta, GA.

Ortiz, S. O. (2019, February). *Evidence-based Assessment of English Learners: A contemporary approach to testing for all practitioners*. Kent/Akron Association of School Psychologists, Fairlawn, OH.

Ortiz, S. O., Wong, J. Y., and Solomon, J. (2018, November). *Fairness in the Assessment of English Language Learners: Toward true peer group measurement*. American Speech-Language and Hearing Association, Boston, MA.

Ortiz, S. O. (2018, November). *Language Differences vs. Learning Disorders: A developmental perspective on disentangling SLD in English Learners*. Testing Agencies Disability Forum, hosted by the College Board and ETS, New York, NY.

Ortiz, S. O. (2018, November). *Evidence-based Assessments of English Language Learners: A contemporary approach to testing for all practitioners*. New Hampshire Association of School Psychologists, Concord, NH.

Ortiz, S. O. (2018, October). *Evidence-based Evaluation of English Learners: A contemporary approach to testing*. Florida Association of School Psychologists, Orlando, FL.

Ortiz, S. O., Lesser, E., Barrett, C., & Wong, J. (2018, October). Culturally responsive practices panel discussion. In Paff, M. (Chair), Culturally Responsive Practices Committee: Town Hall conducted at the Annual Convention of the New York Association of School Psychologists, Lake Placid, NY.

Ortiz, S. O. (2018, October). *Pre-referral Application of the Ortiz PVAT with English Language Learners: Evaluation for intervention, instruction, progress monitoring, and growth*. New York Association of School Psychologists, Lake Placid, NY.

Ortiz, S. O. (2018, October). *The Ortiz PVAT: Advances in fairness and testing*. Hawai'i Association of School Psychologists, Wailea, HI.

Ortiz, S. O. (2018, October). *Evidence-based Evaluation of English Learners: A contemporary approach to testing*. Hawai'i Association of School Psychologists, Wailea, HI.

Ortiz, S. O. (2018, September). *Evidence-based Evaluation of English Learners: A contemporary approach to testing*. Indiana Association of School Psychologists, Indianapolis, IN.

Ortiz, S. O. (2018, July). *Fairness in Testing: A cross-cultural framework for evidence-based assessment of diverse students*. 13th Annual School Neuropsychology Summer Institute, Grapevine, TX.

Ortiz, S. O. (2018, May). *Introducing the Ortiz Picture Vocabulary Acquisition Test (Ortiz PVAT)*. San Diego County Association of School Psychologists, Carlsbad, CA.

Ortiz, S. O. (2018, May). *Evidence-based Evaluation of English Learners: A contemporary approach to testing*. Greater Long Beach Association of School Psychologists, Long Beach, CA.

Ortiz, S. O. (2018, April). *Identification of SLD in English Learners via Pattern of Strengths and Weaknesses (PSW) Using X-BASS and C-LIM*. Maine Association of School Psychologists, Freeport, ME.

Ortiz, S. O. (2018, April). *Evidence-based Evaluation of English Learners: A contemporary approach to*

*testing*. Wyoming School Psychology Association, Casper, WY.

Ortiz, S. O. (2018, April). *Fairness and English Learners: Toward true peer group measurement*. National Council for Measurement in Education/American Educational Research Association Annual Conference, Manhattan, NY.

Ortiz, S. O. (2018, March). *Evidence-based Evaluation of English Learners: A contemporary approach to testing*. Oklahoma School Psychologists Association, Tulsa, OK.

Ortiz, S. O. (2018, March). *Evidence-based Evaluation of English Learners: A contemporary approach to testing*. California Association of School Psychologists, Monterey, CA.

Ortiz, S. O. (2018, March). *Evidence-based Evaluation of English Learners: A contemporary approach to testing for all practitioners*. Temple University School Psychology Conference, Philadelphia, PA.

Ortiz, S. O. (2018, February). *An Introduction to the Ortiz Picture Vocabulary Acquisition Test (Ortiz PVAT): A new direction in tests and testing*. National Association of School Psychologists, Chicago, IL.

Ortiz, S. O. (2018, February). *Evidence-based Evaluation of English Learners: A contemporary approach to testing*. Ventura County Association of School Psychologists, Ventura, CA.

Ortiz, S. O. (2018, February). *Fairness in SLD Evaluation with English Learners: Measurement issues in RTI and testing*. Learning Disabilities Association Annual Conference, Atlanta, GA.

Ortiz, S. O. (2018, January). *Evidence-based Evaluation of English Learners: A contemporary approach to testing*. Minnesota School Psychologists Association, Plymouth, MN.

Ortiz, S. O. (2017, November). *Contemporary Measurement of Vocabulary Acquisition in an Era of Diversity: Clinical and educational applications of the Ortiz PVAT*. American Speech-Language and Hearing Association, Los Angeles, CA.

Ortiz, S. O. (2017, November). *Evidence-based Evaluation of English Learners: A contemporary approach to testing*. Texas Association of School Psychologists, Dallas, TX.

Ortiz, S. O. (2017, November). *Evidence-based Evaluation of English Learners: A contemporary approach to testing*. Florida Association of School Psychologists, Daytona Beach, FL.

Ortiz, S. O. (2017, October). *Contemporary Assessment of English Learners: Evidence-based evaluation and best practice*. New Mexico Association of School Psychologists, Albuquerque, NM.

Ortiz, S. O. (2017, October). *Evaluation of Specific Learning Disability via Pattern of Strengths and Weaknesses (PSW) Approach and XBA Procedures*. Maine Association of School Psychologists, Freeport, ME.

Ortiz, S. O. (2017, October). *Introduction to the Ortiz PVAT: A new direction in evaluation*. New York Association of School Psychologists, White Plains, NY.

Ortiz, S. O. (2017, October). Evidence-Based Evaluation of English Learners: A contemporary approach to testing. New York Association of School Psychologists, White Plains, NY.

Ortiz, S. O. (2017, October). Contemporary Assessment of English Learners: Evidence-based evaluation and best practice. Illinois School Psychologists Association, Chicago, IL.

Ortiz, S. O. (2017, October). Contemporary Assessment of English Learners: Evidence-based evaluation and best practice. California Association of School Psychologists, Los Angeles, CA.

Ortiz, S. O. (2017, May). English Language Learners: Instruction and Intervention. Council for Exceptional Children, Boston, MA.

Ortiz, S. O. (2017, April). English Language Learners: Assessment and Intervention. Maryland Association of School Psychologists, Hanover, MD.

Ortiz, S. O. (2017, February). *Advanced Psychoeducational Assessment of English Language Learners*. National Association of School Psychologists. San Antonio, TX.

Ortiz, S. O. (2017, February). *Intermediate Psychoeducational Assessment of English Language Learners*. National Association of School Psychologists. San Antonio, TX.

Ortiz, S. O. (2017, February). *A Framework for Nondiscriminatory Evaluation and Testing of English Learners.* Psychologists-In-Training (PIT) Program, New York City Department of Education, Jamaica, Queens, NY.

Ortiz, S. O. (2016, October). *Evidence-based Evaluation of English Language Learners: Bridging research and practice to promote equity in assessment*. New Mexico Association of School Psychologists, Las Cruces, NM.

Ortiz, S. O. (2016, October). *Evidence-based Evaluation of English Language Learners: Determining simple difference from valid disorder*. Hawaii Association of School Psychologists, Ko'Olina, HI

Ortiz, S. O. (2016, October). *Evidence-based Evaluation of English Language Learners: Determining simple difference from valid disorder*. Kansas Association of School Psychologists, Manhattan, KS.

Ortiz, S. O. (2016, August). *Effective Writing about Multicultural Individuals: False Caution vs. True Discretion*. American Psychological Association, Denver, CO.

Ortiz, S. O. (2016, July). *Evidence-based Assessment and Intervention: Bridging Research and Practice in the Education and Evaluation of English Language Learners*. School Neuropsychology Summer Institute 2011, Dallas, TX.

Ortiz, S. O. (2016, March). *Collaborative vs. Traditional Models for Educational Service Delivery and Evaluation with English Learners*. Confederation of Oregon State Administrators State English Learners Alliance Conference, Eugene, OR.

Ortiz, S. O. (2016, March). *Dual Identification of English Learners: Use of a PSW model for determining SLD with English Learners—Introductory Workshop*. Confederation of Oregon State Administrators State English Learners Alliance Conference, Eugene, OR.

Ortiz, S. O. (2016, March). *Square Pegs in Round Holes: Educating and Evaluating English Learners—Bilinguals are not two monolinguals in one head*. Confederation of Oregon State Administrators State English Learners Alliance Conference, Eugene, OR.

Ortiz, S. O. (2016, March). *Dual Identification of English Learners: Use of a PSW model for determining SLD with English Learners—Advanced Workshop*. Confederation of Oregon State Administrators State English Learners Alliance Conference, Eugene, OR.

Ortiz, S. O. (2016, March). *The Assessment of Culturally and Linguistically Diverse Populations: A 50-year dilemma—What progress has been made, what issues remain?* Washington State Association of School Psychologists, Online Webinar.

Ortiz, S. O. (2016, February). *Educating English Learners: A developmental framework for understanding the literacy needs of English language learners*. Arizona Council for Exceptional Children/Arizona Council of Administrators in Special Education Annual Conference. Phoenix, AZ.

Ortiz, S. O. (2016, February). *Square Pegs in Round Holes: Educating and Evaluating English Learners—Bilinguals are not two monolinguals in one head*. Arizona Council for Exceptional Children/Arizona Council of Administrators in Special Education Annual Conference. Phoenix, AZ.

Ortiz, S. O. (2016, February). *Assessing English Learners: Use of PSW for SLD Determination with English Language Learners—A case study*. Arizona Council for Exceptional Children/Arizona Council of Administrators in Special Education Annual Conference. Phoenix, AZ.

Harris, B., Ortiz, S.O., Sotelo-Dynega, M., Li, C., Lopez, E., Klotz, M.B., and Oganes, M. (2016, February). *The Provision of School Psychological Services to Bilingual Students*. National Association of School Psychologists, New Orleans, LA.

Ortiz, S. O. (2016, January). *Culturally Proficient Practices in Student Evaluation: Evidence-based procedures for equitable assessment*. Texas Statewide Education Program (SWEP), Dallas, TX.

Ortiz, S. O. (2016, January). *Use of the C-LIM in Cross-Battery Assessment: Evaluation of an English Language Learner*. Texas Statewide Education Program (SWEP), Dallas, TX.

Ortiz, S. O. (2015, November). *Social Justice Conference*, Invited Panel Member, Long Island University, Brooklyn Campus, Brooklyn, NY.

Ortiz, S. O. (2015, October). *Difference vs. Disorder: Best practices in the evaluation of culturally and linguistically diverse learners*. Alaska School Psychologists Association, Anchorage, AK.

Ortiz, S. O. (2015, October). *Square Pegs in Round Holes: Addressing educational challenges for culturally and linguistically diverse learners*. Alaska School Psychologists Association, Anchorage, AK.

Ortiz, S. O. (2015, September). *Failure to Respond or Failure to Educate? Considerations for SLD determination with English Learners*. Oregon Department of Education/Confederation of State Administrators Annual Conference, Eugene, OR.

Ortiz, S. O. (2015, September). *Assessment of English Language Learners for Specific Learning Disabilities: Language development, difference, and disorder*. Oregon Department of Education/Confederation of State Administrators Annual Conference, Eugene, OR.

Ortiz, S. O. (2015, September). *Square Pegs in Round Holes: A developmental framework for meeting the literacy needs of English Language Learners*. Oregon Department of Education/Confederation of State Administrators Annual Conference, Eugene, OR.

Ortiz, S. O. (2015, April). *Considerations for SLD Identification among English Language Learners. NASP Webinar Series on Specific Learning Disability*. National Association of School Psychologists.

Ortiz, S. O. (2015, April). *Assessment of English Language Learners: Evidence-based evaluation and best practice*. Portland Public Schools and ORFirst, Portland, OR.

Ortiz, S. O. (2015, February). *Current Best Practice in Assessment and Intervention with English Language Learners*. National Association of School Psychologists, Orlando, FL.

Ortiz, S. O. (2014, December). *Evidence-based Evaluation of English Language Learners: Bridging research and practice to promote equity in assessment*. New Jersey Association of School Psychologists, East Windsor, NJ.

Ortiz, S. O. (2014, November). *Evidence-based Evaluation of English Language Learners: Bridging research and practice to promote equity in assessment*. Arizona Association of School Psychologists, Phoenix, AZ.

Ortiz, S. O. (2014, October). *Difference vs. Disorder: Advanced use of the C-LIM to identify a Learning Disorder in CLD populations*. Oregon/Washington Bi-State School Psychologists Conference, Cheney, WA.

Ortiz, S. O. (2014, June). *English Learners and Assessment: A developmental framework for promoting equitable evaluation*. Confederation of Oregon School Administrators, Seaside, OR.

Ortiz, S. O. (2014, June). *English Learners and Academic Achievement: A developmental perspective on instructional change*. Keynote Address, Confederation of Oregon School Administrators, Seaside, OR.

Ortiz, S. O. (2014, March). *Instruction and Evaluation of English learners: A developmental perspective on academic achievement and test performance*. UC Berkeley School Psychology Conference, Berkeley, CA.

Ortiz, S. O. (2014, February). *Assessment of English Language Learners: Evidence-based evaluation and practice*. National Association of School Psychologists, Washington DC.

Ortiz, S. O. (2013, October). *Evaluation of Culturally and Linguistically Diverse Students: Best practice from theory to implementation*. Washington Association of School Psychologists, Spokane, WA.

Ortiz, S. O. (2013, October). *Cultivating Positive Assessments for Culturally and Linguistically Diverse Learners: A developmental framework for promoting fair and equitable evaluation*. Keynote Address for Council for Educational and Diagnostic Services, Weehawken, NJ.

Ortiz, S. O. (2013, October). *English Language Learners and Common Concerns with Early Childhood and Evaluations: A developmental framework for equitable assessment*. Texas Association of School Psychologists, San Antonio, TX.

Schmidt, A. (Chair), Ortiz, S. O. (Discussant), Camara, W., Puente, A. & Worrell, F. (2013, August). *Fairness in Testing: What is bias? Symposium*. American Psychological Association, Honolulu, HI.

Ortiz, S. O. (2013, March). *Cultural Pioneering: An insider's view of when bilingualism and education collide*. Keynote Address at New York State Association for Bilingual Education, Melville, NY.

Ortiz, S. O. (2013, February). *Essential Elements of PSW Procedures and Guidelines for Evidence-based Evaluation of English Language Learners*. Topical Public Policy Workshop by Feifer, S. G., Hanson, J. B., Jones, J. L., McCloskey, G., Ortiz, S. O., and Templeton, M. M. (2013), Specific Learning Disabilities: Evaluation, Identification, and Eligibility Criteria: Establishing procedures and guidelines for evaluation of Specific Learning Disabilities. Learning Disabilities Association of America, San Antonio, TX.

Ortiz, S. O. (2013, February). *Assessment of English Language Learners: Evidence-based evaluation and practice—Advanced Level*. National Association of School Psychologists. Seattle, WA.

Ortiz, S. O. (2013, February). *Assessment of English Language Learners: Evidence-based evaluation and practice—Intermediate Level*. National Association of School Psychologists. Seattle, WA.

Flanagan, D. P. & Ortiz, S. O. (2013, February). The Cross-Battery Assessment Approach: New Features that Enhance Measurement and Interpretation, SLD Identification, and Evaluation of Students from Diverse Backgrounds. Statewide Evaluation Conference for Special Education Evaluation Personnel, Dallas, TX.

Ortiz, S. O. (2012, November). Assessment of Culturally and Linguistically Diverse Students: Evidence-based Evaluation and Practice. British Columbia Association of School Psychologists, Vancouver, Canada.

Ortiz, S. O. (2012, November). Assessment of Culturally and Linguistically Diverse Students: Evidence-based Evaluation and Practice. Ohio School Psychologists Association, Columbus, OH.

Ortiz, S. O. (2012, October). Evidence-based Evaluation of English Language Learners: Using the WJ III and Bateria III – A case study in bilingual evaluation. California Association of School Psychologists. Irvine, CA.

Ortiz, S. O. (2012, October). *Psycho-educational Assessment of Culturally and Linguistically Diverse*

*Learners: Evidence-based evaluation and practice*. Manitoba Association of School Psychologists, Winnipeg, Canada.

Ortiz, S. O. (2012, October). *Evidence-based Evaluation of English Language Learners Using the WJ III and Bateria III: Moving beyond the verbal-nonverbal dichotomy*. Texas Association of School Psychologists, Houston, TX.

Ortiz, S. O. (2012, October). *Assessment of English Language Learners: Evidence-based evaluation and practice*. Indiana Association of School Psychologists., Indianapolis, IN.

Ortiz, S. O. (Chair and Discussant)(2012, August). *Designing Cognitive Ability Tests for Use in Hiring and Promotional Systems*. Symposium sponsored by APA Committee on Psychological Tests and Assessment, Orlando, FL.

Ortiz, S. O. (2012, August). *Understanding and Addressing Educational Disparities for English Language Learners: A developmental perspective*. Symposium on Psychology's Role in Reducing Educational Disparities by the APA Presidential Task Force on Educational Disparities, American Psychological Association, Orlando, FL.

Ortiz, S. O. (2012, May). *Testing with Culturally and Linguistically Diverse Students: Moving beyond traditional habits to evidence-based practices.* University of Wisconsin—LaCrosse 34th Annual School Psychology Roundtable, LaCrosse, WI.

Ortiz, S. O. (2012, April). *Evaluating Difference vs. Disorder in English Learners: Issues in cognitive and academic assessment in early childhood*. Young Child Expo & Conference, NY, NY.

Ortiz, S. O. (2012, April). *Evidence-based Assessment and Intervention: Bridging research and practice in the education and evaluation of English language learners*. San Diego County Association of School Psychologists, San Diego, CA.

Ortiz, S. O. (2012, February). *Assessment of English Language Learners: Evidence-based evaluation and practice—Advanced Level*. National Association of School Psychologists. Philadelphia, PA.

Ortiz, S. O. (2012, February). *Assessment of English Language Learners: Evidence-based evaluation and practice—Intermediate Level*. National Association of School Psychologists. Philadelphia, PA.

Ortiz, S. O. (2012, February). *Evidence-based Evaluation of   English Learners Using the Culture-Language Interpretive Matrix: Moving beyond the verbal/nonverbal dichotomy*. Statewide Evaluation Conference for Special Education Evaluation Personnel, Dallas, TX.

Ortiz, S. O. (2012, January). *Assessment of English Language Learners: Evidence-based Practice in Nondiscriminatory Evaluation*. Illinois School Psychology Association 33rd Annual State Convention, Itasca, IL.

Ortiz, S. O. (2011, December). *Nondiscriminatory Evaluation of English Language Learners Within the Context of a Response-to-Intervention* Framework. Rhode Island Department of Education, Regional Education Laboratory NEI, and Rhode Island Technical Assistance Project, Providence, RI

Ortiz, S. O., (2011, October). *Bilingual Education: Current National and International Perspectives*. Celebrating the Past, Honoring the Present, and Paving the Future. New York State Association for Bilingual Education 35th Anniversary Celebration. New York, NY.

Ortiz, S. O. (2011, October). *Evidence-based Evaluation of English Language Learners: Moving beyond the verbal/nonverbal dichotomy*. New York Association of School Psychologists, Syracuse, NY.

Ortiz, S. O. (2011, October). *Evidence-based Practice in Nondiscriminatory Assessment: Use of the Culture-Language Test Classifications and Interpretive Matrix with Diverse Populations*. South Carolina Association of School Psychologists, Columbia, SC

Ortiz, S. O. (2011, October). *Evidence-based Instruction and Evaluation of English Language Learners: Developmental implications for instruction, intervention & assessment.* North Carolina School Psychology Association, Winston-Salem, NC.

Ortiz, S. O. (2011, October). *Evidence-based Instruction and Evaluation of English Language Learners: Bridging research and practice to promote fairness and equity in assessment.* North Carolina School Psychology Association, Winston-Salem, NC.

Ortiz, S. O. (2011, September). *Creating Effective Instructional Environments for Culturally and Linguistically Diverse Students: A developmental perspective on understanding the instructional needs of English Learners.* Regional Special Education and Technical Assistance Support Centers, Rochester, NY.

Ortiz, S. O. (2011, August). *Understanding and Addressing Educational Disparities for English Language Learners: A developmental perspective.* Presentation for the APA Presidential Task Force on Educational Disparities, American Psychological Association, Washington DC.

Ortiz, S. O. (2011, July). *Evidence-based Assessment and Intervention: Bridging Research and Practice in the Education and Evaluation of English Language Learners.* School Neuropsychology Summer Institute 2011, Dallas, TX.

Ortiz, S. O. (2011, June). *Evidence-based Practice in Nondiscriminatory Assessment: Use of the Culture-Language Test Classifications and Interpretive Matrix with Diverse Populations.* Washington State Association of School Psychologists Spring Lecture Series 2011. Vancouver, WA.

Ortiz, S. O. (2011, March). *The Role of Bilingual Clinicians in Services and Collaboration for English Language Learners with Disabilities: Or, why being bilingual is more than just speaking two languages.* New York State Association for Bilingual Education, New York, NY.

Ortiz, S. O. (2011, February). *Assessment of English Language Learners: Evidence-based evaluation and practice—Advanced Level.* National Association of School Psychologists. San Francisco, CA.

Ortiz, S. O. (2011, February). *Assessment of English Language Learners: Evidence-based evaluation and practice—Intermediate Level.* National Association of School Psychologists. San Francisco, CA.

Juarez, B. & Ortiz, S. O. (2011, February). *The Outcome Scale for Cultural Competency (OSCC) in School Psychology.* Symposium on Multicultural Competency, National Association of School Psychologists. San Francisco, CA.

Ortiz, S. O. (2011, February). Identifying Learning Disabilities in English Language Learners: Understanding reasons why students struggle in the classroom via evaluation of data, assessments, and case studies. Policy Challenges Event co-sponsored by Regional Educational Laboratory—Northeast and Islands, Mid-Hudson BETAC, Lower Hudson BETAC, and Regional Special Education TACS., New Paltz, NY.

Ortiz, S. O. (2011, January). Cultural Competence and Nondiscriminatory Assessment: Bridging research and practice in the evaluation of English Language Learners. Minnesota School Psychologists Association, Bloomington, MN.

Ortiz, S. O. (2010, November). *Evidence-based Practice in the Instruction and Evaluation of English Language Learners: A guide to integrating data from RTI and cognitive assessment.* Florida Association of School Psychologists, Miami, FL.

Ortiz, S. O. (2010, October). *Evidence-based Nondiscriminatory Assessment: Bridging research and practice in the evaluation of English Language Learners.* Riverside Association of School Psychologists, Riverside, CA.

Ortiz, S. O. (2010, October). *Evidence-based Practice in the Evaluation of English Language Learners: A guide to conducting defensible and nondiscriminatory assessment.* Arkansas School Psychology

Association, Little Rock, AK.

Juarez, B. M. & Ortiz, S. O. (2010, March). *Definitions of Cultural Competence: Implications for School Psychology Training*. National Association of School Psychologists, Chicago, IL.

Flanagan, D. P., Alfonso, V. C. & Ortiz, S. O. (2010, March). *Assessment of Culturally and Linguistically Diverse Students: Introduction to the Culture-Language Test Classifications and Culture-Language Interpretive Matrix*. National Association of School Psychologists, Chicago, IL.

Hale, J. B., Flanagan, D. P., Pugh, K., Mazzocco, M., Ortiz, S. O., Simon, J. & Silver, L. (2010, February). *Diversity Issues and SLD*. Symposium: Best Practices in SLD Identification and Service Delivery. Learning Disabilities Association of America Summit on Specific Learning Disabilities Evaluation, Identification and Service Delivery, Baltimore, MD.

Ortiz, S. O. (2009, November). *Assessment of Culturally and Linguistically Diverse Students: A systematic, practical approach to nondiscriminatory evaluation*. British Columbia Association of School Psychologists. Vancouver, Canada.

