# EXHIBIT 1

# Joseph E. Bernier, Ph.D.
Curriculum Vita
Abbreviated

## Present Primary Employment

Independent practice, consulting and clinical psychology (1978-present).

(Provision of diagnostic psychological evaluations to individuals. Provide disability-related consulting services to organizations. Established client organizations include universities, professional licensing and trade certification boards, and other standardized testing entities.)

## Education

Highest Degree Earned:  Ph.D.                                         Date of Degree:  August 1976

Institution/Program Name: University of Minnesota/Educational Psychology

Area of Degree: Counseling Psychology                  APA Accredited:  Yes

Psychology Internship Completed:  Yes                  Year: 1975-1976

## Psychology Licensure and Certification

Psychology Licensure: Yes         State:  New York           Year: 1978 - present

*National Register of Health Service Psychologists*: Yes          Year: 1983 – present

## Professional Memberships

Member, American Psychological Association

## Selected Publications

Flanagan, D., Keiser, S., Bernier, Joseph E., and Ortiz, S. Diagnosis of Learning Disability in Adulthood, Boston, Allyn and Bacon (2003).

Rivero, E. M., Cimini, M. D., Bernier, J. E., Stanley, J. A., Murray, A. D., Anderson, D. A., & Wright, H. R. (2014). Implementing an early intervention program for residential students who present with suicide risk: a case study. Journal of American College Health, 62(4), 285-291.

Cimini, M. D., Rivero, E. M., Bernier, J. E., Stanley, J. A., Murray, A. D., Anderson, D. A., Wright, H.W., & Bapat, M. (2014). Implementing an audience-specific small-group gatekeeper training

program to respond to suicide risk among college students: A case study. <u>Journal of American College Health</u>, 62(2), 92-100.

<u>Past Primary Professional Employment</u>

(1) Psychologist and Director for Doctoral Internship Training & Clinical Assessment, Counseling and Psychological Services/University at Albany, 400 Patroon Creek Blvd., Suite 104, Albany, New York 12206 (tenured) (1991-2018)

(2) Instructor, Department of Counseling Psychology, University at Albany, Albany, NY (2001, 2007, 2008)

(3) Psychologist, Four Winds Hospital, Saratoga Springs, New York (1988-1991)

(4) Psychologist & Director, Psychological Counseling Center, Siena College, Loudonville, New York (1987-1988).

(5) Psychologist & Director, Psychological Counseling Service, the College of St. Rose, Albany, New York (1980-1987)

(6) Assistant Professor, Department of Counseling Psychology and Student Development, State University of New York at Albany, Albany, New York (1976-1980)

<u>References</u>

References furnished upon request.