# EXHIBIT 1

VITA

DAWN PATRICIA FLANAGAN

**Work:  St. John's University**          **Email:  Flanagad@stjohns.edu**
**Department of Psychology**              **Fax: (718) 990-6705**
**School and Clinical Programs**
**8000 Utopia Parkway**
**Queens, New York  11439**

## EDUCATION

**Ph.D.**   1992.   Major-School Psychology.  The Ohio State University, Columbus, OH.
**M.A.**    1989.   Major-School Psychology.  The Ohio State University, Columbus, OH.
**B.S.**    1986.   Major-Psychology.  The University of Massachusetts at Amherst, Amherst, MA.

## CURRENT EMPLOYMENT

**PROFESSOR OF PSYCHOLOGY**. Department of Psychology. Full-time teaching responsibilities include graduate courses in cognitive assessment, psychoeducational assessment, learning disability, and professional issues in School Psychology as well as undergraduate courses in tests and measurement. Other responsibilities include service on department, college, and university committees, conducting research, and publishing. **St. John's University, Jamaica, NY, May 2001-present.**

**CLINICAL AFFILIATE TO YALE CHILD STUDY CENTER**. Yale University, School of Medicine. Responsibilities include lecturing on topics related to cognitive assessment and evaluation and treatment of specific learning disabilities.  Other responsibilities include consultation with faculty and staff on issues related to tests and measurement. **Yale University, New Haven, CT, April 2005-present.**

## EMPLOYMENT HISTORY

**DIRECTOR OF SCHOOL PSYCHOLOGY TRAINING PROGRAMS**. Department of Psychology. **St. John's University, Jamaica, NY, September 2008-December 2011.**

**PROFESSOR OF PSYCHOLOGY and CO-DIRECTOR OF THE SCHOOL PSYCHOLOGY PROGRAM**. Department of Psychology.  Full-time teaching responsibilities include graduate courses in intellectual assessment, psychoeducational assessment, learning disability, and professional issues in School Psychology as well as undergraduate courses in tests and measurement.  Other responsibilities include co-directing the school psychology program, service on department, college and university committees, conducting research, and publishing. **St. John's University, Jamaica, May 2001-May 2002.**

**ASSOCIATE PROFESSOR OF PSYCHOLOGY**. Department of Psychology, School Psychology Program.  Full-time teaching responsibilities include graduate courses in intellectual assessment, psychoeducational assessment, consultation, and professional issues in School Psychology as well as undergraduate courses in tests and measurement.  Other responsibilities include service on department,

1

Dawn Patricia Flanagan

college and university committees, conducting research, and publishing. **St. John's University, Jamaica, May 1997-May 2001.**

**ASSISTANT PROFESSOR OF PSYCHOLOGY**. Department of Psychology, School Psychology Program.   Full-time teaching responsibilities include graduate courses in intellectual and psychoeducational assessment and undergraduate courses in tests and measurement.   Other responsibilities include service on department, college and university committees, conducting research, and publishing. **St. John's University, Jamaica, NY. Sept. 1992-May 1997.**

**ASSISTANT PRESCHOOL PSYCHOLOGIST**. Conducted psychological evaluations of preschool-aged children (3-5 years). **Whitestone School for Child Development, Whitestone, NY.  Jan.-May 1993.**

**ASSISTANT PSYCHOLOGIST**. Psychoeducational Clinic.  Psychological testing and consultation for ages 3 to adult.  **The Ohio State University, Columbus, OH.  Sept. 1991-May 1992.**

**GRADUATE ASSISTANT**. Assisted in program administration, course development, and teaching school psychology courses.  Reviewed psychoeducational reports and supervised student competency examinations in practica courses. **The Ohio State University, Columbus, OH.  Sept. 1991-May 1992.**

**SCHOOL PSYCHOLOGIST (PART-TIME**). School psychological services for preschool- and elementary school-aged children. **The Hilliard City School District, Hilliard, OH.  Nov. 1991-March 1992.**

**GRADUATE RESEARCH ASSOCIATE**. Test development, reliability and validity studies, standardization, and manual writing. **The Devereux Foundation, Devon, PA.  Sept. 1990-May 1992.**

**SCHOOL PSYCHOLOGY INTERN**. Provided school psychological services for grades pre K-12. **The Hilliard City School District, Hilliard, OH.  Aug. 1989-June 1990.**

## BOOKS

Flanagan, D. P. & McDonough, E. M. (Eds.) (2018). *Contemporary Intellectual Assessment: Theories, Tests, and Issues* (4th Edition). New York: Guilford.

Alfonso, V. C., & Flanagan, D. P. (Eds.) (2018). *Essentials of Specific Learning Disability Identification, Second Edition*. New York: Wiley.

Flanagan, D. P. & Alfonso, V. C. (2017).  *Essentials of WISC-V Assessment*.  Hoboken, NJ: Wiley.

Flanagan, D. P. & Alfonso, V. C. (Eds.) (2016).  *WJ IV Clinical Use and Interpretation: Scientist-Practitioner Perspectives*. Burlington, MA: Elsevier.

Mascolo, J. T., Alfonso, V. C., & Flanagan, D. P. (2014).  *Essentials of Planning, Selecting and Tailoring Intervention: Addressing the Needs of the Unique Learner*.  Hoboken, NJ: Wiley.

Flanagan, D. P., Ortiz, S. O., & Alfonso, V. C. (2013). *Essentials of Cross-Battery Assessment* with C/D ROM  (Third Edition).  New York: Wiley.

Dawn Patricia Flanagan

Flanagan, D. P. & Harrison, P. L. (2012). *Contemporary Intellectual Assessment: Theories, Tests, and Issues (3rd Edition)*. New York: Guilford.

Flanagan, D. P., & Alfonso, V. C. (Eds.) (2011) *Essentials of Specific Learning Disability Identification*. New York: Wiley.

Flanagan, D. P., & Kaufman, A. S. (2009). *Essentials of WISC-IV Assessment with C/D ROM (Second Edition)*. New York: Wiley.

Flanagan, D. P., Ortiz, S. O., & Alfonso, V. C. (2007). *Essentials of Cross-Battery Assessment with C/D ROM  (Second Edition)*. New York: Wiley.

Flanagan, D. P., Ortiz, S. O., Alfonso, V. C., & Mascolo, J. (2006). *The Achievement Test Desk Reference (ATDR) – Second Edition: A Guide to Learning Disability Identification*. New York: Wiley.

Flanagan, D. P., & Harrison, P. L. (Eds.). (2005). *Contemporary intellectual assessment (2nd Edition): Theories, tests, and issues*. New York: Guilford.

Flanagan, D. P., & Kaufman, A. S. (2004). *Essentials of WISC-IV Assessment*. Hoboken, New Jersey: Wiley.

Schrank, F. & Flanagan, D.P. (Eds.). (2003). *Clinical Use and Interpretation of the WJ III*. Burlington, MA: Elsevier.

Flanagan, D. P., Keiser, S. Berneir, J., & Ortiz. (2003). *Diagnosing Learning Disability in Adulthood*. Boston: Allyn & Bacon.

Schrank, F. Flanagan, D. P., Woodcock, R. W., & Mascolo, J. (2002). *Essentials of WJ III Cognitive Assessment*. Hoboken, New Jersey: Wiley.

Flanagan, D. P., Ortiz, S. O., Alfonso, V. C., & Mascolo, J. (2002). *The Achievement Test Desk Reference (ATDR): Comprehensive Assessment and Learning Disabilities*. Boston: Allyn & Bacon.

Flanagan, D. P., & Ortiz, S. O. (2001). *Essentials of Cross-Battery Assessment*. Hoboken, New Jersey: Wiley.

Flanagan, D. P., McGrew, K. S., & Ortiz, S. O. (2000). *The Wechsler Intelligence Scales and Gf-Gc Theory: A Contemporary Approach to Interpretation*. Boston: Allyn & Bacon.

McGrew, K. S., & Flanagan, D. P. (1998). *The Intelligence Test Desk Reference (ITDR): Gf-Gc Cross-battery Assessment*. Boston: Allyn & Bacon.

Flanagan, D. P., Genshaft, J. L., & Harrison, P. L. (Eds.) (1997). *Contemporary Intellectual Assessment: Theories, Tests, and Issues*. New York: Guilford.

## SOFTWARE

Flanagan, D. P., Mascolo, J. T., Ortiz, S. O., & Alfonso, V. C. (2021). *Intervention Library: Finding Interventions and Resources for Students and Teachers* (IL:FIRST). Hoboken, NJ: Wiley.

Dawn Patricia Flanagan

Flanagan, D. P., Ortiz, S. O. & Alfonso, V.C. (2017-2021). *Cross-Battery Assessment Software System X-BASS* (Version 2.0 – 2.4) [software]. Hoboken, NJ: Wiley.

Flanagan, D. P., Ortiz, S. O. & Alfonso, V.C. (2015). *Cross-Battery Assessment Software System X-BASS* (Version 1.0) [software]. Hoboken, NJ: Wiley.

**An Examination of Definitional, Operational, and Practical Features of PSW Methods for SLD Identification**


## PEER-REVIEWED JOURNAL ARTICLES AND OTHER PUBLICATIONS

Shanock, A., Flanagan, D. P., Alfonso, V. C., & McHale-Small, M. (2021).  Helping school psychologists and districts estimate the cost of adopting the dual discrepancy/consistency PSW method for SLD identification. *Journal of Applied School  Psychology*, DOI: 10.1080/15377903.2021.1968091

Schneider, W. J., Flanagan, D. P., Niileksela, C., & Engler, J. (2022).  *The Effect of Measurement Error on the Positive Predictive Value of PSW Methods for SLD Identification: How Buffer Zones Dispel the Illusion of Inaccuracy* (Manuscript resubmitted).

Engler, J., & Flanagan, D. P. (2021). *An examination of definitional, operational, and practical features of PSW methods of SLD identification.* (Manuscript in preparation).

Flanagan, D. P., Alfonso, V.C., & Dehn, M. (2020). Using the pattern of strengths and weaknesses method to identify specific learning disabilities.  *Schoolhouse Press*, *Inc.*

Flanagan, D. P., & Rogers, O. (2022). *A guide to CHC theory and its relevance for test interpretation and intervention* (Manuscript under review).

Flanagan, D. P., Ortiz, S. O., & Alfonso, V. C. (2022). *Analysis of empirical evidence for the pattern of strengths and weaknesses approach to LD diagnosis and the Dual Discrepancy/Consistency method* (Manuscript in preparation).

Flanagan, D. P., & Schneider, W. J. (2016). Cross-Battery Assessment? XBA PSW? A case of mistaken identity: A commentary on Kranzler and colleagues' "Classification agreement analysis of Cross-Battery Assessment in the identification of specific learning disorders in children and youth". *International Journal of School & Educational Psychology*, *4*(3), 137-145.

Flanagan, D. P., Mascolo, J. T., & Alfonso, V. C. (2016). Utility of KTEA-3 error analysis for the diagnosis of specific learning disabilities.  *Journal of Psychoeducational Assessment*, *35*(1-2), 226-241.

Flanagan, D. P. (2015).  Identification of specific learning disabilities following a pattern of strengths and weaknesses approach.  *Journal of Japanese Academy of Learning Disabilities, 24(2),* 155-166.

Fiorello, C. A., Flanagan, D. P., & Hale, J. B. (2014).  Response to the special issue: The utility of the pattern of strengths and weaknesses approach.  *Learning Disabilities: A Multidisciplinary Journal*, *20(1),* 55-59.

Dawn Patricia Flanagan

Feifer, S. G., Gerhardstein, Nader, R., Flanagan, D. P., Fitzer, K. R., & Hicks, K. (2014).  Identifying specific reading disability subtypes for effective educational intervention.  *Learning Disabilities: A Multidisciplinary Journal*, *20(1)*, 18-30.

Flanagan, D. P., Alfonso, V. C., & Reynolds, M. R. (2013).  Broad and narrow CHC abilities measured and not measured by the Wechsler scales: Moving beyond within-battery factor analysis.  *Journal of Psychoeducational Assessment, 31*, 202-223.

Decker, S. L., Hale, J. B., & Flanagan, D. P. (2013). Professional practice issues in the assessment of cognitive functioning for educational applications. *Psychology in the Schools*, *50*(3), 300-313.

Flanagan, D. P. & Dixon, S. (2014).  The Cattell-Horn-Carroll Theory of Cognitive Abilities.  *Encyclopedia of special education (4th ed.).*  C. R Reynolds and E. Fletcher-Janzen (Eds.) Hoboken, NJ: Wiley.

Flanagan, D. P., Alfonso, V. C., & Dixon, S. (2014).  The CHC Cross-Battery Assessment Approach. *Encyclopedia of special education (4thed)*.  C. R Reynolds and E. Fletcher-Janzen (Eds.).  Hoboken, NJ: Wiley.

Reynolds, M. R., Keith, T. Z., Flanagan, D. P., & Alfonso, V. C. (2013). A cross-battery, reference variable, confirmatory factor analytic investigation of the CHC taxonomy. *Journal of School Psychology*, *51*(4), 535-555.

Sotelo-Dynega, M., Ortiz, S.O., Flanagan, D.P., & Chaplin, W. (2013). The effect of English language proficiency on the Woodcock-Johnson tests of cognitive abilities-third edition.  *Psychology in the Schools, 50(8),* 781-797.

Hale, J., Alfonso, V., Berninger, V., Bracken, B., Christo, C., Clark, E., Davis, A., Decker, S., Denckla, M., Dumont, R., Elliott, C. Feifer, S., Fiorello, C., **Flanagan, D.,** Fletcher-Janzen, E., Fuchs, D., Geary, D., Gerber, M., Gerner, M., Goldstein, S., Gregg, N., Hagin, R., Jaffe, L., Kaufman, A., Kaufman, N., Keith, T., Kline, F., Kochhar-Bryant, C., Lerner, J., Marshall, G., Mascolo, J., Mather, N., Mazzacco, M., McCloskey, G., McGrew, K., Miller, D., Miller, J., Mostert, M., Naglieri, J., Ortiz, S., Phelps, L., Podhajski, B., Reddy, L., Reynolds, C., Riccio, C., Schrank, F., Schultz, E., Semrud-Clikeman, M., Shaywitz, S., Silver, L., Speece, D., Swanson, L., Urso, A., Wasserman, T., Willis, J., Wodrich, D., Wright, P., & Yalof, J. (2010).  Critical Issues in response-to-intervention, comprehensive evaluation, and specific learning disabilities identification and intervention: An expert white paper consensus. *Learning Disabilities Quarterly*, *33,* 223-236.

Flanagan, D. P., & Caltabiano, L. F. (2011).  Psychological Reports: A Guide for Parents and Teachers.  In A. Canter, L. Paige & S. Shaw (Eds.), *Helping children at home and at school III: Handouts for families and educators.*  Bethesda, MD: National Association of School Psychologists.

Flanagan, D. P., Sotelo-Dynega, M., & Caltabiano, L. F. (2011).  Test Scores: A Guide to Understanding Standardized Test Results. In A. Canter, L. Paige & S. Shaw (Eds.), *Helping children at home and at school III: Handouts for families and educators.*  Bethesda, MD: National Association of School Psychologists.

Flanagan, D. P., Fiorello, C., & Ortiz, S. O. (2010).  Enhancing Practice through Application of CHC Theory and Research: A "Third Method" Approach to SLD Identification.  *Psychology in the Schools*, *40,* 739-760.

Flanagan, D.P., & Sotelo-Dynega, M. (2009). The Wechsler Intelligence Scales, Fourth Edition. In B. Kerr (Ed.), *Encyclopedia of giftedness, creativity, and talent*. CA: Sage Publications, Inc.

Flanagan, D. P., & Hardy-Braz, S. (2009).  Standardized testing.  In Anderman, Eric (ed.). *Psychology of Classroom Learning: An Encyclopedia,* Detroit: Macmillan Reference USA, 2009.

Flanagan, D. P. (2006).  The Cattell-Horn-Carroll Theory of Cognitive Abilities.  *Encyclopedia of special education* (3rd ed.)  C. R Reynolds and E. Fletcher-Janzen (Eds.) New York: Wiley.

Flanagan, D. P., & Alfonso, V. C., & Ortiz, S. O. (2006).  CHC Cross-Battery Assessment. *Encyclopedia of special education (3rd ed)*.  C. R Reynolds and E. Fletcher-Janzen (Eds.).  New York: Wiley.

Flanagan, D. P., & Alfonso, V. C., Ortiz, S. O., & Dynda, A. (2006). Integration of Response-To-Intervention and Norm-Referenced Tests in Learning Disability Identification: Learning from the Tower of Babel.  *Psychology in the Schools, 43 (7),* 807-825.

Kaufman, A. S., Flanagan, D. P., Alfonso, V. C., & Mascolo, J. T. (2006).  Review of Wechsler Intelligence Scale for Children, Fourth Edition (WISC-IV). *Journal of Psychoeducational Assessment.  278-295.*

Flanagan, D. P., & Read, B. (2005). *Woodcock-Johnson III Assessment Service Bulletin: Selective Testing Procedures*.  Ithaca, IL: Riverside.

Flanagan, D. P., & Ortiz, S. O. (2004).  *Gf-Gc* Theory of Intelligence, In T. S. Watson & C. H. Skinner (Eds.), *Encyclopedia of School Psychology* (pp. 138-141). New York: Kluwer Academic/Plenum Publishers.

Vanderwood, M. L., McGrew, K. S., Flanagan, D. P., & Kieth, T. Z. (2003). The contribution of general and specific cognitive abilities to reading achievement. *Learning and Individual Differences, 13*, 159-188.

Alfonso, V.C., & Flanagan, D. P. (2002). *Woodcock-Johnson III Assessment Service Bulletin: Comparative Features of the Woodcock Johnson (3rd ed.) Test of Academic Achievement*.  Chicago: Riverside.

Flanagan, D. P. (2001). *Woodcock-Johnson III Assessment Service Bulletin: Comparative Features of the Woodcock Johnson (3rd ed.) Test of Cognitive Abilities and the Wechsler Scales*. Chicago: Riverside.

Keith, T. Z., Kranzler, J. H., & Flanagan, D. P. (2001). What Does the Cognitive Assessment System (CAS) Measure? Conjoint Confirmatory Factor Analysis of the CAS and the Woodcock-Johnson Tests of Cognitive Ability (3rd ed.). *School Psychology Review, 30,* 89-119.

Flanagan, D. P. (2000). Wechsler-Based CHC Cross-Battery Assessment and Reading Achievement: Strengthening the Validity of Interpretations Drawn from Wechsler Test Scores. *School Psychology Quarterly, 15*, 295-229.

Flanagan, D. P. (2000). *Woodcock-Johnson III Assessment Service Bulletin: Comparative Features of Major Intelligence Batteries: Content, Administration, Technical Features, Interpretation, and Theory*. Chicago: Riverside.

Dawn Patricia Flanagan

Kranzler, J., Keith, T. Z., & Flanagan, D. P. (2000). Independent examination of the factor structure of the Cognitive Assessment System (CAS): Further evidence challenging the construct validity of the CAS. *Journal of Psychoeducational Assessment, 18,* 143-159.

Flanagan, D. P. Genshaft, J. L., & Boyce, D. (1999). A review of the Kaufman Adolescent and Adult Intelligence Test. *Journal of Psychoeducational Assessment, 17,* 62-89.

Flanagan, D. P., & McGrew, K. S. (1998). Interpreting intelligence tests from contemporary Gf-Gc theory: Joint confirmatory factor analyses of the WJ-R and KAIT in a non-white sample. *Journal of School Psychology, 36,* 151-182.

McGrew, K. S., Flanagan, D. P., Keith, T. Z., & Vanderwood, M. (1997). Beyond g: The impact of Gf-Gc specific cognitive abilities research on the future use and interpretation of intelligence tests in the schools. *School Psychology Review, 26,* 177-189.

Flanagan, D. P., McGrew, K. S., Abramowitz, E., Lehner, L., Untiedt, S., Berger, D., et al. (1997). Improvement in academic screening instruments? A concurrent validity investigation of the K-FAST, MBA, and WRAT-3. *Journal of Psychoeducational Assessment, 15,* 99-112.

Flanagan, D. P., Alfonso, V. C., Primavera, L., Povall, L. & Higgins, D. (1996). Convergent validity of the BASC and SSRS: Implications for social skills assessment. *Psychology in the Schools, 33,* 13-23.

McGrew, K. S., Untiedt, S. A., & Flanagan, D. P. (1996). General factor and uniqueness characteristics of the Kaufman Adolescent and Adult Intelligence Test (KAIT). *Journal of Psychoeducational Assessment, 14,* 208-219.

Flanagan, D. P., & Alfonso, V. C. (1995). A critical review of the technical characteristics of new and recently revised intelligence tests for preschool children. *Journal of Psychoeducational Assessment, 13,* 66-90.

Flanagan, D. P., Alfonso, V. C., Kaminer, T., & Rader, D. E. (1995). Incidence of basic concepts in the directions of new and recently revised American intelligence tests for preschool children. *School Psychology International, 16,* 345-364.

