IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **ROBERT SAMPSON,**<br><br>    **Plaintiff,**<br><br>v.<br><br>**NATIONAL BOARD OF MEDICAL EXAMINERS,**<br><br>    **Defendant.** | Civil Action No. 2:22-CV-05120-JMA-AYS |

## DECLARATION OF ADAM R. MANDELSBERG
## IN OPPOSITION TO PLAINTIFF'S MOTION
## FOR PRELIMINARY INJUNCTION

I, Adam R. Mandelsberg, an attorney duly admitted to practice law in the State of New York, hereby declare, under penalty of perjury, that:

1.  I am a partner at Perkins Coie LLP, attorneys for defendant, National Board of Medical Examiners ("NBME").

2.  I submit this Declaration in opposition to Plaintiff's motion for preliminary injunction.

3.  Attached hereto as Exhibit A is a true and correct copy of Excerpts from the Medical College Admission Test ("MCAT") Essentials for 2014 and January 2015.

4.  Attached hereto as Exhibit B is a true and correct copy of Excerpts from the Second Edition of the Official Guide to the MCAT Exam.

5.  Attached as Exhibit C is a true and correct copy of the MCAT Release Form for the State of New York (Form administered on January 23, 2015).

158450735.1

6. Attached as Exhibit D is a true and correct copy of a booklet entitled "The ACT - Preparing for the Act" (2008/09 ed.).

7. Attached as Exhibit E is a true and correct copy of the Official SAT Practice Test 2007-08.

8. Attached at Exhibit F is a true and correct copy of USMLE Step 1 Sample Test Questions.

Dated:  September 29, 2022

/s/Adam R. Mandelsberg<br>Adam R. Mandelsberg

158450735.1