# PERKINSCOIE

1155 Avenue of the Americas
22nd Floor
New York, NY 10036-2711

T  +1.212.262.6900
F  +1.212.977.1649
PerkinsCoie.com

Adam R. Mandelsberg
AMandelsberg@perkinscoie.com
D.  +1.212.261.6867
F.  +1.212.399.8067

September 30, 2022


**VIA ECF**

Hon. Joan M. Azrack
United States District Court
Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, NY 11722

**Re:**     ***Sampson v. Nat'l Bd. of Med. Examiners*, Case No. 2:22-cv-05120-JMA-AYS**

Dear Judge Azrack:

We represent Defendant National Board of Medical Examiners ("NBME") in the above-captioned matter and write jointly with counsel for Plaintiff Robert Sampson (together with NBME, the "Parties").  The Parties respectfully seek to clarify a few issues related to the upcoming hearing scheduled for October 11, 2022 at 10:00 a.m.

Specifically, the parties would like to clarify whether (1) the hearing will be an evidentiary hearing and (2) if so, how much time on the calendar the Court has allotted for the hearing. If the Court intends to hold an evidentiary hearing, the parties respectfully request a call with the Court to seek direction on the Court's preferences in regard to the timing and procedure for submitting exhibits to the Court, the ability of witnesses to appear by video, and other hearing-related matters.

We thank Your Honor for your consideration.

Respectfully submitted,

*/s/ Adam R. Mandelsberg*
Adam R. Mandelsberg


cc:  All parties via ECF