**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

ROBERT SAMPSON,

                Plaintiff,

- against-

NATIONAL BOARD OF MEDICAL EXAMINERS,

                Defendant.

Case No. 2:22-cv-05120-JMA-AYS

**NOTICE OF MOTION TO**
**ADMIT COUNSEL PRO HAC VICE**

To: The Clerk of the Court and All Counsel of Record:

      PLEASE TAKE NOTICE that, pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Caroline Mew, hereby moves this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Defendant National Board of Medical Examiners in the above-captioned action.

      PLEASE TAKE FURTHER NOTICE that I am a member in good standing of the Bar of the State of North Carolina and the Bar of the District of Columbia and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. I have attached my affidavit pursuant to Local Rule 1.3.

158476598.1

- 2 -

Dated: October 3, 2022
      Washington, D.C.                                                          Respectfully submitted,

PERKINS COIE LLP

/s/ *Caroline Mew*
Caroline Mew
700 Thirteenth Street, N.W. Suite 800
Washington, DC 20005-3960
Tele: 202.654.1767
Email: CMew@perkinscoie.com

*Attorneys for Defendant*

158476598.1