**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

ROBERT SAMPSON,

                    Plaintiff,

      - against-

NATIONAL BOARD OF MEDICAL
EXAMINERS,

                Defendant.

Case No. 2:22-cv-05120-JMA-AYS

**AFFIDAVIT OF CAROLINE M.**
**MEW IN SUPPORT OF MOTION TO**
<u>**ADMIT COUNSEL PRO HAC VICE**</u>

I, Caroline M. Mew, being duly sworn, hereby deposes and says as follows:

1. I am counsel with the law firm of Perkins Coie LLP.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above captioned matter.

3. As shown in the Certificates of Good Standing annexed hereto I am a member in good standing of the Bar of the State of North Carolina and the Bar of the District of Columbia.

4. There are no pending disciplinary proceedings against me in any State or Federal Court.

5. I **have not** been convicted of a felony.

6. I **have not** been censured, suspended, disbarred or denied admission or readmission by any court.

7. Wherefore your affiant respectfully submits that she be permitted to appear as counsel and advocate *pro hac vice* in this one case for Defendant National Board of Medical Examiners.

158476572.1

Dated:  Washington, D.C.
        October 3, 2022

Respectfully submitted,

**PERKINS COIE LLP**

Caroline M. Mew
700 Thirteenth Street, N.W., Suite 600
Washington, D.C. 20005-3960
Telephone: (202) 654-6200
Facsimile: (202) 654-6211
CMew@perkinscoie.com

*Attorneys for National Board of Medical Examiners*

**DISTRICT OF COLUMBIA**                    )
                                             :        **SS:**
                                             )

Subscribed and affirmed before me, Limmie Tyler, Notary Public, on this 3rd day of October, 2022, by **Caroline M. Mew**, who proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Notary Public
My commission expires on 10/03/2022

# Supreme Court
## OF THE STATE OF NORTH CAROLINA



I, Grant E. Buckner, Clerk of the Supreme Court of North Carolina, do hereby certify

that on August 21, 1999, license to practice as an Attorney and Counselor at Law in all the

Courts of this State was issued by the North Carolina Board of Law Examiners to

## Caroline M. Mew

according to the certified list of licentiates reported by the Secretary of said Board and filed

in my office as required by statute.

To the date of this certificate, no order revoking said license has been filed with this

Court and no order suspending same is in effect.

WITNESS my hand and the Seal of the Supreme Court of North Carolina at office in

Raleigh, this September 23, 2022.

Grant E. Buckner
Clerk of the Supreme Court
of the State of North Carolina



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals,
the District of Columbia Bar does hereby certify that

## *Caroline Mew*

*was duly qualified and admitted on May 8, 2000 as an attorney and counselor entitled to
practice before this Court; and is, on the date indicated below, an Active member in good
standing of this Bar.*

*In Testimony Whereof,
I have hereunto subscribed my
name and affixed the seal of this
Court at the City of
Washington, D.C., on October 02, 2022.*

**JULIO A. CASTILLO**
**Clerk of the Court**

*Issued By:*

*David Chu - Director, Membership*
*District of Columbia Bar Membership*

*For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email
memberservices@dcbar.org.*