UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT SAMPSON,<br>                          Plaintiff,<br><br>- against-<br><br>NATIONAL BOARD OF MEDICAL EXAMINERS,<br><br>                          Defendant. | Case No. 2:22-cv-05120-JMA-AYS<br><br>**NOTICE OF APPEARANCE** |

To:  The Clerk of the Court and All Counsel of Record:

**PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel of record for Defendant National Board of Medical Examiners.

**PLEASE TAKE FURTHER NOTICE** that the undersigned certifies that she is admitted pro hac vice in this action.

Dated:  October 4, 2022
        Washington, D.C.

Respectfully submitted,

PERKINS COIE LLP

*/s/ Caroline Mew*
Caroline Mew
700 Thirteenth Street, N.W. Suite 800
Washington, DC 20005-3960
Tele: 202.654.1767
Email: CMew@perkinscoie.com

*Attorneys for Defendant*