# CIVIL CAUSE FOR STATUS CONFERENCE (Tel)

BEFORE: JOAN M. AZRACK, U.S.D.J.

DATE: 10/4/2022          TIME: 1:00 PM          TIME IN COURT:  20 Mins.

CASE:     **Sampson v. National Board of Medical Examiners**
**2:22-cv-05120-JMA-AYS**

**FILED**
**CLERK**

3:39 pm, Oct 04, 2022

**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

APPEARANCES:     For Plaintiff:     Mary Vargas, Charles Weiner

For Defendants:  Carolyn Mew, Adam Mandelsberg

FTR:

☒     Case called.
☒     Counsel present for all sides.
☐     Briefing schedule set.
☐     Case to be referred to the Magistrate Judge for
☐     Jury selection is scheduled for
☐     A hearing on the preliminary injunction motion is scheduled for 10/11/2022 at 10:00 AM before Judge Azrack in Courtroom 920 of the Long Island Courthouse.
☐     Other: