IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| ROBERT SAMPSON, | : | |
| | : | |
| | : | CIVIL ACTION NO. 2:22-cv-05120-JMA |
| v. | : | |
| | : | |
| NATIONAL BOARD OF MEDICAL EXAMINERS, | : | |
| | : | |
| | : | |

## DECLARATION OF ANDREW LAM, M.D.

I, Andrew Lam, M.D., make the following declaration upon personal knowledge:

## FACTS

1. I am a physician practicing in family medicine at Inova Fairfax Family Practice.

2. In 2013, I worked as a tutor assisting a number of students to prepare to take the MCAT.

3. One of the students I tutored was Robert Sampson. I spent hundreds of hours tutoring Robert Sampson and observing and interacting with him during tutoring sessions between February and August of 2013.

4. What became clear to me was that Sampson was working harder than my other students but was not able to demonstrate his knowledge base.

5. During these hundreds of hours with Sampson, I observed that when trying to read passages, he would get bogged down and struggle to parse long sentences, especially sentences with multiple clauses. He would be unable to figure out how one clause related to another and when he would finally comprehend, he would move on to the next sentence only to forget the previous sentence. This required him to go back and re-read and caused him to work

significantly slower than any other student with whom I worked. It took Sampson a long time, longer than others, to process blocks of verbal text despite him making his best efforts.

6. I also observed that when he was working with equations and calculations he would copy equations incorrectly, reverse letters and numbers, and otherwise miswrite numbers.

7. It was clear to me that Sampson was working really hard, but despite best efforts he could not process written language like other people.

8. Towards the end of the time I worked with Sampson, I began medical school myself. At my orientation the dean of my medical school gave a presentation in which he described how students with learning disabilities can require additional time to comprehend and process language. What the dean described sounded like what I was witnessing and experiencing with Sampson.

9. Based on this, I encouraged Sampson to seek testing to determine if his struggles with reading, comprehension, and processing were actually a learning disability.

10. Attached is a true and correct copy of a letter I wrote to the National Board of Medical Examiners documenting my own, first-hand, real-world experience with Sampson.

11. I declare under the penalties of perjury that the foregoing is true and correct.

DATED: October 2, 2022

*Andrew Lam*
Andrew Lam, M.D.