IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT SAMPSON, | : |
| | : |
| | : CIVIL ACTION NO. 2:22-cv-05120-JMA |
| v. | : |
| | : |
| NATIONAL BOARD OF MEDICAL EXAMINERS, | : |
| | : |
| | : |

## DECLARATION OF ANDREW LAM, M.D.

I, Andrew Lam, M.D., make the following declaration upon personal knowledge:

## FACTS

1. I am a physician practicing in family medicine at Inova Fairfax Family Practice.

2. In 2013, I worked as a tutor assisting a number of students to prepare to take the MCAT.

3. One of the students I tutored was Robert Sampson. I spent hundreds of hours tutoring Robert Sampson and observing and interacting with him during tutoring sessions between February and August of 2013.

4. What became clear to me was that Sampson was working harder than my other students but was not able to demonstrate his knowledge base.

5. During these hundreds of hours with Sampson, I observed that when trying to read passages, he would get bogged down and struggle to parse long sentences, especially sentences with multiple clauses. He would be unable to figure out how one clause related to another and when he would finally comprehend, he would move on to the next sentence only to forget the previous sentence. This required him to go back and re-read and caused him to work

significantly slower than any other student with whom I worked. It took Sampson a long time, longer than others, to process blocks of verbal text despite him making his best efforts.

6. I also observed that when he was working with equations and calculations he would copy equations incorrectly, reverse letters and numbers, and otherwise miswrite numbers.

7. It was clear to me that Sampson was working really hard, but despite best efforts he could not process written language like other people.

8. Towards the end of the time I worked with Sampson, I began medical school myself. At my orientation the dean of my medical school gave a presentation in which he described how students with learning disabilities can require additional time to comprehend and process language. What the dean described sounded like what I was witnessing and experiencing with Sampson.

9. Based on this, I encouraged Sampson to seek testing to determine if his struggles with reading, comprehension, and processing were actually a learning disability.

10. Attached is a true and correct copy of a letter I wrote to the National Board of Medical Examiners documenting my own, first-hand, real-world experience with Sampson.

11. I declare under the penalties of perjury that the foregoing is true and correct.

DATED:   October 2, 2022

*Andrew Lam*
Andrew Lam, M.D.



March 29, 2017

Dear NBME Disability Services,

I am writing on behalf of Robert Sampson and would like to offer my perspective on his reading, memory, and processing abilities and how they ultimately impair his learning. I had the opportunity to work with Robert as his private MCAT preparation tutor from February to August 2013, during which time I noticed several problems which led me to suspect Robert had a learning disability.

Most notable were issues with verbal processing. Although his listening comprehension was strong, Robert would take substantially longer to read than the average person. I eventually came to the conclusion that his trouble was not due to a deficiency in the English language in general but to a specific problem processing the written language. For example, the average sentence on the MCAT, constructed of multiple interrelating clauses, was challenging for him to parse and understand in the short time he was allotted. Furthermore, after unraveling one sentence, he would often forget its meaning as he struggled with the next. This obstacle often prevented Robert from finishing practice sections within the time limits, especially on the Verbal Reasoning section. Later, I also realized that Robert had some difficulty when manipulating equations and spelling; he would occasionally write letters or numbers in the wrong order even though he would find his mistake after a moment's thought. Because of these signs, I encouraged him to pursue evaluation for learning disabilities.

After months of trying various strategies for passage reading, we did come up with one that seemed to work for Robert. We discovered a drastic improvement in his reading comprehension if I just allowed him a little extra time to carefully read and record notes about the content of each paragraph. The results of this experiment demonstrate that Robert's lower-than-average reading speed really poses a significant handicap.

Robert has much to offer the medical community with his intellect and creativity, but his reading difficulties prevent his knowledge from being accurately assessed with standard testing procedures. For Robert to be tested fairly with equal access to the USMLE Step 1, his learning disability needs to be accommodated with extra time on the exam.

Sincerely,

*Andrew Lam*

Andrew Lam
University of Virginia School of Medicine
M.D. Candidate Class of 2017