IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT SAMPSON, | : |
| Plaintiff, | : : |
| | : CIVIL ACTION NO. 2:22-cv-05120 JMA |
| v. | : : |
| NATIONAL BOARD OF MEDICAL EXAMINERS, | : : : |
| Defendant. | : : : |

**PLAINTIFF'S EXHIBIT LIST**

Plaintiff Robert Sampson ("Sampson") hereby submits his Exhibit List identifying those exhibits expected to be introduced at the hearing in the above-captioned matter scheduled to begin on October 11, 2022.

**PLAINTIFF'S EXHIBIT LIST**

| Tab | Description | Date |
|---|---|---|
| | **First Submission to NBME** | **04/01//2017** |
| 1 | Application for Testing Accommodations | 04/01/2017 |
| 2 | Report of Allison Anderson, Ph.D. | 12/16/2013 |
| 3 | Report of Suzanne E. Michels, Ph.D. | 08/26/2013 |
| 4 | Personal Statement | 03/25/2017 |
| 5 | Report of Thomas A. Aronson, MD | 03/29/2017 |
| 6 | Christopher Heedles, LMSW, Stony Brook Disability Support Services. | 03/23/2017 |
| 7 | Linda DeMotta, Learning Specialist, Stony Brook University School of Medicine Letter | 03/29/2017 |
| 8 | Certification of Receipt of Testing Accommodations from Stony Brook University | 03/27/2017 |

1


| | | |
|---|---|---|
| 9 | Andrew Lam, UVA School of Medicine Letter | 03/29/2017 |
| 10 | Andrew Wackett, MD, Stony Brook Associate Dean of Student Affairs | 11/28/2016 |
| A | NBME Shelf Exam Score Reports | |
| 11 | MCAT Scores | 2013/2014 |
| 12 | ACT Score Report | 6/2008 |
| 13 | PSAT Score Report | 2007 |
| 14 | SAT Score Reports | 2005-2008 |
| 15 | Otis-Lennon Test Results | 1999 |
| 16 | **1st NBME letter Denying Sampson's Request for Testing Accommodations** | 06/13/2017 |
| | **1st Appeal Submission** | **06/22/2017** |
| 17 | Sampson appeal letter | 06/22/2017 |
| 18 | Jan Serrantino, Director Disability Services Center, UC Irine, Letter | 06/22/2017 |
| 19 | Drs. Steven and Shelly Sampson letter | 06/17/17 |
| 20 | Summary of teacher comments | |
| 21 | Elementary School grade reports | |
| 22 | **2nd NBME Letter Denying Sampson's Request for Testing Accommodations** | 08/01/2017 |
| | **2nd Appeal Submission** | |
| 23 | Sampson Appeal letter | Undated |
| 24 | Jan Serrantino, Ed.D., Education Consultant, letter | 10/09/17 |
| 25 | Thomas A. Aronson, M.D. letter | 09/06/17 |
| 26 | Allison Anderson letter | 08/10/17 |
| 27 | **3rd NBME Letter Denying Sampson's Request for Testing Accommodations** | 01/12/2018 |
| | **3rd Appeal Submission** | 02/02/2018 |

| 28 | Sampson Appeal letter | 02/22/2018 |
|---|---|---|
| 29 | Linda DeMotta, Learning Specialist, Stony Brook School of Medicine | 02/15/2018 |
| 30 | 4th NBME Letter Denying Sampson's Request for Testing Accommodations (Farmer) | 03/06/2018 |
| | **4th Appeal Submission** | **06/29/2018** |
| 31 | Jo Anne Simon, Esquire letter | 06/29/2018 |
| A | Thomas Aronson, M.D. letter | 06/12/2018 |
| 32 | 5th NBME Letter Denying Request for Testing Accommodations | 09/07/2018 |
| | **5th Appeal Submission** | **11/14/2018** |
| 33 | Jo Anne Simon, Esquire letter | 11/14/2018 |
| 34 | 6th NBME Letter Denying Request for Testing Accommodations | 01/04/2019 |
| | **2022 Accommodations Submission** | **04/13/2022** |
| 35 | USMLE Request for Test Accommodations | 04/13/2022 |
| 36 | Sampson Personal Statement | 04/13/2022 |
| 37 | Report of Jeanette Wasserstein, PhD | 2020 |
| 38 | 7th NBME Letter Denying Request for Testing Accommodations | 06/01/2022 |
| 39 | Stony Brook Grade Report | |
| 40 | Stony Brook Combined Transcript | |
| 41 | Course History | |
| 42 | Preceptors' Clinical Reviews | |
| 43 | USMLE Step 1 Score Report | 01/23/2020 |
| 44 | Charles Weiner Letter to Robert Burgoyne | 07/18/2022 |
| 45 | Robert Burgoyne, Esquire letter to US Dept. of Justice | 03/31/2014 |
| 46 | Power Point Training for NBME External Consultants by Robert Burgoyne, Esq | 12/05/2016 |
| 47 | Exam Timing Report from ExamSoft | |
| 48 | US Dept. of Justice – Test Accommodations Technical Guidance | |

| 49 | DSM-V – Specific Learning Disorder | |
|----|------------------------------------|---|
| 50 | DSM-V - ADHD | |
| 51 | USMLE Guidelines to Request Test Accommodations – Specific Learning Disorder | |
| 52 | USMLE Guideline to Request Test Accommodations - ADHD | |
| 53 | Suzanne V. Shane, Esq., Letter to Mary Vargas | 04/01/2022 |
| 54 | Federal Register Vo. 81, No. 155 pp. 53204 - 53243 | 08/11/2016 |

Sampson reserves the right to use any exhibits that NBME discloses on its exhibit list.

                                   Respectfully submitted,

                                   <u>s/Mary C. Vargas</u>
                                   Mary C. Vargas
                                   Michael Steven Stein
                                   STEIN & VARGAS LLP
                                   10 G Street NE, Suite 600
                                   Washington, DC  20002
                                   Tel: (240) 793-3185
                                   Fax: (888) 778-4620
                                   mary.vargas@steinvargas.com
                                   michael.stein@steinvargas.com

                                   Charles Weiner
                                   LAW OFFICE OF CHARLES WEINER
                                   Cambria Corporate Center
                                   501 Cambria Avenue
                                   Bensalem, PA 19020
                                   Tel. (267) 685-6311
                                   Fax (215) 604-1507
                                   charles@charlesweinerlaw.com

                                   *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned served a true and correct copy of the foregoing was served via the Court's CM/ECF system on October 5, 2022, on the following counsel of record for NBME:

Adam Mandelsberg
Caroline Mew
Perkins Coie LLP
1155 Avenue of the Americas
22nd Floor
New York, NY 10036

                 s/Mary C. Vargas