IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **ROBERT SAMPSON,** | ) |
| **Plaintiff,** | ) ) ) |
| v. | ) **Civil Action No. 2:22-CV-05120-JMA-AYS** ) |
| **NATIONAL BOARD OF MEDICAL EXAMINERS,** | ) ) ) ) |
| **Defendant.** | ) ) ) |

## NBME'S ADDITIONAL EXHIBIT AND WITNESS DESIGNATIONS

A. Exhibit Designations

In addition to the declarations and exhibits filed with Plaintiff's and Defendant's briefs in support of and in opposition to Plaintiff's motion for preliminary injunction and any exhibits that may be used for impeachment purposes, NBME designates the following exhibits that may be introduced at the hearing commencing October 11, 2022. Some of the designated exhibits may be used solely if needed for rebuttal. NBME reserves the right to designate additional hearing exhibits following receipt of Plaintiff's designations. NBME also reserves the right to rely on documents designated by Plaintiff.

1. Complaint (Dkt. 1) (August 29, 2022)

2. Letter to NBME Accommodations from Steven Sampson and Shelly Sampson (June 17, 2017)

3. Letter To Whom It May Concern from Thomas A. Aronson, MD (March 29, 2017)

4. Declaration of Robert Sampson, Case No. 2:22-cv-04490, Dkt. 3-2 (July 29, 2022)

5. Memorandum of Law in Opposition to Motion for Preliminary Injunction, Case No. 2:22-cv-04490, Dkt. 13 (Sept. 9, 2022)

158508844.1

6. Letter from Mary Vargas, Case No. 2:22-cv-4490, Dkt. 3-8 (May 29, 2020)

7. Letter from Suzanne Shore to Mary Vargas, Case No. 2:22-cv-4490, Dkt. 3-16 (April 1, 2022)

B. <u>Witness Designations</u>

NBME designates the following witnesses who are expected to testify at the hearing commencing October 11, 2022:

Joseph Bernier, Ph.D. (appearing via Zoom)

Benjamin Lovett, Ph.D.

Kevin Murphy, Ph.D.

Marc Kroopnick, Ph.D. (appearing via Zoom)

NBME is also relying on the testimony and exhibits presented in the Declaration of Lucia McGeehan, Ph.D., Declaration of Samuel O. Ortiz, Ph.D., Declaration of Dawn P. Flanagan, Ph.D., Declaration of Joseph E. Bernier, Ph.D., Declaration of Kevin Murphy, Ph.D., Declaration of Benjamin J. Lovett, Ph.D., and Declaration of Adam R. Mandelsberg.

Dated: October 5, 2022

- 3 -

                    Respectfully submitted,

                    */s/ Caroline M. Mew*
                    Adam R. Mandelsberg, Bar No. 065532013
                    Perkins Coie LLP
                    1155 Avenue of the Americas, 22nd Floor
                    New York, New York 10036-2711
                    Telephone: +1.212.261.6867
                    Facsimile: +1.212.399.8067
                    AMandelsberg@perkinscoie.com

                    Caroline M. Mew, *pro hac vice*
                    Perkins Coie LLP
                    700 13th St. NW, Suite 800
                    Washington, DC 20005
                    Telephone:  +1.202.654.1767
                    Facsimile: +1.202-654-6211
                    CMew@perkinscoie.com