# CIVIL CAUSE FOR PRELIMINARY INJUNCTION HEARING

BEFORE: JOAN M. AZRACK, U.S.D.J.
DATE: 10/11/2022           TIME: 10:00 AM           TIME IN COURT:  5 hours

CASE:      **Sampson v. National Board of Medical Examiners**
           **2:22-cv-05120-JMA-AYS**

APPEARANCES:      For Plaintiff:    Mary Vargas, Charles Weiner

                  For Defendants:  Caroline Mew, Adam Mandelsberg

FTR:

☒        Case called.
☒        Counsel present for all sides.
☒        Opening statements of plaintiff and defendant heard.
☒        Witnesses sworn, exhibits entered into evidence.
☒        Hearing continued to 10/12/2022 at 9:30 AM.
☐        Other:

FILED
CLERK

4:48 pm, Oct 11, 2022

U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE