# <u>CIVIL CAUSE FOR PRELIMINARY INJUNCTION HEARING</u>

BEFORE: JOAN M. AZRACK, U.S.D.J.
DATE: 10/12/2022              TIME: 9:30 AM              TIME IN COURT:  6.5 hours

CASE:          **Sampson v. National Board of Medical Examiners**
               **2:22-cv-05120-JMA-AYS**

APPEARANCES:      For Plaintiff:    Mary Vargas, Charles Weiner

                  For Defendants:  Caroline Mew, Adam Mandelsberg

FTR:

☒        Case called.
☒        Counsel present for all sides.
☒        Witnesses sworn, exhibits entered into evidence.
☒        Hearing continued to 10/13/2022 at 9:00 AM.
☐        Other: