# CIVIL CAUSE FOR PRELIMINARY INJUNCTION HEARING

BEFORE: JOAN M. AZRACK, U.S.D.J.
DATE: 10/13/2022     TIME: 9:00 AM     TIME IN COURT: 1.5 hours

CASE:  **Sampson v. National Board of Medical Examiners**
       **2:22-cv-05120-JMA-AYS**

FILED
CLERK
2:48 pm, Oct 13, 2022
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

APPEARANCES:   For Plaintiff:   Mary Vargas, Charles Weiner

               For Defendants:  Caroline Mew, Adam Mandelsberg

COURT REPORTER: Lisa Schmid

- ☒ Case called.
- ☒ Counsel present for all sides.
- ☒ Witness continued. Exhibits entered into evidence.
- ☒ Hearing concluded. Decision reserved.
- ☒ Other: Findings of fact and conclusions of law due by close of business on 10/31/2022.