**PerkinsCoie**

1155 Avenue of the Americas
22nd Floor
New York, NY 10036-2711

T +1.212.262.6900
F +1.212.977.1649
PerkinsCoie.com

October 18, 2022

Adam R. Mandelsberg
AMandelsberg@perkinscoie.com
D. +1.212.261.6867
F. +1.212.399.8067

<u>**VIA ECF**</u>

Honorable Anne Y. Shields
United States Magistrate Judge
U.S. District Court for the Eastern District of New York
100 Federal Plaza, P.O. Box 830
Central Islip, NY 11722

Re:   *Sampson v. National Board of Medical Examiners*
      **(Case No. 2:22-cv-05120-JMA-AYS)**

Dear Judge Shields:

We represent Defendant National Board of Medical Examiners ("NBME") in connection with the above-captioned matter.

Plaintiff Robert Sampson ("Plaintiff") commenced the present action on August 29, 2022, and effected service of the Complaint on August 31, 2022. Dkt. No. 7. On September 19, 2022, this Court granted NBME's request to adjourn the deadline to respond to the Complaint, through and including October 21, 2022, to afford NBME sufficient time to respond to Plaintiff's motion for preliminary injunction and prepare for a hearing on Plaintiff's motion. 9/19/2022 minute entry.

On October 11, 12, and 13, 2022, the Court held an in-person evidentiary hearing on Plaintiff's motion for a preliminary injunction. Dkt. Nos. 37-39. The Court further ordered that the parties submit proposed findings of fact and conclusions of law "by close of business on 10/31/2022." Dkt. No. 39. Given the impending briefing deadline and NBME counsel's previously scheduled travel during the first week of November, NBME respectfully requests a further extension of time, through and including November 11, 2022, to respond to the Complaint.

Plaintiff consents to the requested extension. This is the second request for adjournment and will not affect any other scheduled dates. We thank the Court for its consideration of this matter.

Respectfully submitted,

/s/ *Adam R. Mandelsberg*
Adam R. Mandelsberg