**PerkinsCoie**

1155 Avenue of the Americas
22nd Floor
New York, NY 10036-2711

T  +1.212.262.6900
F  +1.212.977.1649
PerkinsCoie.com

November 14, 2022

Caroline M. Mew
CMew@perkinscoie.com
D.  +1.202.654.1767
F.  +1.202.624.9551

<u>**VIA ECF**</u>

Honorable Joan M. Azrack
U.S. District Court for the Eastern District of New York
100 Federal Plaza, P.O. Box 830
Central Islip, NY 11722

Re:   *Sampson v. National Board of Medical Examiners*
       **(No. 2:22-cv-05120-JMA-AYS)**

Dear Judge Azrack:

We are writing on behalf of both parties with respect to the transcript of the hearing held in this matter on October 11-13, 2022.

As reflected in the attached errata sheets, the parties have identified a number of instances in which corrections are needed in the transcript. Pursuant to Fed. R. Civ. P. 60(a), the parties jointly request that the Court direct the court reporters to review and correct the transcription record in this matter based upon the information provided in the errata sheets.

Respectfully submitted,

/s/ *Caroline M. Mew*
Caroline M. Mew

cc:  All parties via ECF

Perkins Coie LLP