## Errata to Transcript of Sampson v. NBME Preliminary Injunction Hearing

(22-cv-5120 (JMA))

| Pg:Ln | Correction |
|---|---|
| 2:7 | Change "Sam" to "Adam" |
| 4:20 | Change "prevented" to "prevent" |
| 12:25 | Change "discussion of" to "discussing" |
| 13:12 | Change "relevant as evidence" to "relevant, as is evidence" |
| 13:14 | Change "and other" to "and on other" |
| 14:13 | Change "that" to "but" |
| 14:13 | Change "meets" to "defeats" |
| 14:14 | Change "effect" to "defect" |
| 20:24 | Change "primary" to "primarily" |
| 24:25 | Remove "to" |
| 27:16-17 | Change "were you teaching the written tests" to "did you mean written text" |
| 27:19 | Change "tests" to "text" |
| 28:14 | Change "may" to "many" |
| 29:6 | Change "sections" to "questions" |
| 38:23 | Change "meeting" to "needing" |
| 43:21 | Change "and then fall asleep" to "and then I would fall asleep" |
| 44:2 | Change "losing" to "lazy" |
| 44:18 | Change "got" to "not" |
| 45:15 | Change "when were" to "when you were" |
| 46:12 | Change "I. Had he's" to "he's had. He's" |
| 47:1 | Change "word" to "bored" |

| Pg:Ln | Correction |
|---|---|
| 47:11 | Change "apposition" to "acquisition" |
| 47:21 | Change "months" to "requirements" |
| 48:24 | Change "name" to "rhyme" |
| 51:18 | Change "I" to "that" |
| 52:10 | Change "your" to "you're" |
| 53:11 | Change "succinct" to "synced" |
| 53:12 | Change "succinct" to "synced" |
| 53:14 | Change "time" to "timed" |
| 54:13 | Change "Medical College" to "Medical College Admissions Test" |
| 56:10 | Change "people" to "mean" |
| 56:11 | Change "premed" to "took" |
| 56:12 | Change "den" to "don't know" |
| 59:2 | Change "impact" to "MCAT" |
| 60:4 | Change "ATT" to "ACT" |
| 60:8 | Change "impact" to "MCAT" |
| 61:1 | Change "lecture the" to "lecture in the" |
| 61:7 | Change "had" to "are" |
| 61:11 | Change "improved" to "impressed" |
| 62:2 | Change "wherein" to "where in" |
| 66:8 | Change "student" to "student's" |
| 66:17 | Change "HDI" to "HDMI" |
| 68:1 | Change "then" to "the" |
| 68:3 | Change "me is cemented" to "me cemented" |

| Pg:Ln | Correction |
|---|---|
| 68:6 | Change "need to add above service" to "need to have above a certain" |
| 68:10 | Change "aggressive" to "clinical" |
| 69:3 | Change "the needed extremely" to "they made it extremely" |
| 69:5 | Change "I struggling" to "I was struggling" |
| 70:5 | Change "I requested educational psychologist said if" to "I requested what the educational psychologist said in" |
| 71:9 | Change "she was have helpful" to "she was very helpful" |
| 72:22 | Change "NBME is" to "NBME" |
| 75:7 | Change "do" to "did" |
| 79:6 | Change "is on Linda" to "is Linda" |
| 83:19 | Change "AMCID" to "AAMC ID Number" |
| 103:22 | "Change attention" to "inattention" |
| 109:5 | Change "on my soul" to "at my school" |
| 111:13 | "got" to "not" |
| 115:18 | Change "rotating" to "notetaking" |
| 120:10 | Change "lowest" to "slowest" |
| 121:21 | Change "cant' resume taking" to "can't take" |
| 121:21 | Change "tiled it" to "failed it" |
| 122:12 | Change "would not" to "would not only" |
| 126:14 | Change "send" to "sent" |
| 129:12 | Strike "would" |
| 134:17 | Change "Mandlesberg" to "Mandelsberg" |
| 143:2 | Change "facility" to "faculty" |
| 151:10 | Change "receive" to "pursue" |

