IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT SAMPSON,<br><br>    Plaintiff,<br><br>    v.<br><br>NATIONAL BOARD OF MEDICAL EXAMINERS,<br><br>    Defendant. | Civil Action No. 2:22-cv-05120-JMA-AYS |

## NOTICE OF APPEAL

Notice is hereby given that defendant National Board of Medical Examiners appeals under 28 U.S.C. § 1292(a)(1) to the United States Court of Appeals for the Second Circuit from the docket Order and Memorandum and Order (Doc. No. 46) of this Court entered on December 2, 2022, granting plaintiff Robert Sampson's motion for a preliminary injunction (Doc. No. 16).

-2-

Dated:  December 30, 2022                    Respectfully submitted,

   */s/ Caroline M. Mew*
Caroline M. Mew (*pro hac vice*)
Perkins Coie LLP
700 13th St. NW, Suite 800
Washington, DC 20005
Telephone:  +1.202.654.1767
Facsimile:  +1.202.654.6211
CMew@perkinscoie.com

Adam R. Mandelsberg, Bar No. 065532013
Perkins Coie LLP
1155 Avenue of the Americas, 22nd Floor
New York, New York 10036-2711
Telephone: +1.212.261.6867
Facsimile: +1.212.399.8067
AMandelsberg@perkinscoie.com

Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on December 30, 2022, a copy of the foregoing Notice of Appeal was electronically filed through the Court's CM/ECF system, which will serve a copy of the document on the following counsel of record:

Charles Weiner
Law Office of Charles Weiner
99 Lantern Drive
Suite 202
Doylestown, PA 18901
(267) 685-6311
charles@charlesweinerlaw.com

Michael S. Stein
Mary Caroline Vargas
Stein & Vargas LLP
10 G Street NE
Suite 600
Washington, DC 20002
(202) 248-5092
Michael.stein@steinvargas.com
Mary.vargas@steinvargas.com

                                                */s/ Caroline M. Mew*
Caroline M. Mew (*pro hac vice*)
Perkins Coie LLP
700 13th St. NW, Suite 800
Washington, DC 20005
Telephone: +1.202.654.1767
Facsimile: +1.202.654.6211
CMew@perkinscoie.com