# STEIN & VARGAS LLP

Overcoming Barriers | Ensuring Communication | Creating Access

April 20, 2023

**VIA ECF**
The Honorable Joan M. Azrack
United States District Court for the Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

    Re:    *Sampson v. National Board of Medical Examiners*
                Case Number 22-CV-05120 (JMA) (AYS)

Dear Judge Azrack:

      As ordered, the undersigned hereby files the attached as proof of service in the United States Court of Appeals for the Second Circuit, Case No. 23-3, of this Court's Order (Dckt. 48).

                                        Sincerely,

                                        Mary C. Vargas
                                        Stein & Vargas, LLP

Cc:    All parties via CM/ECF