# STEIN & VARGAS LLP

Overcoming Barriers | Ensuring Communication | Creating Access

May 2, 2023

**VIA ECF**
The Honorable Joan M. Azrack
United States District Judge
Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, NY  11722

      Re:    *Sampson v. National Board of Medical Examiners*
              2:22-cv-05120

Dear Judge Azrack:

      Counsel for Robert Sampson respectfully request a status conference in light of the Order issued by the United States Court of Appeals for the Second Circuit on May 2, 2023. Defense counsel does not oppose Plaintiff's request for a status conference.

      Mr. Sampson is scheduled to take Step 1 of the United States Medical Licensing Exam the week of May 15, 2023, and requests that the scheduling conference be scheduled promptly to address the time-sensitive issues with respect to accommodations.

                                          Respectfully Submitted,
                                          s/*Mary C. Vargas*
                                          Mary C. Vargas
                                          Michael Stein
                                          STEIN & VARGAS, LLP
                                          10 G Street NE, Suite 600
                                          Washington, DC 20002
                                          Tel. (240)793-3185
                                          Fax (888)778-4620
                                          Mary.Vargas@steinvargas.com
                                          Michael.Stein@steinvargas.com

                                          Charles Weiner

LAW OFFICE OF CHARLES WEINER
Cambria Corporate Center
501 Cambria Avenue
Bensalem, PA 19020
Tel. (267) 685-6311
Fax (215) 604-1507
charles@charlesweinerlaw.com

Counsel for Plaintiff

Cc: Robert Burgoyne
Caroline Mew
Adam Mandelsberg
PERKINS COIE
rburgoyne@perkinscoie.com
cmew@perkinscoie.com
amandelsberg@perkinscoie.com
Counsel for National Board of Medical Examiners