# STEIN & VARGAS LLP

Overcoming Barriers | Ensuring Communication | Creating Access

May 3, 2023

**VIA ECF**
The Honorable Joan M. Azrack
United States District Judge
Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, NY  11722

     Re:    *Sampson v. National Board of Medical Examiners*
               2:22-cv-05120

Dear Judge Azrack:

    Counsel for Robert Sampson has reviewed the letter filed by the National Board of Medical Examiners late this afternoon in this matter and respectfully request that the Court proceed with the status conference/pre-motion conference as scheduled. In its letter, the NBME indicated it remains prepared to participate.

                                              Respectfully Submitted,
                                             s/*Mary C. Vargas*
                                             Mary C. Vargas
                                             Michael Stein
                                             STEIN & VARGAS, LLP
                                             10 G Street NE, Suite 600
                                             Washington, DC 20002
                                             Tel. (240)793-3185
                                             Fax (888)778-4620
                                             Mary.Vargas@steinvargas.com
                                             Michael.Stein@steinvargas.com

                                             Charles Weiner

                                              LAW OFFICE OF CHARLES WEINER
                                              Cambria Corporate Center
                                              501 Cambria Avenue
                                              Bensalem, PA 19020
                                              Tel. (267) 685-6311
                                              Fax (215) 604-1507
                                              charles@charlesweinerlaw.com

                                              Counsel for Plaintiff

Cc:    Robert Burgoyne
        Caroline Mew
        Adam Mandelsberg
        PERKINS COIE
        rburgoyne@perkinscoie.com
        cmew@perkinscoie.com
        amandelsberg@perkinscoie.com
        Counsel for National Board of Medical Examiners