# CIVIL CAUSE FOR STATUS CONFERENCE (Tel)

BEFORE: JOAN M. AZRACK, U.S.D.J.

DATE: 5/4/2023     TIME: 9:15 AM     TIME IN COURT: 10 min

CASE:   **Sampson v. National Board of Medical Examiners**
        **2:22-cv-05120-JMA-AYS**

**FILED**
**CLERK**
10:46 am, May 04, 2023
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

APPEARANCES:   For Plaintiff: Mary Vargas, Charles Weiner

               For Defendants: Adam Mandelsberg, Caroline Mew

FTR:

- ☒ Case called.
- ☒ Counsel present for all sides.
- ☐ Briefing schedule set.
    - Moving papers served by:
    - Response:
    - Reply:
        - Moving party is responsible for filing the fully briefed motion on ECF and providing courtesy copies to Chambers.
- ☐ Case to be referred to the Magistrate Judge for
- ☐ Jury selection and trial scheduled for
- ☐ A further telephone conference is scheduled for at   and will be conducted through the AT&T teleconference center. Parties shall dial 1-877-873-8017 and enter access code 4785432# at the prompt.
- ☒ Other: Rulings set forth on the record. Counsel to file a proposed briefing schedule for an attorney's fees motion.