# STEIN & VARGAS LLP

Overcoming Barriers | Ensuring Communication | Creating Access

May 10, 2023

**VIA ECF**
The Honorable Joan M. Azrack
United States District Judge
Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, NY  11722

     Re:    *Sampson v. National Board of Medical Examiners*
              2:22-cv-05120

Dear Judge Azrack:

The parties have conferred and are amenable to the following briefing schedule for Plaintiff's Petition for Reasonable Fees and Costs:

| | |
|---|---|
| Plaintiff's Petition for Reasonable Fees and Costs: | June 12, 2023 |
| Defendant's Response: | July 10, 2023 |
| Plaintiff's Reply: | August 7, 2023 |

                                                Respectfully Submitted,
                                                s/*Mary C. Vargas*
                                                Mary C. Vargas
                                                Michael Stein
                                                STEIN & VARGAS, LLP
                                                10 G Street NE, Suite 600
                                                Washington, DC 20002
                                                Tel. (240)793-3185
                                                Fax (888)778-4620
                                                Mary.Vargas@steinvargas.com
                                                Michael.Stein@steinvargas.com

                                                Charles Weiner

LAW OFFICE OF CHARLES WEINER
Cambria Corporate Center
501 Cambria Avenue
Bensalem, PA 19020
Tel. (267) 685-6311
Fax (215) 604-1507
charles@charlesweinerlaw.com

Counsel for Plaintiff

Cc:   Robert Burgoyne
      Caroline Mew
      Adam Mandelsberg
      PERKINS COIE
      rburgoyne@perkinscoie.com
      cmew@perkinscoie.com
      amandelsberg@perkinscoie.com
      Counsel for National Board of Medical Examiners