# Law Office of Charles Weiner

99 Lantern Drive
Suite 202
Doylestown, PA 18901

267-685-6311
215-340-7685 (fax)
www.CharlesWeinerLaw.com

June 8, 2023

**VIA ECF**

Honorable Joan M. Azrack
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

    Re:    Sampson v. National Board of Medical Examiners
                  No. 2:22-CV-05120

Dear Judge Azrack:

Counsel for Plaintiff, Robert Sampson respectfully requests a two-week extension of the deadline for serving Plaintiff's Petition for Reasonable Fees and Cost. We are making this request because lead co-counsel Mary Vargas's father passed away late last week. Defense counsel does not oppose Plaintiff's request. This requested will also extend the Defendant's Response and Plaintiff's reply by two weeks. The requested briefing schedule is as follows:

    Plaintiff's Petition for Reasonable Fees and Costs:  June 26, 2023
    Defendant's Response:  July 24, 2023
    Plaintiff's Reply:  August 21, 2023.


Respectfully Submitted,

   /s/
Charles Weiner
Law Office of Charles Weiner
99 Lantern Drive, Suite 202
Doylestown, PA 18901
Tel. (267) 685-6311

Mary C. Vargas
Michael Stein
STEIN & VARGAS, LLP
10 G Street NE, Suite 600
Washington, DC 20002
Tel. (240)793-3185
Fax (888)778-4620
Mary.Vargas@steinvargas.com
Michael.Stein@steinvargas.com

Counsel for Plaintiff

cc: Robert Burgoyne, Esq.
    Caroline Mew, Esq.
    Adam Mandelsberg, Esq.
    PERKINS COIE
    rburgoyne@perkinscoie.com
    cmew@perkinscoie.com
    amandelsberg@perkinscoie.com
    Counsel for National Board of Medical Examiners