Ortiz, S. O. (2009, October). *Understanding and Evaluating English Learners, Part II: Advanced methods and procedures in nondiscriminatory cognitive assessment. School-based Assessment for the 21st Century: Culturally sensitive practice*. Georgian Court University, Lakewood, NJ.

Ortiz, S. O. (2009, October). *Understanding and Evaluating English Learners, Part I: Foundations in cognitive, linguistic, and academic development. School-based Assessment for the 21st Century: Culturally sensitive practice.* Georgian Court University, Lakewood, NJ.

Ortiz, S. O. (2009, October). *The Bilingual Odyssey: Am I monolingual yet? Keynote address, School-based Assessment for the 21st Century: Culturally sensitive practice*. Georgian Court University, Lakewood, NJ.

McCaffrey, R. J., Andberg, M. M., Braden, J. P., Kubiszyn, T., & Ortiz, S. O. (2009, August). *Recent Developments Affecting the Disclosure of Test Data and Materials: Comments regarding the 1996 Statement on the Disclosure of Test Data*. Committee on Psychological Tests and Assessment, American Psychological Association, Toronto, Canada.

Ortiz, S. O. (2009, March). *Equitable Assessment of English Language Learners*. Temple University School Psychology Conference: Recent Advances in Assessment and Intervention, Philadelphia, PA.

Ortiz, S. O. (2009, March). *The English Language Learning Odyssey: Am I monolingual yet?* Keynote Address, Temple University School Psychology Conference: Recent Advances in Assessment and Intervention, Philadelphia, PA.

Ortiz, S. O. (2009, February). *Nondiscriminatory Assessment of Diverse Students: Making a difference in fairness*. National Association of School Psychologists, Boston, MA.

Ortiz, S. O. (2009, February). *Cross-battery Assessment with Culturally and Linguistically Diverse Individuals: Use of the Culture-Language Test Classifications and Interpretive Matrix*. Texas Statewide Education Program Annual Conference, Houston, TX.

Ortiz, S. O. (2008, November). *The Bilingual Odyssey: Am I monolingual yet?* Keynote Address-afternoon, Learning Disability Association of Kansas, Kansas City, KS.

Ortiz, S. O. (2008, November). *Assessment of Diverse Individuals: Evaluating language difference from learning disability*. Learning Disability Association of Kansas, Kansas City, KS.

Ortiz, S. O. (2008, November). *Learning Disadvantages and Disabilities: When do English learners catch up?* Keynote Address-morning, Learning Disability Association of Kansas, Kansas City, KS.

Ortiz, S. O. (2008, July). *Using the Cross-Battery Approach to Assess Diverse Individuals*. 3rd National

School Neuropsychology Conference. Dallas, TX.

Ortiz, S. O. (2008, May). *Nondiscriminatory Assessment of Culturally and Linguistically Diverse Youth—Part II*, Philadelphia School Psychologist's Conference, The School District of Philadelphia, Philadelphia, PA.

Ortiz, S. O. (2008, May).  *Overview of Nondiscriminatory Assessment of Culturally and Linguistically Diverse Youth—Part I*, Philadelphia School Psychologist's Conference, The School District of Philadelphia, Philadelphia, PA.

Ortiz, S. O. (2008, April). *Assessment and Evaluation of Culturally and Linguistically Diverse Students: A systematic, practical approach for equitable evaluation*. Orange County Association of School Psychologists & Santa Ana Unified School District, Santa Ana, CA.

Ortiz, S. O. (2008, April). *The ELL Odyssey: Am I a monolingual yet?* Keynote Address, California Subject Matter Project, 18th Annual ELD Institute, San Diego, CA.

Ortiz, S. O. (2008, April). *Integrating Cognitive Assessment and RTI in the Evaluation of English Language Learners*. California Subject Matter Project, 18th Annual ELD Institute, San Diego, CA.

Ortiz, S. O. (2008, March). *Best Practices in Learning Disability and Nondiscriminatory Assessment: Use of the K-ABC-II and Academic Ability Tests with Culturally and Linguistically Diverse Students*. Connecticut Association of School Psychologists, Hartford, CT.

Ortiz, S. O., Dynda, M. A. & Sotelo-Dynega, M. (2008, March). *Language Proficiency, Intelligence, and School Achievement: When do ELLs really 'catch up?'* New York Association for Bilingual Education, Melville, NY.

Brown, B. T. & Ortiz, S. O. (2008, February). *Spanish Adaptation of the Conners Assessment System*. National Association of School Psychologists, New Orleans, LA.

Alfonso, V. C., Flanagan, D. P., Dynda, A. M., & Ortiz, S. O. (2008, February). *A Research-based Consensus Definition of SLD: Integrating multiple data sources*. National Association of School Psychologists, New Orleans, LA.

Dynda, A. M., Flanagan, D. P., & Ortiz, S. O. (2008, February). *The Relation Between English Language Proficiency and IQ Test Performance*. National Association of School Psychologists, New Orleans, LA.

Sotelo-Dynega, M., Ortiz, S. O., Flanagan, D. P. & Chaplin, W. (2008, February). *English Language Proficiency and Performance on Tests of Cognitive Abilities*. National Association of School Psychologists, New Orleans, LA.

Verderosa Aguerra, F., Terjesen, M., Flanagan, D. P. & Ortiz, S. O. (2008, February). *Effects of Language and Culture on Bilingual Preschoolers' Performance*.  National Association of School Psychologists, New Orleans, LA.

Ortiz, S. O. (2008, February). *Incorporating Culturally and Linguistically Diverse (CLD) Evaluations into Cross-Battery Assessment*. 11th Annual Statewide Education Conference, Houston, TX.

Ortiz, S. O. (2007, November).  *Nondiscriminatory Assessment of Diverse Students: Providing fair and equitable evaluations*. St. John's University Conference on Contemporary Issues in the Practice of School Psychology. Oakdale, NY.

Fletcher-Janzen, E. & Ortiz, S. O. (2007, October). *Culturally Competent RTI*.  Florida Association of School Psychologists. Miami, FL.

Ortiz, S. O. (2007, October). *Nondiscriminatory Assessment of Culturally and Linguistically Diverse Students: A systematic, practical approach for equitable evaluation*. Conference sponsored by Our

Lady of the Lake University and the Texas Organization of Multicultural Multilingual Audiologists and Speech-language Specialists (TOMMAS). San Antonio, TX.

Ortiz, S. O. (2007, August). *Cognitive Assessment and RTI with Culturally and Linguistically Diverse Students: An integrative approach for reducing inappropriate referrals and discriminatory evaluations*. San Diego Chapter of the California Association of School Psychologists and San Diego City Schools. San Diego, CA.

Ortiz, S. O. (2007, July). *Nondiscriminatory Assessment Techniques in Speech-Language Evaluation: Use of the Culture-Language Test Classifications and Interpretive Matrix*. Bilingual Therapies Annual Conference, Cancun, Mexico.

Ortiz, S. O. (2007, May). *Assessment of English Language Learners: A systematic, practical approach for nondiscriminatory evaluation*. Delaware Association of School Psychologists. Dover, DE.

Ortiz, S. O. (2007, April). *Parallel Processes in the Development of English Language Learners: Understanding linguistic, cognitive, and academic factors*. 1st Annual Lower Hudson Valley Dual-Language Conference, Marymount College of Fordham University, Tarrytown, NY.

Ortiz, S. O., Flanagan, D. P., Dynda, A. M. & Alfonso, V.C. (2007, March). *Nondiscriminatory Assessment: The fourth "R" in evaluation*. National Association of School Psychologists. New York, NY.

Dynda, A. M., Flanagan, D. P., Alfonso, V. C., & Ortiz, S. O. (2007, March). *Avoiding the Tower of Babel: Responding to RTI Versus Testing*. National Association of School Psychologists, New York, NY.

Flanagan, D. P., Alfonso, V. C., Ortiz, S. O., & Dynda, A. M. (2007, March).  *RTI and Testing: Responding with an Operational Definition of LD*. National Association of School Psychologists, New York, NY.

Dynda, A. M., Ortiz, S. O. & Flanagan, D.P. (2007, March). *The Relationship Between English Language Proficiency and IQ Test Performance*. National Association of School Psychologists. New York, NY.

Braden, J., Kubiszyn, T. & Ortiz, S.O. (2007, March). *Response-to-Intervention and Assessment Standards: Ensuring a reliable, valid, and fair process*. National Association of School Psychologists, New York, NY.

Ortiz, S.O. (2007, March). *Distinguishing Cultural and Linguistic Difference from SLD: Addressing issues of fairness and equity in RtI and testing*.  Symposium at Yale University on Response-to-Intervention, Intelligent Testing, and Specific Learning Disabilities Assessment.

Ortiz, S. O. (2007, March). *Culturally Competent RtI: What every psychologist needs to know*. California Association of School Psychologists, Los Angeles, CA.

Flanagan, D. P. & Ortiz, S. O. (2007, March). *Integration of RtI and Testing: Contemporary evaluation of SLD in culturally and linguistically diverse students*. California Association of School Psychologists, Los Angeles, CA.

Ortiz, S. O. (2007, February). *English Language Learners/Development and Learning Disabilities: Understanding linguistic and cultural acquisition, three-tiered research-based interventions, and eligibility for special education*. Oregon School Psychology Association/Oregon Branch of the International Dyslexic Association. Portland, OR.

Ortiz, S. O. (2006, November). *Nondiscriminatory Assessment:  Achieving equity in cognitive, academic, and linguistic evaluation of diverse individuals*. Conference on: "New Developments for Multicultural School Psychology Practice," Adelphi University, New York, NY.

Ortiz, S. O. & Fletcher-Janzen, E. (2006, November). *Culturally Competent RTI*. Alabama Association of School Psychologists, Perdido Beach, AL.

Ortiz, S. O. (2006, October). *Responding to Diversity in the Schools: Maybe if we refuse to educate their kids they'll go away*. Keynote Address, Georgia Association of School Psychologists, Savannah, GA.

Braden, J. (Chair), Ortiz, S. O. & Stoner, G. (2006, September). *Assessing Student Growth to Foster School Excellence*. Education Leadership Conference, Washington DC.

Kubiszyn, T. (Chair), Braden, J., Ortiz, S.O. & Reschley, D. (discussant) (2006, August). *Response to intervention (RTI) implementation considerations- reliability, validity, and fairness.* American Psychological Association, New Orleans, LA.

Flanagan, D.P & Ortiz, S.O. (2006, March). *Best Practices in LD and Nondiscriminatory Assessment: Use of the KABC-II and Cognitive Ability Tests with Culturally and Linguistically Diverse Students*. National Association of School Psychologists, Anaheim, CA.

Braden, J., Kubiszyn, T. & Ortiz, S.O. (2006, March). *Response-to-Intervention and Assessment Standards: Ensuring a reliable, valid, and fair process*. National Association of School Psychologists, Anaheim, CA.

Braden, J. (Chair), Kubiszyn, T., Ortiz, S.O. & Reschley, D. (discussant) (2006, March). *Preventing "Response-to-Intervention" failure: Ensuring Methods Meet Assessment Standards*. National Association of School Psychologists, Anaheim, CA.

Ysseldyke, J., Burns, M., Dawson, P., Kelly, B., Morrison, D., Ortiz, S., Rosenfeld, S. & Telzrow, C. (2006, March). *Blueprint III—The Training and Practice of School Psychologists*. National Association of School Psychologists, Anaheim, CA.

Ochoa, S.H. & Ortiz, S.O. (2006, February). *Critical Issues and factors to consider when assessing ELL referrals*. Statewide Evaluation Network Conference, Corpus Christi, TX.

Ortiz, S. O. (2006, January). *The Culture-Language Test Classifications and Interpretive Matrix: Systematic, nondiscriminatory assessment of culturally and linguistically diverse students*. Psychologists-In-Training (PIT) Program, New York City Department of Education, Jamaica, Queens, NY.

Ortiz, S. O. (2005, December). *Multiculturalism and Test Takers with Disabilities: Sorting out documentation and accommodation issues*. Testing Agencies Disability Forum, Philadelphia, PA.

Ortiz, S. O. (2005, November). *Culturally Competent School Psychology Practice: What every school psychologist needs to know*. New York Association of School Psychologists, White Plains, NY.

Ortiz, S. O. & Ochoa, H. S. (2005, November). *Nondiscriminatory Assessment of Culturally and Linguistically Diverse Students: A systematic, practical approach for equitable evaluation.* Florida Association of School Psychologists, Hollywood, FL.

Fletcher-Janzen, E. & Ortiz, S. O. (2005, August). *Cultural Competence in the Use of IQ Tests with Culturally and Linguistically Diverse Children*. American Psychological Association Annual Conference, Washington DC.

Ortiz, S. O. (2005, July). *Nondiscriminatory Assessment of Culturally and Linguistically Diverse Students: A systematic, practical approach for equitable evaluation*. National Association of School Psychologists, Regional Conference, Philadelphia, PA.

Ortiz, S. O. (2005, April). *Cultural Pioneers: Generational patterns on the academic frontier*. Panel presentation at the 2nd Conference on Educational, Legal, and Health Care Needs of the Latino Community in New York City. St. John's University, Queens, NY.

Ortiz, S. O. (2005, March). *Issues in the Application of RTI Methods with Culturally and Linguistically Diverse Children*. Panel presentation at the annual meeting of Trainers in School Psychology.

National Association of School Psychologists, Atlanta, GA.

Ortiz, S. O. (2005, January). "*You learned English so why can't everyone else?*" Keynote Address, Minnesota School Psychology Association. Bloomington, MN.

Ortiz, S. O. (2005, January). *Comprehensive Assessment of Culturally and Linguistically Diverse Students: A systematic, practical approach for nondiscriminatory assessment*. Minnesota School Psychology Association, Bloomington, MN.

Ortiz, S. O. (2004, December). *"You made it, so why can't everyone else?"* Keynote address at the Putting the Pieces Together: Northwest Conference on ESL/SPED Interface. Lewis & Clark College, Portland, OR.

Ortiz, S. O. (2004, December). *Use of the Culture-Language Test Classifications and Interpretive Matrix: A framework for nondiscriminatory assessment.* Putting the Pieces Together: Northwest Conference on ESL/SPED Interface. Lewis & Clark College, Portland, OR.

Ortiz, S. O. (2004, September).  *Comprehensive Assessment of Culturally and Linguistically Diverse Students: A systematic, practical approach for nondiscriminatory assessment*. North Carolina School Psychology Association, Wilmington, NC.

Ortiz, S. O. (2004, July). *Education follows Maturation: Developmental, cognitive, and linguistic influences in the instruction and evaluation of English Language learners*. Bilingual Therapies Conference, Las Vegas, NV.

Ortiz, S. O. (2004, May).  *Nondiscriminatory Cross-cultural Assessment: A developmental psycholinguistic approach neuropsychological practice*. New York Neuropsychological Group, New York, NY.

Ochoa, S. H. & Ortiz, S. O. (2004, April). *Psychoeducational Assessment of Children from Culturally and Linguistically Diverse Backgrounds*.  National Association of School Psychologists, Dallas, Texas.

Ortiz, S. O. & Ochoa, S. H. (2004, April). *Comprehensive Assessment and Nondiscriminatory Evaluation of Diverse Learners*. National Association of School Psychologists, Dallas, Texas.

Flanagan, D. P. & Ortiz, S. O. (2004, April). *CHC Cross-Battery and Learning Disability Assessment: Theoretical and research-based approaches for the "post severe discrepancy" age*. National Association of School Psychologists, Dallas, TX.

Ortiz, S. O. (2004, March). *Assessment of Culturally and Linguistically Diverse Children: A systematic, comprehensive framework for nondiscriminatory assessment*. Psychologists-In-Training (PIT) Program, New York City Department of Education, Jamaica, Queens, NY.

Ortiz, S. O. (2003, November). *A Case for Primary Language Instruction: Do English  learners really "catch up?"* NYC Department of Education, Region 3--English Language Learners and Foreign Language Programs Winter Conference. Jamaica, NY.

Ortiz, S. O. (2003, May). *Lies, Damn Lies, and Statistics: What They Didn't Tell You About Making Sense of Educational Data*. Keynote address at the New York State Association for Bilingual Education, Regional Conference, Dobbs Ferry, NY.

Ortiz, S. O. (2003, May). *Comprehensive Assessment of Diverse Individuals: A systematic, practical approach to nondiscriminatory assessment*. New Jersey Association of School Psychologists, East Windsor, NJ.

Ortiz, S. O. (2003, April). *Enhancing Outcomes for All Children: Comprehensive assessment and nondiscriminatory evaluation of Culturally and Linguistically Diverse Children*. National Association of School Psychologists, Washington DC.

Ortiz, S. O. (2003, April). *Assessment of Culturally and Linguistically Diverse Children: A systematic, comprehensive framework for nondiscriminatory assessment*. Psychologists-In-Training (PIT) Program, New York City Department of Education, Jamaica, Queens, NY.

Ortiz, S. O. (2003, March).  *Education follows Maturation: Developmental, cognitive, and linguistic influences in the instruction and evaluation of English Language learners*. New York State Association for Bilingual Education, Tarrytown, NY.

Ortiz, S. O. (2003, March). *Comprehensive Assessment of Diverse Individuals: A systematic, practical approach to nondiscriminatory assessment*. Association of School Psychologists of Pennsylvania, Harrisburg, PA.

Ortiz, S. O. (2003, March). *Education follows Maturation: Developmental, cognitive, and linguistic influences in the instruction and evaluation of English Language learners*. University of Texas Speech-Language Research Symposium, Austin, TX.

Ortiz, S. O. (2002, December). *New Directions in Diagnosing Learning Disability: Modern theoretical and research-based definitions and procedures*. New Jersey Association of School Psychologists, East Windsor, NJ.

Ortiz, S. O. (2002, August). Baseball, Apple Pie, and IQ tests: Issues in defining and measuring intelligence. Panel presentation at the symposium, *Developing Cross-Cultural Assessment Measures—Implications for International Research and Practice*. American Psychological Association, Chicago, IL.

Ortiz, S. O. (2002, June). *Language Dominance and its Impact on Linguistic, Academic, and Psychological Development*. Keynote address at the New York State Association for Bilingual Education, Regional Conference. Hempstead, NY.

Ortiz, S. O. (2002, March). *Contemporary Assessment of Learning Disability: Theoretical and empirical advances in evaluation and identification*. South Carolina Association of School Psychologists. Charleston, SC.

Ortiz, S. O. (2002, February). *Assessment of Culturally and Linguistically Diverse Children: A systematic, comprehensive framework for nondiscriminatory assessment*. National Association of School Psychologists, Chicago, IL.

Ortiz, S. O. (2002, February). *The Case for English Only Instruction: Do English learners really catch up?* Keynote Address, New York State Association for Bilingual Education, Regional Conference on Literacy. Manhattanville, NY.

Ortiz, S. O. (2001, November). *Comprehensive Assessment of Diverse Individuals: A systematic, practical approach to nondiscriminatory assessment*. New York Association of School Psychologists, White Plains, NY.

Ortiz, S. O. (2001, November).  *Comprehensive Assessment of Diverse Individuals: A systematic, practical approach to nondiscriminatory assessment*.  Massachusetts Association of School Psychologists, Boston, MA.

Ortiz, S. O. (2001, April). *Assessment of Culturally and Linguistically Diverse Children: A systematic, comprehensive framework for nondiscriminatory assessment*. National Association of School Psychologists, Washington DC.

Pang. S., Wilkes, B., & Ortiz. S. O. (2001, April*).  Linguistic Issues in Assessment: A Chinese, Ebonics, and Spanish perspective*. National Association of School Psychologists, Washington DC.

Ortiz, S. O. (2001, March). *Multicultural Assessment: Best practices and procedures*.  McComb/St. Clair Psychological Association and Oakland Schools. Detroit, MI.

Ortiz, S. O. (2001, February). *A humanistic view of bilingual education: How I became the poster child for bilingual education*.  Keynote address at the Annual Conference of New York State Association for Bilingual Education.  Westchester, NY.

Ortiz, S. O. (1999, April).  *Assessment of Culturally and Linguistically Diverse Children: A blueprint for success*.  National Association of School Psychologists, Las Vegas, NV.

Flanagan, D. P., Gerner, M., & Ortiz, S. O. (1999, April).   *A contemporary approach to interpreting the Wechsler Scales: A reading disability case study and application to multicultural populations*.  National Association of School Psychologists, Las Vegas, NV.

Ortiz, S. O. (1999, March).  *Assessment of Diverse Children: A comprehensive framework for compliance*.  California Association of School Psychologists, Pasadena, CA.

Ortiz, S. O. & Esparza Brown, J. (1999, February). *From General Education to Special Education: Systematic Guidelines for Compliance in Serving English Learners*. California Association for Bilingual Education, Los Angeles, CA.

Ortiz, S. O. (1999, January).  *Cambios en las leyes de educación especial: Ley pública 105-17 "IDEA ´97."*  Keynote address given at 3rd Annual Fiesta Educativa Conference, San Diego/Imperial Counties, San Diego Office of Education, San Diego, CA.

Ortiz, S. O., Esparza Brown, J. & Schmidt, S. (1999, January).  *From General Education to Special Education: Guidelines for Compliance in Serving Culturally and Linguistically Diverse Children*.  National Association for Bilingual Education, Denver, CO.

Ortiz, S. O. (1998, November).  *Comprehensive Assessment of Culturally and Linguistically Diverse Children: A Systematic, Practical Approach to Nondiscriminatory Assessment*. Arizona Association of School Psychologists, Mesa, AZ.

Ortiz, S. O. & Valles, G. (1998, November*).  Implementing an Effective Pre-Referral Process for Diverse Children*.  Cross-cultural Special Education Conference, San Diego, CA.

Ortiz, S. O. (1998, November).  *Alternative Assessment of Culturally and Linguistically Diverse Children*.  Cross-cultural Special Education Conference, San Diego, CA.

Ortiz, S. O. (1998, May).  *Evaluación bilingue competente: Haciendolo bien, haciendolo mal, y como saber la diferencia (Competent bilingual assessment: Doing it right, doing it wrong, and how to tell the difference)*.  Fiesta Educativa, University of Southern California, Los Angeles, CA.

Ortiz, S. O. (1998, April).  *La educación especial en los Estados Unidos: Avances en la integración educativa (Special education in the United States: Advances in mainstreaming and integration)*.  Annual Bi-National Education Conference, Calexico, CA.

Ortiz, S. O. (1998, April).  *Selective Gf-Gc Cross-Battery Assessment: Addressing the needs of culturally and linguistically diverse populations*.  National Association of School Psychologists, Orlando, FL.

Ortiz, S. O., Adrianzen, I., Aganza, J., Iruegas, M., & Peña, L (1998, February).  *Competent Bilingual Assessment: Issues in definitions, qualifications, and practices*.  National Association for Bilingual Education, Dallas, TX.

Ortiz, S. O., Schmidt, S. & Esparza Brown, J. (1998, February).  *Developing Culturally and Linguistically Appropriate Goals and Objectives: Issues in the education of Latino exceptional children.* California Association for Bilingual Education, San Jose, CA.

Ortiz, S. O. (1997, December).  *Assessment of Diverse Children: Compliance issues and best practices*. California Department of Education, Workability I Conference, San Diego, CA.

Ortiz, S. O. & Ortiz, O. G. (1997, November).  *Apoyando sus niños: estratégias é ideas para ampliar el exito de sus hijos en el aprovechamiento emociónal, sociál, y educativo (Supporting your children: strategies and ideas for increasing the emotional, social, and academic achievement of your children)*. Keynote Address given at the annual Parent Involvement Conference, San Diego City Schools, San Diego, CA.

Ortiz, S. O. (1997, November).  *Dynamic assessment-for-intervention: Practical and legal issues in special education compliance*.  Los Angeles County Department of Education, Conference for School Psychologists by School Psychologists, Long Beach, CA.

Ortiz, S. O. (1997, October).  *Bilingual, cross-cultural, nondiscriminatory assessment: Issues, answers, and guidelines*.  Cross-cultural Special Education Conference, San Diego, CA.