Flanagan, D. P., Alfonso, V. C., & Flanagan, R. (1994). A review of the Kaufman Adolescent and Adult Intelligence Test: An advancement in cognitive assessment? *School Psychology Review, 23,* 512-525.

Flanagan, D. P., & Alfonso, V. C. (1993). Differences required for significance between Wechsler verbal and performance IQs and WIAT subtests and composites: The predicted-achievement method. *Psychology in the Schools, 30,* 125-132.

Flanagan, D. P., & Alfonso, V. C. (1993). WIAT subtest and composite predicted-achievement values based on WISC-III verbal and performance IQs. *Psychology in the Schools, 30,* 310-320.

Flanagan, D. P., Sainato, D. & Genshaft, J. L. (1993). Emerging issues in the assessment of young children with disabilities: The expanding role of school psychologists. *Canadian Journal of School Psychology, 9,* 192-203.

Dawn Patricia Flanagan

Naglieri, J. A., & Flanagan, D. P. (1992). A psychometric review of behavior rating scales. *Comprehensive Mental Health Care, 2(3),* 225-239.

## **INVITED EDITOR**

Fiorello, C. A., & Flanagan, D. P. (Eds.) (2014). Special issue: Utility of the pattern of strengths and weaknesses approach in identification of specific learning disabilities. *Learning Disabilities: A Multidisciplinary Journal.*

Ortiz, S. O. & Flanagan, D. P. (Sect. Eds.) (2013). Section 9: Assessment Theory—Introduction. In B. J. Irby, G. Brown & R. Lara-Alecio (Eds.), *Handbook of Educational Theories* (pp. 735-738). Charlotte, NC: Information Age Publishing.

Flanagan, D. P., & Genshaft, J. L. (Eds.) (1997). Mini-Series: Issues in the use and interpretation of intelligence tests in the schools [Special issue]. *School Psychology Review, 26.*

## **BOOK CHAPTERS**

Flanagan, D. P., Ortiz, S. O., Alfonso, V. C., Dynda, A., & Zinkiewicz, C. (2022). Integrating Cognitive Assessment in School Neuropsychological Evaluations. In D. C. Miller (Ed.), *Best practices in school neuropsychology: Guidelines for effective practice, assessment, and evidence-based intervention, second edition* (pp.). New York: John Wiley and Sons.

Flanagan, D. P., Alfonso, V. C., Sy, M., Mascolo, J. T., McDonough, E. M., & Ortiz, S. O. (2018). The dual discrepancy/consistency method of SLD identification: Integrating multiple data sources and multiple data gathering methods. In Alfonso, V. C., & Flanagan, D. P. (Eds.), *Essentials of Specific Learning Disability Identification, Second Edition.* New York: Wiley.

Flanagan, D. P., & Sy, M. C. (2018). Publishing books. In R. G. Floyd (Ed.), *Publishing in school psychology and related fields: An insider's guide.* (pp. 238-251). New York, NY: Routledge.

Flanagan, D. P., Alfonso, V. C., Costa, M., Palma, K., & Leahy, M. (2018). Use of ability tests in the identification of specific learning disabilities (SLD) within the context of an operational definition. In Flanagan, D. P. & McDonough, E. M. (Eds.), *Contemporary Intellectual Assessment: Theories, Tests, and Issues* (4th Edition). New York: Guilford.

Flanagan, D. P., Alfonso, V. C., Palma, K., Costa, M., & Leahy, M., & Ortiz, S. O. (2018). Cross-battery assessment for intervention. In Flanagan, D. P. & McDonough, E. M. (Eds.), *Contemporary Intellectual Assessment: Theories, Tests, and Issues* (4th Edition). New York: Guilford.

McDonough, E. M., Flanagan, D. P., Sy, M., & Alfonso, V. C. (2017). Specific Learning Disorder. In Goldstein, S. & DeVries, M. (Eds.), *Handbook of DSM-5 disorders in children.* New York, NY: Springer.

Jacobs, E, Flanagan, D., & Alfonso, V. (2017). Evidence-based identification of specific learning disability in schools. In M. Terjesen & M. Thielking (Eds.) *Handbook of Australian School Psychology: International Research, Practice and Policy.* New York: Springer.

Dawn Patricia Flanagan

Mascolo, J. T., & Flanagan, D. P. (2016).  A CHC-based WISC-V cross-battery case report for suspected SLD.  In A.S. Kaufman, S.E. Raiford, & D.L. Coalson (Authors), *Intelligent testing with the WISC-V*.  Hoboken, NJ: Wiley.

McDonough, E. M., & Flanagan, D. P. (2016).  Use of the Woodcock-Johnson IV in the identification of specific learning disabilities in school-age children.  In Flanagan & Alfonso (Eds.), *WJ IV Clinical Use and Interpretation: Scientist-Practitioner Perspectives*. Burlington, MA: Elsevier.

Flanagan, D. P., Feifer, S. G., Sotelo-Dynega, M., & McDonough, E. (2014).   Cross-battery assessment of written language disorders.  In Feifer, S. G., *The neuropsychology of written language disorders: A framework for effective interventions*.  Middletown, MD:  School Neuropsych Press.

Flanagan, D. P., Alfonso, V. C., & Dixon, S. G. (2014). Cross-battery approach to the assessment of executive functions. In S. Goldstein & J. Naglieri (Eds.), *Handbook of Executive Functioning* (pp. 379–409). Springer New York.

Schneider, J., & Flanagan, D. P. (2015).  The connection between theories of intelligence and intelligence tests.  In S. Goldstein & J.A. Naglieri (Eds.), *Evolutionary theory, historical perspective, and current measurement*. Springer Books.

Flanagan, D. P., Ortiz, S. O., Alfonso, V. C. & Dynda, A. (2014).  Cognitive Assessment: Progress in Psychometric Theories, the Structure of Cognitive Tests, and Approaches to Test Interpretation.  In D. Saklofske, V. Schwean, & C. Reynolds (Eds.), *Oxford handbook of psychological assessment of children and adolescents*. New York: Oxford University Press.

Mascolo, J. T., Flanagan, D. P., & Alfonso, V. C. (2014).  A systematic method of analyzing assessment results for tailoring interventions (SMAARTI).  In J.T. Mascolo, D.P. Flanagan, & V.C. Alfonso (Eds.), *Essentials of planning, selecting and tailoring intervention: Addressing the needs of the unique learner*.  Hoboken, NJ: Wiley.  (submitted)

Flanagan, D. P., Alfonso, V.C., & Dixon, S. (2014).  Academic assessment batteries.  In S.G. Little & A. Akin-Little (Eds.), *Academic Assessment and Intervention*.  Routledge.

Flanagan, D. P., Alfonso, V. C., Sotelo-Dynega, M., & Mascolo, J. T. (2012).  Use of Tests of Intelligence, Cognitive Abilities, and Neuropsychological Processes in the Identification of Specific Learning Disabilities.  In D.P. Flanagan & P.L. Harrison, *Contemporary intellectual assessment: Theories, tests, and issues (3rd edition)*. New York: Guilford.

Flanagan, D. P., Ortiz, S. O., & Alfonso, V. C. (2012).  The Cross-battery assessment approach: Past, present, and future.  In D.P. Flanagan & P.L. Harrison, *Contemporary intellectual assessment: Theories, tests, and issues (3rd edition)*. New York: Guilford.

Flanagan, D. P., Alfonso, V. C., & Mascolo, J. T. (2011).  A CHC-based Operational Definition of SLD: Integrating Multiple Data Sources and Multiple Data Gathering Methods.  In Flanagan, D. P., & Alfonso, V. C. (Eds.), *Essentials of Specific Learning Disability Identification*.  New York, NY: John Wiley & Sons.

Sotelo-Dynega, M., Flanagan, D. P., & Alfonso, V. C. (2011).  Specific Learning Disabilities: An Overview of Definitions, Classification Systems and Methods of Identification.  In Flanagan, D.

9

Dawn Patricia Flanagan

    P., & Alfonso, V. C. (Eds.), *Essentials of Specific Learning Disability Identification*.  New York, NY: John Wiley & Sons.

Flanagan, D. P., & Alfonso, V. C. (2011).  RTI Data and Cognitive Assessment are Both Useful for SLD Identification and Intervention Planning.  In N. Mather & L. E. Jaffe (Eds.), *Expert Psychological Report Writing*. New York, NY: John Wiley & Sons.

Flanagan, D. P., Alfonso, V. C., Mascolo, J. T., & Hale, J. B. (2011). The Wechsler Intelligence Scale for Children-Fourth Edition in neuropsychological practice. In A. Davis (Ed.), *Handbook of pediatric neuropsychology* (pp. 397-414). New York: Springer Publishing.

Flanagan, D. P., Ortiz, S. O., Alfonso, V. C., & Dynda, A. (2010).  Integrating Cognitive Assessment in School Neuropsychological Evaluations (pp. 101-140).  In D. C. Miller (Ed.), *Best practices in school neuropsychology: Guidelines for effective practice, assessment, and evidence-based intervention* (pp.). New York: John Wiley and Sons.

Alfonso, V. C., & Flanagan, D. P. (2009). Evidence-based preschool assessment: A framework for evaluating the adequacy of the technical characteristics of norm-referenced instruments. In B. Mowder, F. Rubinson, & A. Yasik (Eds.), *Evidence based practice in infant and early childhood psychology* (pp. 129-166). New York: Wiley & Son, Publishers.

Ortiz, S. O., & Flanagan, D. P. (2009).  Kaufman on Theory, Measurement, Interpretation, and Fairness: A Legacy in Training, Practice, and Research.  In Kaufman, J. C. (Ed), *Intelligent testing: Integrating psychological theory into clinical practice (A tribute to Alan S. Kaufman)*. New York: Cambridge University Press.

Flanagan, D. P., Ortiz, S. O., Alfonso, V. C., & Dynda, A. (2008).  Best practices in cognitive assessment. In A. Thomas & J. Grimes (Eds.), *Best practices in school psychology (5th ed.)*. Washington DC: The National Association of School Psychologists.

Ortiz, S.O., & Flanagan, D. P.  (2008). Best practices in working with culturally different children and families.  In A. Thomas & J. Grimes (Eds.), *Best practices in school psychology (5th ed.)*. Washington DC: The National Association of School Psychologists.

Kavale, K. A., & Flanagan, D. P. (2007).  Utility of RTI and Assessment of Cognitive Abilities/Processes in Evaluation of Specific Learning Disabilities.  In Jimerson, S., Berns, M. & Van Der Heyden, A. (Eds.) *Handbook of Response to Intervention: The science and practice of assessment and intervention*.  New York: Springer Science.

Alfonso, V. C., & Flanagan, D. P. (2006).  Best practices in the use of the Stanford-Intelligence Scales, Fifth Edition (SB5) with preschoolers. In B. A. Bracken and R. Nagle (Eds.), *Psychoeducational assessment of preschool children (4th ed.)*. Mahwah, NJ: Lawrence Erlbaum Associates.

Flanagan, D. P. (2006).  The Cattell-Horn-Carroll Theory of Cognitive Abilities.  *Encyclopedia of special education* (3rd ed.)  C. R Reynolds and E. Fletcher-Janzen (Eds.)New York: Wiley.

Flanagan, D. P., & Alfonso, V. C., & Ortiz, S. O. (2006).  CHC Cross-Battery Assessment. *Encyclopedia of special education* (3rd ed)  C. R Reynolds and E. Fletcher-Janzen (Eds.).  New York: Wiley.

Kaufman, K. S., & Flanagan, D. P. (2006).   Watkins and Canivez's Critique of the Kaufman-Lichtenberger Interpretive System and Articulation of a New Theory-Based Approach to Profile

Dawn Patricia Flanagan

Interpretation.  In Kaufman, A. S., & Lichtenberger, E. O., *Assessing Adolescent and Adult Intelligence (3rd ed.)*  Hoboken, NJ: Wiley.

Flanagan, D. P. (2005).  Supplementing the KABC-II Using Cross-Battery Methods. In Kaufman, A.S., Lichtenberger, E. O., Fletcher-Janzen, E., & Kaufman, N. L., *Essentials of KABC-II Assessment* (pp. 268-280). Hoboken, NJ: Wiley.

Alfonso, V.C., Flanagan, D.P., and Radwan, S. (2005). The impact of Cattell-Horn-Carroll (CHC) theory on test development and the interpretation of cognitive and academic abilities.  In Flanagan, D.P., and Harrison, P.L. (Eds*), Contemporary intellectual assessment: Theories, tests, and issues (2nd ed.)*. New York: Guilford.

Flanagan, D.P., & Mascolo, J. T. (2005).  Psychoeducational assessment and learning disability diagnosis.  In Flanagan, D.P., and Harrison, P.L. (Eds), *Contemporary intellectual assessment: Theories, tests, and issues (2nd ed.)*. New York: Guilford.

Flanagan, D. P., & Caltabiano, L. F. (2004). Psychological reports: A Guide for parents and teachers. In Canter, A., & Servio, C. (Eds.), *Helping children at home and school: Handouts from your school psychologist.* Bethesda, MD: National Association of School Psychologists.

Flanagan, D. P., & Caltabiano, L. F. (2004). How Are Test Scores Interpreted? In Canter, A., & Servio, C. (Eds.), *Helping children at home and school: Handouts from your school psychologist*. Bethesda, MD: National Association of School Psychologists.

Flanagan, D. P. (2003).  Use of the WJ III within the context of a modern operational definition of LD.  In Schrank, F., & Flanagan, D.P. (Eds.), *Clinical use and interpretation of the WJ III*.  Burlington, MA: Elsevier, Academic Press.

Flanagan, D. P., & Ortiz, S. O. (2002).  Best practices in intellectual assessment: Future directions. In A. Thomas & J. Grimes (Eds.), *Best practices in school psychology (4th ed.).* Washington DC: The National Association of School Psychologists.

Ortiz, S.O., & Flanagan, D. P.  (2002). Best practices in working with culturally different children and families.  In A. Thomas & J. Grimes (Eds.), *Best practices in school psychology (4th ed.).* Washington DC: The National Association of School Psychologists.

Flanagan, D. P., Mascolo, J. & Genshaft, J. L. (2000). A conceptual framework for interpreting intelligence tests for preschoolers. In Bruce A. Bracken (Ed.), *The psychoeducational assessment of preschool children (3rd ed.)* (pp. 428-473).  Boston: Allyn & Bacon.

Alfonso, V. C., & Flanagan, D. P.  (1999). Assessment of cognitive functioning in preschoolers.  In E.V. Nuttall, I. Romero, & J. Kalesnik (Eds.), *Assessing and screening preschoolers (2nd ed.)* (pp. 186-217).  New York:  Boston: Allyn & Bacon.

Flanagan, D. P., Andrews, T. & Genshaft, J. L. (1997).  The functional utility of intelligence tests for special education populations.  In D. P. Flanagan, J. L. Genshaft, & P. L. Harrison (Eds.), *Contemporary intellectual assessment: Theories, tests, and issues* (pp. 457-483). New York: Guilford.

Flanagan, D. P., & McGrew, K. S. (1997).  A cross-battery approach to assessing and interpreting cognitive abilities:  Narrowing the gap between practice and cognitive science.  In D. P.

Dawn Patricia Flanagan

Flanagan, J. L. Genshaft, & P. L. Harrison (Eds.), *Contemporary intellectual assessment: Theories, tests, and issues* (pp. 314-325).  New York:  Guilford.

Harrison, P. L., Flanagan, D. P., & Genshaft, J. L.  (1997). An integration and synthesis of contemporary theories, tests, and issues in the field of intellectual assessment.  In D. P. Flanagan, J. L. Genshaft, & P. L. Harrison (Eds.), *Contemporary intellectual assessment:  Theories, tests, and issues* (pp. 533-561).  New York: Guilford.

Flanagan, D. P. (1995). Consultation strategies with gifted and regular educators: A collaborative approach.  In J. L. Genshaft, M. Bireley, & C. L. Hollinger (Eds.), *Serving gifted and talented students: A resource for school personnel* (pp. 351-367).  Austin, TX: Pro-Ed.

Flanagan, D. P., & Halsell-Miranda, A. (1995). Best practices in working with culturally different families.  In A. Thomas & J. Grimes (Eds.), *Best practices in school psychology (3rd ed.).* (pp. 1049-1060).  Washington DC: The National Association of School Psychologists.

**INVITED BOOK and TEST REVIEWS (and other related publications)**

Flanagan, D. P. (2017). Foreword. In Woodcock, R. W., Miller, D. C., Maricle, D. E. & McGill, R. J., *Evidence-based selective assessment for academic disorders.*  Middletown, MD: School Neuropsych Press.

Flanagan, D. P., & Kaufman, A. S. (2014). Foreword. In K. Ueno (Eds. & Trans.) *WISC-IV niyoru shinri asesumento* (pp. ix-xi). [*Essentials of WISC-IV Assessment, Second Edition*] by Flanagan, D. P. & Kaufman, A. S. (Original work published 2009) Tokyo, Japan: Nihon-Bunka Kagakusha.

Flanagan, D. P., & Caltabiano, L. (2003). [Review of the test *Pictorial Test of Intelligence (2nd ed.*)]. *The Fifteenth mental measurements yearbook*.  Lincoln, Nebraska: Buros Institute.

Caltabiano, L., & Flanagan, D. P. (2003). [Review of the test *Ross Information Processing Assessment-Primary*]. *The Fifteenth mental measurements yearbook*. Lincoln, Nebraska:  Buros Institute.

Flanagan, D. P., & Alfonso, V. C. (2000). Essentially, Essential for WAIS-III Users. [Review of the test *WAIS-III*]. *Contemporary Psychology, 45,* 528-539.

Flanagan, D. P., & Genshaft, J. L. (1996). [Review of the book *Assessment of Young Children*]. *Journal of Psychoeducational Assessment, 14,* 166-173.

Flanagan, D. P. (1995). [Review of the test *Kaufman Adolescent and Adult Intelligence Test*]. *The twelfth mental measurements yearbook* (pp. 527-530).  Lincoln, Nebraska: Buros Institute.

Flanagan, D. P. (1995). Review of the Quick Phonics Survey.  In J. C. Conoley, & J. C. Impara (Eds.), *The twelfth mental measurements yearbook* (pp. 833-835). Lincoln, Nebraska: Buros Institute.

Flanagan, D. P. (1995). [Review of the test Reynell *Developmental Language Scales [U.S. Edition]*]. *The twelfth mental measurements yearbook* (pp. 868-869).  Lincoln, Nebraska: Buros Institute.

Dawn Patricia Flanagan

## PROFESSIONAL NEWSLETTER ARTICLES

Hale, J. B., Flanagan, D. P., & Naglieri, J. A. (2008).  Alternative Research-Based Methods for IDEA (2004) Identification of Children with Specific Learning Disabilities. *Communiqué, 36 (8)*, 1, 14-15.

Flanagan, D. P., Ortiz, S. O., & Alfonso, V. C. (2008).  Response to intervention (RTI) and cognitive testing approaches provide different but complementary data sources that inform SLD identification.  *Communiqué, 36 (5)*, 16-17.

Flanagan, D. P., & Ortiz, S. O. (2002). Cross-battery assessment: A response to Watkins, Youngstrom, and Glutting (Part I). *Communiqué, 30 (7)*, 32-34.

Flanagan, D. P., & Ortiz, S. O. (2002).  Cross-battery assessment: A response to Watkins, Youngstrom, and Glutting (Part II). *Communiqué, 30 (8*), 36-38.

Flanagan, D. P. (2000).  Improving the validity of test interpretation through Wechsler-based *Gf-Gc* cross-battery assessment.  *NYSPA Notebook*, 38-42.

Ortiz, S., Flanagan, D.P., & McGrew, K. S. (1999).  Assessment in school psychology: Past, present, and future.  *Communiqué, 28 (2)*, 30-32.

McGrew, K. S., Flanagan, D. P., & Keith, T. Z. (1999).  *Gf-Gc* theory and the organization of abilities: Response to Naglieri and Sullivan.  *Communiqué, 27 (6)*, 28-29.

Ortiz, S., & Flanagan, D.P. (1998). Enhancing cognitive assessment of culturally and linguistically diverse individuals: Selective Gf-Gc cross-battery assessment.  *The School Psychologist, 52 (1)*, 6-9.

Flanagan, D. P. (1997). The effectiveness of a social skills intervention with minority kindergarten students. *Vincentian Chair of Social Justice*, 53-59.

McGrew, K. S., & Flanagan, D. P. (1996).  The Wechsler performance scale debate: Fluid intelligence (Gf) or visual processing (Gv)?  *Communiqué, 24 (6)*, 14-16.

Alfonso, V. C., Flanagan, D. P., & Helmer, C. (1995).  Special ed changes affect special needs kids.  *NYSPA Notebook, 7(6)*, 20.

Flanagan, D. P. (1995).  Toward a clearer understanding of social competence in young children.  *NYSPA School Notes, 1*, 5.

Flanagan, D. P., & Alfonso, V. C. (1995).   Preschool cognitive assessment:  What's next?  *NYSPA Notebook, 7*, 27, 36.