3

| Pg:Ln | Correction |
|---|---|
| 152:4-5 | Change "unless Stony Brook was prepared to grant the accommodations" to "because Stony Brook was prepared to dismiss you" |
| 157: 24 | Change "little" to "older" |
| 158:22 | Change "He" to "Who" |
| 172:7 | Change "on" to "in" |
| 174:6 | Change "yeah" to "yes" |
| 176:9 | Change "stiff" to "stuff" |
| 180:9 | Change "NLS 1" to "NOS" |
| 180:11 | Change "LDNL" to "NVLD" |
| 181:17 | Change "struggled to the grain" to "struggles in the grain" |
| 182:1 | Change "all" to "also" |
| 182:13 | Change "causes" to "cases" |
| 182:17 | Change "talliate" to "treat" |
| 188:4 | Change "central" to "mental" |
| 191:15 | Change "this" to "his" |
| 192:17 | Change "learning" to "learning specialist" |
| 193:25 | Change "cards" to "CAARS" |
| 212:15 | Change "RSCT" to "RCFT" |
| 215:1 | Delete "darn" |
| 226:5 | Change "would" to "wouldn't" |
| 228:5 | Change "facility" to "ability" |
| 228:6 | Change "facility" to "ability" |

| Pg:Ln | Correction |
|---|---|
| 233:1 | Change "to that the CAARS is a newer measure" to "to that. Q: The CAARS is a newer measure?"[1] |
| 239:13 | Change "pursue" to "provide" |
| 252:3 | Change "the" to "a" |
| 254:15 | Change "examining" to "examination" |
| 256:10 | Change "examine" to "exam" |
| 259:19 | Change "reputation" to "repudiation" |
| 263:5 | Change "on" to "only" |
| 270:20 | Change "anything" to "the USMLE" |
| 275:8 | Change "junction" to "injunction" |
| 277:10 | Change "the" to "to" |
| 279:13 | Change "psychologist" to "psychological" |
| 279:14 | Change "of" to "at" |
| 280:6 | Change "dollars" to "hours" |
| 280:19 | Change "Michael" to "Michels" |
| 281:15 | Change "your" to "you're" |
| 285:15 | Change "effecting" to "affecting" |
| 285:22 | Change "clarified" to "classified" |
| 286:22 | Change "the" to "these are" |
| 286:23 | Change "impair" to "impairment" |
| 288:5 | Change "impairments level" to "impairment-level" |
| 288:19 | Change "what" to "but" |
| 292:10 | Change "there" to "they're" |

---

[1] The parties request that the question be kept on line one (but in standard, not bold, font) to maintain the current line and pagination structure.

| Pg:Ln | Correction |
|---|---|
| 296:1 | Change "Michaels" to "Michel's" |
| 296:14 | Change "diagnose" to "diagnostic" |
| 297:3 | Change "Michaels" to "Michels" |
| 297:4 | Change "objections" to "observations" |
| 297:9 | Change "Michaels" to "Michels" |
| 297:10 | Change "Michaels" to "Michels" |
| 297:19 | Change "Michael's" to "Michels" |
| 298:1 | Change "Michaels" to "Michels" |
| 300:7 | Change "than" to "on" |
| 303:4 | Change "testing. It's" to "testing that's" |
| 304:1 | Change "later whether" to "later asked whether" |
| 305:23 | Change "particular" to "particularly" |
| 305:24 | Change "extra" to "exam" |
| 306:2 | Change "Does he" to "Do they" |
| 306:19 | Change "diagnoses" to "diagnosed" |
| 307:18 | Change "Mr. Where Sampson" to "where Mr. Sampson" |
| 309:14 | Change "in" to "and" |
| 311:19 | Change "CLVT2" to "CLVT-II" |
| 311:21 | Change "Tomm" to "TOMM" |
| 311:23 | Change "Tomm" to "TOMM" (both times) |
| 311:24 | Change "Tomm" to "TOMM" |
| 316:2 | Change "they" to "I" |
| 317:1 | Change "a head" to "ahead" |

| Pg:Ln | Correction |
|---|---|
| 320:7 | Change "Sort" to "Sorting" |
| 320:23 | Change "Sort" to "Sorting" |
| 321:23 | Change "Sort" to "Sorting" |
| 323:1 | Change "auditor" to "auditory" |
| 325:10 | Change "nondominant" to "dominant" |
| 327:7 | Change "or" to "are" |
| 328:10 | Change "variabilities" to "variability" |
| 335:10 | Change "did see" to "did not see" |
| 336:14 | Change "effective" to "affected" |
| 376:5-6 | Change "I'll swear" to "elsewhere" |
| 364:18 | Change "NBME's" to "NBOME's" |
| 382:14 | Change "an L-curve" to "a bell curve" |
| 407:24 | Change "either" to "neither" |
| 444:7 | Change "an act" to "inapt" |
| 445:8 | Change "perceptive" to "perception" |