Ortiz, S. O. (1997, October).  *Bilingual special education: Guidelines for compliance in developing culturally and linguistically appropriate goals and objectives*.  Cross-cultural Special Education Conference, San Diego, CA.

Ortiz, S. O. & Valles, G. (1997, October).  *Bilingual Special Education: Writing culturally and linguistically appropriate goals and objectives*.  Cross-cultural Special Education Conference, San Diego, CA.

Ortiz, S. O. (1997, April).  *Online Culture and Language Learning: Working well with diversity through technology*.  National Association of School Psychologists and California Association of School Psychologists Joint Conference, Anaheim, CA.

Sapien-Melchor, R., Ortiz, S. O., Bray, R., Esgate, M., Johnson, R., & Loveman, S. (1997, February). *Bilingual General and Special Education: Models that work!*  California Association for Bilingual Education, San Diego, CA

Ortiz, S. O. (1996, November). *Bilingual special education: Guidelines for the development of culturally and linguistically appropriate IEP goals and objectives*.  Cross-Cultural Special Education Conference, San Diego, CA.

Ortiz, S. O., Valles, G., Brown-Esparza, J., & Schmidt, S. (1996, November). *Bilingual special education: Issues in assessment, service delivery and instruction*.  Cross-Cultural Special Education Conference, San Diego, CA.

Ortiz, S. O. & Ortiz, O. G. (1996, October).  *Dynamic Assessment for Intervention: Bridging results with special education instruction and the development of culturally and linguistically appropriate goals and objectives.*  California Association for Mediated Learning, San Diego, CA.

Ortiz, S. O. (1996, September). *Pre-referral processes, interventions, and strategies for culturally and linguistically diverse children*.  Second Language Acquisition Conference, Vista, CA.

Ortiz, S. O. (1996, March).  *Navigating Legal Waters, Parts I and II: Procedures in assessment, reassessment, and cultural-linguistic considerations*.  California Association of School Psychologists, San Diego, CA.

Ortiz, S. O. & Esparza Brown, J. (1996, March).  *Bridging the Results of Dynamic Assessment with Instruction and the Development of Culturally and Linguistically Appropriate Goals and Objectives*. California Association of School Psychologists, San Diego, CA.

Ortiz, S. O. (1996, February).  *Alternative Assessment of Culturally and Linguistically Diverse Children: Legal mandates, practical approaches, and effective techniques.* Los Angeles County Department of

Education, Conference for School Psychologists by School Psychologists, Burbank, CA.

Ortiz, S. O. & Esparza Brown, J. (1996, February).  *Categorical and Inclusive Education: Bridging instructional approaches for culturally and linguistically diverse exceptional students.*  Council for Exceptional Children, Ontario, CA.

Ortiz, S. O. & Ortiz, O. G. (1996, January).  *El proceso de la educación especial: Como afecta al estudiante Hispano parlante.*  California Association for Bilingual Education, San Jose, CA.

Ortiz, S. O. & Esparza Brown, J. (1996, January).  *Categorical and Inclusive Education: Bridging instructional approaches for culturally and linguistically diverse exceptional students.*  California Association for Bilingual Education, San Jose, CA.

Ortiz, S. O. & Esparza Brown, J. (1995, November).  *Bridging Assessment and Intervention: Developing culturally and linguistically appropriate goals and objectives for LEP students.*  Cross-Cultural Special Education Conference, San Diego, CA.

Ortiz, S. O. (1995, November).  *Pre-referral processes, interventions, and strategies for culturally and linguistically diverse children.*  Cross-Cultural Special Education Conference, San Diego, CA.

Ortiz, S. O. (1995, October).  *The use of Dynamic Assessment and the Primary Sources Inventory in the Diagnosis of Learning Disabilities.*  Learning Disabilities Association of California, Burbank, CA.

Ortiz, S. O. & Ortiz, O. G. (1995, October).  *Dynamic Assessment for Intervention: Bridging results with special education instruction and the development of culturally and linguistically appropriate goals and objectives* California Association for Mediated Learning, Monterey, CA.

Ortiz, S. O. (1995, March).  *The Child in Context: Ecological foundations and best practices in the assessment of culturally and linguistically diverse children.*  California Association of School Psychologists, San Francisco, CA.

Ortiz, S. O. (1995, March).  *Myth and Misconception: Stepping out of the dark ages in the assessment of intelligence and cognitive abilities.*  California Association of School Psychologists, San Francisco, CA.

Ortiz, S. O., Blocker, P. & Esparza-Brown, J. (1995, March).  *Bilingual Special Education Services Delivery in an Inclusive Model: Successes and failures in keeping pace with the strategic plan.* California Association of School Psychologists, San Francisco, CA.

Ortiz, S. O. & Daly, A. J. (1995, March).  *The Information Superhighway: Tomorrow's resources for today's school psychologists.*  California Association of School Psychologists, San Francisco, CA.

Cook-Morales, V. J., Robinson-Zañartu, C. A. & Ortiz, S. (1995, August).  *Systemic change toward educational equity in professional psychology programs.*  American Psychological Association, Los Angeles, CA.

Ortiz, S. O. & Hines, V. (1994, March).  *On Hallowed Ground: Demystifying and critically evaluating the sanctity and validity of the diagnosis of Attention Deficit and Attention Deficit Hyperactivity Disorder.* California Association of School Psychologists, Long Beach, CA.

Ortiz, S. O., Alvarez, A. & Rojas, E. (1994, March).  *Beyond Evaluation: Bilingual-bicultural school psychologists as leaders for change.*  National Association of School Psychologists, Seattle, WA.

Ortiz, S. O., Alvarez, A. & Rojas, E. (1994, March). *True Bilingual-Bicultural Competency in School Psychology:  Increasing educational achievement through better definition, collaboration, and utilization.*  California Association of School Psychologists, Long Beach, CA.

Ortiz, S. O., Ortiz, O. G. & Cook-Morales, V. J. (1994, March).  *Preliminary Analysis: Survey of California school psychologists listed in CASP's Multi-Lingual Directory.*  CASP Multicultural Affairs Committee

Meeting, California Association of School Psychologists, Long Beach, CA.

Ortiz, O. G., Ortiz, S. O. (1994, March). *El proceso de la educación especial: Como afecta al estudiante de la educación migrante*. California Department of Education, Migrant Education Parent Conference, Garden Grove, CA.

Margolin, G., Fernandez, V., Gorin, L., & Ortiz, S. O. (1982).  *The Conflict Inventory: A new measure for the assessment of marital conflict.*  Proceedings from the American Association of Behavior Therapy, Los Angeles, CA.


# INVITED PRESENTATIONS AND WORKSHOPS

Ortiz, S. O. (2022, June). *Assessment of English Learners: Evidence-based evaluation and best practice*. Hempstead Union Free School District, Hempstead, NY.

Ortiz, S. O. (2022, June). *Nondiscriminatory Assessment of Multilingual Learners: Evidence-based evaluation and best practice for all practitioners*. James Madison University, Harrisonburg, VA.

Ortiz, S. O. (2022, June). *Instructional, Intervention, and Pre-referral Challenges in Educating English Learners: Square pegs in round holes.* James Madison University, Harrisonburg, VA.

Ortiz, S. O. (2022, May). *Introduction to the Ortiz PVAT: A new direction in fairness in evaluation of English speakers and English learners*. Allendale School District & Upper Saddle River School District, Allendale, NJ.

Ortiz, S. O. (2022, May). *Assessment of English Language Learners: Evidence-based evaluation and best practice – Part 2*. NYC Department of Education, Psychologists-in-Training Program, NY. (virtual)

Ortiz, S. O. (2022, April). *Assessment of English Learners: Evidence-based evaluation and best practice*. Elkhart Community Schools, Elkhart, IN.

Ortiz, S. O. (2022, April). *Instructional, Intervention, and Pre-referral Challenges in Educating English Learners: Square pegs in round holes*. Elkhart Community Schools, Elkhart, IN.

Ortiz, S. O. (2022, March). *Advanced Issues in Cross-Battery Assessment (XBA) and Use of X-BASS (X-BASS)*. New York City Department of Education, NY. (virtual)

Ortiz, S. O. (2022, March). *Assessment of English Learners: Evidence-based evaluation and best practice*. Port Chester/Rye Union Free School District, Port Chester, NY. (virtual)

Ortiz, S. O. (2022, March). *Assessment of English Learners: Evidence-based evaluation and best practice*. Palo Alto Unified School District, Palo Alto, CA. (virtual)

Ortiz, S. O. (2022, February). *Instructional, Intervention, and Pre-referral Challenges in Educating and Evaluating English Learners: The bilingual-bicultural experience*. Southern Oregon Educational Service District. (virtual)

Ortiz, S. O. & Brown, J. E. (2022, February). *Instructional, Intervention, and Pre-referral Challenges in Educating and Evaluating English Learners: Square pegs in round holes*. Southern Oregon Educational Service District. (virtual)

Ortiz, S. O. (2022, February). *Evidence-based Evaluation of English Learners: A comprehensive, systematic approach to nondiscriminatory evaluation for all practitioners, Parts I-III*. Nova Southeastern University and Palm Beach County Schools, Culturally and Linguistically Diverse PREP, Palm Beach, FL. (virtual)

Ortiz, S. O. (2022, January). *Instructional, Intervention, and Pre-referral Challenges in Educating English Learners: Square pegs in round holes*. Early Childhood Education Center, Adams 12 Five Star Schools, Denver, CO. (virtual)

Ortiz, S. O. (2022, January). *Pre-referral Issues and Challenges with Culturally and Linguistically Diverse Populations: Square pegs in round holes*. Palo Alto Unified School District, Palo Alto, CA. (virtual)

Ortiz, S. O. (2022, January). *Nondiscriminatory Evaluation of English Learners: An evidence-based approach for ensuring validity and fairness in assessment*. Oakland Unified School District, Oakland, CA. (virtual)

Ortiz, S. O. (2022, January). *Best Practices in Evaluation of English Learners: A practical, nondiscriminatory assessment approach for all practitioners*. Ridgewood Public Schools, Ridgewood, NJ.

Ortiz, S. O. (2022, January). *Square Pegs in Round Holes: Challenges in educating and evaluating English learners*. Ridgewood Public Schools, Ridgewood, NJ.

Ortiz, S. O. (2022, January). *Introduction to the Ortiz PVAT: A new direction in fairness in evaluation of English speakers and English learners*. Ridgewood Public Schools, Ridgewood, NJ.

Ortiz, S. O. (2022, January). *Assessment of English Language Learners: Evidence-based evaluation and best practice*. NYC Department of Education, Psychologists-in-Training Program, NY. (virtual)

Ortiz, S. O. (2021, November). *Assessment of English Language Learners: Evidence-based evaluation and best practice*. Berkeley County School District, Moncks Corner, SC.

Ortiz, S. O. (2021, November). *Assessment of English Language Learners: Evidence-based evaluation and best practice*. Fairleigh Dickinson University, Teaneck, NJ (virtual).

Ortiz, S. O. (2021, November). *Identification of SLD in ELs via PSW Analysis with X-BASS: A case study example via the Dual-Discrepancy/Consistency model (DD/C)*. New York City Department of Education, NY. (virtual)

Ortiz, S. O. (2021, October). *Introduction to the Ortiz PVAT: A new direction in fairness in evaluation of English speakers and English learners*. Ramsey School District, Ramsey, NJ.

Ortiz, S. O. (2021, September). *Evaluation of SLD with English Learners: A framework for nondiscriminatory assessment for all practitioners*. California State University Sacramento. (virtual)

Ortiz, S. O. (2021, September). *Evaluation of Culturally and Linguistically Diverse Populations: A nondiscriminatory assessment framework for all practitioners*. South County Special Education and Local Planning Agency, San Diego, CA.

Ortiz, S. O. (2021, September). *Evaluation of Culturally and Linguistically Diverse Populations: A nondiscriminatory assessment framework for all practitioners*. Imperial County Office of Education, El Centro, CA.

Ortiz, S. O. (2021, September). *Identification of SLD via PSW Analysis with X-BASS: A case study example via the Dual-Discrepancy/Consistency model (DD/C)*. New York City Department of Education, NY. (virtual)

Ortiz, S. O. (2021, September). *Operationalizing and Facilitating Cross-Battery Assessment (XBA) with X-BASS: A guide to using the Cross-Battery Assessment Software System (X-BASS)*. New York City Department of Education, NY. (virtual)

Ortiz, S. O. (2021, September). *Theoretical and Empirical Advances in Assessment: An introduction to Cross-Battery Assessment (XBA)*. New York City Department of Education, NY. (virtual)

Ortiz, S. O. (2021, September). *Evaluation and Testing in the Age of Covid-19: Issues and answers for differentiating "disruption from disorder."* New York City Department of Education, NY. (virtual)

Ortiz, S. O. (2021, July). *Evaluation of Culturally and Linguistically Diverse Populations: A nondiscriminatory assessment framework for all practitioners.* Education Service Center Region 20, San Antonio, TX.

Ortiz, S. O. (2021, July). *Evaluation of English Learners and Diverse Populations: A nondiscriminatory assessment framework for all practitioners*. Tulare County Office of Education, Visalia, CA.

Ortiz, S. O. (2021, May). *Evidence-based Assessment of English Learners: Contemporary PSW evaluation for SLD with X-BASS, C-LIM, and the Ortiz PVAT*. Bakersfield City School District, Bakersfield, CA (virtual).

Ortiz, S. O. (2021, May). *Evidence-based Assessment of English Learners: A comprehensive framework for nondiscriminatory evaluation*. Bakersfield City School District, Bakersfield, CA (virtual).

Ortiz, S. O. (2021, May). *Multicultural Issues in School Neuropsychology: Nondiscriminatory evaluation with culturally and linguistically diverse populations*. Webinar for 2020-2021 School Neuropsychology Post-Graduate Training Program, Dallas, TX (virtual).

Ortiz, S. O. (2021, April). *Evidence-based Assessment of English Learners: Contemporary PSW evaluation for SLD via X-BASS, C-LIM, and Ortiz PVAT*. Education Service Center 19, San Antonio, TX (virtual).

Ortiz, S. O. (2021, March). *Pre-referral Issues and Challenges with Culturally and Linguistically Diverse Populations: Square pegs in round holes*. Ramsey School District, Ramsey, NJ (virtual).

Ortiz, S. O. (2021, March). *Evidence-based Evaluation of English Learners: A contemporary approach to testing for all practitioners*. Orange Unified School District, Orange, CA (virtual).

Ortiz, S. O. (2021, February). *Assessment of English Learners: Evidence-based evaluation and best practice*. Lafayette School Corporation and the Greater Lafayette Area Special Service. Lafayette, IN (virtual).

Ortiz, S. O. (2021, January). *Evaluation of English Learners: An evidence-based approach for nondiscriminatory assessment*. Huntington Beach Union School District, Huntington Beach, CA (virtual).

Ortiz, S. O. (2021, January). *Evidence-Based Evaluation of English Learners: A contemporary approach to testing*. Chester County Intermediate Unit, Dowington, PA (virtual).

Ortiz, S. O. (2020, November). *Assessment of English Language Learners: Evidence-based evaluation and best practice*. British Columbia Children's Hospital, British Columbia, Canada (virtual).

Ortiz, S. O. (2020, October). *Bilingual Evaluations for Bilingual and Non-Bilingual Professionals: An evidence-based approach for assessing English learners*. North Coastal Consortium for Special Education, San Marcos, CA (virtual).

Ortiz, S. O. (2020, October). *Assessment of English Learners: Establishing fairness and equity through evidence-based practice.* New York City Department of Education – Psychologists-in-Training Program. New York, NY (virtual).

Ortiz, S. O. (2020, February). *Assessment of English Learners: Evidence-based evaluation and best practice.* Springfield Public Schools, Springfield, MA (virtual).

Ortiz, S. O. (2020, July). *Bilingual Evaluations for School-Based Professionals: An Evidence Based*

*Approach*. Millersville University, Millersville, PA (virtual).

Ortiz, S. O. (2020, May). *Evidence-based Instruction and Evaluation of English Language Learners: Day 2 – Bridging research and practice to promote fairness and equity in assessment*. James Madison University, Harrisonburg, VA (virtual).

Ortiz, S. O. (2020, May). *Evidence-based Instruction and Evaluation of English Language Learners: Day 1 – Developmental implications for instruction, intervention, and assessment.* James Madison University, Harrisonburg, VA (virtual).

Ortiz, S. O. (2020, March). *Assessment of English Learners: Application and use of the Culture-Language Interpretive Matrix.* New York City Department of Education. Borough of Brooklyn, NY.

Ortiz, S. O. (2020, February). *Assessment of English Learners: Evidence-based evaluation and best practice.* New York City Department of Education. Borough of Brooklyn, NY.

Ortiz, S. O. (2020, January). *Introduction to the Ortiz PVAT: Administration, Scoring, and Pre/Post-Referral Applications*. Beaverton School District. Beaverton, OR.

Ortiz, S. O. (2020, January). *Square Pegs in Round Holes: Educating and evaluating English learners—Bilinguals are not two monolinguals in one head*. Beaverton School District. Beaverton, OR.

Ortiz, S. O. (2020, January). *Square Pegs in Round Holes: Understanding culturally and linguistically diverse populations*. New York City Department of Education. Borough of Manhattan, NY.

Ortiz, S. O. (2020, January). *Language and Educational Disparities: A focus on English learners.* National Center for Learning Disabilities. Washington DC.

Ortiz, S. O. (2020, January). *Follow up Q&A on the Culture-Language Interpretive Matrix and the Ortiz PVAT.* San Francisco Unified School District. San Francisco, CA.

Ortiz, S. O. (2019, December). *Assessment of English Learners: Evidence-based evaluation and best practice*. State Support Team Region 9. North Canton, OH.

Ortiz, S. O. (2019, December). *Introduction to the Ortiz PVAT: Administration, Scoring, and Pre/Post-Referral Applications*. Beaverton, OR.

Ortiz, S. O. (2019, December). *Square Pegs in Round Holes: Educating and evaluating English learners—Bilinguals are not two monolinguals in one head*. Beaverton School District. Beaverton, OR.

Ortiz, S. O. (2019, December). *Assessment of English Learners: Evidence-based evaluation and best practice*. Compton Unified School District. Compton, CA.

Ortiz, S. O. (2019, November). *Evidence-based Assessment of English Learners: Contemporary PSW evaluation for SLD via X-BASS, C-LIM, and the Ortiz PVAT*. Education Service Center Region 4. Houston, TX.

Ortiz, S. O. (2019, November). *Evidence-based Assessment of English Learners: Contemporary PSW evaluation for SLD via X-BASS, C-LIM, and the Ortiz PVAT*. Katy Independent School District. Katy, TX.

Ortiz, S. O. (2019, November). *Evidence-based Assessment of English Learners: Contemporary PSW evaluation for SLD via X-BASS, C-LIM, and the Ortiz PVAT*. Placer County SELPA. Rocklin, CA.

Ortiz, S. O. (2019, November). *Evidence-based Assessment of SLD with English Learners: Contemporary evaluation via X-BASS, C-LIM, and the Ortiz PVAT*. Columbus City Schools. Columbus, OH.

Ortiz, S. O. (2019, October). *Foundations for Effective Instruction for Multilingual Learners: A developmental perspective*. New York City Department of Education, Borough of Brooklyn, NY.

Ortiz, S. O. (2019, October). *On the Cognitive Test Performance of English Learners: Translating research into practice*. San Diego State University Project PUEDE. San Diego, CA.

Ortiz, S. O. (2019, September). *Assessment of English Learners: Evidence-based evaluation and best practice*. Prince Edward Island Department of Education. Charlottetown, PE.

Ortiz, S. O. (2019, September). *Educational Challenges with English Learners: Pre-referral issues for collaborative instruction, intervention, and evaluation*. Prince Edward Island Department of Education. Charlottetown, PE.

Ortiz, S. O. (2019, September). Identification of SLD in English Learners via  Pattern of Strengths and Weaknesses (PSW) Using X-BASS and C-LIM. Chester County Intermediate Unit. Downingtown, PA.

Ortiz, S. O. (2019, September). *Assessment of English Learners: Establishing fairness and equity through evidence-based practice*. Psychologists in Training Program, New York City Department of Education. Borough of Manhattan, NY.

Ortiz, S. O. (2019, September). *The Culture-Language Interpretive Matrix: An evidence-based application of research into practice*. Buros Center for Testing 2019 Webinar Series.

Ortiz, S. O. (2019, August). *Assessment of English Learners: Evidence-based evaluation and best practice*. Charlotte-Mecklenburg Schools. Charlotte, NC.

Ortiz, S. O. (2019, August). *Assessment of English Learners: Evidence-based evaluation and best practice*. Hanover County Schools and Henrico County Public Schools. Richmond, VA.

Ortiz, S. O. (2019, July). *Language Difference vs. Learning Disorder: A developmental perspective on disentangling SLD in English Learners*. College Board-Services for Students with Disabilities Conference. Borough of Manhattan, NY.

Ortiz, S. O. (2019, May). *Foundations for Effective Instruction for Multilingual Learners: A developmental perspective*. New York City Department of Education, Borough of Queens, NY.

Ortiz, S. O. (2019, May). *Foundations for Effective Instruction for Multilingual Learners: A developmental perspective*. New York City Department of Education, Borough of Manhattan, NY.

Ortiz, S. O. (2019, May). *Foundations for Effective Instruction for Multilingual Learners: A developmental perspective*. New York City Department of Education, Borough of Staten Island, NY.

Ortiz, S. O. (2019, May). *Foundations for Effective Instruction for Multilingual Learners: A developmental perspective*. New York City Department of Education, Borough of Bronx, NY.

Ortiz, S. O. (2019, May). *Language Difference vs. Learning Disorder: A developmental perspective on disentangling SLD in English Learners*. Educational Testing Service, Princeton, NJ.

Ortiz, S. O. (2019, April). *Square Pegs in Round Holes: Educating and Evaluating English learners— Bilinguals are not two monolinguals in one head*. Greenwich Public Schools, Greenwich, CT.

Ortiz, S. O. (2019, April). *Culturally and Linguistically Appropriate Instruction and Intervention: A developmental perspective on pre-referral issues, educational expectations, and true peer group comparison*. Mineola Public Schools, Mineola, NY.

Ortiz, S. O. (2019, April). *Evidence-Based Assessment of English Learners: A contemporary approach to testing for all practitioners*. Kiryas Joel School District, Monroe, NY.

Ortiz, S. O. (2019, March). *Evidence-based Evaluation of SLD with English Learners: Contemporary*

*evaluation via X-BASS, C-LIM, and the Ortiz PVAT*. Elk Grove Unified School District, Elk Grove, CA.

Ortiz, S. O. (2019, March). *Evidence-based Evaluation of English Learners: A contemporary approach to fairness in Disability Determinations*. Education Service Center Region 13, Austin, TX.

Ortiz, S. O. (2019, February). *Evidence-Based Assessment of English Learners: New directions in fairness in evaluation of English speakers and English learners*. San Francisco Unified School District, San Francisco, CA.

Ortiz, S. O. (2019, February). *Contemporary Evaluation of SLD: Application of Cross-Battery Assessment (XBA) and X-BASS software*. Mineola Public Schools, Mineola, NY.

Ortiz, S. O. (2019, January). *Evaluation of English Learners and Applications of the Ortiz PVAT: A new direction in fairness in assessment of English speakers and English learners.* Cartwright Elementary School District, Phoenix, AZ.

Ortiz, S. O. (2019, January). *Day 2 – Development, Use, and Pre- and Post-referral Applications of the Ortiz PVAT: A new direction in fairness in evaluation of English speakers and English learners.* Beaverton School District, Beaverton, OR.

Ortiz, S. O. (2019, January). *Day 1 - Square Pegs in Round Holes: Educating and Evaluating English learners—Bilinguals are not two monolinguals in one head*. Beaverton School District, Beaverton, OR.

Ortiz, S. O. (2019, January). *Culturally and Linguistically Appropriate Instruction and intervention: A developmental perspective on pre-referral issues, educational expectations, and true peer group comparison-Part 2*. Mineola Public Schools, Mineola, NY.