Flanagan, D. P., & McGrew, K. S. (1995).  The field of intellectual assessment: A current perspective.  *The School Psychologist, 49*, 7, 14.

Flanagan, D. P., & McGrew, K. S. (1995). A cross-battery approach to intelligence test interpretation.  *Communiqué, 24 (4)*, 26, 28.

Dawn Patricia Flanagan

Flanagan, D. P., & Alfonso, V. C.  (1993). The Kaufman Adolescent and Adult Intelligence Test at a glance. *The School Psychologist, 47(3),* 1, 5, 10.

## PROFESSIONAL PRESENTATIONS

Hajovsky, D. B., Niilesela, C. R., Flanagan, D. P., Alfonso, V. C., Schneider, J., & Zinkiewiez, C. J. (August 2022). *A consensus model of cognitive-achievement relations using meta-SEM.*  Poster accepted for presentation at the annual meeting of the American Psychological Association, Minneapolis, MN.

Zinkiewicz, C., Alfonso, V. C., & Flanagan, D. P. (2022, May). *CHC broad & narrow abilities measured: 2014-2022*. Poster presented at the annual meeting of the Association for Psychological Science, Chicago, Il.

Flanagan, D. P. (October 2021).  *Linking assessment findings to effective interventions, educational strategies, and resources*. Invited keynote for the Learning Disability Association of America - Michigan and New Jersey Affiliates, Virtual.

Flanagan, D. P. (September 2021).  *Effective use of the dual-discrepancy consistency (DD/C) method in SLD identification*. Invited presentation for the Learning Disability Association of America - Michigan Affiliate, Virtual.

Flanagan, D. P. (June 2021).  *How to use discrepancy-based methods (AAD, RTI, PSW) responsibly, reduce diagnostic errors, and narrow the gap between assessment results and interventions*. Invited presentation for the Learning Disability Association of America - Michigan Affiliate, Virtual.

Flanagan, D. P. (May 2021).  *How to use discrepancy-based methods responsibly and narrow the gap between assessment results and intervention*. Invited presentation for the annual meeting of the New Jersey Association of School Psychologists, Virtual.

Flanagan, D. P. (May 2021).  *The dual-discrepancy/consistency (DD/C) pattern of strengths and weaknesses method: Why the why matters when students fail to respond to intervention*. Invited presentation for the annual meeting of the New Jersey Association of School Psychologists, Virtual.

Flanagan, D. P. (May 2021).  *Use of the Culture-Language Interpretive Matrix for English Learners*. Invited virtual presentation for Region 17 Educational Service Center, Lubbock, TX.

Flanagan, D. P. (March 2021).  *Cross-Battery Assessment Software System (X-BASS) and the Intervention Library*. Invited virtual presentation for Region 17 Educational Service Center, Lubbock, TX.

Flanagan, D. P. (February 2020).  *PSW and psychological processing deficits: Why cognition matters*. Paper presented at the 57th annual convention of the Learning Disabilities Association of America (LDA).  Atlanta, GA.

Dawn Patricia Flanagan

McHale-Small, M., & Flanagan, D. P. (February 2020). *What are learning disabilities? An overview of current research*. Paper presented at the 57th annual convention of the Learning Disabilities Association of America (LDA). Atlanta, GA.

Ponzuric, J., & Flanagan, D. P. (February 2020). *SLD identification: So many models to choose from*. Paper presented at the 57th annual convention of the Learning Disabilities Association of America (LDA). Atlanta, GA.

Schneider, J., Flanagan, D. P., Niileksela, C., & Engler, J. (February 2020). *Reevaluating the Accuracy of the PSW Methods of SLD Identification.* Poster to be presented at the annual convention of the National Association of School Psychologists (NASP). Baltimore, MD.

Flanagan, D. P. (November 2019). *Re-evaluating the accuracy of the pattern of strengths and weaknesses model (PSW) of SLD identification*. Invited symposium participant at the annual convention of the Japanese Association of Learning Disabilities. Tokyo, Japan.

Flanagan, D. P. (November 2019). *Using CHC theory to guide LD assessment and intervention decisions*. Invited symposium participant at the annual convention of the Japanese Association of Learning Disabilities. Tokyo, Japan.

Flanagan, D. P. (October 2019). *CHC theory, PSW for SLD classification, and the assessment-intervention connection: What's new?* Invited **keynote** address presented at the HouMet chapter of the Texas Educational Diagnosticians' Association. Houston, TX.

Flanagan, D. P. (June 2019). *Balancing the art and science of test interpretation of the WISC-V*. Invited **keynote** address presented at the Pearson Xchange annual assessment conference. Paris, France.

Flanagan, D. P. (June 2019). *Balancing the art and science of test interpretation of the WISC-V*. Invited **keynote** address presented at the Pearson Xchange annual assessment conference. Amsterdam, Netherlands.

Flanagan, D. P. (June 2019). *Identification of specific learning disabilities*. Invited presentation presented at the Pearson Xchange annual assessment conference. Amsterdam, Netherlands.

Flanagan, D. P. (June 2019). *Balancing the art and science of test interpretation of the WISC-V*. Invited **keynote** address presented at the Pearson Xchange annual assessment conference. Frankfurt, Germany.

Flanagan, D. P. (June 2019). *Identification of specific learning disabilities*. Invited presentation presented at the Pearson Xchange annual assessment conference. Frankfurt, Germany.

Flanagan, D. P. (June 2019). *Balancing the art and science of test interpretation of the WISC-V*. Invited **keynote** address presented at the Pearson Xchange annual assessment conference. Madrid, Spain.

Flanagan, D. P. (February 2019). Panel participant (with Dehn, Fletcher, Naglieri, & Schultz). *SLD identification models*. Invited discussant at the Statewide Evaluation Personnel (SWEP) annual conference. Dallas, TX.

Flanagan, D. P. (February 2019). *The dual discrepancy consistency method of SLD identification*. Invited presentation at the Statewide Evaluation Personnel (SWEP) annual conference. Dallas, TX.

Dawn Patricia Flanagan

Flanagan, D. P., Alfonso, V. C. & Schneider, W. J. (February 2019).  *PSW methods: Comparisons, research, and how to use them.*  Presented at the annual meeting of the National Association of School Psychologists.  Atlanta, GA.

Wade, R., Duhning, C., Flanagan, D., Ortiz, S., & Alfonso, V. (February 2019) *Cross-Battery Composites Versus Norm-Based Composites: Much Ado About Nothing.* Poster session presented at the Annual Convention of the National Association of School Psychologists (NASP), Atlanta, GA.

Flanagan, D. P. (December 2018). *Using PSW methods for SLD identification amidst the alarms and controversies: What practitioners need to know.* Invited **keynote** address at the annual meeting of the Texas Educational Diagnosticians Association (TEDA).  Waco, TX.

Flanagan, D. P. (November 2018).  *The pattern of strengths and weaknesses method, the controversy, and how to use the WISC-V in SLD identification responsibly*.  Invited presentation at the Integrated Assessment of Youth – Neuropsychology Assessment conference. Boston, MA.

Flanagan, D. P. (September 5 and 7, 2018). *Specific learning disability identification, the pattern of strengths and weaknesses method, and linking assessment to intervention*.  Invited presentation at the NYC Department of Education school psychologists and social workers annual kick off meeting. New York City, NY.

Flanagan, D. P. (February 2018). *The past present and future of cognitive assessment and SLD identification*.  Invited keynote address at the annual meeting of the School Neuropsychology Summer Institute. Grapevine, TX.

Flanagan, D. P. (February 2018). *Utility of Cognitive Assessment in the Identification and Treatment of Students with Learning Disabilities.*  Invited presentation at the 55th meeting of the Learning Disabilities Association of America (LDAA). Atlanta, GA.

Flanagan, D. P., Alfonso, V. C., Schneider, W., & McDonough, E. M. (February 2018).  *Using WISC-V and PSW for SLD Identification Amidst the Controversy.*  Mini-skills workshop presented at the annual convention of the National Association of School Psychology. Chicago, IL.

McDonough, E. M., & Flanagan, D. P. (February 2018). *A How-To Demonstration of the Cross-Battery Assessment Software System.* Mini-skills workshop presented at the annual convention of the National Association of School Psychology. Chicago, IL.

Flanagan, D. P. (November 2017).  *Current trends in diagnosis of specific learning disabilities and intellectual disability*.  Invited **keynote** address, Faculty of Social Science of Masaryk University. Brno, Czech Republic.

Flanagan, D. P. (October 2017). *Use of Cross-Battery Assessment in SLD Identification and Linking Assessment to Intervention*.  Invited presentation to be presented at the annual meeting of the New York Association of School Psychologists. White Plains, NY.

Flanagan, D. P. (July 2017). *A New Approach to WISC-V Interpretation as Operationalized by X-BASS.*  Invited presentation at the 12th annual meeting of the School Neuropsychology conference. Grapevine, TX.

Dawn Patricia Flanagan

Bray, M. A., Root, M. M. (Chairs), & D. P. Flanagan (Discussant) (August 2016). *Patterns of strengths and weaknesses: Implications for assessment and intervention*. Symposium presented at the American Psychological Association, Denver, CO.

Flanagan, D. P. (July 2016). *Identification of and accommodations for SLD require adequate measurement of cognitive constructs, an understanding of normal v. atypical variation in performance, and evidence of functional limitations*. Annual meeting of the College Board. Chicago, IL.

Flanagan, D. P., (May 2016). *Linking assessment results to educational strategies and interventions for students with learning disabilities*. Invited presentation at Yale Child Study Center, Yale University, School of Medicine. New Haven, CT.

Alfonso, V. C. & Flanagan, D. P. (February 2016). *Utility of WISC-V, WIAT-III, and KTEA-3 for SLD identification*. Mini-skills workshop presented at the annual meeting of the National Association of School Psychologists, Orlando, FL.

Flanagan, D. P., Alfonso, V. C., & McDonough, E. M. (February 2016). *Use of WJ IV in a PSW approach for SLD identification*. Mini-skills workshop presented at the annual meeting of the National Association of School Psychologists, New Orleans, LA.

Flanagan, D. P., (July 2015). *The role of cross-battery assessment and accompanying software (X-BASS) in evaluation, interpretation, and SLD identification*. Invited pre-convention full-day presentation at the annual School Neuropsychology conference, Dallas, TX.

Flanagan, D. P. (April 2015). *Strengths and limitations of the new WISC-V and WJ IV and their use in cross-battery assessment*. Invited presentation at Yale Child Study Center, Yale University, School of Medicine. New Haven, CT.

Flanagan, D. P. (April 2015). *History of specific learning disability identification and its influence on current practice*. Invited **keynote** address presented at the first annual Assessment conference, Gonzaga University, Spokane, WA.

Flanagan, D. P. (April 2015). *A pattern of strengths and weaknesses approach to SLD identification*. Presented at the first annual Assessment conference, Gonzaga University, Spokane, WA.

Alfonso, V. C. & Flanagan, D. P. (February 2015). *WJ IV and WISC-V cross-battery assessment for intervention in SLD referrals*. Mini-skills workshop presented at the annual meeting of the National Association of School Psychologists, Orlando, FL.

Flanagan, D. P. & Alfonso, V. C. (February 2015). *SLD pattern of strengths and weaknesses and the WJ IV and WISC-V*. Mini-skills workshop presented at the annual meeting of the National Association of School Psychologists, Orlando, FL.

Flanagan, D. P., & McDonough, E. M. (January 2015). *The WISC-V: Advances in assessment, interpretation, and clinical and web-based applications*. Presented at St. John's University in co-sponsorship with Pearson, Queens, NY.

Dawn Patricia Flanagan

Flanagan, D. P. (November 2014).  *Essentials of specific learning disability identification*.  Presented at the annual meeting of the Japanese Academy of Learning Disabilities, Osaka, Japan.

Flanagan, D. P. (November 2014).  *A pattern of strengths and weaknesses approach to SLD identification.*  Presented at the annual meeting of the New York Association of School Psychologists, Albany, NY.

Flanagan, D. P. (November 2014).  *A pattern of strengths and weaknesses approach to SLD identification.*  Presented at the annual meeting of the Arizona Association of School Psychologists, Phoenix, AZ.

Flanagan, D. P. (October 2014).  *Cross-battery assessment: A pattern of strengths and weaknesses approach to SLD identification.*  Presented at the first bi-state meeting of Oregon's and Washington's state associations of school psychologists, Stevenson, WA.

Flanagan, D. P. (October 2014). *Educational strategies and interventions for students with learning disabilities in reading*.  **Keynote** address presented at the annual meeting of the Council of Educators for Students with Disabilities, Austin, TX.

Flanagan, D. P. (March 2014).  *Cross-battery assessment of individuals from culturally and linguistically diverse backgrounds*.  Invited Presentation at Yale Child Study Center, Yale University School of Medicine.  New Haven, CT.

Flanagan, D. P. (February 2014, Panelist).  In Renee Tobin (Chair), WISC-IV and WAIS-IV: Revisiting the factor structure and clinical application.  Symposium presented at the National Association of School Psychologists annual convention, Washington, DC.

Alfonso, V. C., & Flanagan, D. P. (February 2014).  *Assessment for intervention in SLD referrals using the cross-battery approach*.  Mini-skills session presented at the National Association of School Psychologists annual convention, Washington, DC.

Flanagan, D. P. (February 2014).  *Identification of an SLD pattern of strengths and weaknesses*.  Mini-skills session presented at the National Association of School Psychologists annual convention, Washington, DC.

Kubas, H. A., Carmichael, J. A., Backenson, E. M., Holland, S. C., Flanagan, D. P., Fitzer, K. R., & Fraccaro, R. L. (February 2014).  *Assessment of cognitive processes in specific learning disability identification.* Poster presented at the National Association of School Psychologists annual convention, Washington, DC.

Flanagan, D. P. (March 2014).  *Cross-battery assessment of individuals from culturally and linguistically diverse backgrounds*.  Presentation at Yale Child Study Center, Yale University School of Medicine.  New Haven, CT.

Flanagan, D. P. (February 2014, Panelist).  In Renee Tobin (Chair), WISC-IV and WAIS-IV: Revisiting the factor structure and clinical application.  Symposium session presented at the National Association of School Psychologists annual convention, Washington, DC.

Alfonso, V. C., & Flanagan, D. P. (February 2014).  *Assessment for intervention in SLD referrals using the cross-battery approach*.  Mini-skills session presented at the National Association of School Psychologists annual convention, Washington, DC.

Dawn Patricia Flanagan

Flanagan, D. P. (February 2014). *Identification of an SLD pattern of strengths and weaknesses*. Mini-skills session presented at the National Association of School Psychologists annual convention, Washington, DC.

Kubas, H. A., Carmichael, J. A., Backenson, E. M., Holland, S. C., Flanagan, D. P., Fitzer, K. R., & Fraccaro, R. L. (February 2014). *Assessment of cognitive processes in specific learning disability identification.* Poster presented at the National Association of School Psychologists annual convention, Washington, DC.

Flanagan, D. P. (November 2013). *Measurement of CHC narrow abilities and processes are important for SLD identification and intervention*. Invited **keynote** address at the 28th annual Houston-Metropolitan Educational Diagnostician's Association (Hou-Met) Conference, Austin, TX.

Flanagan, D. P. (October 2013). *Identification of and intervention for students with learning disabilities using cross-battery assessment methods and related software.* Invited **keynote** address at the 43rd annual conference of the Georgia Association of School Psychologists. Savannah, GA.

Flanagan, D. P. (July 2013). New developments in CHC theory, SLD identification, and Cross-Battery assessment in the era of RTI. Invited **keynote** address at the National Association of School Psychologists Summer Conference. Albany, NY.

Flanagan, D. P. (July 2013). *Evaluation of a pattern of strengths and weaknesses for SLD identification using cross-battery assessment methods and related software.* Invited presentation at the 6th annual School Neuropsychology Summer Institute. Grapevine, TX.

Flanagan, D. P. (May 2013). *Cross-battery assessment of and interventions for written language disorder subtypes*. Invited presentation at the 5th Annual Betty Finn Assessment Conference. Manhattan, NY.

Alfonso, V. C., & Flanagan, D. P. (February 2013). *Cross-Battery Assessment for intervention in referrals of suspected SLD*. Mini-skills session presented at the annual meeting of the National Association of School Psychologists, Seattle, WA.

Flanagan, D. P., & Alfonso, V. C. (February 2013). *Evaluation of SLD patterns of strengths and weaknesses*. Mini-skills session presented at the annual meeting of the National Association of School Psychologists, Seattle, WA.

Hale, J. B. (Chair), Flanagan, D., Fletcher, J., Riccio, C., Burns, M., Shinn, M., Naglieri, J. (Panelists), & Speece, D. (Discussant) (February 2013). *Learning disabilities on the eve of IDEA*. Special Session presented at the annual meeting of the National Association of School Psychologists, Seattle, WA.

Flanagan, D. P. (February 2013). *Evidence-based cross-battery assessment and SLD identification: An overview of new XBA software.* Invited **keynote** address, 16th Annual Statewide Evaluation Conference (SWEP), Houston, TX.

Flanagan, D. P. (November 2012). *Understanding a Pattern of Strengths and Weaknesses for SLD Identficiation and Implications for Educational Interventions.* Presentation at Yale Child Study Center, Yale University School of Medicine. New Haven, CT.

Dawn Patricia Flanagan

Flanagan, D. P. (October 2012).  *Third method approaches to SLD identification*.  Invited presentation, California Association of School Psychologists, Costa Mesa, CA.

Flanagan, D. P. (October 2012).  *Planning, Selecting, and Tailoring Reading Interventions*.  Invited **keynote** address presented at the 12th annual CESD Texas Dyslexia Conference. Austin, TX.

Flanagan, D. P. (May 2012).  *Research-based diagnosis of LD in post-secondary populations*.  Invited presentation at the "High-incidence Disabilities in Higher Education" conference at Ryerson University, hoted by the Assessment and Resource Centres of Ontario (NOARC & RARC). Toronto, Canada.

Flanagan, D. P. (February 2012).  *New developments in CHC theory, SLD identification and the cross-battery approach*.  Invited **keynote** address of the annual meeting of the Statewide Evaluation Conference for Special Education Evaluation Personnel.  Dallas, TX.

Flanagan, P. D. (August 2011). Diagnosis of Specific Learning Disability. Paper presented as part of the symposium "*Training and Practice in Diagnosis of Learning and Behavioral Disorders?* " at the 119th annual convention of the American Psychological Association (APA; Division 16). Chair: Mark Terjesen, Ph.D. Washington, D.C.

Flanagan, D. P. (April 2011).  *Operationalizing the "Pattern of Strengths and Weaknesses" in SLD Identification*.  Presented at the "Meeting of the Minds" conference, sponsored by the Oregon Association of School Psychologists, Portland, OR.

Flanagan, D. P. (March 2011). *A Multi-source, Multi-method Approach to SLD Identification in the Era of RTI*.  Presented at Yale Child Study Center, Yale University, School of Medicine, New Haven, CT.

Reynolds, M., Keith, T.Z., Flanagan, D. P., & Alfonso, V. C. (November 2010).  *The Utility of CHC Taxonomy in Identifying the Factorial Composition of Intelligence Subtests: A Joint Confirmatory Factor Analysis*.  Presented at the annual meeting of the International Society for Intelligence Research, Washington, D.C.

Flanagan, D. P., & Alfonso, V. C. (November 2010).  *A Multi-method, Multi-source Approach to SLD Identification*.  Presented at the annual meeting of the New York Association of School Psychologists, Lake George, NY.

Flanagan, D. P. (April 2010).  *Linking Cognitive Assessment Data to Intervention Part II.*  Invited presentation (grand rounds) at Mt. Sinai – Adolescent Center, New York City, NY.

Teague, J., Sotelo-Dynega, M., & Flanagan, D. P. (March 2010).  *Paradigm Shift: Examination of a Decade of NASP Convention Programs.*  To be presented at the annual meeting of the National Association of School Psychologists, Chicago, IL.

Flanagan, D. P. (March 2010).  Hypothesis Testing XBA Approach to SLD Identification.  In McGrew's symposium, *CHC Intelligence Testing: What Have We Learned in 20 Years*?  To be presented at the annual meeting of the National Association of School Psychologists, Chicago, IL.

Flanagan, D. P. (Febraury, 2010).  *The Role of Cognitive Assessment in SLD Identification*.  In J.B. Hale's White Paper Symposium.  Presented at the 47th annual conference of the Learning Disabilities Association of America, Baltimore MD.

Dawn Patricia Flanagan

Flanagan, D. P., & Alfonso, V. C. (February 2010). *RtI, Cross-Battery Assessment of Cognitive and Academic Constructs, and SLD Identification: A Continuum of Data Gathering Methods*. Invited presentation to be presented at the 47th Annual International Conference of the Learning Disabilities Association of America, Baltimore, MD.

Flanagan, D. P. (February 2010). *Symposium: The Importance of Cognitive Abilities and Processes in Crafting Academic Interventions*. Invited panelist to be presented at the 47th Annual International Conference of the Learning Disabilities Association of America, Baltimore, MD.