Ortiz, S. O. (2019, January). *Evidence-based Evaluation of English Learners: A contemporary approach to fairness in Disability Determinations*. Broward County Public Schools, Ft. Lauderdale, FL.

Ortiz, S. O. (2018, December). *Culturally and Linguistically Appropriate Instruction and intervention: A developmental perspective on pre-referral issues, educational expectations, and true peer group comparison-Part 1*. Mineola Public Schools, Mineola, NY.

Ortiz, S. O. (2018, December). *Evidence-based Assessments of English Language Learners: A contemporary approach to testing for all practitioners*. Cognitive Health Solutions, LLC and Lincoln Intermediate Unit No. 12, Hanover, PA.

Ortiz, S. O. (2018, November). *Nondiscriminatory Evaluation of SLD with English Learners: Advanced Case Study Application via C-LIM and X-BASS*. North Coastal Consortium for Special Education, San Marcos, CA.

Ortiz, S. O. (2018, November). *Contemporary Evaluation of SLD: Application of Cross-Battery Assessment (XBA) and X-BASS software*. North Coastal Consortium for Special Education, San Marcos, CA.

Ortiz, S. O. (2018, November). *Using X-BASS for SLD Identification with English Learners*. Education Service Center Region 1, Edinburgh, TX.

Ortiz, S. O. (2018, November). *Evidence-based Evaluation of English Learners: A contemporary approach to testing – A preview*. New York City Department of Education, New York, NY.

Ortiz, S. O. (2018, October).   *Evidence-based Evaluation of English Learners: Understanding socio-emotional and developmental factors in assessment*. Macomb Intermediate School District, Clinton Township, MI.

Ortiz, S. O. (2018, October). *Contemporary Evaluation of Specific Learning Disability: A framework for best practice in assessment of dyslexia, dysgraphia, and dyscalculia with English Speakers and*

*English learners – Part III*. Mineola Public Schools, Mineola, NY.

Ortiz, S. O. (2018, October). *Contemporary Evaluation of Specific Learning Disability: A framework for best practice in assessment of dyslexia, dysgraphia, and dyscalculia with English Speakers and English learners – Part II*. Mineola Public Schools, Mineola, NY.

Ortiz, S. O. (2018, September). *Contemporary Evaluation of Specific Learning Disability: A framework for best practice in assessment of dyslexia, dysgraphia, and dyscalculia with English learners – Part I*. Mineola Public Schools, Mineola, NY.

Ortiz, S. O. (2018, September). *Evidence-based Evaluation of English Learners: A contemporary approach to fairness in disability determinations*. The School District of Palm Beach County, Palm Beach, FL.

Ortiz, S. O. (2018, September). *Evidence-based Evaluation of English Learners: A contemporary approach to testing*. Gwinnett County Public Schools, Atlanta, GA.

Ortiz, S. O. (2018, September). *Advanced issues in Assessment of English Learners*. Cobb County Schools, Atlanta, GA.

Ortiz, S. O. (2018, August). *Evidence-based Evaluation of English Learners: A contemporary approach to testing*. Chicago Public Schools, Chicago, IL.

Ortiz, S. O. (2018, August). *Evidence-based Evaluation of English Learners: A contemporary approach to testing*. Laramie County School District, Cheyenne, WY.

Ortiz, S. O. (2018, August). *Evaluation of SLD with ELs: A PSW Approach using X-BASS and C-LIM software for beginner/intermediate users*. Education Service Center Region 20, San Antonio, TX.

Ortiz, S. O. (2018, August). *Evaluation of SLD with ELs: A PSW Approach using X-BASS and C-LIM software for beginner/intermediate users*. Education Service Center Region 20, San Antonio, TX.

Ortiz, S. O. (2018, August). *Assessment of English Language Learners: Evidence-based evaluation and best practice*. Cartwright Elementary School District, Phoenix, AZ.

Ortiz, S. O. (2018, August). *Assessment of English Language Learners: Evidence-based evaluation and best practice*. Pearland Independent School District, Pearland, TX.

Ortiz, S. O. (2018 June). *Evidence-based Evaluation of English Learners: A contemporary approach to testing*. San Diego Unified School District, San Diego, CA.

Ortiz, S. O. (2018 June). *Evidence-based Evaluation of Culturally and Linguistically Diverse Students: A research-driven approach to nondiscriminatory assessment for all practitioners*. Mineola Public Schools, Mineola, NY.

Ortiz, S. O. (2018 June). *Square Pegs in Round Holes: Challenges in educating and evaluating English learners and understanding the reasons why they aren't "catching up."* Mineola Public Schools, Mineola, NY.

Ortiz, S. O. (2018 June). *Culturally and Linguistically Appropriate Instruction and Intervention: A developmental perspective on pre-referral issues, educational expectations, and true peer group comparison*. Mineola Public Schools, Mineola, NY.

Ortiz, S. O. (2018, June). *Evidence-based Instruction and Evaluation of English Language Learners: Day 2 – Bridging research and practice to promote fairness and equity in assessment*. James Madison University, Harrisonburg, VA.

Ortiz, S. O. (2018, May). *Evidence-based Instruction and Evaluation of English Language Learners: Day 1 – Developmental implications for instruction, intervention, and assessment*. James Madison

University, Harrisonburg, VA.

Ortiz, S. O. (2018, May). *Evidence-based Evaluation of English Leaners: A contemporary approach to testing*. Nova Southeastern University, Ft. Lauderdale, FL.

Ortiz, S. O. (2018, May). *Fairness in Evaluation of English Speakers and Learners: A case study approach illustrating applications of the Ortiz PVAT*. Webinar for Multi-Health Systems, Toronto, Canada.

Ortiz, S. O. (2018, May). *Evidence-based Evaluation of English Leaners: A contemporary approach to testing*. Portland Public Schools, Portland, OR.

Ortiz, S. O. (2018, May). *Evidence-based Evaluation of English Leaners: A contemporary approach to testing*. Montgomery County Intermediate Unit, Norristown, PA.

Ortiz, S. O. (2018, May). *Identification of SLD in English Learners via Pattern of Strengths and Weaknesses (PSW) Using X-BASS, C-LIM, and Ortiz PVAT*. South County Special Education Local Planning Agency, National City, CA.

Ortiz, S. O. (2018, May). *Evidence-based Evaluation of English Leaners: A contemporary approach to testing*. Newport Mesa Unified School District, Costa Mesa, CA.

Ortiz, S. O. (2018, May). *Multicultural Issues in School Neuropsychological Evaluation: Best practices in nondiscriminatory assessment of culturally and linguistically diverse populations*. Webinar for 2017-2018 School Neuropsychology Post-Graduate Training Program, Dallas, TX.

Ortiz, S. O. (2018, April). *Evidence-based Evaluation of English Leaners: A contemporary approach to testing*. Tulare County Office of Education, Visalia, CA.

Ortiz, S. O. (2018, April). *Evidence-based Evaluation of English Leaners: A contemporary approach to testing*. Education Service Center Region 10, Dallas, TX.

Ortiz, S. O. (2018, April). *Fairness and English Learners: Toward true peer group measurement*. Webinar for Buros Institute, Lincoln, NE.

Ortiz, S. O. (2018, March). *Square Pegs in Round Holes: Challenges in Educating and Intervening with English learners*. NYCDOE Queens South Field Support Center. Queens, NY.

Ortiz, S. O. (2018, March). *Evidence-based Evaluation of English Leaners: A contemporary approach to fairness in disability determination*. Miami-Dade County Public Schools. Homestead, FL.

Ortiz, S. O. (2018, March). *Evidence-based Evaluation of English Leaners: A contemporary approach to testing*. Paterson Public Schools, Paterson, NJ.

Ortiz, S. O. (2018, March). *Challenges in Educating and Evaluating English Learners: A developmental perspective*. Paterson Public Schools. Paterson, NJ.

Ortiz, S. O. (2018, March). *Square Pegs in Round Holes: Educating and Evaluating English learners—Bilinguals are not two monolinguals in one head*. Paterson Public School, Paterson, NJ.

Ortiz, S. O. (2018, March). *Evidence-based Evaluation of English Leaners: A contemporary approach to testing*. Prince Georges County Public Schools, Upper Marlboro, MD.

Ortiz, S. O. (2018, March). *Identification of SLD in English Learners via Pattern of Strengths and Weaknesses (PSW) Using X-BASS and C-LIM*. San Francisco Unified School District, San Francisco, CA.

Ortiz, S. O. (2018, March). *Evidence-based Assessment of English Leaners: A contemporary approach to testing*. Hayward Unified School District, Hayward, CA.

Ortiz, S. O. (2018, March). *Revolutionize the way you assess receptive vocabulary acquisition with the Ortiz PVAT: Live Q&A with author, Dr. Samuel Ortiz*. Webinar for Multi-Health Systems, Toronto, Canada.

Ortiz, S. O. (2018, February). *Advanced Use of X-BASS and C-LIM for Identification of SLD in English Learners via Pattern of Strengths and Weaknesses (PSW)*. Fulton County School System, Atlanta, GA.

Ortiz, S. O. (2018, February). *Challenges in Educating, Evaluating, and Intervening with English learners.* NYC Dept. of Education, Inclusive Schools Learning Collaborative, New York, NY.

Ortiz, S. O. (2018, February). *Evidence-based Evaluation of English Leaners: A contemporary approach to testing*. Montgomery County Public Schools, Rockville, MD.

Ortiz, S. O. (2018, January). *Square Pegs in Round Holes: Educating and Evaluating English learners— Bilinguals are not two monolinguals in one head*. Beaverton School District, Beaverton, OR.

Ortiz, S. O. (2017, December). *Contemporary Assessment of English Learners: Evidence-based evaluation and best practice*. Education Service Center Region 4, Pasadena, TX.

Ortiz, S. O. (2017, December). *Contemporary Assessment of English Learners: Evidence-based evaluation and best practice*. Education Service Center Region 4, Houston, TX.

Ortiz, S. O. (2017, December). *Contemporary Assessment of English Learners: Evidence-based evaluation and best practice*. Desert Mountain SELPA, Apple Valley, CA.

Ortiz, S. O. (2017, November). *Identification of SLD in English Learners via Pattern of Strengths and Weaknesses (PSW) Using X-BASS and C-LIM*. Chester County Intermediate Unit, Dowingtown, PA.

Ortiz, S. O. (2017, October). *Fairness and English Learners: Toward true peer group measurement*. Buros Center for Testing, Meeting on Fairness in Educational and Psychological Tests: Critical issues and methodological solutions. Omaha, NE.

Ortiz, S. O. (2017, October). *Educational Disparities and the Achievement Gap: Understanding why English learners aren't "catching up."* Webinar for Loyola Marymount University, Los Angeles, CA.

Ortiz, S. O. (2017, September). *Identification of SLD in English Learners via Pattern of Strengths and Weaknesses (PSW) Using X-BASS and C-LIM*. Dutchess BOCES, Poughkeepsie, NY.

Ortiz, S. O. (2017, September). *Contemporary Measurement of Vocabulary Acquisition in an Era of Diversity: Clinical and Educational Application of the Ortiz PVAT*. Webinar for Multi-Health Systems, Toronto, Canada.

Ortiz, S. O. (2017, September). *CHC Theory, X-BASS, and the C-LIM: Advanced applications*. Cobb County School District, Atlanta, GA.

Ortiz, S. O. (2017, July). Educational Disparities and the Achievement Gap: Understanding why English learners aren't "catching up." Keynote address at the George Washington University/National Association of School Psychologists Public Policy Institute, Washington DC.

Ortiz, S. O, (2017, June). English Language Learners: Assessment and Evaluation. University of Saskatchewan, Saskatoon, Canada.

Ortiz, S. O, (2017, June). English Language Learners: Instruction and Intervention. University of Saskatchewan, Saskatoon, Canada.

Ortiz, S. O. (2017, June). The Bilingual-Bicultural Experience: Implications for school-based learning. Community Address, University of Saskatchewan, Saskatoon, Canada.

Ortiz, S. O. (2017, May). Identification of SLD in English Learners via Pattern of Strengths and Weaknesses (PSW) Using X-BASS and C-LIM. Webinar for Dearborn Public Schools, Dearborn, MI.

Ortiz, S. O. (2017, May). Overcoming Challenges in Educating English Learners: A developmental perspective. New York City Department of Education, Office of Special Education, NY, NY.

Ortiz, S. O. (2017, May). Best Practices in Evaluation of English Learners: Application and use of the Culture-Language Interpretive Matrix. Horry County Schools, Conway, SC.

Ortiz, S. O. (2017, May). Multicultural Issues in School Neuropsychological Evaluation: Best practices in nondiscriminatory assessment of culturally and linguistically diverse populations. Webinar for 2016-2017 School Neuropsychology Post-Graduate Training Program, Dallas, TX.

Ortiz, S. O. (2017, March). Challenges in Educating and Evaluating English Learners: A developmental perspective. Sweetwater County School District, Rock Springs, WY.

Ortiz, S. O. (2017, March). Case Study Applications: English Language Learner Evaluations. Webinar for Colorado Department of Education, Denver, CO.

Ortiz, S. O. (2017, March). Best Practices in Evaluation of English Learners: Application and Use of the Culture-Language Interpretive Matrix. Fulton County Schools, Smyrna, GA.

Ortiz, S. O. (2017, March). Advanced Cross-Battery Assessment: X-BASS v2.0 Software and Case Study Applications. South County Special Education Local Planning Agency. National City, CA.

Ortiz, S. O. (2017, January). Interpreting and Reporting Results of Cross-Battery Assessment and PSW Analysis. South County Special Education Local Planning Agency. National City, CA.

Ortiz, S. O. (2017, January). Difference vs. Disorder: Best Practices in Identification of Specific Learning Disability in English Learners. New York State Department of Education, RSE-TASC, Albany, NY.

Ortiz, S. O. (2017, January). Advanced Issues in Collaborative vs. Traditional Models for Referral and Special Education Evaluation of English Learners. ESSU of Colorado Department of Education, Aurora, CO.

Ortiz, S. O. (2016, December). Identification of SLD in English Learners via Pattern of Strengths and Weaknesses (PSW) Using X-BASS and C-LIM. South County Special Education Local Planning Agency. National City, CA.

Ortiz, S. O. (2016, November). Identification of SLD in English Learners via Pattern of Strengths and Weaknesses (PSW) Using X-BASS and C-LIM. Westchester Schools, Westchester, PA.

Ortiz, S. O. (2016, November). Use of the Cross-Battery Assessment Software System (X-BASS) to Support Identification of SLD via Pattern of Strengths and Weaknesses (PSW). South County Special Education Local Planning Agency. National City, CA.

Ortiz, S. O. (2016, October). Cross-Battery Assessment: An introduction to the principles of the new XBA3 and their application in SLD determination. South County Special Education Local Planning Agency. National City, CA.

Ortiz, S. O. (2016, October). Identification of SLD in English Learners via Pattern of Strengths and Weaknesses (PSW) Using X-BASS and C-LIM. North Coastal Consortium for Special Education, San Marcos, CA.

Ortiz, S. O. (2016, October). Identification of SLD via Pattern of Strengths and Weaknesses (PSW) Using Cross-Battery Assessment and X-BASS. North Coastal Consortium for Special Education, San Marcos, CA.

Ortiz, S. O. (2016, September). A Collaborative Evaluation Model: What you must know before referring an English Learner. Northwest Regional Education Service District ELL Conference. Hillsboro, Oregon.

Ortiz, S. O. (2016, June). Collaborative vs. Traditional Models for English Learners in Special Education. ESSU/CLDE of the Colorado Department of Education, Denver, CO.

Ortiz, S. O. (2016, June). Advanced Use and Interpretation of Cross-Battery Assessment Software System (X-BASS v1.0): An integrated XBA approach for Evaluating ELLs. Education Service Center Region 1, Edinburgh, TX.

Ortiz, S. O. (2016, May). *Evidence-based Instruction and Evaluation of English Language Learners: Day 2 – Bridging research and practice to promote fairness and equity in assessment.* James Madison University, Harrisonburg, VA.

Ortiz, S. O. (2016, May). *Evidence-based Instruction and Evaluation of English Language Learners: Day 1 – Developmental implications for instruction, intervention, and assessment.* James Madison University, Harrisonburg, VA.

Ortiz, S. O. (2016, May). Contemporary Evaluation of SLD: A Pattern of Strengths and Weaknesses (PSW) Approach via Cross-Battery Assessment and X-BASS Software. Placer County SELPA, Auburn, CA.

Ortiz, S. O. (2016, April). Contemporary Evaluation of SLD: A Pattern of Strengths and Weaknesses (PSW) Approach via Cross-Battery Assessment and X-BASS Software. Santa Barbara County SELPA, Buellton, CA.

Ortiz, S. O. (2016, March). Advanced Use of the C-LIM in the Cross-Battery Assessment Software System (X-BASS): An integrated XBA approach for evaluating English learners. Education Service Center Region 20, San Antonio, TX.

Ortiz, S. O. (2016, March). Advanced Use and Interpretation of Cross-Battery Assessment Software System (X-BASS): New Updates to XBA3. Education Service Center Region 20, San Antonio, TX.

Ortiz, S. O. (2015, December). Square Pegs in Round Holes: A developmental framework for understanding the instructional needs of English language learners. Valley Stream Central High School District. Valley Stream, NY.

Ortiz, S. O. (2015, November). Evidence-based Evaluation of English Learners: Best practice in SLD identification. Valley Stream Central High School District. Valley Stream, NY.

Ortiz, S. O. (2015, September). Advanced Use and Interpretation of Cross-Battery Assessment Software System (X-BASS v1.0): An integrated XBA approach for Evaluating ELLs. Education Service Center Region 20, San Antonio, TX.

Ortiz, S. O. (2015, September). Advanced Use and Interpretation of Cross-Battery Assessment Software System (X-BASS v1.0): New updates to XBA3. Education Service Center Region 20, San Antonio, TX.

Ortiz, S. O. (2015, September). ). Difference vs. Disorder: Evidence-based Practice in Evaluation of SLD with English Learners via a PSW Approach. Oceanside Unified School District, Oceanside, CA.

Ortiz, S. O. (2015, September). ). Difference vs. Disorder: Evidence-based Practice in Evaluation of SLD with English Learners via a PSW Approach. San Diego South County SELPA.

Ortiz, S. O. (2015, September). ). Difference vs. Disorder: Evidence-based Practice in Evaluation of SLD with English Learners via a PSW Approach. Cobb County Schools, Atlanta, GA.

Ortiz, S. O. (2015, September). Difference vs. Disorder: Evidence-based Practice in Evaluation of SLD

with English Learners via a PSW Approach. Lakewood Board of Education, Lakewood, NJ.

Ortiz, S. O. (2015, June). Square Pegs in Round Holes: A developmental framework for meeting the literacy needs of English language learners. Literacy Institute, Portland Public Schools, Portland, OR.

Ortiz, S. O. (2015, June). Education and the Unique Experience of English Language Learners: Bilinguals are not two monolinguals in one head. Literacy Institute, Portland Public Schools, Portland, OR.

Ortiz, S. O. (2015, May). Introduction and Overview of the Cross-Battery Assessment Software System (X-BASS v1.0). Trainer of Trainers Workshop, Education Service Center Region 13, Austin, TX.

Ortiz, S. O. (2015, April). Evidence-based Evaluation of English Learners: Best practice in SLD identification. Valley Stream Central High School District, Valley Stream, NY.

Ortiz, S. O. (2015, April). Assessment of English Language Learners: Evidence-based evaluation and best practice. Baltimore City Public Schools, Baltimore, MD.

Ortiz, S. O. (2015, April). Assessment of English Language Learners: Evidence-based evaluation and best practice. Portland City Public Schools, Portland, OR.

Ortiz, S. O. (2015, March). Assessment of English Language Learners: Evidence-based evaluation and best practice. Westbrook School Department, Portland, ME.

Ortiz, S. O. (2014, December). Evidence-based Assessment of English Language Learners: Application and use of the Culture-Language Interpretive Matrix in enhancing SLD evaluations. Education Service Center, Region 19, El Paso, TX.

Ortiz, S. O. (2014, October). Assessment of English Language Learners: Evidence-based evaluation and best practice. Surrey Schools – District 36, Vancouver BC, Canada.

Ortiz, S. O. (2014, October). Psychoeducational Evaluation via CHC Cross-Battery Assessment (XBA): Keeping up with advances in the theory and science of testing and applications for learning disability identification. Corona-Norco Unified School District, Corona, CA.

Ortiz, S. O. (2014, September). English Language Learners and Early Childhood Evaluations: A developmental framework for equitable assessment. Education Service Center, Region 13, Austin, TX.

Ortiz, S. O. (2014, May). *Evidence-based Instruction and Evaluation of English Language Learners: Day 2 – Bridging research and practice to promote fairness and equity in assessment.* James Madison University, Harrisonburg, VA.

Ortiz, S. O. (2014, May). *Evidence-based Instruction and Evaluation of English Language Learners: Day 1 – Developmental implications for instruction, intervention, and assessment.* James Madison University, Harrisonburg, VA.

Ortiz, S. O. (2014, April). Evidence-based Evaluation of Culturally and Linguistically Diverse Individuals: Bridging theory and research in equitable assessment of English language learners. The George Washington University, Washington DC.

Ortiz, S. O. (2014, March). Differentiation of Cultural and Linguistic Differences from Disorder: A developmental perspective on the instruction and evaluation of English language learners. Sweetwater County School District, Rock Springs, WY.

Ortiz, S. O. (2014, March). Critical Examination of Current and Typical Methods of Assessment with English Learners: What works, what doesn't, and why. Region 1 Education Service Center, Edinburgh, TX.

Ortiz, S. O. (2014, February). Disability Evaluation of Diverse Learners: A systematic approach for distinguishing cultural/linguistic differences from disorder in evaluation of Intellectual Disability (ID) and Emotional Disturbance (ED) with English language learners. Region 20 Educational Service Center, San Antonio, TX.

Ortiz, S. O. (2014, January). Evidence-based Evaluation of Diverse Learners: Nondiscriminatory assessment and use of the Culture-Language Interpretive Matrix (C-LIM v2.0).

Ortiz, S. O. (2013, December). Best Practices in Nondiscriminatory Assessment: Bridging research and practice to promote fairness and equity in the evaluation of English learners. Region V and Fairleigh Dickinson University Inter-regional Workshop, Hackensack, NJ.

Ortiz, S. O. (2013, November). Psychoeducational Evaluation via CHC Cross-Battery Assessment (XBA): Advances in theory and testing and applications for learning disability identification and assessment of English language learners. Santa Barbara SELPA, Santa Barbara, CA.

Ortiz, S. O. (2013, November). Best Practices in Nondiscriminatory Assessment: Bridging research and practice to promote fairness and equity in the evaluation of English learners. Prince George's County Public Schools, Prince George County, MD.

Ortiz, S. O. (2013, November). Evidence-based Evaluation of Diverse Learners: Using the Culture-Language Interpretive Matrix (C-LIM v2.0). Region 13 Education Service Center, Austin, TX.

Ortiz, S. O. (2013, October). Evidence-based Evaluation of Diverse Learners: A developmental framework for effective instructional practice, intervention, and nondiscriminatory assessment. Lakewood Board of Education, Lakewood NJ.

Ortiz, S. O. (2013, October). Cross-Battery Assessment 3: Principles of XBA3 and use of the XBA3 software in psychoeducational evaluation. Region 20 Education Service Center, San Antonio, TX.

Ortiz, S. O. (2013, October). Evidence-based Evaluation of Diverse Learners: Using the Culture-Language Interpretive Matrix (C-LIM v2.0). Region 20 Education Service Center, San Antonio, TX.

Ortiz, S. O. (2013, October). Cross-Battery Assessment 3: Principles of XBA3 and use of the XBA3 software in psychoeducational evaluation. Region 4 Education Service Center, Houston, TX.

Ortiz, S. O. (2013, October). Evidence-based Evaluation of Diverse Learners: Using the Culture-Language Interpretive Matrix (C-LIM v2.0). Region 4 Education Service Center, Houston, TX.