Flanagan, D. P. (January 2010). *Linking Cognitive Assessment Data to Intervention.* Invited presentation (grand rounds) at Mt. Sinai – Adolescent Center, New York City, NY.

Flanagan, D. P. (May 2009). *Comprehensive Assessment (With and Without Cognitive Tests) for Tier II Nonresponders*. Co-sponsored (Fordham University, St. John's University, NYASP, Pearson Assessments, and Wiley Publishing) conference "Research and Practice of Assessment and Intervention in an RTI Paradigm." Graduate School of Education, Fordham University, New York City, NY.

Flanagan, D. P. (April 2009). *Cross-cultural Psychoeducational Assessment of Learning and Achievement*. Yale Child Study Center Psychology Lecture Series, Yale Medical School, New Haven, CT.

Flanagan, D. P. (April 2009). *Use of the XBA Approach for SLD Identification*. Invited presentation (grand rounds) at Mt. Sinai – Adolescent Center, New York City, NY.

Flanagan, D. P. (March 2009). *Use of the WISC-IV in the Assessment of Giftedness: Special Considerations for Students from Diverse Backgrounds*. Invited presentation at the Second National Symposium on Assessing Gifted Learners; Sponsored by Science Destinations and Institute for the Study of Advanced Development, Van Nuys, CA.

Flanagan, D. P. (February 2009). *A Theory- and Research-based Approach to SLD Identification: Integrating Data from RTI and Comprehensive Assessment, Including Measures of Cognitive Abilities and Processes*. Topical Public Policy Workshop at the 46th Annual International Conference of the Learning Disabilities Association of America, Salt Lake City, UT.

Levitin, A., & Flanagan, D. P. (February 2009). *Training School Psychologists in the Assessment of Special Populations*. Paper presented at the annual meeting of the National Association of School Psychologists, Boston, MA.

Alfonso, V.C., & Flanagan, D. P. (February 2009). *CHC Abilities in Young Children Measured by the WJ III COG*. Paper to be presented at the annual meeting of the National Association of School Psychologists, Boston, MA.

Flanagan, D.P. (December 2008). *Operational Definition of Specific Learning Disability: A Guide for Comprehensive Psychoeducational Assessments and Tailored Interventions*. Special topic workshop presented at the Rosa A. Hagin School Consultation & Early Childhood Centers, New York City, NY.

Flanagan, D. P. (July 2008). *Cross-Battery Assessment of Neuropsychological Constructs*. Paper presented at the 3rd annual School Neuropsychology Conference, Grapevine, TX.

21

Dawn Patricia Flanagan

Flanagan, D. P. (June 2008). *Identification of Giftedness in Culturally and Linguistically Diverse Students*. Invited presentation at the West Chester School District, Exton, PA.

Flanagan, D. P. (June 2008). *What to do Once You Know the Scores: Linking Cross-Battery Assessment Data to Intervention*. Invited presentation at the West Chester School District, Exton, PA.

Rosengarten, Alfonso, V. C., & Flanagan, D. P. (February 2008). *CHC Ability Subtest Classifications of Cognitive Tests for Preschool Children.* Paper presented at the annual meeting of the National Association of School Psychologists, New Orleans, LA.

Flanagan, D. P. (January 2008). *Use and Interpretation of the WISC-IV within the Context of Contemporary Theory and Research*. Invited lectures presented at University of Uppsala. Uppsala, Sweden.

Dynda, A., Ortiz, S. O., Flanagan, D. P., & Alfonso, V. C. (February 2008). *The Relationship Between English Language Proficiency and IQ Test Performance*. Paper presented at the annual meeting of the National Association of School Psychologists, New Orleans, LA.

Flanagan, D. P. & Vacarro, T. (February 2008). *Applying CHC Theory to Strengthen RtI: A Real-World Example.* Paper presented at the annual meeting of the National Association of School Psychologists, New Orleans, LA.

Flanagan, D. P., Alfonso, V. C., Ortiz, S. O., & Dynda, A. (February 2008). *A Research-based Consensus Definition of SLD: Integrating Multiple Data Sources.* Paper presented at the annual meeting of the National Association of School Psychologists, New Orleans, LA.

Flanagan, D. P. (March 2007). *An Operational Definition of SLD that Accommodates Both RTI and Use of Norm-Referenced Tests*. Conference: "Response-to-Intervention, 'Intelligent Testing' and Specific Learning Disabilities Assessment." Yale Child Study Center, Yale University School of Medicine, New Haven, CT.

Alfonso, V. C., Flanagan, D. P., & Ortiz, S. O. (March 2007). *RTI and Testing: Responding with an Operational Definition of LD*. Presented at the National Association of School Psychologists, New York City, NY.

Flanagan, D. P., Ortiz, S. O., Alfonso, V. C., & Dynda, A. M. (March 2007). *Avoiding the Tower of Babel: Responding to RTI Versus Testing*. Presented at the National Association of School Psychologists, New York City, NY.

Flanagan, D. P. (February 2007). *Integration of RTI and Cognitive Assessment: A Contemporary Operational Definition of LD*. Invited **Keynote** address of the annual Texas Educational Diagnosticians' Association meeting, El Paso, TX.

Flanagan, D. P. (2006, June). *RTI within the Context of an Operational Definition of LD*. Invited presentation, Dade County School Psychologists Association, Miami, FL.

Flanagan, D. P. (2006, March). *LD Evaluation within the Context of a Nondiscriminatory Assessment Model*. Invited presentation for school psychologists, sponsored by American Guidance Services, Washington, DC.

Dawn Patricia Flanagan

Flanagan, D. P. (2006, February).  *LD Evaluation in the New Millennium*.  Invited **Keynote** address. Region 4 Educational Service Center, Houston, TX.

Flanagan, D. P. (2006, February).  *Use of the KABC-II in LD and Nondiscriminatory Assessment*.  Invited presentation, Illinois Association of School Psychologists, Springfield, IL.

Flanagan, D. P. (2005, November).  *Use of Cross-Battery Assessment with a New Generation of Tests*. Invited presentation, Yale Child Study Center, School of Medicine, New Haven, CT.

Flanagan, D. P. (2005, November). *Cross-Battery Assessment and LD Identification: Best Practices and Accountability*. **Keynote** address at the HouMet Regional conference for psychologists and diagnosticians, Houston, TX.

Flanagan, D. P. (2005, November). *Use of Cognitive Ability Tests in LD Identification*.  Presentation at the New York Association of School Psychologists, NY.

Flanagan, D. P. (2005, November). *Nondiscriminatory Assessment with the KABC-II*. Presentation at the Florida Association of School Psychologists, Hollywood, FL.

Flanagan, D. P. (2005, October). *LD Evaluation and IDEA 2004: Case Presentations*. Presentation for school psychologists in Levittown, Levittown, NY.

Flanagan, D. P. (2005, September). *Use and Interpretation of the WISC-IV within the Context of Contemporary Theory and Research*. Presentation at University of Uppsala. Uppsala, Sweden.

Flanagan, D. P. (2005, September). *Use of the KABC-II following an Operational Definition of LD*. Presentation for the annual sales meeting of American Guidance Services, Minneapolis, MN.

Flanagan, D. P. (2005, August). *Cross-Battery Assessment*. **Keynote** presentation at Special Education Regional Services, Region 7, San Antonio, TX.

Flanagan, D. P. (2005, August). *Cross-Battery Assessment and LD Identification*. Invited address presented at Region 20, Houston, TX.

Flanagan, D. P., & Fletcher-Janzen, E. (2005, August). *Use of the KABC-II in LD Evaluation*. Invited address presented at the Florida Association of School Psychologists, Tampa, FL.

Flanagan, D. P. (2005, August).  *Use of the WISC-IV in the Identification of Giftedness*.  Invited address presented at the World Council for Gifted Education, New Orleans, LA.

Flanagan, D. P. (2005, June).  *Use of KABC-II in Nondiscriminatory Assessment: Part I*.  Invited presentation sponsored by American Guidance Services, Del Mar, CA.

Flanagan, D. P. (2005, June).  *Use of KABC-II in Nondiscriminatory Assessment: Part II*.  Invited presentation sponsored by American Guidance Services, Del Mar, CA.

Flanagan, D.P. (2005, June). *The WISC-IV Interpretive System: An Application of CHC Theory*.  Invited Presentation for Levittown school psychologists, Levittown, NY.

Flanagan, D. P. (2005, April). *ADA: Evaluating Documentation*.  Invited presentation at the National Conference of Bar Examiners, Seattle, WA.

Dawn Patricia Flanagan

Flanagan, D.P. (2004, December). *Use and Interpretation of the WISC-IV*. Invited presentation at Yale Child Study Center, School of Medicine, New Haven, CT.

Flanagan, D.P. (2004, November). *The Role of IQ tests in LD Evaluation: Ability-Achievement Consistency within the Context of a Modern Operational Definition*. Invited Presentation for Levittown school psychologists, Levittown, NY.

Flanagan, D. P. (2004, October). *What All School Psychologists Need to Know About Our New Generation of Tests*. Invited address at the Massachusetts Association of School Psychologists, Woburn, MA.

Flanagan, D.P. (2004, May). *Introduction to the KABC-II*. Invited discussant. Yale University, School of Medicine, Child Study Center, New Haven, CT.

Flanagan, D.P. (2004, May). *The Use of the KABC-II and Cross-Battery Assessment in the Diagnosis of Learning Disabilities*. Invited presentation for Rochester school psychologists, Rochester, NY.

Flanagan, D.P. (2004, May). *The Use of the KABC-II and Cross-Battery Assessment in the Diagnosis of Learning Disabilities*. Invited presentation at the Western New York School Psychology Association, Buffalo, NY.

Flanagan, D. P. (2004, May). *What's New in the field of Intellectual Assessment*. Invited presentation at Syracuse University, Project Advance Program, Syracuse, NY.

Flanagan, D.P. (2004, May*). CHC theory, CB Assessment, and LD Determination*. Invited presentation for Syracuse school psychologists, Syracuse, NY.

Flanagan, D. P. (2004, April). *What's New in the field of Intellectual Assessment*. Invited presentation through Syracuse University's Project Advance, New York, NY.

Flanagan, D. P. (2004, March). *Implementing New Methods of Assessment for Learning Disability Evaluation: A Review of Case Studies*. Invited presentation at Levittown school district, Levittown, NY.

Flanagan, D. P. (2003, April). *CHC Theory, New Methods of Assessment, and Learning Disability Evaluation*. Invited presentation at Bellmore school district, Bellmore, New York.

Flanagan, D. P. (2003, March). *CHC Theory, New Methods of Assessment, and Learning Disability Evaluation*. Invited presentation at Levittown school district, Levittown, New York.

Flanagan, D. P., (2003, March). *WJ III-based Cross-Battery Assessment and LD Determination*. Invited paper presented through Educational Diagnostic Consulting Services, Springfield, MA.

Flanagan, D. P., (2002, December). Cross-*Battery Assessment and LD Determination*. Invited presentation through Educational Diagnostic Consulting Services, Edison, NJ.

Fiorello, C., Wexler, M., Visalli-Starinieri, R., Miller, B., Hanel, C. & Flanagan, D. (2002, March). *Real-Life Applications of Cross-Battery Assessment*. Invited discussant for symposium presented at the Annual Convention of the National Association of School Psychology, Chicago, IL.

Flanagan, D. P. (2001, November). *The Cross-Battery Approach and LD Determination*. Paper presented at the annual meeting of the New York Association of School Psychologists, White Plains, NY.

Dawn Patricia Flanagan

Mascolo, J. T., & Flanagan, D. P. (2001, April). *Interpreting Cross-Battery Data From Contemporary Theory: A Cross-Validation Study*. Paper presented at the Annual Convention of the National Association of School Psychology, Washington, D.C.

Flanagan, D. P. (2000, November). *Toward a Comprehensive Framework for LD Determination: A Cross-Battery Approach to Assessing the Seven Areas of Academic Achievement Listed in the Federal Definition.* Conference on Literacy co-sponsored by American Guidance Services and St. John's University, Jamaica, NY.

Flanagan, D. P. (2000, September). *Introduction to Cross-Battery Assessment: Special Considerations for Students with Learning Difficulties*. Invited address presented at the annual meeting of the Indiana State School Psychology Association: Indianapolis, IN.

Kranzler, J., Keith, T.Z., & Flanagan, D.P. (2000, March). *Independent Examination of the Factor Structure of the Cognitive Assessment System*. Paper presented at the annual meeting of the National Association of School Psychologists: New Orleans, LA.

Ford, L., McGrew, K., Keith, T. Z., Kranzler, J. H., Tusing, M. E., Mayhew, K., Phelps, L., & Flanagan, D. P. (2000, March). *Practical implications for using Gf-Gc theory: Explorations with the WJ-III, WISC-III, and CAS*. Symposium presented at the Annual Convention of the National Association of School Psychologists: New Orleans, LA.

Flanagan, D. P. (1999, November). *Wechsler-based Gf-Gc cross-battery assessment: Improving the validity of cognitive assessment.* Invited address presented at the Connecticut Association of School Psychologists: New Haven, CT.

Flanagan, D. P. (1999, May). *A Wechsler-based Gf-Gc cross-battery approach to measuring intelligence: Bridging the theory-practice gap*. Invited address presented at the Ohio School Psychological Association: Akron, OH.

Flanagan, D.P. & Ford, L. (1999, April). *Measuring cognitive capabilities in preschoolers: WPPSI-R-based cross-battery assessment*. Paper presented at the annual convention of the National Association of School Psychologists, Las Vegas, NV.

Flanagan, D. P., Ortiz, S. O., & Gerner, M. (1999, April). *A contemporary approach to interpreting the Wechslers: A reading disability case study and application to multicultural populations*. Paper presented at the annual convention of the National Association of School Psychologists, Las Vegas, NV.

Flanagan, D. P. (1998, October). *The art and science of intelligence test interpretation*. Invited **Keynote** address presented at the 32nd annual School Psychology Conference at Pennsylvania State University.

Flanagan, D. P. (1998, August). *Gf-Gc theory and Wechsler-based cross-battery assessment*. Invited (Lightner Witmer Award) address presented at the annual convention of the American Psychological Association, San Francisco, CA.

Flanagan, D. P. (Discussant) (1998, August). *In T. L. Teague and L. Ford (Chairs), Psychometric investigations of preschool tests of cognitive abilities*. Symposium presented at the annual meeting of the American Psychological Association, San Francisco, CA.

Dawn Patricia Flanagan

Flanagan, D. P. (Genshaft, J. L., Watkins, M. M., McGrew, K. S., Elliott, S. N., Lopez, R., & Braden, J. P.) (1998, April). *Issues in the use and interpretation of intelligence tests in the schools: Special considerations for culturally diverse populations*. Symposium presented at the annual convention of the National Association of School Psychologists, Orlando, FL.

Flanagan, D. P. (1998, January). *Introduction to Gf-Gc Cross-Battery Assessment*. Invited presentation at the Masapequa Special Education and Psychological Services Regional Office, Masapequa, NY.

McGrew, K. S., & Flanagan, D. P. (1997, November). *A research-based cross-battery approach to intelligence test interpretation: Implications for individuals referred for reading problems*. Paper presented at the 48th Annual Conference of the Orton Dyslexia Society, Minneapolis, MN.

Flanagan, D. P. (1997, May). *A fluid-crystallized (Gf-Gc) cross-battery approach to assessing and interpreting cognitive abilities: What do our intelligence tests measure?* Invited address presented at the annual meeting of the Massachusetts Association of School Psychologists, Boston, MA.

Flanagan, D. P. (1997, May). *A fluid-crystallized (Gf-Gc) cross-battery approach to assessing and interpreting cognitive abilities: Narrowing the theory-practice gap.* Invited colloquium presented at Yeshiva University, New York, NY.

Flanagan, D. P. (1997, May). *A fluid-crystallized (Gf-Gc) cross-battery approach to assessing and interpreting cognitive abilities: What do our intelligence tests measure?* Neuropsychology seminar presented at Long Island Jewish Hospital, Long Island, NY.

Flanagan, D. P. (Braden, J., Elliott, S., Kranzler, J., McGrew, K., & Watkins, M.) (1997, April). *Issues in the use and interpretation of intelligences tests in the schools: Special considerations for culturally diverse populations.* Symposium presented at the annual convention of the National Association of School Psychologists, Anaheim, CA.

Flanagan, D. P. (1996, November). *A Gf-Gc cross-battery approach to understanding cognitive abilities: Implications for assessing multi-cultural populations*. Paper presented at a special conference on cognitive and behavioral assessment co-sponsored by the American Guidance Services and St. John's University, Jamaica, NY.

Flanagan, D. P., & McGrew, K. S. (1996, August). *Interpreting WJ-R and KAIT joint factor analyses from Gf-Gc theory.* Paper presented at the annual convention of the American Psychological Association, Toronto, Canada.

Flanagan, D. P. (1996, April). *Interpreting intelligence tests from contemporary Gf-Gc theory: What does the KAIT measure?* Paper presented at the first annual faculty research forum, St. John's University, NY.

Flanagan, D. P. (Greenspan, S., Ittenbach, R. F., Keith, T. Z., & McGrew, K. S.) (1996, March). An integration of contemporary and empirically supported multiple theories of intelligence. In J. L. Genshaft (Chair), *Theoretical models of multiple intelligences and personal competencies: Implications for research and assessment*. Symposium presented at the annual convention of the National Association of School Psychologists, Atlanta, GA.

Dawn Patricia Flanagan

Flanagan, D. P. (Harrison, P. L., Lidz, D., McCallum, S., McGrew, K. S., & Woodcock, R. W.) (1996, March).  New methods and procedures for interpreting intelligence tests: A consideration of contemporary theories.  In J. L. Genshaft (Chair), *Advancing the field of intellectual assessment: Technical, theoretical and cultural considerations*.  Symposium presented at the annual convention of the National Association of School Psychologists, Atlanta, GA.

Flanagan, D. P. & McGrew, K. S. (1996, January).  *A cross battery approach to intelligence test interpretation*.  Paper presented at an Advanced Symposium on Tests and Theories of Intelligence in co-sponsorship with Educational and Diagnostic Consulting Services and St. John's University, Jamaica, NY.

McGrew, K. S., & Flanagan, D. P. (1996, January).  *The intelligence test desk reference:  Comparative features of major intelligence batteries*.  Paper presented at an Advanced Symposium on Tests and Theories of Intelligence in co-sponsorship with Educational and Diagnostic Consulting Services and St. John's University, Jamaica, NY.

Flanagan, D. P. (1995, August).  Critical issues in the cognitive assessment of preschoolers.  In Vincent C. Alfonso (Chair), *Working with preschoolers: Assessment, intervention, and cultural diversity.* Symposium presented at the annual convention of the American Psychological Association, New York, NY.

Flanagan, D. P. (1995, May).  *Comparing the Wechsler and the WJ-R cognitive batteries*.  Invited address through the Educational Diagnostic and Consultant Service -- An advanced WJ-R Symposium and Related Special Topics Conference presented in Iselin, NJ.

Flanagan, D. P. (1995, April).  *Administration, scoring, and interpretation of the WJ-R Tests of Cognitive Ability and Tests of Achievement: Implications for special populations*.  Invited presentation at the Patterson Special Education and Psychological Services Regional Office, Patterson, NJ.

Flanagan, D. P. (1995, April).  *Comparisons between the Stanford-Binet Form L-M and the Fourth Edition:  Implications for assessing the gifted and talented*.  Invited address presented at the Yonkers Regional Office, Yonkers, NY.

Flanagan, D. P., Genshaft, J. L., & Bergman, A. J. (1995, March).  *The effectiveness of a social skills intervention with minority kindergarten students*.  Paper presented at the annual convention of the National Association of School Psychologists, Chicago, IL.

Flanagan, D. P., & McGrew, K. S. (1995, March).  *Will you evolve or become extinct? Interpreting intelligence tests according to modern Gf-Gc theory*.  Paper presented at the annual convention of the National Association of School Psychologists, Chicago, IL.

Flanagan, D. P. (1995, February).  *Interpretation of major intelligence test batteries from contemporary theory and research:  Moving the field forward*.  Invited address presented at Fordham University, School Psychology Program, New York, NY.

Flanagan, D. P., & Alfonso, V. C. (1995, January).  *Theoretical and practical issues in the cognitive assessment of culturally diverse children.*  Invited presentation at the 31st Annual School Psychology Conference, "Working with diversity in the 1900's," Queens College, City University of New York, Flushing, NY.

Dawn Patricia Flanagan

Flanagan, D. P. (1994, November).  *The utility of the Woodcock-Johnson Psycho-Educational Battery - Revised: Tests of Cognitive Ability in diagnosing learning disabilities*.  Invited presentation at the Fineson Developmental Center, Hillside Complex, Queens, NY.

Flanagan, D. P., & Alfonso, V. C. (1994, October).  *Advances in intellectual assessment: New theories and their operationalization*.  Invited address presented at Hofstra University, School Psychology Program, NY.

Flanagan, D. P. (1994, October).  *Developing and enhancing test-taking skills*.  Invited address presented at St. John's University through the Department of Athletics, Jamaica, NY.