Ortiz, S. O. (2013, October). Distinguishing Difference from Disorder: A developmental framework for effective instructional practice, intervention, and nondiscriminatory assessment.  Lakewood Board of Education, Lakewood, NJ.

Ortiz, S. O. (2013, September). Evidence-based Evaluation of Diverse Learners: Using the Culture-Language Interpretive Matrix (C-LIM v2.0). Region 7 Education Service Center, Kilgore, TX.

Ortiz, S. O. (2013, September). Distinguishing Difference from Disorder: A developmental perspective on achievement, instruction, and evaluation practices with English Language Learners. Pasadena Independent School District, Pasadena, TX.

Ortiz, S. O. (2013, September). Distinguishing Difference from Disorder in English Learners & Guidance on How to Use the Culture-Language Interpretive Matrix (C-LIM v2.0). Pharr-San Juan-Alamo Independent School District, Pharr, TX.

Ortiz, S. O. (2013, July). Evidence-based Instruction and Evaluation of English Language Learners: Bridging research and practice to promote fairness and equity in assessment. Tucson Unified School District, Tucson, AZ.

Ortiz, S. O. (2013, June). Distinguishing Difference from Disorder in English Learners & Guidance on

How to Use the Culture-Language Interpretive Matrix (C-LIM v2.0). Pasadena Independent School District, Pasadena, TX.

Ortiz, S. O. (2013, June). CHC Cross-Battery Assessment Camp: Principles of the new XBA3 and application in SLD determination and evaluation of English learners. Education Service Center Region 20, San Antonio, TX.

Ortiz, S. O. (2013, June). CHC Cross-Battery Assessment: Principles of the new XBA3 and application in SLD determination and evaluation of English learners. Education Service Center Region 2, Corpus Christi, TX.

Ortiz, S. O. (2013, June). Assessing Culturally and Linguistically Diverse Students: A developmental perspective in the instruction and evaluation of English learners. Greenwich Public Schools, Greenwich, CT.

Ortiz, S. O. (2013, May). CHC Cross-Battery Assessment: The evolution and integration of theory, psychometrics, and tests. The Ohio State University, Columbus, OH.

Ortiz, S. O. (2013, April). Evidence-based Instruction and Best Practices in Evaluation of Diverse Learners: A developmental perspective on distinguishing "difference vs. disorder." District of Columbia Public Schools, Washington DC.

Ortiz, S. O. (2013, March). Evidence-based Assessment and Evaluation of English Language Learners: Application and use of XBA methods and software in SLD identification. Education Service Center Region 20, San Antonio, TX

Ortiz, S. O. (2013, February). Evidence-based Instruction and Evaluation of English Language Learners Using the Culture-Language Interpretive Matrix. Humble Independent School District and Education Service Center Region 4, Humble, TX.

Ortiz, S. O. (2013, February). *Evidence-based Instruction and Evaluation of English Language Learners Using the Culture-Language Interpretive Matrix*. Katy Independent School District and Education Service Center Region 4, Katy, TX.

Ortiz, S. O. (2013, January). *Evidence-based Instruction and Evaluation of English Language Learners: Bridging Research and Practice to Promote Fairness and Equity in Assessment.* Colorado Department of Education and Colorado Bilingual School Mental Health Network, Denver, CO.

Ortiz, S. O. (2013, January). *Evidence-based Instruction and Evaluation of English Language Learners: Developmental implications for instruction, intervention, and assessment.* Colorado Department of Education and Colorado Bilingual School Mental Health Network, Denver, CO.

Ortiz, S. O. (2013, January). Assessment and Evaluation of English Language Learners: An evidence-based approach for distinguishing "difference from disorder. Greenville County Schools, Greenville, SC.

Ortiz, S. O. (2013, January). *Effective Pre-referral Intervention and Instruction for English Language Learners: Development and implementation of culturally and linguistically appropriate strategies for promoting academic success*. Greenville County Schools, Greenville, SC.

Ortiz, S. O. (2012, November). *The ESL Student–Lack of Exposure or Learning Disabled? Implications of a bilingual and bicultural experience in the instruction and evaluation of English Learners*. New Jersey State Region V and Fairleigh Dickinson University, Madison, NJ.

Ortiz, S. O. (2012, November). *Understanding the Bilingual-Bicultural Experience in the School Setting: Developmental implications for distinguishing learning differences from disorders in English Language Learners*. Greenville County Schools, Greenville, SC.

Ortiz, S. O. (2012, October). *Integrating CHC Cross-Battery Assessment in Psychoeducational*

*Evaluations: Intermediate level instruction in the application and use of Cross-battery Assessment (XBA) principles, procedures, software, and interpretive steps.* Education Service Center Region 20, San Antonio, TX.

Ortiz, S. O. (2012, August). *Issues in Instruction and Intervention with English Learners: The role and function of Elementary Level ESOL teachers in serving as effective intervention team members.* Prince William County Schools, Manassas, VA.

Ortiz, S. O. (2012, August). *Issues in Instruction and Intervention with English Learners: The role and function of Secondary Level ESOL teachers in serving as effective intervention team members.* Prince William County Schools, Manassas, VA.

Ortiz, S. O. (2012, August). *Issues in Instruction and Intervention with English Learners: Creating effective intervention teams and application of RTI models.* Prince William County Schools, Manassas, VA.

Ortiz, S. O. (2012, August). *Culturally Competent Assessment of Diverse Populations: Understanding the impact of culture and language on test performance.* Austin Independent School District, Austin, TX.

Ortiz, S. O. (2012, July). *Evidence-based Evaluation of English Language Learners: Bridging research and practice via the C-LIM to enhance fairness and equity in assessment.* Education Service Center Region 11, Fort Worth, TX.

Ortiz, S. O. (2012, June). *Evidence-based Instruction and Evaluation of English Language Learners: Day 2 – Bridging research and practice to promote fairness and equity in assessment.* James Madison University, Harrisonburg, VA.

Ortiz, S. O. (2012, June). *Evidence-based Instruction and Evaluation of English Language Learners: Day 1 – Developmental implications for instruction, intervention, and assessment.* James Madison University, Harrisonburg, VA.

Ortiz, S. O. (2012, June). *Evidence-based Instruction and Evaluation of English Language Learners: Day 2 – Bridging research and practice to promote fairness and equity in assessment.* Valparaiso University, Valparaiso, IN.

Ortiz, S. O. (2012, May). *Evidence-based Instruction and Evaluation of English Language Learners: Day 1 – Developmental implications for instruction, intervention, and assessment.* Valparaiso University, Valparaiso, IN.

Ortiz, S. O. (2012, April). *Issues in Serving Linguistically Diverse Populations in School: Building and maintaining equitable delivery systems for English language learners.* Prince William County Schools, Dumfries, VA.

Ortiz, S. O. (2012, April). *Issues in Instruction and Intervention with English Language Learners: A developmental perspective on understanding the educational needs of English learners.* Prince William County Schools, Dumfries, VA.

Ortiz, S. O. (2012, April). *Advanced Issues in Evaluation of English Learners: Bridging research and practice to promote fairness and equity in assessment.* Prince William County Schools, Dumfries, VA.

Ortiz, S. O. (2012, April). *Disproportionate Representation in Special Education Placement: A developmental perspective on the academic outcomes of English language learners.* Prince William County Schools, Dumfries, VA.

Ortiz, S. O. (2012, April). *Evidence-based Assessment and Evaluation of English Learners: Bridging research and practice to promote fairness and equity in assessment.* San Marcos Unified School District, San Marcos, CA.

Ortiz, S. O. (2012, April). *Issues in Instruction and Intervention with English Learners: A developmental*

*perspective on understanding the educational needs of English Learners*. San Marcos Unified School District, San Marcos, CA.

Ortiz, S. O. (2012, March). *Establishing Validity and Enhancing Interpretation of Test Results via the Culture-Language Interpretive Matrix: Evidence-based practice in the evaluation of ELLs*. Education Service Center Region 10, Dallas, TX.

Ortiz, S. O. (2012, March). *Assessment Considerations for Young English Language Learners: Long term effects on academic and cognitive development related to early L1 vs. L2 instruction*. New York State Bilingual Preschool Teaching and Assistance Center, NY, NY.

Ortiz, S. O. (2012, February). *CHC Cross-Battery Assessment: Advanced Issues and Case Studies in Cross-Battery Assessment (XBA) and Interpretation*. Education Service Center Region 20, San Antonio, TX.

Ortiz, S. O. (2012, February). *Determining "difference" from "disorder" in English Language Learners*. Wayne County RESA, Detroit, MI.

Ortiz, S. O. (2011, November). *Critical Examination of Current and Typical Methods of Assessment with English Learners: What works and why*. Education Service Center Region 10, Dallas, TX.

Ortiz, S. O. (2011, October). *Integrating CHC Cross-Battery Assessment in Psychoeducational Evaluations: Intermediate level instruction in the application and use of Cross-battery Assessment (XBA) principles, procedures, software, and interpretive steps.* Education Service Center Region 20, San Antonio, TX.

Ortiz, S. O. (2011, October). Creating Effective Instructional Environments for Culturally and Linguistically Diverse Students: Bridging research and practice to promote fairness and equity in assessment. Charleston County School District, Charleston, SC.

Ortiz, S. O. (2011, October). Creating Effective Instructional Environments for Culturally and Linguistically Diverse Students: A developmental perspective on understanding the instructional needs of English learners. Charleston County School District, Charleston, SC.

Ortiz, S. O. (2011, May). *Standardized Measurement in a Diverse World: Assessment, Eligibility & Diversity*. Fauquier County Public Schools, Warrenton, VA.

Ortiz, S. O. (2011, May). *Issues in Instruction, Pre-referral Evaluation, and Response-to-Intervention for English Language Learners: A developmental perspective on understanding difference vs. disorder.* The State Education Department/The University of the State of New York and Ulster County BOCES. Albany, NY.

Ortiz, S. O. (2011, April). *The Meeting of the Minds: Building Integrated School-based SLD Procedures*. Oregon School Psychology Association and Oregon Branch of the International Dyslexia Association. Portland, OR.

Ortiz, S. O. (2011, April). *Assessment and Evaluation of Culturally and Linguistically Diverse Students: A systematic, practical approach for equitable evaluation*. North Coast Consortium for Special Education, San Marcos, CA.

Ortiz, S. O. (2011, March). *Effective Instruction and Responsive Intervention for Culturally and Linguistically Diverse Students*. North Coast Consortium for Special Education, San Marcos, CA.

Ortiz, S. O. (2011, March). *Evidence-based Intervention and Assessment: How to bridge research and practice in the education and evaluation of English learners*. Roanoke City Public Schools, Roanoke, VA.

Ortiz, S. O. (2011, March). *Bilingualism and Education – Two Languages, Two Cultures, One School: A developmental perspective on nondiscriminatory, psychoeducational assessment*. Irvine Unified

School District, Irvine, CA.

Ortiz, S. O. (2011, March). *Bilingualism and Education – Two Languages, Two Cultures, One School: A developmental perspective on the teaching and learning of ELLs*. Irvine Unified School District, Irvine, CA.

Ortiz, S. O. (2011, February). *CHC Cross-Battery Assessment: Advanced Issues and Case Studies in Cross-Battery Assessment (XBA) and Interpretation*. Education Service Center Region 20, San Antonio, TX.

Ortiz, S. O. (2011, January). *Evidence-based Nondiscriminatory Assessment: Bridging research and practice in the evaluation of English Language Learners*. Minnesota Department of Education, Minneapolis, MN.

Ortiz, S. O. (2011, January). *Evidence-based Intervention and Assessment: How to bridge research and practice in the education and evaluation of English learners*. Horry County Public Schools, Myrtle Beach, SC.

Ortiz, S. O. (2010, December). *Evidence-based Nondiscriminatory Assessment: Bridging research and practice in the evaluation of English learners*. Education Service Center Region 7, Kilgore, TX.

Ortiz, S. O. (2010, September). *CHC Cross-Battery Assessment: Intermediate level instruction and application of Cross-Battery Assessment (XBA) and interpretation in psychoeducational evaluations*. Education Service Center Region 20, San Antonio, TX.

Ortiz, S. O. (2010, August). *CHC Cross-Battery Assessment: Advanced issues and case studies in Cross-Battery Assessment (XBA) and interpretation.* Education Service Center Region 19, El Paso, TX.

Ortiz, S. O. (2010, June). *Assessment and Evaluation of Culturally and Linguistically Diverse Students: A systematic, practical approach for equitable evaluation*. Carlsbad Unified School District, Carlsbad, CA.

Ortiz, S. O. (2010, June). *Assessment and Evaluation of Culturally and Linguistically Diverse Students: A systematic, practical approach for equitable evaluation*. James Madison University, Harrisonburg, VA.

Ortiz, S. O. (2010, June). *Issues in Pre-referral and Response-to-Intervention for Culturally and Linguistically Diverse Students: What works, and why*. James Madison University, Harrisonburg, VA.

Ortiz, S. O. (2010, June). *Evaluating Students Using the CHC Cross-Battery Approach and the Culture-Language Interpretive Matrix*. Summer Evaluation Institute, Education Service Center Region 4, Houston, TX.

Ortiz, S. O. (2010, June). *Why Don't Bilingual Students Like School? Understanding the bilingual-bicultural experience*. Summer Evaluation Institute, Education Service Center Region 4, Houston, TX.

Ortiz, S. O. (2010, June). Assessment and Evaluation of Culturally and Linguistically Diverse Students: A systematic, practical approach for equitable evaluation. Frederick County Public Schools, Frederick, VA.

Ortiz, S. O. (2010, June). *Effective Instruction, Pre-referral Issues, and Response-to-Intervention for Culturally and Linguistically Diverse Students: What works, and why*. Frederick County Public Schools, Frederick, VA.

Ortiz, S. O. (2010, March). *Evidence-based Practice in Nondiscriminatory Assessment: Use of the Culture-Language Test Classification and Interpretive Matrix*. Educational Service Center of Central Ohio, Columbus, OH.

Ortiz, S. O. (2010, February). *Assessment and Evaluation of Culturally and Linguistically Diverse*

*Students: A systematic, practical approach for equitable evaluation*. North Coast Consortium for Special Education, San Marcos, CA.

Ortiz, S. O. (2010, February). *Effective Instruction and Responsive Intervention for Culturally and Linguistically Diverse Students*. North Coast Consortium for Special Education, San Marcos, CA.

Ortiz, S. O. (2010, February). *Assessment of Culturally and Linguistically Diverse Students: Application of the Culture-Language Test Classifications (C-LTC) and Culture-Language Interpretive Matrix (C-LIM)*.  Education Service Center Region 20, San Antonio, TX.

Ortiz, S. O. (2010, January). *Advanced Issues and Case Studies in Cross-Battery Assessment (XBA) and Interpretation*. Education Service Center Region 20, San Antonio, TX.

Ortiz, S. O. (2009, December). *Use of the Culture-Language Interpretive Matrix in Assessment of English Learners: Issues and case studies in advanced implementation and use of the C-LIM*. Washington Elementary School District, Phoenix, AZ.

Ortiz, S. O. (2009, December). *RTI and Comprehensive Assessment: Issues in implementation with English Learners*. Washington Elementary School District, Phoenix, AZ.

Ortiz, S. O. (2009, November). *Introduction to Cross-Battery Assessment: CHC Theory and Guidelines for Cross-Battery Assessment (XBA) and Interpretation*. Education Service Center Region 20, San Antonio, TX.

Ortiz, S. O. (2009, July). *Conducting Cross-Battery Assessment Speech-Language Evaluations with Culturally and Linguistically Diverse Individuals, Part 3: Application and Use of the Culture-Language Test Classifications and Interpertive Matrix*. Education Service Center Region 1, McAllen, TX.

Ortiz, S. O. (2009, July). *Conducting Cross-Battery Assessment Speech-Language Evaluations with Culturally and Linguistically Diverse Individuals, Part 2: Introduction to CHC Theory and Cross-Battery Assessment (XBA) and Interpretation*. Education Service Center Region 1, McAllen, TX.

Ortiz, S. O. (2009, July). *Conducting Cross-Battery Assessment Speech-Language Evaluations with Culturally and Linguistically Diverse Individuals, Part 1: Understanding Cultural and Linguistic Influences on Cognitive, Linguistic, and Academic Development as a Foundation for Nondiscriminatory Assessment*. Education Service Center Region 1, McAllen, TX.

Ortiz, S. O. (2009, July). *Conducting Cross-Battery Assessment Psychoeducational Evaluations with Culturally and Linguistically Diverse Individuals: Advanced issues and case studies in the application and use of the Culture-Language Test Classifications and Interpretive Matrix*. Education Service Center Region 1, McAllen, TX.

Ortiz, S. O. (2009, June). *Fairness and Equity in Assessment: Issues in the cross-language and cross-cultural use of standardized tests*. Lecture for the Faculty of Hanoi National University of Education, St. John's University, New York, NY.

Ortiz, S. O. (2009, April). *Understanding and Evaluating English Language Learners, Part 2: Issues in academic, cognitive, and linguistic development in early childhood*. Association of Early Childhood and Infant Psychologists Psychology Department, Pace University, New York, NY.

Ortiz, S. O. (2009, March). *Psychological Assessment of English Language Learners: What all psychologists need to know*. Pace University, New York, NY.

Ortiz, S. O. (2009, February). *Assessment and Evaluation of Culturally and Linguistically Diverse Students: A systematic, practical approach for equitable evaluation*. North Coast Consortium for Special Education, San Marcos, CA.

Ortiz, S. O. (2009, February). *Effective Instruction and Responsive Intervention for Culturally and Linguistically Diverse Students*. North Coast Consortium for Special Education, San Marcos, CA.

Ortiz, S. O. (2009, January). *Pre-referral Processes and Response-to Intervention with English Language Learners: The impact of language and culture on the development and acquisition of academic skills and school achievement and response-to-intervention*. Workshop sponsored by Schoolhouse Educational Services, LLC. Milwaukee, WI.

Ortiz, S. O. (2009, January). *Cross-Battery Assessment with Culturally and Linguistically Diverse Individuals:  Use of the Culture-Language Test Classifications and Culture-Language Interpretive Matrix*. Minnesota Depart of Education, Minneapolis, MN.

Ortiz, S. O. (2008, December). *Cross-Battery Assessment with Culturally and Linguistically Diverse Individuals: Use of the Culture-Language Test Classifications and Culture-Language Interpretive Matrix*. Education Service Center Region 19, El Paso, TX.

Ortiz, S. O. (2008, November). *Understanding and Evaluating English Language Learners, Part 1: Issues in academic, cognitive, and linguistic development in early childhood*. Association of Early Childhood and Infant Psychologists Psychology Department, Pace University, New York, NY.

Ortiz, S. O. (2008, October). *Challenges in Cross-Cultural Assessment: Methods and procedures for conducting nondiscriminatory evaluation of culturally and linguistically diverse students*. Field Supervisor's Conference, Philadelphia College of Osteopathic Medicine, Philadelphia, PA.

Ortiz, S. O. (2008, October). *Cross-Battery Assessment with Culturally and Linguistically Diverse Students*. Education Service Center Region 2, Corpus Christi, TX.

Ortiz, S. O. (2008, October). *Best Practices in Learning Disability and Nondiscriminatory Assessment: Use of the K-ABC-II and Academic Ability Tests with Culturally and Linguistically Diverse Students*. Sponsored by Pearson Assessments, Boston Public Schools, Boston, MA.

Ortiz, S. O. (2008, August). *The Education and Evaluation of English Language Learners: Understanding Parallel Processes in Development*. Jamul-Dulzura Union School District, Jamul, CA.

Ortiz, S. O. (2008, July). *Cross-Battery Assessment with Culturally and Linguistically Diverse Individuals: Developmental Foundations and Introduction to the Culture-Language Test Classifications and Interpretive Matrix*. Education Service Center Region 12, San Antonio, TX

Ortiz, S. O. (2008, July). *Cross-Battery Assessment with Culturally and Linguistically Diverse Individuals: Part 1 – Developmental Foundations and Introduction to the Culture-Language Test Classifications and Part 2 – Interpretive Matrix and Introduction to Cross-Battery Assessment and Case Studies in Disability Evaluations*. Education Service Center Region 12, Uvalde, TX

Ortiz, S. O. (2008, June). *Cross-Battery Assessment with Culturally and Linguistically Diverse Individuals: Case study presentations using the Culture-Language Test Classifications and Interpretive Matrix*. Education Service Center Region 4, Summer Institute, Houston, TX

Ortiz, S. O. (2008, June). *Nondiscriminatory Assessment of Culturally and Linguistically Diverse Students: A systematic, practical approach for equitable evaluation*. James Madison University, Harrisonburg, VA.

Ortiz, S. O. (2008, February). *The Pre-referral Process and Characteristics of English Language Learners*. North Coastal Consortium for Special Education, San Marcos, CA.

Ortiz, S. O. (2008, February). *Assessment of English Language Learners: A systematic, practical approach for nondiscriminatory evaluation*. North Coastal Consortium for Special Education, San Marcos, CA.

Ortiz, S. O. (2007, November). *Best Practices in Assessment of Culturally and Linguistically Diverse Students: A systematic, practical approach to nondiscriminatory assessment*. Charlotte-Mecklenburg

School District. Charlotte, NC.

Ortiz, S. O. (2007, November*).  Best Practices in Assessment of Culturally and Linguistically Diverse Students: Distinguishing difference vs. disorder using the Culture-Language Test Classifications and Interpretive Matrix.* Commack Union Free School District. Commack, NY.

Ortiz, S. O. (2007, October).  *Cognitive Assessment and RTI with Culturally and Linguistically Diverse Students: An integrative approach for reducing inappropriate referrals and discriminatory evaluations.* Education Service Center Region 10. Dallas, TX.

Ortiz, S. O. (2007, June). *Assessment of English Language Learners: A systematic, practical approach for nondiscriminatory evaluation.* Northeastern University, Boston, MA.

Ortiz, S. O. (2007, March). *Educating and Evaluating Culturally and Linguistically Diverse Students: Foundations in understanding struggling ELLs.* Oakland Schools, Waterford, MI.

Ortiz, S. O. (2007, March). *Educating and Evaluating Culturally and Linguistically Diverse Students: Applications.* Oakland Schools, Waterford, MI.

Ortiz, S. O. (2007, February). *The Pre-referral Process and Characteristics of English Language Learners.* North Coastal Consortium for Special Education, San Marcos, CA.

Ortiz, S. O. (2007, February). *Assessment of English Language Learners: A systematic, practical approach for nondiscriminatory evaluation.* North Coastal Consortium for Special Education, San Marcos, CA.

Ortiz, S. O. & Ochoa, H. S. (2007, January). *Nondiscriminatory Assessment of Culturally and Linguistically Diverse Students: A systematic, practical approach for equitable evaluation.* Edinburg Public Schools, Edinburgh, TX.

Ortiz, S. O. (2006, December). *Nondiscriminatory Assessment of Culturally and Linguistically Diverse Students: A systematic, practical approach for equitable evaluation.* Deer Valley Unified School District, Phoenix, AZ.

Ortiz, S. O. (2006, November). *Nondiscriminatory CHC Cross-Battery Assessment:  Achieving equity in cognitive, academic, and linguistic evaluation of diverse individuals.* Mineola Unified School District, Mineola, NY.

Ortiz, S. O. (2006, November). *English Language Learners in Education: Maybe if we refuse to educate their kids they'll go away.* Keynote speech, Superintendent's conference, Mineola Unified School District, Mineola, NY.

Ortiz, S. O. (2006, October). *Teaching and Assessing English Language Learners in Our Schools: How it works and what it takes to achieve equity in evaluation and instruction.* Education Service Center Region 20, San Antonio, TX.

Ortiz, S. O. & Ochoa, S. H. (2006, August).  *Nondiscriminatory Assessment of Culturally and Linguistically Diverse Students: A systematic, practical approach for equitable evaluation.* Education Service Center Region 1, McAllen, TX.

Ortiz, S. O. (2006, June). *Nondiscriminatory Assessment of Culturally and Linguistically Diverse Students: A systematic, practical approach for equitable evaluation.* James Madison University, Harrisonburg, VA.