Flanagan, D. P. (1994, June).  *The history of intelligence test interpretation:  From Wechsler's two-factor model to the Horn-Cattell Gf-Gc theory and Carroll's three-stratum theory of cognitive abilities.*  Invited address presented at the Staten Island Regional Office, Staten Island, NY.

Flanagan, D. P., (1994, May).  *Uncovering specific abilities on intelligence tests:  A comparison of traditional measures and the WJ-R COG*.  Paper presented at the New York City Board of Education in conjunction with the Psychologists In Training Program, Queens, NY.

Flanagan, D. P., & Alfonso, V. C. (1994, May).  *A critical review of intelligence tests for culturally diverse preschoolers*.  Paper presented at the annual convention of the New York State Psychological Association, Bolton Landing, NY.

Flanagan, D. P. (1993, October).  *The role of the school psychologist in the intellectual assessment of culturally diverse children*.  Presented at the biannual meeting of PSI CHI, St. John's University Chapter.

Flanagan, D. P. (1993, October).  Toward a comprehensive test battery that may or may not include traditional measures of intelligence.  In Raymond DiGiuseppe (Chair), *A critical appraisal of assessment in school psychology*.  Symposium presented at the annual convention of the New York Association of School Psychologists, Melville, NY.

Flanagan, D. P., & Alfonso, V. C. (1993, October).  *Psychoeducational assessment of bilingual preschoolers*.  Paper presented at the annual convention of the New York Association of School Psychologists, Melville, NY.

Flanagan, D. P. (1993, May).  *The relationship between information processing and academic achievement in hearing impaired and at-risk students*.  Paper presented at the annual convention of the New York State Psychological Association, New York City, NY.

Flanagan, D. P. (1993, April).  *An investigation of childrens' self-perceptions during their first year of co-education*.  In Elizabeth Randolph (Chair), The psycho-social effects of a transition from single-sex to coeducational K-12 school.  Symposium presented at the annual convention of the American Educational Research Association, Atlanta, GA.

Flanagan, D. P., & Welch, J. A. (1993, April).  *An examination of the relationship between cognitive processes and achievement among children with special needs*.  Paper presented at the annual convention of the National Association of School Psychologists, Washington, D.C.

Dawn Patricia Flanagan

Flanagan, D. P., Ronning, M. E., Genshaft, J. L., & Perosa, L. (1992, August). *Self-concept among high ability children in a private setting.* Paper presented at the annual convention of the American Psychological Association, Washington, D.C.

Flanagan, D. P., & Andrews, T. (1992, May). *A review of commonly used preschool assessment instruments: Implications for school psychologists.* Paper presented at the spring convention of the Ohio Association of School Psychologists, Cleveland, Ohio.

Flanagan, D. P. (1992, May). *The relationship between planning, attention, simultaneous, and successive cognitive processing and academic achievement: A review.* Paper presented at the spring convention of the Ohio Association of School Psychologists, Cleveland, OH.

Flanagan, D. P., (1992, March). *Planning, attention, simultaneous, and successive (PASS) cognitive processing and academic achievement.* Paper presented at the annual convention of the National Association of School Psychologists, Nashville, TN.

Miranda, A. H., & Flanagan, D. P. (1992, March). *Developing effective skills to work with culturally different parents and their preschoolers.* Paper presented at the annual convention of the National Association of School Psychologists, Nashville, TN.

Miranda, A. H., & Flanagan, D. P. (1992, February). *Preschool parent training models.* Paper presented at the Central Ohio Special Education Regional Resource Center, Columbus, OH.

Flanagan, D. P. (1992, January). *Relating assessment to intervention strategies.* Paper presented at the Central Ohio Special Education Regional Resource Center, Columbus, OH.

Flanagan, D. P. (1991, October). *Characteristics of behavior rating scales: A review.* Paper presented at the annual convention of the Canadian Association of School Psychologists, Toronto, Canada.

Flanagan, D. P. (1991, May). *A comparison of the psychometric properties of twelve commonly used behavior rating scales.* Paper presented at the spring convention of the Ohio Association of School Psychologists, Dayton, OH.

Flanagan, D. P. (1991, March). *A review of commonly used behavior rating scales.* Paper presented at the annual convention of the National Association of School Psychologists, Dallas, TX.

Flanagan, D. P. (1990, April). *Administration, scoring, and interpretation of the Woodcock Johnson - Revised, Tests of Achievement.* Presented at The Hilliard City School District, Hilliard, OH.

## PROFESSIONAL WORKSHOPS

Alfonso, V. C., & Flanagan, D. P. (February 2022). *The course on cognitive assessment: Challenges, opportunities, and planning for the future.* Invited presentation at the annual meeting of the Trainers of School Psychologists, Northwestern University, Boston, MA.

Flanagan, D. P. (February 2022). *Evaluation of the strengths and weaknesses of school psychologists' approach to assess and classify students with emotional and behavioral disorders and specific learning disabilities.* Invited full-day workshop, Miami-Dade Public Schools, Miami, FL. Virtual.

Dawn Patricia Flanagan

Flanagan, D. P. (February 2022). *Evaluation of the strengths and weaknesses of school psychologists' approach to assess and classify students with emotional and behavioral disorders and specific learning disabilities*. Invited full-day workshop, Miami-Dade Public Schools, Miami, FL. Virtual.

Flanagan, D. P. (February 2022). *Integrating the PSW method within the continuum of data gathering methods for students who do not respond as expected to RTI/MTSS*. Invited full-day workshop, Miami-Dade Public Schools, Miami, FL. Virtual.

Flanagan, D. P. (January 2022). *Post-pandemic interventions for students with academic deficits following virtual instruction and disruptions in learning.* Presented at the 59th annual convention of the Learning Disabilities Association of America (LDA). New Orleans, LA.

Flanagan, D. P. (July 2021). *Dual-discrepancy/consistency (DD/C) pattern of strengths and weaknesses using X-BASS: Part II.* Invited workshop for school psychologists and educational diagnosticians in HEB independent school district, TX. Virtual.

Flanagan, D. P. (July 2021). *Dual-discrepancy/consistency (DD/C) pattern of strengths and weaknesses using X-BASS: Part I.* Invited workshop for school psychologists and educational diagnosticians in HEB independent school district, TX. Virtual.

Flanagan, D. P. (July 2021). *Advanced training in the DD/C method of SLD identification.* Invited workshop for Region 6 Educational Service Center, Huntsville, TX. Virtual.

Flanagan, D. P. (June 2021). *Advanced training in the DD/C method of SLD identification.* Invited workshop for Region 13 Educational Service Center, Austin, TX. Virtual.

Flanagan, D. P. (December 2019). *The PSW method, the controversy, and how to use WISC-V responsibly in a PSW approach to SLD identification.* Invited workshop presented at the Twenty-First Annual Conference on Contemporary Applications of Psychological Assessment. Boston, MA.

Flanagan, D. P. (October 2019). *The dual discrepancy/consistency method of SLD identification.* Invited workshop presented at the annual meeting of the California Association of School Psychologists. Long Beach, CA.

Flanagan, D. P. (October 2019). *What all school psychologists should know about the PSW method: Model comparisons, benefits beyond ability-achievement discrepancy, and promising new research.* Invited workshop presented at the annual meeting of the California Association of School Psychologists. Long Beach, CA.

Flanagan, D. P. (October 2019). *Current revisions to CHC theory and links to interventions.* Invited workshop presented at the annual meeting of the New Jersey Association of Learning Consultants. Somerset, NJ.

Flanagan, D. P. (August 2019). *CHC theory and SLD identification: The Assessment-intervention connection.* Invited workshop sponsored by Educational Service Center Region 10. Dallas, TX. Dallas, TX.

Flanagan, D. P. (July 2019). *Current revisions to CHC theory and links to intervention.* Invited workshop sponsored by Educational Service Center Region 12. Waco, TX.

Dawn Patricia Flanagan

Flanagan, D. P. (July 2019). *Using theory and research to guide SLD evaluations: A case study*. Invited workshop sponsored by Educational Service Center Region 12. Waco, TX.

Flanagan, D. P. (June 2019). *Using theory and research to guide SLD evaluations: A case study*. Invited workshop sponsored by Educational Service Center Region 4. Houston, TX.

Flanagan, D. P. (April 2019). *SLD identification following the dual discrepancy/consistency method using X-BASS*. Invited pre-conference workshop for the annual School Neuropsychology conference. Long Beach, CA.

Flanagan, D. P. (April 2019). *SLD identification following the dual discrepancy/consistency method using X-BASS*. Invited workshop sponsored by Educational Service Center Region 19.  El Paso, TX.

Flanagan, D. P. (January 2019).  *Strengths and weaknesses of three options for SLD identification and X-BASS step-by-step*.  Invited workshop presented at Waller ISD Special Education Unit.  Waller, TX.

Flanagan, D. P. (January 2019).  *SLD identification using XBA and the PSW method with emphasis on the assessment-intervention connection.*  Invited workshop presented at Fairfield Public Schools, Fairfield, CT.

Flanagan, D. P. (December 2018).  *Linking assessment to intervention for students with learning disorders and disabilities*.  Invited workshop presented at the San Ramon Unified School District. San Ramon CA.

Flanagan, D. P. (November 2018).  *Cross-battery assessment, SLD identification, and the assessment-intervention connection*.  Invited workshop presented at the annual meeting of the Department of Education's Professional Development Day. Manhattan, NY.

Flanagan, D. P. (October 2018).  *Use of X-BASS in SLD identification: An examination of district case studies.*  Invited workshop presented at Waller ISD Special Education Unit.  Waller, TX.

Flanagan, D. P. (October 2018). *CHC theory, PSW for SLD Identification, and assessment-intervention connection.*  Invited workshop presented at the Rye City School District.  Rye, NY.

Flanagan, D. P. (September 2018). *Comprehensive case studies of English learners using the culture-language interpretive matrix (C-LIM)*.  Invited workshop presented at Waller ISD Special Education Unit.  Waller, TX.

Flanagan, D. P. (September 2018).  *WJ IV, SLD identification, use of X-BASS, and the assessment-intervention connection*. Invited workshop presented at regional meeting of school psychologists. Minot, ND.

Flanagan, D. P., & Mascolo, J. T. (July 2018). *Every destination requires a map: How to navigate from RTI to intervention using cognitive assessment as your compass.*  Invited pre-convention workshop at the annual meeting of the School Neuropsychology Summer Institute. Grapevine, TX.

Flanagan, D. P. (May 2018). *SLD identification, use of X-BASS, and the assessment-intervention connection*. Invited workshop presented at the Chester County Intermediate Unit. Dowingtown, PA.

Dawn Patricia Flanagan

Flanagan, D. P. (May 2018). *Cross-battery assessment and SLD determination using X-BASS.*  Invited workshop presented at Waller ISD Special Education Unit.  Waller, TX.

Flanagan, D. P. (April 2018).   *SLD identification using X-BASS and the assessment-intervention Connection*.  Invited workshop presented at the San Diego Unified School District.  San Diego CA.

Flanagan, D. P. (January 2018).   *SLD identification using X-BASS and the assessment-intervention Connection*.  Invited workshop presented at the San Ramon Unified School District.  San Ramon CA.

Flanagan, D. P. (November 2017).  *The pattern of strengths and weaknesses (PSW) approach to SLD identification and linking assessment results to intervention*.  Invited workshop presented at the annual meeting of the Florida Association of School Psychologists.  Daytona Beach, FL.

Flanagan, D. P. (October 2017).   *Cross-battery assessment, SLD determination, and the assessment-intervention connection*.  Invited workshop presented at Nova Southeastern University's (NSU) Continuing Education (CE) Program. Fort Lauderdale, FL.

Flanagan, D. P. (October 2017).   *Cross-battery assessment, SLD determination, and the assessment-intervention connection*.  Invited workshop presented at Merced County Office of Education, Merced, CA.

Flanagan, D. P. (September 2017).   *Cross-battery assessment and SLD identification using X-BASS*.  Invited workshop presented at BOCES. Poughkeepsie, NY.

Flanagan, D. P. (August 2017). *Evaluating cognitive abilities and processes with RTI data in mind*.  Invited workshop presented at the Annual Summer Institute for Educational Diagnosticians. Dallas, TX.

Flanagan, D. P. (April 2017).  *Use of cross-battery assessment and a PSW approach in the identification of reading disorders and disabilities*. Invited workshop presented at Wappingers Central School District. Wappingers Falls, NY.

Flanagan, D. P. (March 2017). *Clinical use and interpretation of the WISC-V*.  Invited workshop presented at the annual School Psychology Conference. Toronto, Canada.

Flanagan, D. P. (March 2017).  *Application of X-BASS in practice: Case study presentations.*  Workshop presented at Region 6 Educational Service Center. Huntsville, TX.

Flanagan, D. P. (March 2017).  *Introduction to the cross-battery assessment software system (X-BASS)*.  Workshop presented at Region 6 Educational Service Center. Huntsville, TX.

Flanagan, D. P. (March 2017).  *Cross-battery assessment, SLD determination, and the assessment-intervention connection*. Invited workshop presented for Los Angeles County Office of Education. Los Angeles, CA.

Flanagan, D. P. (February 2017). *Linking assessment results to educational strategies and interventions – Part I*. Invited workshop presented at the annual meeting of the National Association of School Psychologists, San Antonio, TX.

Dawn Patricia Flanagan

Flanagan, D. P. & Mascolo, J. T. (February 2017). *Linking assessment results to educational strategies and interventions – Part II.* Invited workshop presented at the annual meeting of the National Association of School Psychologists, San Antonio, TX.

Flanagan, D. P. (February 2017). *Introduction to CHC theory: Application to assessment and SLD identification and relevance for intervention planning.* Invited workshop for Special Education Local Plan Area (SELPA). Patterson, CA.

Flanagan, D. P. (January 2017). *Cross-battery assessment, SLD determination, and the assessment-intervention connection.* Invited workshop presented at Cartwright School District. Cartwright, AZ.

Flanagan, D. P. (December 2016). *Introduction to the cross-battery assessment software system (X-BASS).* Invited workshop presented at Wayne Regional Educational Service Agency (RESA). Detroit, MI.

Flanagan, D. P. (December 2016). *Cross-battery assessment, SLD determination, and the assessment-intervention connection.* Invited workshop presented at Wayne Regional Educational Service Agency (RESA). Detroit, MI.

Flanagan, D. P. (November 2016). *Cross-battery assessment, SLD determination, and the assessment-intervention connection.* Invited workshop presented at the annual meeting of the Western Massachusetts Association of School Psychologists. Amherst, MA.

Flanagan, D. P. (November 2016). *Linking assessment results to educational strategies and interventions.* Workshop presented at the annual meeting of the British Columbia Association of School Psychologists. Vancouver, Canada.

Flanagan, D. P. (November 2016). *Use of the WISC-V and WJ IV in cross-battery assessment (XBA) and a pattern of strengths and weaknesses (PSW) approach to SLD identification.* Workshop presented at the annual meeting of the British Columbia Association of School Psychologists. Vancouver, Canada.

Flanagan, D. P. (October 2016). *The pattern of strengths and weaknesses (PSW) approach to SLD identification.* Workshop presented at the annual meeting of the California Association of School Psychologists. San Diego, CA.

Flanagan, D. P. (October 2016). *Linking assessment results to educational strategies and intervention.* Invited workshop for the annual meeting of the Hawaii Association of School Psychologists. Oahu, HI.

Flanagan, D. P. (October 2016). *Introduction to CHC theory: Application to assessment and SLD identification and relevance for intervention planning.* Invited workshop for Region V Council for Special Education. Oradell, NJ.

Flanagan, D. P. (September 2016). *Introduction to CHC theory: Application to assessment and SLD identification and relevance for intervention planning.* Invited workshop for West Chester Area School District, West Chester, PA.

Dawn Patricia Flanagan

Flanagan, D. P. (September 2016). *Clinical use and interpretation of the WISC-V.*  Invited workshop, PEEL District School Board. Toronto, Canada.

Flanagan, D. P. (September 2016). *Introduction to CHC theory: Application to assessment and SLD identification and relevance for intervention planning*.  Invited workshop for Special Education Local Plan Area (SELPA). San Diego, CA.

Flanagan, D. P. (June 2016). *Students referred for suspected SLD, including non-responders in the dyslexia pilot program: Where do we go from here? Understanding assessment, identification methods, and interventions.* Professional development training, Pennsylvania Department of Education. Harrisburg, PA.

Flanagan, D. P. (February 2016).  *Linking assessment results to instructional modifications, accommodations, remedial and compensatory Programs*. Invited continuing education workshop presented at the annual meeting of the National Association of School Psychologists, Orlando, FL.

Flanagan, D. P. (December 2015). *Cross-battery assessment and SLD identification: Comprehensive assessment for diagnosis and intervention*.  Invited workshop at the New Jersey Association of School Psychologists (NJASP).  Monroe, NJ.

Flanagan, D. P. (November 2015). *Cross-battery assessment, the pattern of strengths and weaknesses approach to identification of SLD, and the assessment-intervention connection*. Invited workshop at the North Coastal Consortium for Special Education (NCCSE), San Marcos, CA.

Flanagan, D. P. (November 2015). *Use of the WISC-V in cross-battery assessment and SLD identification*. Invited workshop at Education Service Center, Region 10,  Richardson, TX.

Flanagan, D. P. (October 2015). *Use of the WISC-V in cross-battery assessment and SLD identification*. Invited workshop at Education Service Center, Region 4,  Houston, TX.

Flanagan, D. P. (September 2015). *Use of cross-battery assessment and the PSW model in identification of specific learning disabilities*.  Invited workshop at the Cobb County School District, Atlanta, GA.

Flanagan, D. P. (August 2015). *The pattern of strengths and weaknesses (P SW) approach to SLD identification*.  Presented at Transforming Assessment Practices: An Institute for School Psychologists. Richmond, VA.

Flanagan, D. P. (July 2015). *The role of cross-battery assessment and accompanying software (X-BASS) in evaluation, interpretation, and SLD identification*.  Workshop presented at the annual Intervention Institute, Dallas, TX.

Flanagan, D. P. (June 2015). *Use of cross-battery assessment and the PSW model in identification of specific learning disabilities*.  Invited workshop at Ramsey School District, Ramsey, NJ.

Flanagan, D. P., & Mascolo, J. T. (June 2015).  Assessment and intervention planning for unique learners. Invited workshop presented at the Summer Evaluation Institute, Region IV Educational Service Center, Houston, TX.

Dawn Patricia Flanagan

Flanagan, D. P. (May 2015). *The cross-battery assessment method and software, SLD identification, and linking assessment findings to intervention*.  Invited two-day training presented at Region VI Educational Service Center, Huntsville, TX.

Flanagan, D. P. (May 2015). *Use of cross-battery assessment and the PSW model in identification of specific learning disabilities*.  Invited workshop at Tom's River School District, Tom's River, NJ.

Flanagan, D. P. & Ortiz, S. O. (May 2015).  *Use of the cross-battery assessment software system* (X-BASS). Train the trainers conference presented at Region X Educational Service Center, Dallas, TX.

Flanagan, D. P. (April 2015). *Use of cross-battery assessment and the PSW model in identification of specific learning disabilities*.  Invited workshop at Exton School District, Exton, PA.

Flanagan, D. P. (April 2015).  *Identification of specific learning disabilities using the pattern of strengths and weaknesses (PSW) approach*.  Presented at the New Jersey Learning Disabilities Consultant's conference, Princeton, NJ.

Flanagan, D. P. (March 2015).  *The basics of cross-battery assessment and interpretation*.  Full-day workshop presented at Region VI Educational Service Center, Huntsville, TX.

Flanagan, D. P. (March 2015).  *Advanced cross-battery assessment and interpretation with X-BASS*.  Full-day workshop presented at Region VI Educational Service Center, Huntsville, TX.

Flanagan, D. P. (March 2015).  *Clinical use and interpretation of the WISC-V*. Full-day workshop presented at the Ramsey School District, Ramsey, NJ.

Flanagan, D. P. (March 2015).  *The cross-battery assessment method and software, SLD identification, and linking assessment findings to intervention*.  Full-day workshop presented at Convington Independent Public Schools, Convington, KY.

Flanagan, D. P. (December 2014).  *Fundamentals of the cross-battery assessment approach: The data management and interpretive assistant (DMIA)*.  Full-day workshop presented at Region IV Educational Service Center, Houston, TX.

Flanagan, D. P. (December 2014).  *Advanced cross-battery assessment: Use of the pattern of strengths and weaknesses analyzer (PSW-A)*.  Full-day workshop presented at Region IV Educational Service Center, Houston, TX.

Flanagan, D. P. (December 2014).  *Identification of specific learning disability using contemporary theory and research.*  Presented at the Hanoi National University of Education, Department of Psychology, and sponsored by the Vietnamese Association of Psychologists and the Psychological and Educational Association of Vietnam. Hanoi, Vietnam.

Flanagan, D. P. (December 2014). *Introduction to the Cattell-Horn-Carroll (CHC) theory and the cross-battery assessment approach.*  Presented at the Hanoi National University of Education, Department of Psychology, and sponsored by the Vietnamese Association of Psychologists and the Psychological and Educational Association of Vietnam. Hanoi, Vietnam.