Ortiz, S. O. (2006, June). *Best Practices in LD and Nondiscriminatory Assessment, Part II: Use of the K-ABC-II and Academic Ability Tests with Culturally and Linguistically Diverse Students.* Superintendents Conference, Newark Unified School District, Newark, NJ.

Ortiz, S. O. (2006, June). *Multiculturalism and Candidates with Disabilities: Sorting out documentation*

*and accommodation issues.* American Council on Education/GED Testing Service, Washington, DC.

Ortiz, S. O. (2006, May). *Multiculturalism and Test Takers with Disabilities: Sorting out documentation and accommodation issues*. Educational Testing Service (ETS), Princeton, NJ.

Ortiz, S. O. (2006, May). *Best Practices in LD and Nondiscriminatory Assessment, Part II: Use of the K-ABC-II and Academic Ability Tests with Culturally and Linguistically Diverse Students.* Workshop sponsored by AGS Publishing, Inc., Los Angeles, CA.

Ortiz, S. O. (2005, November).  *Nondiscriminatory Assessment of Culturally and Linguistically Diverse Students: A systematic, practical approach for equitable evaluation.* Mineola Public Schools, Mineola, NY.

Ortiz, S. O. (2005, October). *Assessment of Culturally and Linguistically Diverse Students: A systematic, practical approach for nondiscriminatory assessment.* Harrisonburg City Schools, Harrisonburg, VA.

Ortiz, S. O. (2005, September). *English Language Learners: Developmental issues in instruction, intervention, and evaluation*. Oklahoma State Department of Education, Annual Superintendent's Conference on Special Education. Tulsa, OK.

Ortiz, S. O. (2005, August). *Nondiscriminatory Assessment of Culturally and Linguistically Diverse Students: Developmental issues in evaluation*. Louisiana State Department of Education Student Appraisal Summer Institute. Baton Rouge, LA.

Ortiz, S. O. (2005, August). *Nondiscriminatory Assessment Using the KABC-II*. Louisiana State Department of Education Student Appraisal Summer Institute. Baton Rouge, LA.

Ortiz, S. O. (2005, May). *Nondiscriminatory Assessment Using the Culture-Language Test Classifications: How does the KABC-II fare?* Workshop sponsored by AGS Publishing, Fordham University, New York, NY.

Ortiz, S. O. (2005, April). *Psychoeducational Assessment of Children from Culturally and Linguistically Diverse Backgrounds*. Workshop sponsored by Schoolhouse Educational Services, LLC. Bloomington, IL.

Ortiz, S. O. (2005, February). *Assessment of Culturally and Linguistically Diverse Students: Application and Use of the Culture-Language Extensions of the CHC Cross-Battery Approach*. SDSU Bilingual School Psychology Partnership and San Diego City Schools, San Diego, CA.

Ortiz, S. O. (2004, December). *Psychoeducational Assessment of Children from Culturally and Linguistically Diverse Backgrounds*. Workshop sponsored by Schoolhouse Educational Services, LLC. Williamsburg, VA.

Ortiz, S. O. (2004, November). *Comprehensive Assessment of Culturally and Linguistically Diverse Students*. Minority Recruitment Workshop sponsored by the Orange County Association of School Psychologists, the Yorba-Linda Unified School District, and the National Association of School Psychologists, Yorba Linda, CA.

Ortiz, S. O. (2004, September). *Comprehensive Assessment of Culturally and Linguistically Diverse Students: A systematic, practical approach for nondiscriminatory assessment.* Washington Elementary School District, Phoenix, AZ.

Ortiz, S. O. (2004, September). *Understanding and evaluating the culturally and linguistically diverse student: Equitable and collaborative assessment*. Alexandria City Public Schools. Alexandria, VA.

Ortiz, S. O. (2004, May).  *Accuracy in Bilingual Case Development: Comprehensive Assessment of Culturally and Linguistically Diverse Students*. Workshop sponsored by the National Association of School Psychologists and Los Angeles Unified School District, Los Angeles, CA.

Ortiz, S. O. (2004, May). *Principles and Procedures in CHC Cross-Battery Assessment: Instruments and approaches in the assessment of English-Learners*. Workshop sponsored by the National Association of School Psychologists and Los Angeles Unified School District, Los Angeles, CA.

Ortiz, S. O. (2004, February). *Comprehensive Assessment of Culturally and Linguistically Diverse Students.* Minority Recruitment Workshop sponsored by National Association of School Psychologists and Newark Public Schools, New Jersey City University, NJ.

Ortiz, S. O. & Ochoa, S. H. (2004, February). *Psychoeducational Assessment of Children from Culturally and Linguistically Diverse Backgrounds*. Workshop sponsored by Schoolhouse Educational Services, LLC. Wisconsin Dells, WI.

Ortiz, S. O. (2003, December). *Native Language Instruction vs. English Immersion: When do English learners really "catch up?"* John F. Kennedy Magnet School, Port Chester, NY.

Ortiz, S. O. & Ochoa, S. H. (2003, November). *Psychoeducational Assessment of Children from Culturally and Linguistically Diverse Backgrounds*. Workshop sponsored by Schoolhouse Educational Services, LLC. Minneapolis, MN.

Ortiz, S. O. (2003, November). *Native Language Instruction vs. English Immersion: When do English learners really "catch up?"* Chicago Public Schools, Chicago, IL.

Ortiz, S. O. (2003, April). *Education follows Maturation: Developmental, cognitive, and linguistic influences in the instruction and evaluation of English Language learners*. South Huntington Unified School District, Long Island, NY.

Ortiz, S. O. (2003, March). *Comprehensive Assessment of Culturally and Linguistically Diverse Individuals: A systematic, practical approach to nondiscriminatory assessment, Part II*. Metro Regional Educational Service and Cobb County Public Schools, Atlanta, GA.

Ortiz, S. O. (2002, November). *Comprehensive Assessment of Culturally and Linguistically Diverse Individuals: A systematic, practical approach to nondiscriminatory assessment, Part I*. Metro Regional Educational Service and Cobb County Public Schools, Atlanta, GA.

Ortiz, S. O. (2002, June). *The Relationship between Language, Cognition, and Academic Achievement: Special education is not the answer*. Panel presentation at the conference on Health Care and Educational Needs of the Latino Community in New York City: The effect of changing demographics on service delivery. St. John's University, Jamaica, NY.

Ortiz, S. O. (2002, May). *From General Education to Special Education: Practical approaches for evaluation and instruction of English learners*. Warren Consolidated Schools, Warren, MI.

Ortiz, S. O. (2002, April). *Serving English Learners Well: Practical methods for assessment and intervention*. Alexandria City Public Schools, Alexandria, VA.

Ortiz, S. O. (2002, March). *Developing Culturally and Linguistically Appropriate IEP Goals and Objectives: Guidelines and procedures for compliance*. Napa Valley Unified School District, Napa Valley, CA.

Ortiz, S. O. (2002, February). *Comprehensive Assessment of Culturally and Linguistically Diverse Individuals: A systematic, practical approach to nondiscriminatory assessment*. Chicago Public Schools, Chicago, IL.

Ortiz, S. O. (2001, October). *From General Education to Special Education: Culturally and Linguistically appropriate classroom instruction for English learners*. Kern County Consortium for Special Education, Bakersfield, CA.

Ortiz, S. O. (2001, August). *Understanding Patterns of Academic Achievement for English Learners: What to expect and why*. Summer Institute—District 25 Training Grant and St. John's University,

Jamaica, Queens, NY.

Ortiz, S. O. (2001, January). *Application of CHC Cross-Battery Assessment in the diagnosis of Learning Disabilities.* Farmingdale Unified School District, Farmingdale, NY.

Ortiz, S. O. (2000, November*). Testing and Interpretation of Reading and Writing for Dual-Language Learners.* Clinical Impact of Literacy: Helping teachers and students meet NYS ELA standards. American Guidance Service and St. John's University, New York, NY.

Javier, R. A. (moderator), Gil, R. M., Rosas, M. Constantino, G., Rendon, M., Ortiz, S. O. & Rosa, D. (2000, October). *Health and Mental Health Issues. Immigrants from Latin America and the Caribbean: Coping in New York City.* Symposium sponsored by St. John's University's Committee on Latin American and Caribbean Studies. St. John's University, New York, NY.

Ortiz, S. O. (2000, May). Assessment of diverse children: Applying the cultural and linguistic extensions of the CHC Cross-battery approach. Washington Elementary School District, Phoenix, AZ.

Ortiz, S. O. (1999, November). *Special Education Service Delivery in the United States: Issues in the identification and education of children with learning disabilities.* Hokkaido Association for the Study of Developmental Disabilities in Children and Youth, Hokkaido University, Sapporo, Japan.

Ortiz, S. O. (1999, November). *History and Overview of Special Education: Traditional and alternative perspectives in the assessment and identification of infants and children with disabilities.* Hokkaido Association of Mental Retardation and Developmental Disabilities. Obihiro, Japan.

Ortiz, S. O. (1999, October). *Comprehensive Assessment of Culturally and Linguistically Diverse Children: A Systematic, Practical Approach to Nondiscriminatory Assessment.* Clark County School District, Las Vegas, NV.

Ortiz, S. O. (1999, August). *From General Education to Special Education: Addressing the needs of culturally and linguistically diverse populations.* Nevada State Department of Education, Reno, NV.

Ortiz, S. O. (1999, June). *Gf-Gc Cross-Battery Assessment: Addressing the needs of culturally and linguistically diverse populations.* Workshop sponsored by Psychological Consultants, Flagstaff, AZ.

Kohrt, B. (moderator), Duncan, B., Leung, B., Ortiz, S., & Henry, B. (1999, March). *Assessment Practices: Straight from the Source--University Trainers and Directors of Special Education.* California Association of School Psychologists, Pasadena, CA.

Ortiz, S. O. (1999, February). *Competent Bilingual Assessment: Issues in definitions, qualifications, and practices.* Fresno Unified School District, Fresno, CA.

Flanagan, D. P. & Ortiz, S. O. (1999, February). *Selective Gf-Gc Cross-Battery Assessment: Addressing the needs of culturally and linguistically diverse populations.* Washington Elementary School District, Phoenix, AZ.

Ortiz, S. O. (1998, October). *Comprehensive Assessment of Culturally and Linguistically Diverse Children: A Systematic, Practical Approach to Nondiscriminatory Assessment.* Kern County Consortium SELPA, Bakersfield, CA.

Ortiz, S. O. (1998, May). *Equitable Service Delivery for Culturally and Linguistically Diverse Children.* Second Language Department, San Diego City Schools, San Diego, CA.

Ortiz, S. O. (1998, May). *From General Education to Special Education: Guidelines for Compliance in Serving Culturally and Linguistically Diverse Children.* Southwest SELPA, Torrance, CA.

Ortiz, S. O. (1998, April). *Special Education Service Delivery in the United States: Issues in the identification and education of children with learning disabilities.* International Seminar on Learning Disabilities in collaboration with Nagoya University, Nagoya, Japan, Hokkaido University, Hokkaido,

Japan, and California School of Professional Psychology, San Diego, CA.

Ortiz, S. O. (1998, February).  *Serving LEP Children in San Diego City Schools: Commitment to equity*. San Diego Unified School District, San Diego, CA.

Ortiz, S. O. (1998, January).  *Bilingual Education: The importance of primary language instruction in student achievement*. Gompers Middle School, Bilingual Advisory Committee, San Diego, CA.

Ortiz, S. O. (1998, January).  *Bilingual and General Education: Issues in the education of dual language learners*. Beaumont Elementary School, Bilingual Advisory Committee, Vista, CA.

Ortiz, S. O. (1997, November).  *Serving LEP students in San Diego City Schools: Guidelines for achieving equity*.  San Diego Unified School District Bilingual Advisory Committee, San Diego, CA.

Ortiz, S. O. (1997, October).  *Bilingual special education: Compliance issues in collaboration, assessment, service delivery, and program placement*.  San Diego Unified School District, San Diego, CA.

Ortiz, S. O. (1997, September).  *Bilingual, cross-cultural, non-discriminatory assessment: Issues, answers, and guidelines*.  San Diego Unified School District, San Diego, CA.

Ortiz, S. O. (1997, September).  *Bilingual Special Education: Issues in compliance, assessment, placement, and service delivery*.  Alhambra School District, Alhambra, CA.

Ortiz, S. O. (1997, August).  *Legal transformation of school psychology practice: Working smarter, not harder*.  Long Beach Unified School District, Long Beach, CA.

Ortiz, S. O. (1997, August). *Education and diversity: Guidelines for the development of culturally and linguistically appropriate goals and objectives*.  California Education Innovation Institute, California Department of Education, San Francisco, CA.

Ortiz, S. O. (1997, June).  *Education And Diversity: Developing Effective Instructional Programs For Culturally And Linguistically Diverse Students*.  Los Angeles County Office of Education, Juvenile Court/Community Schools and Division of Alternative Education.  Los Angeles, CA.

Ortiz, S. O. (1997, May).  *Bilingual Special Education: Compliance Issues In Assessment, Placement, And Service Delivery*.  Los Angeles County Association of Special Education Administrators.  Los Angeles, CA.

Ortiz, S. O. (1997, March).  *Best Practices in Bilingual Assessment: Making use of what we have*.  San Diego Unified School District, San Diego, CA.

Ortiz, S. O. (1997, February). *Cultural and linguistic diversity: issues in assessment, service delivery, and instruction of children with severe disabilities*.  California Avenue School, Vista Unified School District, Vista, CA.

Ortiz, S. O. (1996, December). *Re-evaluating the role of the Wechsler Scales in the Training of School Psychologists: Breaking up is hard to do*.  Escondido Unified School District, Escondido, CA.

Ortiz, S. O. (1996, August).  *History and Overview of Special Education: Traditional and alternative perspectives in the assessment and identification of infants and children with disabilities*. International Seminar on Learning Disabilities in collaboration with Nagoya University, Nagoya, Japan, Hokkaido University, Hokkaido, Japan, and California School of Professional Psychology, San Diego, CA.

Ortiz, S. O. (1996, August). *Cultural and linguistic issues in the education of Hispanic/Latino students*. California Education Innovation Institute, San Francisco, CA.

Ortiz, S. O. (1996, July). *Pre-referral processes, interventions, and strategies for culturally and*

*linguistically diverse children*.  Vista Unified School District, Vista, CA.

Ortiz, S. O. (1996, February).  *History and Overview of Special Education: Traditional and alternative perspectives in the assessment and education of children with disabilities*.  International Seminar on Learning Disabilities in collaboration with Nagoya University, Nagoya, Japan, Hokkaido University, Hokkaido, Japan, and California School of Professional Psychology, San Diego, CA.

Ortiz, S. O. (1996, February).  *Dynamic Assessment-for-Intervention: Alternative approaches in the assessment of intelligence and learning disabilities*.  Parents of Students in Special Education (POSSE), Torrey Pines, CA.

Ortiz, S. O. & Cassidy, M. (1995, November).  *Assessment and Interpretation: Traditional and alternative approaches in the assessment of intelligence and achievement*.  North Coastal Consortium for Special Education Parent Conference.  Oceanside, CA.

Ortiz, S. O. (1995, September).  *Alternative Psychological Assessment: An ecosystemic approach to the assessment of culturally and linguistically diverse children*.  Long Beach Unified School District, Long Beach, CA.

Ortiz, S. O. (1994, February).  *Theoretical foundations and Psychoeducational applications of the Kaufman Assessment Battery for Children (K-ABC)*.  Marusen Mates, Inc., Japanese Educators Tour of Special Education programs in the United States, Encinitas, CA.


## ELECTRONIC PUBLICATIONS AND WEB SITE DEVELOPMENT

Ortiz, S. O. (2002).  CHC Cross-Battery Online.  Available at
http://www.crossbattery.com/

Ortiz, S. O. (1998).  *The SDSU School Psychology Homepage.*  No longer available online (site was changed/updated in 2001).

Ortiz, S. O. (1997).  *Online Culture and Language Learning.*  No longer available online (site was removed in 2000).

Ortiz, S. O. (1996).  *The Student Survival Kit.*  No longer available online (site was removed in 2000).

Ortiz, S. O. (1994).  *The WWW School Psychology Homepage.*  Inactive-held for historical purposes-was the 1st school psychology web page on the internet. Available at http://facpub.stjohns.edu/~ortizs/


## FUNDED RESEARCH GRANTS

Ortiz, S. O. (2010). Batería Woodcock III: Pruebas de Habilidades Cognitiva y Aprovechamiento Materials Grant. Woodcock-Munoz Foundation. $8700.

Ortiz, S. O. (1998).  Woodcock-Johnson Psycho-Educational Battery - Revised, Tests of Cognitive Ability Materials Grant.  The Riverside Publishing Co.  $10,000.

Ortiz, S. O. (1998).  Enhancing cognitive assessment of culturally and linguistically diverse individuals: Application and use of selective Gf-Gc cross-battery assessment.  Research, Scholarship and Creative Activity Award, College of Education, San Diego State University. $2,200.

Ortiz, S. O. (1997). Bilingual-bicultural Issues in Special Education Assessment: Establishing

Professional Standards of Competency. Research, Scholarship, and Creative Activity Award, College of Education, San Diego State University.  $3,750

Ortiz, S. O. (1996).  Defining bilingual-bicultural competency in School Psychology: Are language and culture enough?  Research, Scholarship, and Creative Activity Award, College of Education, San Diego State University.  $4,000

Ortiz, S. O. (1995). On-line Culture and Language Learning: A technological approach to competency development.  Technology Initiative Grant, College of Education, San Diego State University. $1,500.

# OTHER PUBLICATION ACTIVITIES

**Editorial Board**
– *Psychology in the Schools, 2011-present*
– *Journal of Cognitive Education in Psychology, 2009 – present*
– *School Psychology Quarterly, 2003 – present*
– *Journal of School Psychology, 2007 – 2008*

**Ad hoc Reviewer**
– *Journal of School Psychology*
– *School Psychology Quarterly*
– *School Psychology Review*
– *Journal of Clinical Psychology*
– *Contemporary Psychology*
– *Educational Evaluation and Policy Analysis*
– *The School Psychologist*
– *Journal of Clinical and Consulting Psychology*
– *Learning and Individual Differences*
– *Canadian Journal of School Psychology*
– *Australian Psychologist*
– *Journal of Cognitive Education and Psychology*
– *Applied Cognitive Psychology*
– *Psychology of Women Quarterly*
– *American Journal of Speech-Language Pathology*

# RESEARCH INTERESTS AND PROJECTS

**St. John's University Collaborative Bilingual Research Project.** 09/07 – present. This ongoing research project is a joint, collaborative effort between faculty and students of the School Psychology Program at St. John's University and a local, urban elementary school with a significant ELL population. The purpose of the project is to explore the developmental cognitive, academic, and linguistic patterns for children in bilingual vs. ESL programs. The focus has been on evaluating assessment methods, alignment of individual vs. large-scale assessments, changes in cognitive development and academic functioning across the age and grade span, and the relationship between English language proficiency and academic and cognitive test performance.

**Enhancing cognitive assessment of culturally and linguistically diverse individuals: Application and use of the CHC Culture-Language Matrix and selective CHC Cross-Battery Assessment methods.**  This avenue of research is the major focus of my current investigative efforts and relates to the classification of intelligence tests and subtests according to two primary criteria: degree of cultural loading and degree of linguistic demand.  According to the extant literature, these two factors have been identified as producing the true type of bias effects that influence the performance of children who are culturally and linguistically diverse on tests of intelligence.  By classifying such tests according to a

matrix comprised of the various combinations of these two variables (high, medium, and low), it is possible to select and administer tests to assess the broad range of cognitive abilities in diverse populations that might prove to be less biased and discriminatory. Application of the selective cross-battery approach combined with careful evaluation of the degree to which tests carry such cultural loading and linguistic demand, appears to be a promising method for controlling and reducing potential bias. By combining modern theory-driven assessment with logical and systematic procedures for producing more valid and equitable results, interpretation of the performance of diverse individuals on tests of cognitive ability is seen as more defensible than current methods.

**On-line Culture and Language Learning: A technological approach to competency development**. This ongoing research project focuses on three particular objectives, 1) increased expertise in technology and its applications to instruction and scholarship in multicultural education and training for students and faculty; b) the application of appropriate technology to improve or transform teaching or research in multicultural education and training for students and faculty; and 3) expanded professional preparation of students so that they may apply technologies to enhance the success of all learners, especially ethnolinguistically diverse children.

**Defining bilingual-bicultural competency in School Psychology: Are language and culture enough?** The intent of this current research program is to carefully delineate the specific skills and competencies necessary for establishing guidelines for the definition, training, and perhaps certification of bilingual-bicultural school psychologists. The fundamental question to be addressed is whether or not simple language and culture matches with students are enough to define bilingual-bicultural competency.

# DISSERTATIONS MENTORED

Student:  Noelle Ferrara (Completed Spring 2022)
Title:    *A Survey of Practitioner Methods, Decision-making, and Recommendations in Evaluation of Diverse Students.*

Student:  Amanda Garcia (Completed Fall 2021)
Title:    *Controlling for Developmental Language Differences in Spanish-English Learners: A Comparison of the Ortiz Picture Vocabulary Acquisition Test and Woodcock Muñoz Language Survey-Third Edition.*

Student:  Eryka Sajek (Completed Spring 2020)
Title:    *School Psychologist Perception of Training for Transgender and Gender Diverse Student Advocacy.*

Student:  Anna Tello (Completed Spring 2020)
Title:    *Comparison of Language Performance Using Exposure and Non-exposure Norms in English Learners Identified with Speech-Language Impairment.*

Student:  Meghan Terzulli (Completed Spring 2020)
Title:    *Neuropsychological Domains: Comparability in assessment of High SES Monolinguals and Bilinguals.*

Student:  Ewa Adamek (Completed Spring 2019)
Title:    *Concurrent Validity of the WISC-V VCI and the Ortiz PVAT with English Learners.*

Student:  Rosemary Devine (Completed Summer 2018)
Title:    *Developmental Implications of ELL Test Performance between Elementary and Secondary School Students.*

Student:  Alberto Juan Ortiz (Completed Spring 2018)

Title:        *A Template for Spanish Trans-Adaptation of the Woodcock-Camarata Articulation Battery (WCAB-Spanish).*

Student:    Eunjin Lee (Completed Fall 2017)
Title:        *Toward and Achievement-based "True Peer" Reference Group for English Learners.*

Student:    Kristan Melo (Completed Spring 2016)
Title:        *Evaluation of ELL Subtest Performance on the WISC-V.*

Student:    Melanie Vasquez (Completed Summer 2014)
Title:        *Cognitive Abilities in English Learners with Speech-Language Disorder.*

Student:    Victoria Kristal-Kotlyar (Completed Fall 2012)
Title:        *Examination of Differences in Anger Response in Russian and Russian-American College Students.*

Student:    Lisette Alvarez (Completed Fall 2011)
Title:        *Cultural and Linguistic Issues in Spanish Language Translations of Socio-emotional/Behavioral Rating Scales.*

Student:    Nazia Aziz (Completed Fall 2010)
Title:        *Patterns of Cognitive Performance for Culturally and Linguistically Diverse Individuals with Global Cognitive Impairment.*

Student:    Stacey Lella (Completed Spring 2010)
Title:        *Evaluating Speech-Language and Cognitive Impairment Patterns via the Culture-Language Interpretive Matrix.*

Student:    Scott Quasha (Defended Spring 2010)
Title:        *Evaluation of Gay-Lesbian-Straight Alliance Clubs in Junior High School Settings.*

Student:    Jesurasa Subashini (Completed Summer 2009)
Title:        *Attitudes and Beliefs Regarding Educationally-based Disabilities in South Asian Cultures.*

Student:    Michael Yoo (Completed Spring 2009)
Title:        *Validation of the CHC Culture-Language Matrix in a learning-disabled ELL population.*

Student:    Joanna Tychanska (Completed Spring 2009)
Title:        *Evaluation of Speech-Language Impairment using the Culture-Language Test Classifications and Interpretive Matrix.*

Student:    Ana Landron (Completed Fall 2008)
Title:        *Comparison of Dual Language and ESL Instructional Programs and Relationship to Ethnic Identity, School Membership, and English Language Arts Performance.*

Student:    Elena Beharry (Completed Spring 2008)
Title:        Cultural and Linguistic Influences on Test Performance: Evaluation of alternative variables.