Dawn Patricia Flanagan

Flanagan, D. P. (November 2014). *CHC theory, the WISC-IV, and diagnosis and treatment of SLD*. Full-day workshop presented at the International Institute for Educational Therapy (IIET), Meisei University, Tokyo, Japan.

Flanagan, D. P. (November 2014). *Advanced cross-battery assessment, SLD identification, and the assessment-intervention connection*. Full-day workshop presented at the Indiana Association of School Psychologists, Indianapolis, IN.

Flanagan, D. P. (October 2014). *Educational strategies and interventions for students with learning difficulties: Practical recommendations for learning disability consultants*. Full-day workshop presented at the New Jersey Association of Learning Consultants, Princeton, NJ.

Flanagan, D. P. (September 2014). *Advanced cross-battery assessment, SLD identification, and the assessment-intervention connection*. Full-day workshop presented at Region XVI Educational Service Center, Amarillo, TX.

Flanagan, D. P. (September 2014). *Advanced cross-battery assessment, SLD identification, and the assessment-intervention connection*. Full-day workshop presented at Region IV Educational Service Center, Baytown, TX.

Flanagan, D. P. (August 2014). *CHC theory, cross-battery assessment, and SLD identification*. Workshop presented at the annual meeting of the Michigan Association of School Psychologists. Detroit, MI.

Flanagan, D. P. (August 2014). *Identification of specific learning disabilities using an alternative researched based approach and the pattern of strengths and weaknesses analyzer software.* Full-day workshop presented at Bedford County Public Schools, Bedford, VA.

Flanagan, D. P. (August 2014). *Linking results from cross-battery assessment to evidence-based interventions.* Full-day workshop presented at Bedford County Public Schools, Bedford, VA.

Flanagan, D. P. (May 2014). *The cross-battery approach and SLD identification: Assessment and intervention.* Full-day workshop presented at the Kansas Association of School Psychologists, Emporia, KS.

Flanagan, D. P. (April 2014). *Fundamentals of the cross-battery assessment approach: The data management and interpretive assistant (DMIA)*. Full-day workshop presented at Region IV Educational Service Center, Cleburne, TX.

Flanagan, D. P. (April 2014). *Advanced cross-battery assessment: Use of the pattern of strengths and weaknesses analyzer (PSW-A)*. Full-day workshop presented at Region IV Educational Service Center, Cleburne, TX.

Flanagan, D. P. (March 2014). *CHC theory, the WISC-IV, and diagnosis and treatment of SLD*. Invited full-day workshop for visiting Japanese teachers and scholars of the International Institute for Educational Therapy. Queens, NY.

Flanagan, D. P. (January 2014). *The XBA PSW-A v1.0 and DMIA v2.0 advanced*. Invited full-day workshop presented at Region 10 Educational Service Center. Dallas, TX.

Dawn Patricia Flanagan

Flanagan, D. P. (November 2013). *The XBA data management and interpretive assistant v2.0: Use and interpretation*.  Invited full-day workshop presented at Region 1 Educational Service Center. Mesquite, TX.

Flanagan, D. P. (November 2013). *The XBA pattern of strengths and weaknesses analyzer v1.0: Use and interpretation*.  Invited full-day workshop presented at Region 1 Educational Service Center. Mesquite, TX.

Flanagan, D. P. (September 2013).  *New developments in CHC theory, cross-battery assessment for intervention and identification of SLD*.  Invited full-day workshop presented at Region 1 Educational Service Center.  Loredo, TX.

Flanagan, D. P. (July 2013). *New developments in CHC theory, cross-battery assessment for intervention and identification of SLD*.  Invited full-day workshop presented at Region 9 Educational Service Center.  Wichita Falls, TX.

Flanagan, D. P. (July 2013).  *New developments in CHC theory, cross-battery assessment for intervention and identification of SLD*.  Invited full-day workshop presented at Region 4 Educational Service Center.  Pasadena, TX.

Flanagan, D. P. (June 2013). *Differential diagnosis of SLD and the pattern of strengths and weaknesses approach*.  Invited full-day workshop of the Arkansas Association of Educational Administrators. Eureka Springs, AR.

Flanagan, D. P. (June 2013).  *New developments in CHC theory, cross-battery assessment for intervention and identification of SLD*.  Invited full-day workshop presented at Region 13 Educational Service Center.  Austin, TX.

Flanagan, D. P. (June 2013).  *Best practices in LD assessment: A process that begins with RTI and that may culminate in the use of norm-references tests for redirecting intervention*.  Invited full-day workshop presented at Region 7 Educational Service Center.  Tyler, TX.

Flanagan, D. P. (May 2013). *New developments in CHC theory, cross-battery assessment for intervention and identification of SLD*.  Invited full-day workshop presented at Region 10 Educational Service Center.  Dallas, TX.

Flanagan, D. P. (May 2013).  *New developments in CHC theory, cross-battery assessment for intervention and identification of SLD*.  Invited full-day workshop presented at Region 10 Educational Service Center.  Richardson, TX.

Flanagan, D. P. (April 2013).  *Cross-battery assessment for intervention in referrals of suspected SLD: Important cognitive-achievement relationships and software to aid in interpretation and diagnosis (PART I)*.  Invited full-day workshop at the West Virginia Association of School Psychologists. Charleston, WV.

Flanagan, D. P. (April 2013).   *Cross-battery assessment for intervention in referrals of suspected SLD: Important cognitive-achievement relationships and software to aid in interpretation and diagnosis (PART II)*.  Invited full-day workshop at the West Virginia Association of School Psychologists. Charleston, WV.

Dawn Patricia Flanagan

Flanagan, D. P. (April 2013).  *Linking cognitive assessment results to evidence-based interventions for students with learning difficulties*.  Invited workshop, Wayne County Regional Educaitonal Service Agency (RESEA).  Wayne, MI.

Flanagan, D. P. (April 2013).  *New developments in cross-battery assessment and related software*. Invited workshop, Wayne County Regional Educaitonal Service Agency (RESEA).  Wayne, MI.

Flanagan, D. P. (April 2013).  *New developments in CHC theory, cross-battery assessment for intervention, and identification of SLD*.  Invited full-day workshop, New Hampshire Association of School Psychologists, Manchester, NH.

Flanagan, D. P. (March 2013).  *Importance of cognitive abilities and processes for learning and achievement*.  Invited full-day workshop for special educators and reading specialists, Merrick Public Schools, Merrick, NY.

Flanagan, D. P. (March 2013).  *New developments in CHC theory, cross-battery assessment for intervention, and identification of SLD*.  Invited full-day workshop, Icelandic Association of Psychologists in Schools, Reykjavik, Iceland.

Flanagan, D. P. (February 2013).  *New developments in CHC theory, SLD identification, and cross-battery assessment*.  Invited full-day workshop, Houston Independent School District, Houston, TX.

Flanagan, D. P. & Ortiz, S. O. (February 2013).  *Advanced training in the cross-battery assessment approach and cross-battery software for statewide use*.  Invited "Train the Trainers" full-day workshop for professional Development staff in the 20 regions of Texas, Houston, TX.

Flanagan, D. P. (December 2012).  *New developments in CHC theory, SLD identification, and cross-battery assessment*.  Invited full-day workshop, Merrick Public Schools, Merrick, NY.

Flanagan, D. P. (October 2012).  *Research-based approaches to specific learning disability identification: Part I*.  Invited full-day workshop, Arkansas School Psychology Association, Arkadelphia, AR.

Flanagan, D. P. (October 2012).  *Interventions for specific learning disabilities: Part II*.  Invited full-day workshop, Arkansas School Psychology Association, Arkadelphia, AR.

Feifer, S. G., Flanagan, D. P., & McCloskey, G. (September 2012).  *Literacy and the brain: A neuropsychological framework for assessment and intervention*.  Invited speaker, full-day symposium sponsored by Pearson Assessments, Baltimore, MD.

Flanagan, D. P. (August 2012).  *The cross-battery assessment - evidence-based intervention connection*. Invited full-day workshop, Virginia Stated Operated Program's Conference "Moving Forward Together," Roanoke, VI.

Flanagan, D. P. (July 2012).  *CHC-based cross-battery assessment and specific learning disability identification*. Invited full-day workshop, Minnesota Department of Education, Minneapolis, MN.

Flanagan, D. P. (June 2012).  *New directions in CHC theory, the cross-battery assessment approach, and identification of specific learning disabilities*.  Invited full-day workshop, Region 19, El Paso, TX.

Dawn Patricia Flanagan

Flanagan, D. P. (April 2012). *Research-based approaches to specific learning disability identification: Part I.* Invited full-day workshop, Manitoba Association of School Psychologists. Manitoba, Canada.

Flanagan, D. P. (April 2012). *Research-based approaches to specific learning disability identification: Part II.* Invited full-day workshop, Manitoba Association of School Psychologists. Manitoba, Canada.

Flanagan, D. P. (March 2012). *Identifying and linking cognitive strengths and weaknesses in CHC domains to educational strategies and academic interventions.* Invited full-day workshop for school psychologists. Columbia, SC.

Flanagan, D. P. (March 2012). *The assessment-intervention connection for students with learning disabilities.* Invited full-day workshop at the Wayne County Regional Educational Service Agency. Wayne, MI.

Flanagan, D. P. (February 2012). *SLD and other learning difficulties: Linking assessment to educational strategies and interventions.* Full-day workshop at the annual meeting of the National Association of School Psychologists. Philadelphia, PA.

Flanagan, D. P. (January 2012). *Evidence-based interventions for students with learning difficulties.* Invited full-day workshop presented to school psychologists, Plainview-Old Bethpage Central School District. Plainview, NY.

Flanagan, D. P. (December 2011). *Linking cognitive strengths and weaknesses in CHC domains to educational strategies and academic interventions.* Invited presentation at the annual meeting of the New Jersey Association of School Psychologists. Jamesburg, NJ.

Flanagan, D. P. (November 2011). *Cross-Battery Assessment and its role in identifying specific learning disabilities.* Invited full-day workshop presented at the Annual Conference of the Saskatchewan Educational Psychology Association. Saskatoon, Canada.

Flanagan, D. P. (November 2011). *Cross-battery assessment for identification of students with SLD.* Invited full-day workshop for school psychologists in Malverne Union Free School District. Malverne, NY.

Flanagan, D. P. (November 2011). *Identifying targets for remediation, compensation, and accommodation for students with SLD, with a focus on memory and executive functioning.* Invited full-day workshop presented at the Annual Conference of the Saskatchewan Educational Psychology Association. Saskatoon, Canada.

Flanagan, D. P. (September 2011). *Cognitive assessment for SLD identification: A third method approach.* Invited full-day workshop for regional professionals, psychologists and representatives of the Virginia Department of Education. Charlottesville, VA.

Flanagan, D. P. (October 2011). *A multi-source, multi-method approach to SLD identification in the era of RTI.* Invited full-day workshop at the annual meeting of the New York Association of School Psychologists. Rome, NY.

Dawn Patricia Flanagan

Flanagan, D. P. (September 2011).   *Cross-battery assessment for students with learning difficulties*. Invited full-day workshop presented to school psychologists, Plainview-Old Bethpage Central School District.  Plainview, NY.

Flanagan, D. P. (August 2011).   *Using Current Research to Guide the Practice of Identifying Students with Learning Disabilities: A Review of Different Models and Recommendations for Best Practices*.  Presented to School Psychologists in the Washington D.C. Public Schools, Washington D.C., VA.

Flanagan, D. P. (June 2011).   *Specific Learning Disability Identification.*  Presented at the Education Service Center, Region 4, Houston, TX.

Flanagan, D.P. (June 2011).   *Identification and treatment of students with SLD*.  Invited full-day workshop for school psychologists, District of Columbia Public Schools.  Washington, DC.

Flanagan, D. P. (May 2011).   *Cross-Battery Assessment Basics for Comprehensive Assessment*. Presented to school psychologists in Merrick School District, Merrick, NY.

Flanagan, D. P.  (May 2011).   *When Tier II Interventions Fail: Targeted Diagnostic Assessment for Intervention*.  Presented to school psychologists in Miami-Dade Public School District, Miami, FL.

Flanagan, D. P. & Mascolo, J. T. (May 2011).   *Assessing, Understanding, and Intervening with Cognitive and Academic Deficits*.  Presented to school psychologists in Miami-Dade Public School District, Miami, FL.

Flanagan, D. P. (April 2011).   *Advanced Training on the CHC Cross-Battery Assessment Approa*ch. Presented at the conference of Nova Scotia School Psychologists, Prince Edward Island, Canada.

Flanagan, D. P. (March 2011).   *Essentials of SLD Identification*.  Workshop presented at the Washtenaw Intermediate School District, Ann Arbor, MI.

Flanagan, D. P. (February 2011).   *Assessment for Intervention: The CHC Cross-Battery Approach and SLD Identification*.  Workshop presented at the Psychological Service Center, Alexandria Public Schools, Alexandria, VA.

Flanagan, D. P. (February 2011).   *Essentials of SLD Identification with Case Presentations*.  Full-day workshop presented at the Annual meeting of the National Association of School Psychologists, San Francisco, CA.

Flanagan, D. P. (December 2010).  How to Link Interventions to a Student's Pattern of Cognitive and Academic Strengths and Weaknesses.  Presented at the Greenville School District, Greenville, SC.

Flanagan, D. P. (December 2010).   *A Comprehensive DAS-II Case Study: Differential Diagnosis and Intervention Planning*.  Presented at the Greenville School District, Greenville, SC.

Flanagan, D. P. (November 2010). Comprehensive *Assessment for Intervention: A Multi-Method, Multi-Source Approach to SLD Identification and Treatment*.  Presented at the Education Service Center, Region 10, Richardson, TX.

Dawn Patricia Flanagan

Flanagan, D. P. (November 2010). *Comprehensive Assessment for Intervention: A Multi-Method, Multi-Source Approach to SLD Identification and Treatment.*  Presented at Syosset District Schools, Syosset, NY.

Flanagan, D. P. (October 2010). *Use of Cross-Battery Assessment in Identification of Specific Learning Disabilities.*  Presented at the Westchester County Association of School Psychologists, Westchester, NY.

Flanagan, D. P. (October 2010). *Improving Practice through the Use of CHC Theory and Research: A "Third Method" Approach to SLD Identification.*  Presented at the Missouri Association of School Psychologists, University of Missouri, St. Louis, Millennium Student Center, St. Louis, MO.

Flanagan, D. P. (October 2010). *The Importance of Cognitive Abilities and Processes in Crafting Reading and Writing Interventions.*  Presented at the International Dyslexia Association, The Phoenix Convention Center, Hyatt Regency, Phoenix, AZ.

Flanagan, D. P. (October 2010).  *RTI and Cognitive Assessment for SLD Identification: A Third Method Approach.*  Presented at the Washington Elementary School District, Phoenix, AZ.

Flanagan, D. P. (July 2010).  *Diagnostic Assessment for Intervention.*  Two-day training presented at the Tri-County Meeting of School Psychologists, Miami, FL.

Flanagan, D. P. (July 2010).  *Integrating Cognitive Assessment in School Neuropsychological Evaluations.*  Invited **Keynote** Address at the 3rd annual School Neuropsycholgy Summer Institute. Grapevine, TX.

Flanagan, D. P. (June 2010).  *Cross-Battery Assessment for Intervention: Linking Assessment Data to Strategies and Interventions for Individuals with Focus on Transition to Postsecondary Education.* Invited workshop presented at the Ontario meeting of psychologists, Toronto, Canada.

Flanagan, D. P. (June 2010).  *Cross-battery Assessment for Intervention: An Update on the Research that Guides SLD Identification and Case Examples.*  Invited workshop presented at Region 6, Education Service Center, Huntsville, TX.

Flanagan, D. P. (May 2010). *Cross-battery Assessment and SLD Identification.*  Invited workshop at the Regional Meeting of School Psychologists, Seattle, WA.

Flanagan, D. P. (May 2010).  *Cognitive Assessment is Important for SLD Identification and Treatment.* Invited workshop at the Maryland Association of School Psychologists. Baltimore, MD.

Flanagan, D. P. (April 2010). *Linking Assessment Data to Intervention.*  Invited workshop at the Tri-County Meeting of School Psychologists, Miami, FL.

Flanagan, D. P. (March 2010).  *Comprehensive Assessment for SLD Identification and Treatment.* Workshop presented at the National Association of School Psychologists, Chicago, IL.

Flanagan, D. P. (February 2010).  *The Role of Cross-Battery Assessment in Pinpointing Cognitive Strengths and Weaknesses for Consideration is SLD Identification and Treatment.*  Invited workshop presented to Greenville School District Psychologists, Greenville, SC.

Dawn Patricia Flanagan

Flanagan, D. P. (December 2009). *An Hypothesis Testing XBA Approach: Patterns of CHC Cognitive Strengths and Weaknesses for the Identification of SLD*. Presented at the Washington Elementary School District, Phoenix, AZ.

Flanagan, D. P. (November 2009). *RTI, Cross-Battery Assessment of Cognitive Constructs, and SLD Identification: A Continuum of Data Gathering Methods*. Invited workshop presented at Region 12, Education Service Center, Waco, TX.

Flanagan, D. P. (November 2009). *Cross-Battery Assessment and SLD Identification: Linking Assessment Results to Evidence-based Interventions*. Invited workshop presented at the British Columbia Association of School Psychologists (BCASP). Vancouver, B.C. Canada.

Flanagan, D. P. (October 2009). *Assessment, Diagnosis, and Intervention of Specific Math Disabilities*. Invited workshop at the annual meeting of Psychologists in Schools Association (PISA). Halifax, Nova Scotia.

Flanagan, D. P. (October 2009). *Linking Comprehensive Assessment Results to Tailored Interventions for Students who Fail to RTI at Tier II*. Invited presentation of the annual meeting of the Idaho School Psychology Association, Sun Valley, ID.

Flanagan, D. P. (September 2009). *Comprehensive Evaluation of Suspected SLD for Tier II Nonresponders*. Invited workshop of the Michigan Association of School Psychologists, Detroit, MI.

Flanagan, D. P. (June 2009). *Advanced Training in XBA: Programs and Case Studies*. Invited workshop presented at Region 16, Education Service Center, Amarillo, TX.

Flanagan, D. P. (May 2009). *RTI, Cross-Battery Assessment and SLD Identification*. Invited workshop presented at Region 19, Education Service Center, El Paso, TX.

Flanagan, D. P. (December 2008). *RTI, Cross-Battery Assessment, and SLD Identification*. Invited workshop presented at Region 13, Education Service Center, Austin, TX.

Flanagan, D. P. (October 2008). *Identifying Patterns of Strengths and Weaknesses for SLD Identification and Treatment*. Invited workshop presented at Region 13, Education Service Center, Austin, TX.

Flanagan, D. P. (October 2008). *RTI, Cross-Battery Assessment, and SLD Identification: Part I (October 23)*. Invited workshop presented at the Saskatchewan Association of School Psychologists, Regina, Canada.

Flanagan, D. P. (October 2008). *Linking Assessment to Intervention: Part II (October 24)*. Invited workshop presented at Saskatchewan Association of School Psychologists, Regina, Canada.

Flanagan, D. P. (October 2008). *RTI, Cross-Battery Assessment, and SLD Identification*. Invited workshop presented at Region 13, Education Service Center, Austin, TX.

Flanagan, D. P. (October 2008). *RTI, Cross-Battery Assessment, and SLD Identification*. Invited workshop presented at Region 14, Education Service Center, Abilene, TX.

Flanagan, D. P. (July 2008). *RTI, Cross-Battery Assessment, and SLD Identification*. Invited workshop for Educational Diagnosticians, Grapevine, TX.

Dawn Patricia Flanagan

Flanagan, D. P. (July 2008). *RTI, Cross-Battery Assessment, and SLD Identification*. Invited workshop presented at the Summer Institute, New York Association of School Psychologists, Rochester, NY.

Flanagan, D. P. (June 2008). *RTI, Cross-Battery Assessment, and SLD Identification*. Invited workshop presented at Region 4, Education Service Center, Houston, TX.

Flanagan, D. P. (June 2008). *A Step-by-Step Approach to Cross-Battery Assessment and SLD Determination*. Invited workshop presented at Region 6, Education Service Center, Huntsville, TX.

Flanagan, D. P. (May 2008). *Use of Cross-Battery Assessment Techniques in Diagnosing Learning Disabilities in Children and Adults*. Invited workshop presented in Ontario, Canada.

Flanagan, D. P. (May 2008). *Integrating RTI and Comprehensive Evaluation in the Process of SLD Identification in the Schools*. Invited workshop to be presented at Region 16, Education Service Center, Amarillo, TX.

Flanagan, D. P. (May 2008). *Advanced Training on Cross-Battery Assessment and Use of the XBA Data Management and Interpretive Assistant*. Invited workshop to be presented at Region 20, Education Service Center, San Antonio, TX.

Flanagan, D. P. (May 2008). *Advanced Training on Cross-Battery Assessment and Use of the SLD Assistant and Culture-Language Interpretive Matrix*. Invited workshop to be presented at Region 20, Education Service Center, San Antonio, TX.