Student:    Marlene Sotelo-Dynega (Completed Spring 2007)
Title:        *Cognitive Performance and the Development of English Language Proficiency.*

Student:    Khalid Brown (Completed Spring 2007)
Title:        Emotional IQ in Autistic Children

Student:    Ada Nieves-Brull (Completed Spring 2006)
Title:        *Evaluation of the Culture-Language Classification Matrix: A validation study on referred Anglo and Hispanic populations.*

Student:    Rosalinda Macaluso (Completed Fall 2006)

Title:      *Orthographic Processing in Reading: A method for differentiating fluent from dyslexic readers.*

Student:    Taryn Wallace (Completed Spring 2005)
Title:      *Assessment Practices in America: An analysis of current and future learning disability assessment practices employed by school psychologists throughout the United States.*

# CURRICULUM DEVELOPMENT AND TEACHING INNOVATIONS

**Technological Applications to Instruction:** I have successfully blended many aspects of technology into instruction as a way of both improving delivery of information as well as a tool that enhances learning. Examples include:

**a)** development of a hybrid online course in cultural diversity
**b)** placing course materials and handouts online to allow students more convenient access to course information as needed;
**c)** use of video projection equipment that allows presentation of computer-generated material, such as with Microsoft PowerPoint;
**d)** use of the Internet and online communications technology to promote and enhance competency development;
**e)** use of spreadsheets to assist students in performing assigned tasks such as statistical calculations;
**f)** use of online resources to add to students learning by taking advantage of information available via the World Wide Web;
**g)** and use of email as an adjunct to office hours and to assist in broadening and deepening class discussions or the provision of feedback to students.

**Site-based Instruction:** As part of a new philosophy and commitment by the School Psychology faculty, course instruction in critical areas such as assessment has been moved away from the university setting and into the actual school environment.  By forming partnerships with local elementary and secondary schools, we have created the opportunity for students to receive closer supervision and perform activities that are rooted in the real context in which they will ultimately occur.  Currently, I have developed syllabi and designed course instruction and activities for four different courses which provides students with direct, "real world" experience in the practice of school psychology in today's schools.

**The Student Survival Kit:** A collection of resources available over the World Wide Web that can be accessed as needed by students to retrieve course materials for a variety of different classes offered in the program.  The entire "Kit" is no longer available online.

**The Tool Kit:** A collection of informal assessment "tools" comprising a variety of techniques including observation, interview, checklists, and measures of achievement.  It is now part of the "golden ticket," a CD-ROM distributed to students in current courses being taught at St. John's, in particular Psy761/762: Psychoeducational Assessment Practicum.

**School Psychology Service Delivery Organizer:** An automated spreadsheet program used to document, track and analyze service delivery in the field, including 2nd year practicum, 3rd year externship and internship, 4th year externship, and the capstone 5th year internship.  Can also be used professionally after graduation.  Used by all students in the School Psychology Program.

**The Assessment-for-Intervention Report:** Model report for the organization and presentation of assessment data in compliance with legal mandates and for the purposes of designing appropriate instructional programs It is now part of the "golden ticket," a CD-ROM distributed to students in current courses being taught at St. John's, in particular Psy761/762: Psychoeducational Assessment Practicum.

**Ecological Organizers:** Templates for assisting in the collection and organization of ecological data for improving the learning of children in the schools. It is now part of the "golden ticket," a CD-ROM

distributed to students in current courses being taught at St. John's, in particular Psy761/762: Psychoeducational Assessment Practicum.

**Computer Program for t-tests:** An automated spreadsheet program used to calculate both dependent and independent t-tests.  Used for Psy659 Measurement and Scaling.

**Case Study Grading Rubric:** A scoring rubric designed to promote student's understanding of the components of effective case reports and provide an efficient, and more objective method of evaluating student's work.

**Bilingual General Education and Bilingual Special Education:** A brief resource manual (of sorts) for educators of Hispanic (and other) ethnolinguistically diverse students: A collection of readings to supplement core issues in bilingual-bicultural school psychology study.

# PROFESSIONAL ASSOCIATION MEMBERSHIP

American Psychological Association
>Division 16, School Psychology
>>Vice President for Professional Affairs (2003-2005)
>Committee on Psychological Tests and Assessment, 3rd term (2011-2013)
>>Chair, CPTA (2013)
>Committee on Psychological Tests and Assessment, 2nd term (2009-2010)
>Committee on Psychological Tests and Assessment (2005-2007)
>Coalition for Psychology in Schools and Education (2006-2007)
>Coalition for Psychology in Schools and Education, 2nd term (2010-2011)
>Coalition for Psychology in Schools and Education, 3 rd term (2011-present)
>Presidential Task Force on Educational Disparities for Ethnic Minorities (member, 2010-2012)
Society for the Study of School Psychology (elected to membership in 2007)
National Association of School Psychologists
National Association for Bilingual Education
New York State Association for Bilingual Education

# UNIVERSITY AND COMMUNITY SERVICE

**SERVICE FOR THE UNIVERSITY**
*Committee Assignments*

>**St. John's University**
>>Institutional Review Board, 2011 – present
>>Program Review Committee, 2009-2010
>>Middle States Technology Sub-Committee, 2004 – 2007
>>Committee for Latin American and Caribbean Studies (CLACS), 2000 – present.
>>Online Learning Committee, 2001 – 2003.

>**St. John's University, Department of Psychology**
>>Minority Student Recruitment, Admissions, and Retention Committee, 2003 – present.

Departmental web site developer and site administrator, 2001 – present.

**SDSU Department of Counseling & School Psychology:**
School Psychology Program Committee, 1994-1997
School Psychology Faculty Committee, 1994-1997
Research Committee, 1996-1997

**SDSU College of Education:**
Resource Allocation Committee (Chair), 1997
Technology Initiative Committee, 1995-1997

*Teaching Awards*

**Outstanding Faculty Award:**
SDSU School Psychology Program, College of Education, 1999
**Outstanding Faculty Award:**
SDSU School Psychology Program, College of Education, 1998
**Certificate of Appreciation:**
SDSU School Psychology Student Association, 1997-98
**Certificate of Appreciation:**
SDSU School Psychology Student Association, 1996-97

*Miscellaneous Service*

**Faculty Advisor:**
Student Association of School Psychology, St. John's Chapter, 2001 – present.
**Faculty Advisor:**
Pi Lambda Theta, International Education Honor and Professional Society, Beta Beta Chapter, SDSU 1999
**Faculty Advisor:**
SDSU School Psychology Student Association, 1999
**Faculty Advisor:**
SDSU School Psychology Student Association, 1998
**School Psychology Program:**
Design, development, and maintenance of the program homepage.
Available at http://edweb.sdsu.edu/CSP/sp/
**SDSU Department of Counseling and School Psychology:**
Design, development and maintenance of the department homepage.
No longer available online (site changed/updated)

## SERVICE AND ADVOCACY FOR THE COMMUNITY

*Committee Assignments*

**New York State Bilingual School Psychology Support Center Advisory Panel**
Member, appointed 2007, presently serving

**New York State Committee of Practitioners on English Language Learners and Limited English Proficient Students:**
Member, appointed 2007, presently serving.

**San Diego County Office of Education:**
Hispanic Academic Achievement Project, Evaluator, 1998-1999.

**San Diego Unified School District:**
Task Force for the Development of the Special Education Master Plan for English Learners, 1997-1999

**California Department of Education, San Diego County Office of Education, and Department of Education, Baja California, Mexico:**
The California's Project, 1997-1998

**Center for Educational Advancement:**
Steering Committee, 1996-1997

**North Coastal Consortium for Special Education:**
Hispanic Academic Achievement Project, Evaluator, 1995-1997

*Other Service*

**Consultant:**
The National Board of Medical Examiners, Office of Test Accommodations, assisting in the evaluation of requests for test accommodations through review of documentation submitted to verify the presence of a qualifying disability.  1999-present.

**Webmaster and Creator:**
The WWW School Psychology Homepage, the first site published on the web (December, 1994) devoted exclusively to the needs of school psychologists and allied professionals. Originally available at http://edweb.sdsu.edu./CSP/spwww.html

**Webmaster and Creator:**
The Online Culture and Language Learning Homepage, devoted to the exploration of electronic methods for enhancing culture and language learning. Originally available at http://edweb.sdsu.edu./CSP/ocll.html

# AWARDS, HONORS, DISTINCTIONS

Alan S. Kaufman Intelligent Testing Award, Gonzaga University Assessment Conference, 2022

NYASP Gil Trachtman Leadership in School Psychology Award, 2019

Trainers of School Psychologists (TSP) Outstanding Trainer of the year Award, 2019

Catalyst Scholar, SSSP School Psychology Research Collaboration Conference, 2013

Election to Membership in the Society for the Study of School Psychology (SSSP), 2008

Outstanding Faculty Award, SDSU College of Education, School Psychology Program, 1999

Outstanding Faculty Award, SDSU College of Education, 1998

Pi lambda Theta, International Education Honor and Professional Society, 1994

Outstanding Young Man of America, 1987

Presidential Scholar, University of Southern California, 1976

Honors at Entrance, University of Southern California, 1976

Who's Who Among America's High School Students, 1976

Valedictorian, Oceanside High School, 1976

# REFERENCES

**Salvador Hector Ochoa, Ph.D.**
Provost
Office of the Provost
Manchester Hall 3310
5500 Campanile Drive
San Diego, CA 92182-8010
(619) 594-6881
Hectorochoa60@hotmail.com

**Elizabeth Pena, Ph.D.**
Professor
Associate Dean of Faculty Development and Diversity
Education
University of California, Irvine
Irvine, CA 92697-5500
(949) 824-9103
edpena@uci.edu

**Nancy Mather, Ph.D.**
Professor
APSY Department
St. Cloud State University
720 4th Ave. South
St. Cloud, MN 56301
(320) 255-3037
iapsych@iapsych.com

**Dawn P. Flanagan, Ph.D.**
Professor
Department of Psychology
St. John's University
8000 Utopia Parkway
Jamaica, NY 11439
(718) 990-6368
flanagad@stjohns.edu

**Jim Ysseldyke, Ph.D.**
Birkmaier Professor of Educational Leadership
University of Minnesota
354 Elliott Hall
75 East River Road
Minneapolis, MN 55455
(612) 624-4014
jim@unm.edu

**Alan S. Kaufman, Ph.D.**
Professor
Educational Psychology Department
The University of Texas at Austin
1 University Station Stop D5800
Austin, TX 78712
(512) 471-0287
alanskaufman@gmail.com

# EXHIBIT 2

Date: 26 November 2018

To: Catherine Farmer, Manager, Disabilities Services and ADA Compliance Officer

From: Samuel O. Ortiz

Re: Consultation Evaluation

This review concerns Robert Sampson who is appealing a denial of a previous request for reconsideration by the NBME which followed a prior request for reconsideration that stemmed from an initial denial of his application for accommodation on Step 1 of the USMLE. His initial request appears to have been denied in June of 2017 after which, he requested an initial reconsideration that was also later denied by the NBME in August of 2017. Following the second denial and additional correspondence clarifying the grounds for the denial by the NBME dated January 12, 2018, March 6, 2018, and September7, 2018, Mr. Sampson appears to have once again requested a reconsideration. Mr. Sampson's application is being made on the basis of a "Learning" impairment, specifically listed as "Reading" and "Other (specify): Dyslexia" both of which are indicated as having first been diagnosed in 2013 at the age of 22. Mr. Sampson has also indicated a "Psychiatric" impairment "Attention Deficit/Hyperactivity Disorder" that was subsequently diagnosed in 2015 as an additional consideration in support of his request for accommodation which is noted as "50% Additional test time (Time and ½) over 2 days." In addition to his application requesting accommodations, Mr. Sampson has submitted various supporting documentation which includes:

Step 1 Request Form
Step 1 Request Form - Req/Personal Statement
Personal Statement
School Records - Teacher Comments/Parent Ltrs Grade 1-6
Test Scores (MCAT, GRE, SAT, etc.) - NBME Shelf Exam Score Report
Test Scores (MCAT, GRE, SAT, etc.) - Minnesauke Elementary School OLSAT
Test Scores (MCAT, GRE, SAT, etc.) - PSAT/NMSQT
Test Scores (MCAT, GRE, SAT, etc.) - ACT
Test Scores (MCAT, GRE, SAT, etc.) - SAT
Evaluations - Supplemental Testing Report 12/16/13
Evaluations - Psychological Eval. 8/26/13
Attorney Letter - Simon, J. 6/29/18
Attorney Letter - Simon, J. 11.14.18
Attorney Letter - Corrected- Simon, J.
E-mail - Sampson, R. 6/26/17
E-mail - Simon, J. 11/14/18
Testing Accommodation Records - Stony Brook Univ.
Testing Accommodation Records - CPTA
Testing Accommodation Records - MCAT
Letters from Individuals and other supporting doc. - Lam, A. 3/29/17
Letters from Individuals and other supporting doc. - Exhibit A- Aronson, T. 6/12/18
Letters from Individuals and other supporting doc. - De Motta, L. 2.15.18

Letters from Individuals and other supporting doc. - Sampson, R. 2.22.18
Letters from Individuals and other supporting doc. - Anderson, A. 8/10/17
Letters from Individuals and other supporting doc. - Aronson, T. 9/6/17
Letters from Individuals and other supporting doc. - Serrantino, J. 10/9/17
Letters from Individuals and other supporting doc. - Steven & Shelley Sampson 6/17/17
Letters from Individuals and other supporting doc. - Serrantino, J. 6/22/17
Letters from Individuals and other supporting doc. - Sampson, S. (Handwritten)
Letters from Individuals and other supporting doc. - De Motta, L. 3/29/17
Letters from Individuals and other supporting doc. - Aronson, T. 3/29/17
Letters from Individuals and other supporting doc. - De Motta, L. 3/28/16
Reconsideration Request Letter - Sampson, R.
Reconsideration Request Letter - Sampson, R.
Decision Letter (approval and denial) - Denial
Decision Letter (approval and denial) - Reconsideration-Denial
Decision Letter (approval and denial) - Reconsid. Denial
Decision Letter (approval and denial) - Reconsideration-Denial
Decision Letter (approval and denial) - Denial- 9/7/18

Although Mr. Sampson's request for accommodation is based, at least in part, on a psychiatric impairment listed as "Attention Deficit/Hyperactivity Disorder," the focus of the current review will be based on whether the evidence supports the provision of accommodations solely on the basis of his listed learning impairment in the area of reading. That is, the purpose of this review is determine whether the submitted documentation supports Mr. Sampson's claim regarding a learning disability in the area of reading, and, if so, whether the requested accommodations are reasonable and appropriate. Therefore, the analysis, conclusions, and recommendations provided in this review are presented only from this perspective and should not be construed as having any direct bearing on the merit of his request for accommodations with respect to the additional psychiatric impairment he has indicated.

The documentation in this case is varied and numerous and the relative merits of Mr. Sampson's request for accommodations, at least as far as the purposes of this review are concerned, hinge on a relatively straightforward determination—that is, to what extent does the documentation fully support the claimed learning impairment in reading indicated in his application. Should the documentation be compelling in this regard then perhaps the only question becomes that of what the appropriate accommodations should be. But should the documentation fail in this regard, then the NBME is faced with a decision regarding whether accommodations under the auspices of ADA are appropriately warranted. After all, it is presumed that the purpose of ADA is to protect those with a disability that limits a major life activity and not to provide those protections to those who are not disabled. In the present case, Mr. Sampson has retained an attorney with considerable experience in these matters whose three letters demanding the provision of accommodations under ADA by the NBME are replete with opinion, commentary, and legal citations that seem unassailable and would likely pressure most organizations to simply capitulate to the request. Ms. Simon has even provided an argument stemming from federal enforcement guidance that claims that the NBME cannot even deny the request by Mr. Sampson for a variety of reasons, one of which includes the idea that "testing entities should defer to documentation from a qualified professional who has made an

individualized assessment of the candidate that supports the need for the requested testing accommodations." In other words, if any individual with a degree and a license says that someone is disabled, then it must be accepted as truth. Of course, were the NBME to follow this recommendation, there would be little point to this or any other review. Putting aside the concept and practice of second opinions in medicine, accepting as valid on its face, any report submitted by anyone with sufficient resources to obtain an evaluation that documents and asserts a diagnosis of their choosing, would likely mean that the entire concept and definition of disability loses all semblance of meaning. It cannot be disputed that there are "qualified" professionals who are not experts in every arena of disability who routinely keep up with the literature and maintain competency in current methods, techniques, and research. Clinicians are often subconsciously inclined to please the client who will be paying them by providing whatever documentation may be necessary in this regard. This is not to say, of course, that this is what has occurred in Mr. Sampson's case or that the evaluation reports provided are based on such factors. Rather, it is only mentioned here to counter the notion that one is unquestionably disabled merely because someone else has said so. Whether Mr. Sampson has a learning impairment or not is not a simple matter to discern and there is always the possibility that prior evaluators have indeed gotten things wrong. And while Ms. Simon further quotes federal enforcement guidance in asserting that "reports from qualified professionals who have evaluated the candidate should take precedence over report from testing entity reviewers who have never conducted the requisite assessment of the candidate" the follow up conclusion that "this is especially important for individuals with learning disabilities because fact-to-face interaction is a critical component of an accurate evaluation, diagnosis, and determination of appropriate testing accommodations" is inaccurate and grossly distorted. Whereas this claim may be true with respect to various psychiatric impairments that depend on aspects of interpersonal functioning, it is not true when it comes to a learning disability that can be plainly determined by a host of current measures, combined with prior information. According to DSM-V, the diagnostic criteria for a Specific Learning Disorder "are to be met based on a clinical synthesis of the individual's history (developmental, medical, family, educational), school reports, and psychoeducational assessment." In essence, current testing or evaluation is insufficient for rendering such a diagnosis and instead an abundance of documentation is required regarding the acquisition of reading, writing, and mathematics skills. The reason a learning disability is a learning disability is precisely because it is evident in the observable and documentable process of development and education in reading, writing, or mathematics. For these reasons, face-to-face interaction reveals very little information useful for diagnostic purposes in the case of learning disorders, especially in comparison to a careful and considered examination of an individual's academic performance during the period of time in elementary school when such skills are first formed and developed.

Because this case has been reviewed at least twice prior, it is unlikely that a third opinion centering primarily on the current test data would prove persuasive in any way on the matter. The prior reviewers have no doubt commented on what the specific test data from the evaluations conducted in 2013 reveal and, as noted by comments the NBME provided in the letters denying Mr. Sampson's request for accommodations, has likely already concluded that the current test data do not support the presence of a reading disorder. To cover the same ground here would be somewhat redundant and pointless and only lead to further debate regarding their meaning. Instead, it may be more fruitful for this review to examine more closely the qualitative data and information available regarding Mr. Sampson's early educational history and their

relationship to the various criteria necessary for establishing a learning disability in reading. Perhaps from this angle, new information may be generated and the documentation may be seen in a different light that could prove to be far more instructive and beneficial in arriving at a reasonable conclusion regarding whether or not Mr. Sampson exhibits a learning disorder in the area of reading or not. This approach does not overlook current test results or their meaning per se, but instead of trying to further the debate as to whether current scores are or are not consistent with a learning impairment, the primary focus will be on whether the evidence supports the fundamental criteria regarding a learning disorder that specify the basic characteristics of the disorder—notably, the impact on learning to read.

According to DSM-V, "one essential feature of specific learning disorder is persistent difficulties learning keystone academic skills (Criterion A), with onset during the years of formal schooling (i.e., the developmental period)." Beyond this feature, DSM-V highlights the fact that academic skills are learned via specific instruction and not acquired merely as a function of maturation. The Diagnostic Features section of DSM-V adds that "Specific learning disorder disrupts the normal pattern of learning academic skills…The learning difficulties manifest as a range of observable descriptive behaviors or symptoms (as listed in Criteria A1-A6)" and they are "persistent, not transitory." Further delineation of the core features of Specific Learning Disorder are noted by observation "that the learning difficulties are readily apparent in the early school years in most individuals (Criterion C). However, in other, the learning difficulties may not manifest fully until later school years, by which time learning demands have increased and exceed the individual's limited capacities." I believe this specification is often misinterpreted to mean that one can succeed in school without displaying any learning difficulties at all and that a learning disorder only becomes obvious when the curricular expectations rise above what one can do, such as high school subject matter, college requirements, or medical school reading loads. However, this cannot be the proper interpretation since it would mean that everyone would become learning disabled upon reaching the point in which school suddenly becomes "hard." The reality is that school does not become any harder at any age or grade and that expectations of academic performance always remain appropriate to the developmental level of the individual. What is expected academically for a college junior to be able to manage is no more or less difficult than what is expected academically of a kindergarten student. The very reason elementary school students are not required to learn calculus is precisely because it is known that such an expectations is developmentally appropriate. The other misinterpretation of this specification is the idea that a learning disability can go completely unnoticed when in fact, the specification states that it "may not manifest fully" until sometime later. The key word here is "fully" and indicates that the learning problems are indeed observable and noticeable but that they may not rise to a level that constitutes impairment or qualifies as a disability. It might be claimed that perhaps Mr. Sampson exhibits a pattern called "gifted LD" which are described in DSM-V as individuals who "may be able to sustain apparently adequate academic functioning by using compensatory strategies, extraordinarily high effort, or support, until the learning demands or assessment procedures (e.g., timed tests) pose barriers to their demonstrating their learning or accomplishing required tasks." This specification also seems to suffer from the misconception that "timed tests" are things that only happen in college or medical school, such as when taking the NBME. The educational system today is characterized largely by accountability standards that are evaluated via standardized test data obtained from testing students with just such "timed tests." Moreover, there is often an accompanying belief that students are given all the time in the

world while in elementary or high school and that it is not until later that constraints are placed on academic requirements. This is false and even when in elementary school, a teacher must retain certain expectations regarding the completion and submission of assignments and tests and should a student exhibit difficulties in managing these constraints at any age or grade, it would be readily documented. In summary, when coupled with the initial specification regarding problems in "learning keystone academic skills," DSM-V clearly indicates that learning problems, even those that do not seem to represent significant impairment, are still manifest, evident, and discernable during the period of time in which these skills are being taught and learned.

Based on the essential features outlined in DSM-V, it cannot be debated that the hallmark of a learning disability is difficulty in the development and acquisition of basic academic skills particularly during the period of time in which these skills are first taught—early elementary school. Therefore, to support any diagnosis of learning disability, especially one that was first rendered at the age of 22, requires a clear indication that in fact, "learning" to read was a manifest and observable characteristic of Mr. Sampson's early education. In general, however, the documentation provided in this regard do not appear to provide any significant support that Mr. Sampson did indeed struggle to learn to read. What comments are made about this period of time are mostly in connection with potential ADHD issues, such as "comments from early report cards portray ADHD criteria" and "difficulty with executive functioning skills." It was also noted that he had "exceptional ability" and that because of it, his "difficulties were often viewed as a child's lack of effort or interference because of behavioral problems." Not content with their son's education, Mr. Sampson's parents sought and paid for "years of individualized speech therapy and regular tutoring" although it is not clear why only speech therapy was being provided when the learning concerns appeared to be more ADHD related. More importantly, however, references to reading difficulties during this time are vague and nonspecific at best, for example "difficulty" in executive functioning skills are connected to presumed "reading and writing" problems, but no details are provided. Likewise, there is no mention regarding how speech-language therapy was related to learning to read in any way and in one case, the letter by Dr. Serrantino suggests that the parents could have sought SLP services within the school but provides no mention of what aspect of language was problematic or how it possibly related to reading, which, in any event, would not have been the concern of a speech-language therapist. Most likely the therapy was for articulation, as indicated in the letter from Mr. Sampson's parents wherein a speech-language pathologist is listed as providing services for "stuttering" and from a "myofunctional oral therapist" neither of which are a necessary or predictive component of learning to read. Dr. Serrantino later asserts that because the parents provided "increased" tutoring support in middle and high school that this attests to him having a disability. Mr. Sampson's parents indicate that a "reading specialist" was sought in 4th and 5yh grade, but by this point in time, either Mr. Sampson had already learned to read or he had not. If he indeed required any reading intervention, it would have been evident and necessary beginning in 1st grade, not 4th or 5th. In fact, from the 5th grade forward, all of the tutoring that is listed is content based—that is, based on school subject matter, and none of it is related to remediation of basic reading skills. Extra tutoring in subject areas would not have affected or changed the development of his reading skills and the additional instruction provided in a tutoring environment is not evidence that he either needed it to support his reading development or that it was provided because his reading development was poor. There is simply no indication that Mr.