Flanagan, D. P. (April 2008). *Advanced Training on Cross-Battery Assessment and Use of the XBA Data Management and Interpretive Assistant*. Invited workshop presented at Region 13, Education Service Center, Austin, TX.

Flanagan, D. P. (March 2008). *Advanced Training on Cross-Battery Assessment and Use of the XBA Data Management and Interpretive Assistant*. Invited workshop presented at Region 20, Education Service Center, San Antonio, TX.

Flanagan, D. P. (March 2008). *Advanced Training on Cross-Battery Assessment and Use of the SLD Assistant and Culture-Language Interpretive Matrix*. Invited workshop presented at Region 20, Education Service Center, San Antonio, TX.

Flanagan, D. P. (January 2008). *RTI and Comprehensive Evaluation in SLD Identification*. Invited workshop presented at Region 4, Education Service Center, Houston, TX.

Flanagan, D. P. (January 2008). *RTI and Comprehensive Evaluation in SLD Identification*. Invited workshop presented at Region 13, Education Service Center, Austin, TX.

Flanagan, D. P. (November 2007). *Use of Cross-Battery Assessment Within and RTI Service Delivery Model for SLD Identification*. Invited workshop presented at the Florida Association of School Psychologists, Daytona, FL.

Flanagan, D. P. (November 2007). *Cross-Battery Assessment and Use of XBA Data Management and Interpretive Assistant*. Invited workshop for school psychologists, Washington School District, Phoenix, AZ.

Dawn Patricia Flanagan

Flanagan, D. P. (October 2007). *Cross-Battery Assessment and SLD Identification*. Invited workshop presented at Region 5, Education Service Center, Beaumont, TX.

Flanagan, D. P. (October 2007). *Cross-Battery Assessment and SLD Identification*. Invited workshop presented at Region 13, Education Service Center, Austin, TX.

Flanagan, D. P. (September 2007). *Helping Educational Diagnostician Understand IDEA 2004 SLD Definition and the 2006 Regulations*. Invited workshop presented at Region 11, Education Service Center, Fort Worth, TX.

Flanagan, D. P. (September 2007). *Response to Intervention and SLD Determination*. Invited workshop presented at Region 10, Education Service Center, Dallas, TX.

Flanagan, D. P. (August 2007). *Use of the KABC-II in Cross-Battery Assessment and SLD Identification*. Invited workshop presented at the California Association of School Psychologists, San Diego, CA.

Flanagan, D. P. (August 2007). *Cross-Battery Assessment and SLD Determination*. Invited workshop presented at Region 17, Educational Service Center, Lubbock, TX.

Flanagan, D. P. (June 2007). *Implementing Cross-Battery Assessment and the SLD Operational Definition within a Three-tier RtI Model*. In-service training, annual summer institute, Dade County, Miami, FL.

Flanagan, D. P. (May 2007). *Cross-Battery Assessment and SLD Identification*. In-service training for school psychologists, diagnosticians, and speech therapists in Pasadena, TX.

Flanagan, D. P. (May 2007). *Integration of RTI and Cognitive Assessment: An Operational Definition of SLD*. In-service training for school psychologists in West Chester County, West Chester, PA.

Flanagan, D. P. (May 2007). *Use of KABC-II in Nondiscriminatory Assessment and Evaluation of SLD*. Presented at the annual Spring meeting of the Ohio Association of School Psychologists, Cleveland, OH.

Flanagan, D. P. (May 2007). *Best Practices in Linking RTI and Cognitive Assessment: Toward an Operational Definition of SLD*. Presented at the annual Spring meeting of the Ohio Association of School Psychologists, Cleveland, OH.

Flanagan, D. P. (March 2007). *Nondiscriminatory Assessment, SLD Evaluation, and IDEA*. Presented at the annual meeting of the California Association of School Psychologists, Los Angeles, CA.

Flanagan, D. P. (January 2007). *Identification of Below Average Aptitude-Achievement Consistencies as a Diagnostic Criterion for SLD*. Invited professional development workshop presented through the Educational Service Center, Region 20, San Antonio, TX.

Flanagan, D. P. (January 2007). *Identification of SLD in Referred and CLD Students Using Automated Data Management and Interpretive Assistant Programs*. Invited professional development workshop LLSPs and Diagnosticians, Victoria School District, Victoria, TX.

Flanagan, D. P. (December 2006). *What's New in Cognitive Assessment: Cross-Battery Methods with a New Generation of Batteries*. Invited professional development workshop presented at the East

Dawn Patricia Flanagan

Texas Educational Diagnosticians' Association meeting; Educational Service Center, Region VII, Tyler, TX.

Flanagan, D. P. (November 2006).  RIT and Intelligent Testing within the Context of a Modern Operational Definition of SLD.  Invited professional development workshop for school psychologists of the Chester County Intermediate Unit, West Chester, PA.

Flanagan, D. P. (October 2006).  *An Operational Definition of SLD and New Methods of Cross-Battery Assessment and Interpretation*.  Invited workshop presented through the Florida Association of School Psychologists, Orlando, FL.

Flanagan, D. P. (October 2006).  *An Operational Definition of SLD that Begins with RTI and that May Culminate in the Use of Standardized Cognitive Measures Depending on Student Outcome*.  Invited workshop presented through the Oregon Association of School Psychologists, Portland/Timberline, OR.

Flanagan, D. P. (September 2006).  *An Operational Definition of SLD: Implementation within the context of IDEIA*.  Invited workshop, San Diego Public Schools, San Diego, CA.

Flanagan, D. P. (August 2006).  *Essentials of Cross-Battery Assessment in SLD Identification*.  Invited workshop for school psychologists in Loudon Country, VA.

Flanagan, D. P. (August 2006).  *Nuts and Bolts of CHC Cross-Battery Assessment in SLD Identificatio*n.  Invited workshop LLSPs and Diagnosticians, Victoria School District, Victoria, TX.

Flanagan, D. P. (August 2006).  *Integration of RTI and Cognitive Assessment in response to the Reauthorization of IDEA*.  Invited workshop LLSPs and Diagnosticians, Victoria School District, Victoria, TX.

Flanagan, D. P. & Ortiz, S. O. (2006, May).  *Best Practices in LD and Nondiscriminatory Assessment*.  Invited workshop, sponsored by Pearson Assessments, for school psychologists in Los Angeles, CA.

Flanagan, D. P. (2006, April).  *The Role of Current Intelligence Tests in LD Identification*. Invited workshop presented through the Arizona Association of School Psychologists.  Scottsdale, AZ.

Flanagan, D. P. (2006, April).  *Cross-Battery Assessment, LD Differential Diagnosis, RTI and the KABC-II*.  Invited workshop, sponsored by Pearson Assessments, for school psychologists in Seminole County, Orlando, FL.

Flanagan, D. P. & Ortiz, S. O. (2006, March).  *Use of the KABC-II and Other Cognitive Ability Tests in LD and Nondiscriminatory Assessment*.  Workshop presented at the annual meeting of the National Association of School Psychologists. Anaheim, CA.

Flanagan, D. P. (2006, February). *Use of the KABC-II in Nondiscriminatory Assessment*.  Invited workshop presented at for school psychologists through American Guidance Services. Washington, D.C.

Flanagan, D. P. (2005, December).  *Use of Cross-Battery Assessment, RTI, and Other New Measures and Approaches to Identify Children with Learning Disabilities*.  Invited workshop for school

Dawn Patricia Flanagan

psychologists in Northern Ohio; sponsored by the Northern Ohio Special Education Regional Resource Center, Vermillion, OH.

Flanagan, D. P. (2005, November). *Use of Cross-Battery Assessment in LD Diagnosis Following IDEA 2004.* Invited workshop presented at the Illinois Association of School Psychologists, Springfield, IL.

Flanagan, D. P. (2005, September). *Cross-Battery Assessment and LD Identification.* Invited workshop for psychologists and diagnosticians, Peels District, Toronto, Canada.

Alfonso, V. C., Flanagan, D. P., Ortiz, S. O., & Mascolo, J. T. (2005, May). *Best Practices in LD and Nondiscriminatory Assessment: Use of the KABC-II and Other Current Cognitive and Academic Ability Tests with Culturally and Linguistically Diverse Students.* Invited workshop presented at Fordham University and sponsored by American Guidance Services, New York City, NY.

Kaufman, A.S., Fletcher, E., & Flanagan, D. P. (2005, March). *Professional Training on the KABC-II and KTEA-II.* Workshop presented at the National Association of School Psychologists, Atlanta, GA.

Flanagan, D. P. (2005, February). *Utility of the KABC-II and KTEA-II in LD Evaluation.* Invited workshop presented at the New Jersey City University and sponsored by American Guidance Services, Jersey City, NJ.

Flanagan, D. P. (2005, February). *The Kaufman Assessment Battery for Children – Second Edition.* Invited workshop through Suffolk Country Association of School Psychologists and New York Association of Schoo Psychologists, Oakdale, NY.

Flanagan, D. P. (2005, January). *Cross-Battery Assessment and LD Evaluation in the Post Ability-Achievement Discrepancy Era.* Invited workshop presented at the Texas state-wide conference in Region 12, Corpus Christi, TX.

Flanagan, D. P. (2004, December). *Using the KABC-II in Cross-Battery Assessment and in LD Evaluation.* Invited workshop presented at the New Jersey Association of School Psychologists, East Windosor, NJ.

Flanagan, D. P. (2004, November). *Use of Cross-Battery Assessment within the Context of a New Generation of Intelligence Tests.* Invited workshop presented at West Babolyn School District, West Babolyn, NY.

Flanagan, D. P. (2004, October). *The Role of IQ Tests in LD Evaluation: Ability-Achievement Consistency Analysis within the Context of a Modern Operational Definition of LD.* Invited presentation at the Fourth Spearman Conference Acknowledging a Century of Psychometric Research, "Diagnostics in Education: Theory, Measurement, and Application" (Sponsored by ETS), Philadelphia, PA.

Flanagan, D.P. (2004, October). *Professional Training on the KABC-II and its Role in LD Evaluation.* Workshop presented at the New York Association of School Psychologists, Buffalo, NY.

Kaufman, A.S., & Flanagan, D. P. (2004, October). *Professional Advanced Training Seminar on the KABC-II and KTEA-II.* Workshop presented at the Massachusettes Association of School Psychologists, Woburn, MA.

Kaufman, A.S., Kaufman, N.L., Lichtenberger, E. O., & Flanagan, D. P. (2004, October). *Professional Training on the KABC-II and KTEA-II.* Workshop sponsored by American Guidance Services, White Plains, NY.

Dawn Patricia Flanagan

Flanagan, D. P. (2004, September).  *Cross-Battery Assessment Revisted: Application of WJ III, WISC-IV, SB5, and KABC-II*.   Invited workshop presented at the Washington School District in Phoenix, AZ.

Flanagan, D. P. (2004, June).  *Reauthorization of IDEA and its Impact on the Evaluation of LD*.  Invited workshop presented at Region 9, Wichita Falls, TX.

Flanagan, D. P. (2004, May).  *Use of the KABC-II in CB and LD Assessment*.  Invited workshop sponsored by American Guidance Services and conducted in Rochester, NY.

Flanagan, D. P. (2004, May). *Use of the KABC-II in CB and LD Assessment*.  Invited workshop sponsored by American Guidance Services and conducted in Buffalo, NY.

Flanagan, D.P. (2004, March). *Using CHC Cross-Battery Assessment to Address LD Referrals*. Workshop presented at the annual convention of the Indiana Association of School Psychologists, IN.

Flanagan, D.P. (2004, March). *Using the WISC-IV and CHC Cross-Battery Methods for LD Referrals.* Mini-skills workshop presented at the annual convention of the National Association of School Psychologists, Dallas, TX.

Flanagan, D.P. & Ortiz, S.O. (2004, April). *CHC Cross-Battery and Learning Disability Assessment: Theoretical and Research-Based Approaches for the Post "Severe Discrepancy" Age*.  Mini-skills workshop presented at the annual convention of the National Association of School Psychologists, Dallas, TX.

Caltabiano, L., Flanagan, D., & Mascolo, J. (2003, April). *Using the WJ III to Identify Individuals With Learning Disabilities*. Mini-skills workshop presented at the annual convention of the National Association of School Psychologists, Toronto, Canada.

Flanagan, D. P. (2002, September). *CHC Theory, New Methods of Assessment, and Learning Disability Evaluation.*   Invited presentation at Board of Education, Special Task Force of Learning Disability, in Raleigh/Durham, NC.

Flanagan, D. P. (2002, August).   *An Introduction to the Cross-Battery Approach: Implications for Learning Disability Evaluation.*  Invited presentation at Jericho school district, Jericho, NY.

Flanagan, D. P. (2002, February).  *Improving Diagnosis of Learning Disability Through New Assessment Methods.*  Invited workshop to be presented at Henrico County Public Schools' annual staff development conference, Richmond, VA.

Flanagan, D. P. (2001, November).   *Implementation of an Operational Definition of LD*. Invited workshop presented at the Washington School District, Phoenix, AZ.

Flanagan, D. P. (2001, September). *Improving Diagnosis of Learning Disability Through Cross-Battery Methods, Current Theory, and Research*.  Invited workshop presented at Macomb/St. Claire Conference for School Psychologists, Detroit, MI.

Flanagan, D. P. (2001, September). *Improving Diagnosis of Learning Disability Through New Assessment Methods and Current Theory and Research*.  Invited workshop presented at Region 17, Education Service Center, Lubbock, TX.

Dawn Patricia Flanagan

Flanagan, D. P. (2001, June).  *Application of Cross-Battery Methods within the Context of an Operational Definition of LD*.  Invited workshop presented at the Summer Institute on Assessment. Abeliene, TX.

Flanagan, D. P. (2001, May).  *An Operational Definition of Learning Disability: Application of Cross-Battery Assessment and the WJ III.*  Invited workshop CA State Department of Education Grant Program, Sacramento, CA.

Flanagan, D. P., & Gerner, M. (2001, April). *Improving Diagnosis of Learning Disability Through Application of New Assessment Methods and Current Theory and Research*.  Workshop presented at the annual convention of the annual convention of the National Association of School Psychologists, Washington, D.C.

Floyd, R. G., & Flanagan, D. P. (2001, April).  *Introduction to the CHC Cross-Battery Approach: Implications for Assessment and Interpretation*.  Workshop presented at the annual convention of the National Association of School Psychologists, Washington, D.C.

Flanagan, D. P. (2001, March).  *Part I: Improving diagnosis of learning disability through application of cross-battery assessment methods: Special considerations for culturally and linguistically diverse populations.*  Workshop presented at the annual convention of the California Association of School Psychologists: Costa Mesa, CA.

Flanagan, D. P. (2001, March).  *Part II: Improving diagnosis of learning disability through application of cross-battery assessment methods: Special considerations for culturally and linguistically diverse populations.*  Workshop presented at the annual convention of the California Association of School Psychologists: Costa Mesa, CA.

Flanagan, D. P. (2001, January). *Improving the validity of cognitive assessment through CHC Cross-Battery Assessment*.  Invited workshop presented at the annual meeting of the Texas Association of School Psychologists, Austin, TX.

Flanagan, D. P., & Gerner, M. (2000, March).  *A conceptual framework for interpreting intracognitive and ability-achievement discrepancies in the assessment and identification of learning disabilities*.  Workshop presented at the annual convention of the National Association of School Psychologists, New Orleans, LA.

Flanagan, D. P. (2000, March*).  The future of cognitive assessment*.  Invited panel presentation at the annual meeting of the California Association of School Psychologists.  Monterey, CA.

Flanagan, D. P. (2000, March).  *Nuts and bolts of cross-battery assessment*. Workshop presented at the California Association of School Psychologists.  Monterey, CA.

Flanagan, D. P. (1999, November).  *Gf-Gc cross-battery assessment: Bridging the theory-practice gap*.  Invited workshop presented at annual practitioners' conference.  Goshen, NY.

Flanagan, D. P. (1999, October).  *Gf-Gc cross-battery assessment with culturally and linguistically diverse populations*.  Invited workshop presented at Vancouver, WA.

Flanagan, D. P., & Ortiz, S. O. (1999, August).  *The Wechsler Scales and Gf-Gc Theory: Bridging the theory-practice gap*.  Invited workshop presented at the annual meeting of the Northern Arizona Psychological Society in co-sponsorship with Consulting Psychologists.  Flagstaff, AZ.

Dawn Patricia Flanagan

Flanagan, D. P. (1999, March).  *An introduction to Gf-Gc cross-battery assessment*.  Invited workshop presented at the Pelham School District: Pelham, NY.

Flanagan, D. P. (1999, February).  *Gf-Gc cross-battery assessment and application to the Wechsler Scales.*  Invited workshop presented at Temple University in conjunction with the school psychology program. PA.

Flanagan, D. P. (1999, February).  *Learning disabilities assessment and the Gf-Gc cross-battery approach.*  Invited workshop presented at Hofstra University: Hempstead, NY.

Flanagan, D. P. & Ortiz, S. O. (1999, February).  *Applying the Gf-Gc cross-battery approach to multicultural populations*.  Invited workshop presented at the Washington School District: Phoenix, AZ.

Flanagan, D. P. & Genshaft, J. L. (1998, November).  *Contemporary issues in intelligence*.  Invited Adams Scholar lecture presented at Indiana State University, Terre Haute, IN.

Flanagan, D. P. (1998, October).  *A Gf-Gc cross-battery approach to measuring intelligence: Bridging the theory-practice gap.*  Invited continuing education workshop presented at the 32nd annual School Psychology Conference at Pennsylvania State University. PA.

Flanagan, D. P., & McGrew, K. S.  (1998, April).  *A Gf-Gc cross battery approach to assessing the cognitive capabilities of students with learning difficulties and/or culturally and linguistically diverse backgrounds.*  Workshop presented at the annual convention of the National Association of School Psychologists, Orlando, FL.

Flanagan, D. P. (1998, March).  *Gf-Gc cross-battery assessment and the WJ-R*.  Invited workshop presented at the Cognitive functioning and theory conference sponsored by the New York City Board of Education/United Federation of Teachers Joint Staff Development Committee and Riverside Publishing Co., New York, NY.

McGrew K. S., & Flanagan, D. P. (1997, October).  *A Gf-Gc cross-battery approach to the intellectual assessment of students with learning disabilities and/or culturally and linguistically diverse backgrounds*.  Invited workshop presented at the Arizona State Psychological Association in conjunction with Phoenix Public Schools, Phoenix, AZ.

Flanagan, D. P. (1997, March).  *Selective Gf-Gc cross-battery assessment: Evaluating culturally and linguistically diverse populations*.  Workshop presented at the twenty-ninth annual convention of the National Association of School Psychologists, Anaheim, CA.

Flanagan, D. P. (1996, July).  *A Gf-Gc cross-battery approach to assessing human cognitive abilities.*  Workshop presented at the Educational Diagnostic and Consulting Services Annual Institute, Castleton, VT.

McGrew, K. S., & Flanagan, D. P. (1996, March).  *A cross-battery approach to intelligence test interpretation.*  Workshop presented at the twenty-eighth annual convention of the National Association of School Psychologists, Atlanta, GA.

Dawn Patricia Flanagan

Flanagan, D. P. (1996, January).  *A cross-battery approach to intelligence test administration and interpretation.*  Workshop presented to the New York City Board of Education's Special Interest Study Group.  New York, NY.

Flanagan, D. P. (1996, January).  *Administration and scoring of the WJ-R ACH: Implications for children with special needs*.  Workshop presented at the Scarsdale Center for Special Education Planning, Westchester, NY.

Flanagan, D. P. (1996, January).  *Theoretical and practical overview of the WJ-R Tests of Cognitive Ability and Tests of Achievement*.  Workshop presented at the Scarsdale Center for Special Education Planning, Westchester, NY.

Flanagan, D. P. (1995, December).  *Organizing and reporting intelligence test results in a report format*.  Workshop presented at the Scarsdale Center for Special Education Planning, Westchester, NY.

Woodcock, R. W., McGrew, K. S., & Flanagan, D. P. (1995, August).  *The clinical use and interpretation of the WJ-R for school psychology trainers.*  Invited workshop presented at the annual convention of the American Psychological Association, New York, NY.

Flanagan, D. P. (1995, May).  *Conceptualization of intelligence: The information processing model of Gf-Gc theory.*  Invited address through the Educational Diagnostic and Consultant Service -- An advanced WJ-R Symposium and Related Special Topics Conference presented in Iselin, NJ.

Flanagan, D. P. (1995, February).  *A cross-battery approach to test interpretation.*  Invited address presented at the New York City Board of Education in conjunction with the Psychologists In Training Program, Queens, NY.

Flanagan, D. P. (1994, November).  *Interpreting the SB:FE according to modern Gf-Gc theory*.  Invited address presented through the New York City Board of Education, New York, NY.

Flanagan, D. P. (1994, November).  *The Woodcock-Johnson Psycho-Educational Battery - Revised: Tests of Cognitive Ability and Academic Achievement:  Innovation in assessment*.  Invited **keynote** address presented at the annual Professional Development Seminar, New York City Board of Education, Manhattan, NY.