Sampson struggled in his efforts to learn to read during the time in which he was taught to read. This conclusion is reinforced by the fact that reading difficulties are not even reported in the background sections of the evaluations that were conducted. For example, in her "background" section, Dr. Michels' report of evaluation notes that "as a young child, he was a severe stutterer, but this issue resolved in his early elementary school years." She adds that "Spelling" was "relatively poor" (which is false when compared to teacher comments) and the only mention of reading problems comes while in high school where Dr. Michels' notes that "he struggled with reading comprehension" and that "he has typically read to learn, not for pleasure, so he rarely reads fiction." No other mention of reading problems are noted and no reading issues were presented in elementary school. Yet, at the very end of her report, Dr. Michels offers a diagnosis of "Learning Disorder, Not Otherwise Specified." Certainly, one might understand Dr. Michels' use of an NOS diagnosis in this case given the relative lack of any developmental issues in the acquisition of basic academic skills. Even the problems in "writing" are motoric and related to hand writing more than they are to basic writing skills or written expression. But the complete absence of reading difficulties in elementary school strongly belie the presence of a learning disorder in the area of reading, even though Dr. Michels did not actually provide such a diagnosis. The same pattern of the absence of reported or observed manifest problems in learning to read is evident in Dr. Anderson's report of evaluation where she states that "he was described as a severe stutterer, but this was corrected through speech therapy in elementary school." She adds that "Robert has no history of diagnosed learning disorders" and that "his mother provided extra help with reading." No other reference to any type of reading problem is mentioned in the report, until the end where a diagnosis of "315.00 Specific Learning Disorder with impairment in reading (dyslexia), reading fluency, word reading accuracy, spelling" is provided without ever having established a foundation of early reading problems. Whereas Dr. Anderson may have felt that current test results suggested a reading problem (an issue that has already been examined and disputed by the NBME), it has been noted that a diagnosis of Specific Learning Disorder cannot be rendered in the absence of developmental and educational indicators of early reading problems. Thus, current difficulties in reading cannot not be viewed as automatically attributable to a learning disability. Without any evidence of developmental problems in learning to read, Dr. Anderson's diagnosis is effectively invalidated. The resulting diagnosis in this case appears to have evolved over time by building on perceptions of problems that were never actually reported and a failure to gather actual developmental and educational data of learning difficulties in service of unquestioned explanations related to learning disorder that eventually had to settle on reading given Mr. Sampson's absolutely stellar performance in the area of mathematics. Yet, for such conclusions to be reasonable there must be some evidence that Mr. Sampson displayed some type of difficulty in learning to read—evidence that does not appear to exist, particularly as illustrated in the teacher's comments and grade reports from Ms. Sampson's elementary school years.

The documentation contains copies of some comments made by his elementary school teachers on official grade reports. Some are hand written, some are typed, and some are illegible for which Mr. Sampson has attempted to provide transcriptions of the commentary. Unfortunately, the transcriptions appear to have been done somewhat selectively so as to emphasize negative observations while minimizing positive ones. For example, in quoting his 4th grade teacher, Ms. Eugene, Mr. Sampson writes only that she believed he "needs to put more effort into written assignments because he needs to improve the quality of his work." However,

the actual hand written comments, as discerned from the original report card read, "Robert is a very capable fourth grader. He is inquisitive and well-informed. He especially likes math and science activities. Robert is especially pleased about being a math team captain because he is very good at math. He enjoyed our trip to the pond and studying pond water under the microscope. Robert's test averages for this quarter are as follows: reading 83%, math 95%, spelling 97%, social studies 91% and science 95%. He needs to put more effort into written assignments…" When placed in context, the comment about improving his writing becomes a very minor concern in light of his scores which indicate very superior functioning including in the one area in which he presumably had a learning disability—reading—where his test average was *only* "83%." A review of his marks on a scale from 1 to 5 where 1 is unsatisfactory, 3 is satisfactory, and 5 is outstanding, it can be seen that his reading his abilities related to "reads and understands grade-appropriate material" (4), "reads silently for sustained periods" (4), "selects appropriate books independently" (4), uses reading strategies to construct meaning" (3), "is developing an awareness of genres and authors" (3), and attempts to acquire, interpret, evaluate, and apply information" (3) were all at a satisfactory level or higher. His writing skills are similar in that he was marked as "3" in all areas of writing. These comments and marks do not in any way suggest that Mr. Sampson was having any troubles in learning to read at this point in his education and at a point where they would have been supremely evident. Moreover, in examining his earlier development in reading, an even more positive indication of reading acquisition is noted. For example, in Mrs. Feinberg's class (appears to be 1st grade, according to Mr. Sampson's notes), he was marked in Reading at the second, third, and fourth marking periods as "5," "5", and "5+" as well as all "5" in writing and she noted that he "continues to build upon his good sight vocabulary and use of strategies." This shows clear and steady improvement from a "4" in reading and writing in the first marking period. Mrs. Feinberg's specific comments related to reading are again not transcribed fully by Mr. Sampson perhaps because they are not consistent with notions of a reading disorder. Although difficult to make out, the comments by Mrs. Feinberg in the first marking period appear to indicate that "In reading, Robert enjoys reading books, has a good sight vocabulary and uses a number of strategies to figure out new words. We will be working on having Robert say "blank" and coming back to harder words, as well as breaking up larger words into parts." By the 3rd and 4th marking periods, her comments are "In reading, Robert continues to grow as a reader. He has developed a strong sight vocabulary and has good phonetic sense. Very good job, Robert!" and "Welcome to the 'life long reader's club', Robert! Please make sure you continue to practice your reading and writing over the summer." When coupled with additional comments to the effect that "Next quarter we will be working on Robert's fluency and expression when reading aloud," and "we will continue to work on improving Robert's fluency and expression, building on his knowledge of vowel sounds (long and short) and consonant blends" the enthusiastic exhortation regarding his reading achievement noted in the last marking period comments can only be viewed as a clear and strong indication that Mr. Sampson was quite successful in learning to read and was developing reading skills at the exact level that was required of him at that age and grade and that he possessed this skill at a satisfactory level well into the end of his elementary education.

The preponderance of evidence which indicates Mr. Sampson developed and acquired reading skills in a manner comparable to age and grade level expectations cannot be discounted. There simply are no indications that Mr. Sampson had any type of difficulty in reading

development and that he learned to read and became a solid reader precisely at the time he was expected to do so. His teachers were in the proper and prime position to observe even the slightest of difficulty he may have had in learning to read and yet, there were no comments to this effect noted by any of them. Despite what is compelling evidence, in his personal statement, Mr. Sampson attempts to provide his own argument that this was not the case. He claims that "the roots of my learning disability began in early childhood. I was diagnosed as a severe stutterer at the age of four. This language disability significantly affected my verbal communication, and tended to isolate me from peers." Mr. Sampson seems unaware of the difference between oral language that encompasses verbal communication and symbolic language which is the process of decoding language written in abstract symbols. Having a speech-language impairment in articulation does not prevent an individual from being able to learn to read normally or fluently. They are simply not the same thing. Indeed, Mr. Sampson extends the notion of stuttering to account for oral language issues, not reading issues, as evidenced by his comments that "I experienced anxiety and frustration when I had no idea how long it would take to relay a simple thought. At times, my speech was so disrupted that people around me did not have the patience to wait." Clearly, Mr. Sampson is describing problems in oral language and articulation, not in reading development. Mr. Sampson also seems to feel that there was some relationship between his stuttering and other academic functioning based on his claim that "my stuttering was evidenced by a substantial discrepancy between my verbal processing skills and my excellence in math and science." It is not clear where Mr. Sampson developed the notion that stuttering was diagnosable via a discrepancy between verbal processing skills and math/science but he is nonetheless, significantly mistaken. This connection appears to be drawn, perhaps, from the desire to connect a discrepancy to a learning disability as he states that "the educational resources in my public school were not well suited for learning disabilities" and "when my parents realized I was not growing out of my stuttering problem, they sought outside professional speech pathology treatment, which continued for years." That he received speech-language therapy for articulation difficulties has no direct relationship to reading problems or the presence of any discrepancy between his verbal abilities and other subject areas. These comments represent a conflation of elements that do not belong together and seem to have been connected only in the attempt to justify the presence of a learning disability that could not, based on the documentation, implicate reading problems. In fact, Mr. Sampson alludes to the fact that his *ability* in reading was what he used to overcome his stuttering problem. He notes that "the way I overcame my stuttering was not through silent reading, but with verbal expression of sound and deliberate vocalization." Thus, rather than having a learning disability which was believed to have been caused by a stuttering issue, Mr. Sampson ameliorated his stuttering via his solid reading ability.

These comments by Mr. Sampson, along with the data contained in the documentation appear to make a very compelling case that he had no real difficulties in learning to read or in becoming a fluent reader as compared to the average person in the general population. Where he displayed any difficulties in reading at all was only in terms of having to read out loud where, in his own words, "when we read aloud in class, I used to shun begin called on to read aloud (even though I otherwise enjoyed participating in my classes) because on top of some lingering stuttering, I was quite scared that I would mispronounce or see a word that my classmates would all know, but I did not." The nature of the anxiety that Mr. Sampson must have felt in attempting to pronounce words that might not be familiar to him is very understandable and entirely natural

for someone with a stuttering problem. But again, these comments reflect that reading itself was not the problem, only his stuttering was. When not faced with the prospect of having to enunciate publicly, Mr. Sampson performed quite well and adequately as indicated by the comments and marks he received in elementary school. This is an important point in the sense that there is no evidence of developmental problems in reading but it does not mean that he should or must enjoy reading or that he should be better or faster at it. Because of the presence of his stuttering issues and the anxiety it engendered in him, it is not surprising that as he continued in his education he found reading a less than enjoyable exercise. For example, he notes that "when I got to junior high school and high school, I continued to avoid reading books for enjoyment" and that "I did not read for pleasure." These are not essential elements of a reading disorder but instead, in this case are a normal and reasonable reaction to his anxiety that was borne from situations in which he was asked to engage in an activity that was potentially embarrassing to him and which made him feel that his classmates thought he was "stupid." But his avoidance of reading, whatever the cause, has a predictable effect in that those who read more become better readers and those who read less lose ground to those who do. The result can be viewed primarily as an issue of advanced reading fluency and Mr. Sampson's avoidance of reading did not serve him well, but the fact that he did not continue to improve or excel in reading is also not an indication of a disability. According to DSM-V, "difficulties mastering these key academic skills may also impede learning in other academic subjects (e.g., history, science, social studies), but those problems are attributable to difficulties learning the underlying academic skills." In Mr. Sampson's case, this is precisely the opposite of what is being claimed. Mr. Sampson had problems with stuttering, not reading, and it was his stuttering that affected his love of reading and induced him to avoid it, not the other way around. Mr. Sampson also appears to try and make a connection between difficulties in reading music and basic reading. Given that reading music and reading words are not comparable abilities, there is no need to pursue any discussion of the matter and it is pointed out here primarily as an example regarding how this observation is not evidence of any manifest problems in learning to read words. By the time Mr. Sampson reaches college he seems to feel that a book on famous individuals with dyslexia are characteristic of his own experiences as a child and begins to believe he may have a learning disability. He cites issues such as "I always knew I had to work infinitely harder than my contemporaries to achieve academic success" and "I had difficulty remembering names of people and places, a childhood history of reading and spelling difficulties, slow reading abilities, inability to comprehend while reading aloud, and suffered extreme fatigue when reading even short periods of time no matter what the subject matter." It is likely that just about any student, including those who have and have not achieved much academic success, would relate to these experiences just as well. In most cases, including Mr. Sampson's, working hard is simply the nature of the beast for getting good grades. The idea that success comes to the many without effort is a convenient fallacy. Not remembering people's names or places is not a reading issue. Mr. Sampson already described his inability to remember what he was reading due to anxiety, not a learning problem. And according to the documentation, there was in fact, no "childhood history of reading and spelling difficulties" a claim that was also noted in the "background" section of the report of evaluation conducted by Dr. Michels. According to his report card, in the first marking period, Mr. Sampson's 5th grade teacher, Ms. Eugene, gave him a "3" (satisfactory) in Spelling and then added a hand written notation for "Formal Spelling" in which she gave him a "5" (outstanding). Mr. Sampson's recollections and Dr. Anderson's claims in this regard are simply in error and factually incorrect. Mr. Sampson also claims that his "first extensive external

tutoring" began during junior high school but according to the letter submitted by his parents, he was provided tutoring beginning in 5th grade (general academic tutoring), followed by Math Enrichment in 6th grade as well. One might wish to see one's difficulties through the lens of a disability as it offers a very easy and palatable explanation for a life of perceived struggles. But such desire cannot obscure the facts in this case which are consistent and powerful in illustrating that Mr. Sampson did not display or evidence any of the necessary characteristics regarding learning problems that are required for meeting criteria related to the diagnosis of a learning disability in the area of reading. And when Mr. Sampson's performance for his "private MCAT tutor" did not reach expectations, whatever the causes of it could not and still cannot be ascribed to a learning disability. In her letter dated June 29, 2018, Ms. Simon also references the tutor's concerns as evidence of a learning disorder where she states "Dr. Andrew Lam, his MCAT tutor, observed his struggles and advised him to have an evaluation for learning disabilities" but no details are provided regarding what these struggles were and at that age, such observations do not serve to bolster learning problems in the early developmental period. Whatever concerns Dr. Lam had regarding Ms. Sampson's work or efforts, Mr. Sampson would have already had to have demonstrated some history of reading difficulties. That he never did and that the documentation supports the fact that he learned to read normally and without any incident or issue indicates that whatever struggles they were, they were not rooted in some type of learning disability in reading.

The letter from Ms. De Motta of Stony Brook University claims support for a disability by stating that it is "a mental impairment that substantially limits his reading ability and reading speed on a daily basis." Yet, the only complaint seen in the documentation and the one pointed to in the letter is "his failing to borderline marginal performance on timed NBME shelf exams taken without accommodations were causing him to fail." It appears that the argument here is that Mr. Sampson is "failing" in medical school only because he can't pass the NBME exams with better than marginal performance but that he is quite able to perform daily life activities that require reading without any real issue. Indeed, this is the first point that Mr. Sampson's attorney, Ms. Simon, raises in her letter dated Jun 29, 2018 where in quoting a decision from Bartlett v N.Y. State Board of Law Examiners, she asserts that the opinion is that taking tests constitutes an example of a major life activity. Ms. Simon further emphasizes this point in a follow up letter on the same matter dated November 14, 2018 where she notes that "An individual has a disability within the meaning of ADA if that individual suffers a physical or mental impairment that substantially limits one or more of the individual's major life activities or major bodily functions." The point here, however, is not whether taking a test is or isn't a major life activity, but more that if an individual is impaired to the point that it interferes with a major life activity, one would expect, by definition, that interference to involve any aspect of daily living in which the activity is required. Because, for the purposes of this review, Mr. Sampson is claiming that his impairment is in the area of reading, it stands to reason that he would and should have problems in any daily life activity that requires reading—including taking timed tests. But this is not what the documentation demonstrates. In contrast, and as noted specifically in the letter from Ms. De Motta of Stony Brook University, Mr. Sampson does not have problems in any daily life activity that requires reading, he apparently has difficulty only in taking time tests, which is a condition that would belie the presence of a learning disability and hence, any subsequent impairment in daily activities. The nature of learning disabilities, in particular, are specific only to their manifestation, not their application in that while reading may be affected without

concomitant impairment in writing or math, the impairment would not be evident only in taking timed tests and then be absent when say, reading a restaurant menu. Reading is reading, and if Mr. Sampson has impairment that is substantial, as compared to the average person in the general population, he cannot pick and choose in which way it will or will not affect his daily life. And yet, he describes his learning disability not as an impairment in daily functioning but specifically as related to taking the NBME exams mostly because his school defines it that way. He states that, "my school defines a student to have marginal performance when a student has either failed or come very close to failing multiple NBME subject exams, or the courses themselves on their first attempt." In essence, Mr. Sampson is allowing his disability to be defined by a school that will not accept passing as the standard by which success is defined and only something better than passing is allowed. He further asserts that "the point of this administrative label is to identify students who are substantially underperforming the academic expectations of the school and who are in need of an intervention to fix a major learning or education issue." Here Mr. Sampson makes a very flawed and large leap in logic—because the school expects better than just passing performance, failure to do so must be an indication of "a major learning or education issue." Mr. Sampson would prefer of course that the matter relate to the former (a major learning issue) as it supports his contention of learning disability but the documentation available only support the latter—an education or instructional issue that is unrelated to any reading impairment. This sentiment seems to consolidate Mr. Sampson's view of his experiences as he notes later in his personal statement, "hours of intensive preparation spread over years with multiple tutors and multiple external resources were used to help assist me with my reading and learning disability…I now know that I had to work much harder than my peers and I am 100% confident that without these extreme efforts of preparation to compensate for my disability, I would not have passed them." Mr. Sampson may be forgiven for recognizing that millions of students took these very same exams without the benefit of the extensive and extreme preparations that were accorded to him, but he is incorrect in believing that without such "help" he would not have passed. Not only did Mr. Sampson pass the SAT, he obtained Critical Reading scores of 580 (74th percentile rank), 620 (84th percentile rank), and 680 (93rd percentile rank), all of which are well beyond "passing" and indicate exceptional performance on a test of reading accomplished without accommodation. Of course, in her letters, Ms. Simon admonishes the NBME that "average scores or grades do not obviate the presence of disability or the legitimate need for accommodations." Of course, a legitimate need for accommodations is in fact predicated on the presence of a disability and in this case, Mr. Sampson's performance was not merely "average" but far above that—far enough to suggest the presence of ability, not disability. That is, were Mr. Sampson actually impaired in the area of reading, taking a timed, standardized test like the SAT would have been a difficult task and yet his performance was more than merely adequate, it was rather exceptional. Again, Ms. Simon argues that "[a]n impairment need not prevent, or significantly or severely restrict, the individual from performing a major life activity in order to be considered substantially limiting." Again, such a statement opens the door for identification of learning impairments in any individual but she clarifies and suggests that "Mr. Sampson's impairments significantly and, often severely, restrict his ability to read, comprehend, learn, concentrate, process information, write, sleep, work and take tests." Whereas the issues of concentration, sleeping, and working are beyond the scope of this review, reading, comprehension, learning, and writing are not and to that extent, Ms. Simon is incorrect in believing that his "record clearly demonstrates" anything other than

normal learning and ability, in particular during the period of time in which such difficulties should have been most manifest and clearly evident.

Ms. Simon also attempts to clarify her point that "the focus is on how a major life activity is substantially limited, and not on what outcomes an individual can achieve." While this may well be a highly debatable proposition, it cannot be argued that the basis of the limitation, however it is being manifested, must be from the presence of a disability." If that which causes the limitation in a major life activity is other than a disability, then ADA would not appear to apply given its emphasis on protecting individuals with disabilities. The same can be said for a specific learning disability in that learning problems that stem from external factors such as "lack of educational opportunity, consistently poor instruction, learning in a second language" cannot be used as the basis for identification of a learning disability. In furthering her arguments that Mr. Sampson has a learning disability, Ms. Simon points to the fact that federal guidance indicates that "[c]ondition, manner, or duration may also suggest the amount of time or effort an individual has to expend when performing a major life activity because of the effects of an impairment, even if the individual is able to achievement the same or similar result as someone without the impairment." It has been documented and discussed already that Mr. Sampson's progress in elementary school, apart from stuttering, was unremarkable. According to his teachers, Mr. Sampson displayed no difficulties or struggles whatsoever during his elementary education and that by the end of 1st grade, he was rated as having reading skills that exceeded the highest ranking of "5" as indicated by his teacher's rating of "5+." Moreover, not only are there no comments or observations regarding the presence of reading difficulties, of all the statements transcribed by Mr. Sampson that cannot be read from the originals concerning 5th and 6th grade, there is not a single mention of any issue related to reading. Were Mr. Sampson displaying any type of struggle that could be characterized by "condition, manner, or duration" that exceeds that of the average child in elementary school, it was neither reported nor documented in the report cards and comments contained in the documentation. Mr. Sampson provides a considerable amount of current anecdotal evidence in his personal statement as well in some of the various documents submitted in support of his request. Unfortunately, none of it points to what is required to form the basis for a developmental problem in reading. This is not to say that Mr. Sampson has not or is not experiencing any of the difficulties that he is currently be reporting but rather, suggests that whatever the cause of the current difficulties, they are highly unlikely to be rooted in any intrinsic disorder that could be construed as a learning disability in the area of reading. One can imagine that it must be difficult for Mr. Sampson to accept that he likely does not have a learning disability in the area of reading. Such a conclusion does not bear upon the presence of any other disability or the impact that his other listed impairments may have on reading or any other major life activity. Mr. Sampson may well feel that he must work harder than most, read more slowly than many, need to review material more carefully, and require more time than average and these may all be quite true. But at this time, based on the documentation submitted by Mr. Sampson, there is simply no evidence that any of these conditions are due to the presence of a learning disability in the area of reading. One simply cannot develop a reading disability while in college or medical school, and one's current struggles cannot change the nature of one's original development in which there are no reports, no observations, and no data to support difficulties in the acquisition or development of reading skills.

In summary, a review of the documentation submitted in support of his appeal of the denial of Mr. Sampson's reconsideration request provides only one reasonable conclusion that can be reached—that he cannot have a learning disability in the area of reading precisely because he has never demonstrated any problems in learning to read. By definition, a learning disorder is characterized by difficulties in the early acquisition period, that is, elementary school, where basic academic skills are first taught and first learned. It matters not whether there is any formal evaluation or diagnosis rendered at that time or even whether any difficulties rise to the level of substantial impairment. What is required and what does matter is that there is some evidence that the acquisition and development of a basic skill, such as reading, did not proceed in the manner that is typically expected for a given age or grade. And while there are a variety of academic concerns sprinkled throughout his early education, none of them implicate or suggest that reading was of any concern. Without a clear history of reading difficulties during this period, it is inappropriate to assign a diagnosis of learning disability as it is an essential criterion for doing so. This is an important point in this review because it is not predicated on any debate regarding the meaning of current or previous test scores or their interpretation regarding impairment. Arguments that suggest that Mr. Sampson developed a reading disability because he stuttered are specious and unsupportable, and any references regarding a "history of reading difficulties" is merely speculation and uncorroborated by the documentation. In addition, improvements in performance when given extra time cannot change the fact that there is a conspicuous absence of any reports or observations of early reading difficulties. Whatever debate may ensue from examination of recent evaluations does not alter the one most important consideration necessary for supporting a learning disability in reading—evidence of impairment in early reading acquisition. That there is none can only suggest one thing—that Mr. Sampson's current reading issues, and their relation to his taking a timed test, are not attributable to a reading disorder. Thus, whatever difficulties he may have in completing timed tests or reading assignments in comparison to his medical school peers cannot be attributed to the presence of a learning impairment in reading. Instead, the available data in this case argue quite strongly and convincingly that Mr. Sampson learned to read comparably to his same-grade peers in early and late elementary school and that while he may find reading or taking timed tests more challenging within the context of a rigorous medical school curriculum and in the presence of the most academically successful student body in education, it still does not render him disabled by history or by comparison. Therefore, on the basis of all of the documentation submitted in this case, it is my opinion that a diagnosis of learning impairment in reading is wholly unsupported and that his appeal regarding denial of his reconsideration of accommodation remains unwarranted and should therefore be denied.