Flanagan, D. P. (1994, October).  *Interpretation of the WJ-R Tests of Cognitive Ability and Achievement.*  Invited address, School Psychologists of White Plains Annual Staff Development Workshop Series, White Plains, NY.

Flanagan, D. P. (1994, October).  *Interpreting all intelligence tests from Carroll's three-stratum theory of human cognitive abilities*.  Invited presentation, Hauppague - Professional Development Training Seminar, NY.

Flanagan, D. P. (1994, July).  *The professional role and function of school psychologists.*  Invited address presented at the Fineson Developmental Center, Hillside Complex, in conjunction with the St. John's University Speaker's Bureau, Queens, NY.

Flanagan, D. P. (1994, April).  *Interpretation procedures for the Woodcock-Johnson Psycho-Educational Battery - Revised, Tests of Cognitive Ability*.  Invited address, New York City Board of Education, Staten Island, NY.

Dawn Patricia Flanagan

Flanagan, D. P. (1994, April). *New tests of intelligence: Advancement in cognitive assessment?* Invited address presented at the Annual Institute on Assessment and Intervention, New York City Board of Education, Queens, NY.

Flanagan, D. P., & Alfonso, V. C. (1994, April). *A critical appraisal of subtest interpretation and scatter analysis of intelligence tests.* Invited address presented at St. John's University in conjunction with the New York State Psychological Association, Nassau County Psychological Association, and Suffolk County Psychological Association, NY.

Flanagan, D. P. (1994, March). *Administration, scoring, and interpretation of the Stanford-Binet: Fourth Edition.* Invited address presented at the Queens Borough Developmental Services Office, Queens, NY.

Flanagan, D. P. (1993, March). *Advances in intellectual assessment: Practical considerations for high school guidance counselors.* Invited address through the St. John's University Speakers Bureau, Queens, NY.

Flanagan, D. P. (1993, March). *Alternative assessment: Critical issues for school psychologists.* Invited address presented at New York City Board of Education, Manhattan, NY.

Flanagan, D. P. (1993, January). *An alternative approach to traditional intellectual assessment: The planning, attention, simultaneous, and successive (PASS) model of cognitive processing.* Invited address presented at St. John's University in conjunction with the New York State Psychological Association, Jamaica, NY.

## MULTI-MEDIA PROFESSIONAL DEVELOPMENT PROGRAMS

Flanagan, D. P., Ortiz, S. O., & Alfonso, V. C. (2015-2022). *Cross-battery assessment certificate program*, 21-hour online APA/NASP approved CEU training program. Kids, Inc.

Flanagan, D. P., Kaufman, A. S., Kaufman, N. L., & Lichtenberger, E. O. (Authors). (2010). **Unit 1:** Specific Learning Disabilities (SLD): History, Controversy, and the Impact of IDEA. [1-hour on-line CEU training program. Pearson].

Flanagan, D. P., Kaufman, A. S., Kaufman, N. L., & Lichtenberger, E. O. (Authors). (2010). **Unit 2:** Response to Intervention (RTI) at Tiers 1 and 2. [1-hour on-line CEU training program. Pearson].

Flanagan, D. P., Kaufman, A. S., Kaufman, N. L., & Lichtenberger, E. O. (Authors). (2010). **Unit 3:** Comprehensive Assessment at Tier 3. [1-hour on-line CEU training program. Pearson].

Flanagan, D. P., Kaufman, A. S., Kaufman, N. L., & Lichtenberger, E. O. (Authors). (2010). **Unit 4:** Patterns of Strengths and Weaknesses: Another Option for SLD Identification. [1-hour on-line CEU training program. Pearson].

Flanagan, D. P., Kaufman, A. S., Kaufman, N. L., & Lichtenberger, E. O. (Authors). (2010). **Unit 5:** Scientifically Based Interventions: What Research Tells Us. [1-hour on-line CEU training program. Pearson].

Dawn Patricia Flanagan

Flanagan, D. P., Kaufman, A. S., Kaufman, N. L., & Lichtenberger, E. O. (Authors). (2010). **Unit 6:** Best Practices in SLD Identification.  [1-hour on-line CEU training program. Pearson].

Flanagan, D. P., Kaufman, A. S., Kaufman, N. L., & Lichtenberger, E. O. (Authors). (2008). *Agora: The Marketplace of Ideas. Best Practices: Applying Response to Intervention (RTI) and Comprehensive Assessment for the Identification of Specific Learning Disabilities.* [6-hour training program/DVD. Pearson].

## **WEBINARS**

Flanagan, D. P. (March 2022).  *Advanced training in X-BASS, the dual discrepancy/consistency method and the assessment-intervention connection*.  School Neuropsychology Post-Graduate Certification Program, KIDS, Inc.

Flanagan, D. P. (February 2020).  *SLD Identification following the dual discrepancy/consistency method using X-BASS: Emphasis on the assessment-intervention connection*.  School Neuropsychology Post-Graduate Certification Program, KIDS, Inc.

Flanagan, D. P. (February 2019).  *SLD Identification following the dual discrepancy/consistency method using X-BASS: Emphasis on the assessment-intervention connection*.  School Neuropsychology Post-Graduate Certification Program, KIDS, Inc.

Flanagan, D. P. (February 2018).  *SLD Identification Using X-BASS and the Assessment-Intervention Connection*.  School Neuropsychology Post-Graduate Certification Program, KIDS, Inc.

Flanagan, D. P. (September 2017).  *Case study applications of the WISC-V in cross-battery assessment and SLD identification using X-BASS*.  Professional Development Training.  Pearson.

Flanagan, D. P. (April 2017).  *Advanced use of the cross-battery assessment software system (X-BASS)*.  Professional Development Training to be conducted for Region 10 Educational Service Center. Dallas, TX.

Flanagan, D. P. (September 2016). *Use of the WJ IV Variation and Comparison Procedures for SLD Identification*.  Professional Development Training. Houghton Mifflin Harcourt.

Flanagan, D. P. (February 2016). *The Cross-Battery Assessment Approach: Linking Assessment to Intervention*.  School Neuropsychology Post-Graduate Certification Program, KIDS, Inc.

Flanagan, D. P. (February 2015). *The Cross-Battery Assessment Approach: Assessment, Intervention, and X-BASS*.  School Neuropsychology Post-Graduate Certification Program, KIDS, Inc.

Flanagan, D. P. (January 2015).  *The Pattern of Strengths and Weaknesses Approach to SLD Identification*.  Webinar presented at Region III, Bergen County, NJ.

Flanagan, D. P. (May 2014). *The LD Intervention Institute: Linking Assessment Results to Instructional Modifications, Accommodations, Remedial Programs, and Compensatory Strategies.*  Sponsored by School Neuropsychology Post-Graduate Certification Program, KIDS, Inc.

Flanagan, D. P. (April 2014).  *Differential Diagnosis of Specific Learning Disabilities and Intervention*.  Region 10 Educational Service Center, open to 20 regions state-wide.  Dallas, TX.

Dawn Patricia Flanagan

Flanagan, D. P.  (February 2014).   *The Cross-Battery Assessment Approach: Assessment and Intervention*.  School Neuropsychology Post-Graduate Certification Program, KIDS, Inc.

Flanagan, D. P. (December 2013).  *Broad and Narrow Abilities are Important in Understanding a Student's Strengths and Weaknesses*.  Region 10 Educational Service Center, open to 20 regions state-wide.  Dallas, TX.

Flanagan, D. P., & Alfonso, V. C. (July 2013).  *The Cross-Battery Assessment Approach and Use of the Data Management and Interpretive Assistant v2.0*.  Webinar conducted as part of the Cross-Battery Assessment Summer Institute, sponsored by KIDs Inc.  New York, NY.

Flanagan, D. P. (July 2013).  *SLD Identification and Use of the Pattern of Strengths and Weaknesses Analyzer v1.0*.  Webinar conducted as part of the Cross-Battery Assessment Summer Institute, sponsored by KIDs Inc.  New York, NY.

Flanagan, D. P. (December 2013).  Broad *and narrow abilities are important in understanding a student's strengths and weaknesses: Knowing when and how to represent them in evaluations for SLD identification*.  Region 10 Educational Service Center, open to 20 regions state-wide.  Dallas, TX.

Flanagan, D. P.  (February 2013).  *The role of school neuropsychological assessment in the identification and treatment of students with specific learning disabilities*.  School Neuropsychology Post-Graduate Certification Program, KIDS, Inc.

Flanagan, D. P.  (February 2012).  *Linking CHC and neuropsychological theories to inform assessment and intervention for students with specific learning disabilities*.  School Neuropsychology Post-Graduate Certification Program, KIDS, Inc.

Flanagan, D. P. (January 2012).  *Assessment for differential diagnosis of learning problems and intervention*.  Region 10 Educational Service Center, open to 20 regions state-wide.  Dallas, TX.

Flanagan, D. P. (September 2011).  *Defining SLD using a "Pattern of Strengths and Weaknesses" as an Important Marker*.  Professional Development training for school psychologists and educational diagnosticians open to the 20 Regional Education Service Centers in Texas.

Flanagan, D. P. (February 2011).  *Integrating CHC theory and research in the practice of school neuropsychology*.  2011-2012.  School Neuropsychology Post-Graduate Certification Program, KIDS, Inc.

Flanagan, D. P. (April 2010).  *A Theory- and Research-based Approach to SLD Identification: Integrating RTI with Cognitive Assessment Data*.  Sponsored by Wiley & Sons.

Flanagan, D. P. (December 2008).  *RTI and Comprehensive Assessment for the Identification of SLD: A Best Practices Approach*.  Sponsored by Pearson Assessments.

## PODCAST

Flanagan, D. P. (September 2017).  *Cross-battery assessment and corresponding software system: Tailoring assessments, informing SLD diagnosis, and linking findings to intervention*.  Invited through National Association of School Psychologists.  https://youtu.be/VQUG-H-qDGs

Dawn Patricia Flanagan

## PROFESSIONAL SERVICE

Appointed chair of the Learning Disabilities Association of America (LDA) *Professional Advisory Board*, 2020-2021

Elected member of the Learning Disabilities Association of America (LDA) *Professional Advisory Board*, 2019-2020

Chair of the *Contributions to Practice Awards Committee* – APA Division 16, 2018-2019

Editorial Review Board, *International Journal of School and Educational Psychology*, 2016-Present

Editorial Review Board, *Journal of Psychoeducational Assessment*, 2012-Present

Ad Hoc Reviewer, *Journal of Applied Psychology*, 2009-2010

Ad Hoc Reviewer, *Journal of Psychoeducational Assessment*, 2009-2010

Member of APA's *Committee on Psychological Tests and Assessment*, 2008

Member, APA Division 16 *Senior Scientist Awards Committee*, March 2004

Editorial Review Board, *School Psychology Quarterly*, 2002-2005

Editorial Review Board, *Journal of Psychoeducational Assessment*, 1994-2005

Editorial Review Board, *School Psychology Review*, 1995-2001

Ad Hoc Reviewer, *Journal of Learning Disabilities*, 2007-2008, 2009-2010

Ad Hoc Reviewer, *School Psychology Quarterly*, 2000

Ad Hoc Reviewer, *Psychological Reports*, 1999

Ad Hoc Reviewer, *Educational Psychology*, 1997, 1999

Chair, *APA Lightner Witmer Awards Committee*, 2002

Member, *APA Lightner Witmer Awards Committee*, 1998-2002

Member, *School Psychology Review Award Selection Committee*, "Article of the Year Award for 1998"

*New York State Psychological Association*
    President - School Division, 1995-1996
    President-Elect - School Division, 1994-1995
    Secretary/Treasurer - School Division, 1993-1994
    Executive Board - School Division, 1992-1996

*School Psychology Educators Council of New York State*
    Preschool Special Education Eligibility Standards Committee, 1996-1997
    Downstate Representative, 1994-1996

PSC-CUNY Research Awards Education Panel, 1994-1995

American Psychological Association, *Convention Program Committee*, 1992

## PROFESSIONAL AFFILIATIONS/CERTIFICATIONS

Learning Disabilities Association of America (LDA)

American Board of Psychological Specialties (ABPS): Board certified identification number 13851

American Psychological Association (APA; Division 16, Fellow)

National Association of School Psychologists (NASP)

## UNIVERSITY SERVICE

### St. John's University - University level

Presidential Committee to Conduct an Audit of the Vincentian Mission of the University, 1994-2004

Dawn Patricia Flanagan

University Research Advisory Committee, 1998
Multicultural Students' Advisory Group, 1996-1998

**St. John's University - College level**
Program Reviews Committee, 2003
Advisory Counsel for St. John's University and St. John The Baptist Strategic Alliance Planning Committee, 1995-2000
Subcommittee on the Collaborative Projects Between St. John's University and St. John the Baptist School, 1994-2000

**St. John's University - Department level**
Department of Psychology Personnel and Budget Committee, 1999-2008, 2020-2023
Director of School Psychology MS and PsyD training programs, 2008-2012
Graduate Education and Policy Committee, 2008-2011
Ad Hoc Committee to Review the Practica Experiences of the School and Clinical Programs, Spring 2005
Co-Director, School Psychology Program, 2001-2002
Psychological Conferences Planning Committee, 1995-1997
Undergraduate Outcomes Program Committee - Chair, 1993-2000
Ad Hoc Committee to Review the Undergraduate Curriculum, 1995-1996
Sixth Annual Multicultural Conference Committee, 1995-1996


## TEACHING EXPERIENCE

Assessment, Diagnosis, and Remediation of Learning Disabilities (Graduate), 2001 - Present
Psychological Assessment for Intervention I (Graduate), 1992 - Present
Psychological Assessment for Intervention II (Graduate), 1992 - Present
Sophomore Seminar: Careers in Psychology (Undergraduate), 2020 - Present
Intellectual Assessment for Children and Adults (Graduate), 2020 - Present
Introduction to Psychological Tests and Measurement (Undergraduate), 1992 – 2007, 2013
Interviewing and Case Conceptualization (Graduate), 2004, 2006
Introduction to School Psychology (Graduate), 1995 - 2000 (Pro-seminar)
Neuropsychology of Learning Disabilities (Graduate), 1997, 2001
Doctoral Seminar in Advanced Cognitive Evaluation, Theory, and Research, 1999 - 2000
Psychoeducational Consultation in the Classroom (Graduate), Summer, 1994

**LEARNING DISABILITY CONSULTANT**
*Learning Disabilities Association of America.* June 2020-Present
*National Board of Medical Examiners.* January 1996-Present
*Wyoming Board of Law Examiners.* May-June 2007
*Texas Board of Law Examiners.* April 2005; May 2006
*St. John's University Program for Students with Learning Disabilities*, Counseling Center.  September 1997-2005
*Association for Investment Management and Research.* February 2000-2003
*Maryland Board of Law Examiners.* May 2000-2003
*New York State Board of Law Examiners.* February 1996; February 2002
*Pennsylvania Board of Law Examiners.* April 2000-2002
*Minnesota Board of Law Examiners.* April 2000-2001

Dawn Patricia Flanagan

## PSYCHOEDUCATIONAL TESTS AND MEASUREMENT CONSULTANT/TRAINER

*Pearson Assessments,* Bloomington, MN. January 2006-2016
*American Guidance Service*, Circle Pines, MN.  February 2004-2006
*The Riverside Publishing Company*, Chicago, IL.  February 1994-2001
*American Guidance Service*, Circle Pines, MN.  September 1996-December, 1999-2001
*Psychological Assessment Resources*, Tampa, FL. March 1999

## AWARDS AND HONORS

**President's Award –** Learning Disability Association of America (LDA), January 2021
**Lifetime Achievement Award** – 13th annual School Neuropsychology conference, July 2018
**Contributions to Practice Award** – APA's Division 16 Inaugural Award for exceptional contributions to the field of school psychology through innovations in practice, May 2017
**The Alan S. Kaufman Intelligent Testing Award** – 1st Annual West Coast Assessment Conference, Spokane, WA, April 2015
**Gil Trachtman Leadership Award in School Psychology** – New York Association of School Psychologists, November 2014
**Outstanding Contributions to Training Award** – Trainers of School Psychology, February 2013
**Recognition Award for Excellence in Teaching and Scholarship** – Centers at Fordham University, 2010
**National Leadership Award** – Idaho Association of School Psychologists Annual Conference, 2009
**Fellow of the American Board of Psychological Specialties**, 2007
**Faculty Outstanding Achievement Medal** – Awarded May 2005
**Fellow, American Psychological Association** (and Division 16) – Awarded January 2000
**Diplomate of the American Board of Psychological Specialties**, February 1998 – Present (Board Certification #13851) (Education and School Psychology; Psychological Assessment, Evaluation and Testing)
**Excellence in Graduate Teaching and Scholarship Award**, April 1999
**Adams Visiting Scholar at Indiana State University**, November 1998
**Lightner-Witmer Award**, American Psychological Association, Division 16, 1997
**Dai Ho Chun Fellowship**, The Ohio State University, 1992

## PROFESSIONAL TRAINING ACTIVITIES

*LDA's Inaugural Science to Practice Virtual Forum: Striving for Equitable Assessment in SLD Identification (10 contact hours)* – Virtual, October 2021.

*Annual School Neuropsychology Institute (12 contact hours)* – Virtual, July 2021.

*LDA's Inaugural Science to Practice Virtual Conference (20 contact hours)* – January 2021.

*Annual School Neuropsychology Institute (6 contact hours)* – Long Beach, CA.  April 2019.

*Annual School Neuropsychology Summer Institute (6 contact hours)* – Grapevine, TX.  July 2017, 2018.

*Annual School Neuropsychology Summer Institute (9 contact hours)* – Grapevine, TX.  July 2016.

Dawn Patricia Flanagan

*Woodcock-Johnson IV Tests of Cognitive Abilities (6 contact hours)* – St. John's University, New York, NY. August 2014.

*5th Annual Assessment Conference – Assessment and Intervention for Individuals with Writing Difficulties (6 contact hours)* – Fordham University, New York, NY.  May 2013.

*Inaugural Richard Woodcock Institute: Evolution of CHC Theory and Cognitive Assessment (8 contact hours) – Tufts University,* Boston, MA, September 2012.

*4th Annual Assessment Conference – Processing Assessment for Intervention (6 contact hours)* – Fordham University, New York, NY.  May 2012.

*3rd Annual Assessment Conference – Linking Cognitive Assessment to Intervention with an Emphasis on Transitional Neuroscience (6 contact hours)* – Fordham University, New York, NY.  May 2011.

*International Neuropsychology Society* – Atlanta, GA. February 2009.

*2nd National Symposium on Identification of Gifted Children – (8 contact hours)* – Van Nuys, CA.  March 2009.

*Essential Training for Dyslexia Students in the Public Schools (10 contact hours)* – Council of Educators for Students with Disabilities, Austin, TX.  October 2008

*Advanced Training Session on the Kaufman Assessment Battery for Children, Second Edition (KABC-II).* February 2004.

*Advanced Training Session on the Kaufman Test of Educational Achievement, Second Edition (KTEA-II).* February 2004.


### GRANT SUPPORT (including Material Grants)

Woodcock-Johnson IV Training Materials from Riverside Publishing Co. July 2014.  **$20,000**.

Psychological Assessment Training Materials Granted for Research by Pearson, Pro-ed, Riverside, and other test publishing companies. 2011-2013. **$30,000**.

Woodcock and Woodcock-Johnson Training Materials and Products, Including Tests and Scoring Software Obtained from Riverside Publishing and the Woodcock-Munoz Foundation.  2003-2012. **$50,405.**

KABC-II and KTEA-II Materials Grant. American Guidance Services.  September 2004**.  $15,000.**

Joint Hierarchical Confirmatory Factor Analysis of the WJ III and Cognitive Assessment System. Measurement and Learning Center, Oregon.  September 1997 - June 1998.  **$8,000**.

An Investigation of the Differential Effects of Attention on Eight Gf-Gc Broad Cognitive Abilities. Summer Support of Research Grant, St. John's University, June - August 1995.  **$7,000**.

The Effectiveness of a Social Skills Intervention for Kindergarten Students who are At-Risk for School Failure.  Summer Support of Research Grant, St. John's University, June - August 1994. **$7,000**.

Dawn Patricia Flanagan

<u>An Examination of the Relationship Between Speech/Language Deficit and Social Skills in Preschoolers who are At-Risk for Developing a Learning Disability</u>.  Summer Support of Research Grant, St. John's University, June - August 1993.  **$7,000**.

## **EXPERT WITNESS TESTIMONY**

Due *Process hearing – active.*  November 2021 – present.

*Shaller v. Shaller,* Direct testimony as expert witness for plaintiff.  February 2005.

*Rush v. National Board of Medical Examiners,* Direct testimony as expert witness for defendant. July 2003.

*Bartlett v. New York State Board of Law Examiners*, Direct testimony as expert witness for defendant. New York: February 2001.

*Gonzales v. National Board of Law Examiners*, Direct testimony as expert witness for defendant. Detroit: June 1999.

*Price v. National Board of Law Examiners*, Direct testimony as expert witness for defendant. West Virginia 1997.