# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK**

ROBERT SAMPSON,                                    :
                                                   :
          Plaintiff,                               :
                                                   :     CIVIL ACTION NO. 2:22-cv-05120 JMA
          v.                                       :
                                                   :
NATIONAL BOARD OF MEDICAL                          :
EXAMINERS,                                         :
                                                   :
          Defendant.                               :
                                                   :

## DECLARATION OF CHARLES WEINER

1.      I am over 18 years of age and have personal knowledge of the matters addressed in this Declaration.

2.      I am one of the  attorneys for the Plaintiff Robert Sampson in the above-captioned matter.

3.      I am an attorney licensed to practice law in the Commonwealth of Pennsylvania and State of New York. I am also admitted to practice before the United States Courts of Appeals for the Second, Third, and Sixth Circuits. I am a member of the United States District Courts for the Eastern District of Pennsylvania, the Middle District of Pennsylvania, the Southern District of New York, and the Eastern District of New York.

4.      Due to the national scope of the undersigned's practice and it's unique experience involving disability law in higher education, particularly representing students in medical licensing testing and other higher education testing, I have also been admitted *pro hac vice* in numerous courts around the country as reflected below in paragraph 12.

5.      I graduated from the University of Pittsburgh School of Law in 1988 and was admitted to practice in Pennsylvania in 1988 and in New York in 2016. Accordingly, I have been in the practice of law for nearly 35 years.

6.      Since January 2004, I have been an attorney in solo practice in Doylestown, Pennsylvania where my practice is primarily in the area of disability discrimination and special education law.

7.      Prior to starting my own practice, I served for several years as counsel in the law departments of Fleet Financial Services and Prudential Insurance Company of America, where I advised, among other things, on matter involving litigation, litigation management and litigation avoidance. In these roles, I managed outside counsel throughout the country in litigation involving compliance, consumer relations, employee relations, and employment discrimination.

8.      Between 1992 to 1996, I was a litigation associate with Cozen and O'Connor, which has one of the largest litigation departments in the country.  There, I litigated complex multi-district mass-tort or commercial cases.

9.      Between 1988 to 1992, I was a litigation associate with Bennett, Bricklin and Saltzburg.  There my practice was primarily involved with the defense of tort type litigation. I maintained an active litigation case load of over 100 files.  I tried numerous matters as lead or co-counsel, briefed and argued several matters at the appellate level and arbitrated hundreds of cases.

10.      Over the past 19 years in my current practice, I have represented several hundreds of individuals with disabilities seeking accommodations pursuant to the Americans with Disabilities Act, 42 U.S.C. §12189 (ADA) on post-secondary entrance examinations, professional licensing examinations and certification examinations.

11.     I have counseled individuals on the application process, appeals from denials of accommodations and have filed litigation against several testing entities who have denied individuals with disabilities seeking accommodations.

12.     Specifically, I have litigated cases against the National Board of Medical Examiners, the National Board of Osteopathic Medical Examiners and other post-secondary entrance examiners including the following:

    a.  *Lauren Harbaugh v. Nat'l Bd. of Osteopathic Med. Exam'rs, Inc.*, 23 cv-863 (E.D. Pa.).

    b.  *Sharmaine Lewis v. Nat'l Bd. of Osteopathic Med. Exam'rs, Inc.*, 21-cv-00181 (S.D. Ind.).

    c.  *Brendan J. Berger v. Nat'l Bd. of Med. Exam'rs*, 19-cv-00099, 2019 WL 4040576 (S.D. Ohio, August 27, 2019).

    d.  *Emily Behling v. Nat'l Bd. of Med. Exam'rs*, 19-cv-01732 (D. Conn.).

    e.  *Amy C. Custer v. Nat'l Bd. of Med. Exam'rs*, 18-cv-00109 (N.D. Ohio).

    f.  *Bernadette Bibber v. Nat'l Bd. Of Osteopathic Med. Exam'rs, Inc.,* 15-cv-4987, 2016 WL 1404157 (E.D. PA, April 11, 2016).

    g.  *Lauren S. Rosenblatt v. Nat'l Bd. of Med. Exam'rs*, 5:15-cv-00953 (W.D. Tex.).

    h.  *Kenneth P. Winnard v. Nat'l Bd. Of Med. Exam'rs,* 10-cv-2456 (M.D. FL).

    i.  *Aaron Hartman v. Nat'l Bd. of Med. Exam'rs*, 09-cv-5028, 2010 WL 1071423 (E.D. Pa., March 22, 2010); *vacated as moot*, 2010 WL 4461673 (E.D. Pa., Oct. 18, 2010).

    j.  *Lauren R. Keibel v. Ass'n of Am. Med. Colleges*, 14-cv-00465 (D. Conn.).

    k.  *Sean Bach v. Law Sch. Admission Council*, 13-cv-00888 (M.D.N.C.).

l.  *Benjamin C. Hecht v. Law Sch. Admission Council*, 13-cv-01530 (D.D.C.).

m.  *Michael Logan v. Law Sch. Admission Council*, 11-cv-1246 (D. Minn.).

n.  *Jacob Lieberman v. Law Sch. Admission Council*, 09-cv-5274 (S.D.N.Y.).

o.  *S.C., a minor, et. al. v. ACT, Inc.*, 20-cv-623 (N.D. Tex.).

p.  *R.R., a minor, et. al. v. ACT, Inc.* 12-cv-0314 (S.D.N.Y.).

13.     I have spoken extensively at the national, state and local level on the rights of individuals with disabilities and have been invited to speak at several national conferences by the Association for Higher Education and Disability (AHEAD), Coalition for Disability Access in Health Science Education, American Bar Association, American Speech-Language-Hearing Association (ASHA), and the National Stuttering Association.

14.     From 2014 – 2017, I was selected to serve as a commissioner for the American Bar Association's Commission on Disabilities.

15.     In Philadelphia and surrounding areas, where the undersigned is located as well as the National Board of Medical Examiners (NBME), Community Legal Services' (CLS) fee survey has been found to be probative of the reasonableness of hourly attorney rates. *See* CLS Attorney Fees Survey, effective January 19, 2023, https://clsphila.org/about-community-legal-services/attorney-fees/ (last visited June 16, 2023). The CLS Fee Survey has been endorsed by the United States Court of Appeals for the Third Circuit as a reasonable reflection of market rates for civil rights actions. *See Maldonado v. Houstoun,* 256 F.3d. 181,187-188 (3d Cir. 2001); *Sch. Dist. Of Phila. v. Kirsch*, 722 Fed. Appx. 215, 230 (3d Cir. 2018). Pursuant to the CLS fee schedule, the prevailing rate for an attorney with more than 25 years' experience is $735.00 to $850.00 per hour.

4

16.     At the Law Office of Charles Weiner, the current rate for individuals who have the financial means to pay is $450.00 per hour. This is a discounted rate that allows our services to be more affordable for individuals able to pay. However, even at this discounted rate, individuals are unable to pay the attorneys' fee and costs incurred in litigation necessary to access federally protected rights. We accordingly discount our rate and rely on the fee-shifting provisions of federal civil rights laws, such as the ADA, to be appropriately compensated for our services.

17.     My reasonable rate in this District is $450.00 per hour. This rate is significantly less than the rate set forth in the CLS survey for attorneys with comparable years of experience.

18.     The details of the professional services I performed in this matter are contain in the documents attached as Exhibit 1 to this Motion. I have exercised billing discretion in deleting time that was redundant or inefficient.

19.     I served as co-lead counsel at the court hearing. I prepared for and conducted examination of Plaintiff's expert witnesses and prepared for and conducted cross-examination of Defendant's expert witnesses. I further assisted with preparing Robert Sampson, Shelly Sampson and Dr. Andrew Lam for their testimony. I worked with co-counsel in developing witness lists, creating hearing binders, drafting and revising all briefings and motions and presented the oral argument at the Second Circuit Court of Appeals.

20.     The undersigned also relied upon my legal assistant to perform various tasks particularly for preparation of litigation material. In the exercise of billing discretion, these times performed by a legal assistant has been fully discounted in this matter.

21.     During the summer 2022, I was retained to represent Mr. Sampson in connection with his disputes against Stony Brook University and the NBME.

5

22.     In an effort to avoid litigation and amicably resolve Mr. Sampson's dispute with the NBME, I wrote to NBME's national litigation counsel, Robert Burgoyne, Esquire on July 18, 2022, requesting a response by August 1, 2022. A true and correct copy of this letter is attached as Exhibit 2

23.     By email dated July 22, 2022, Mr. Burgoyne responded indicating he was out of the country and not returning until the following week. Mr. Burgoyne further advised that he would contact NBME but that he did not anticipate being able to respond by August 1, 2022. A true and correct copy of this email chain is attached as Exhibit 3.

24.     By email dated August 4, 2022, after not receiving a response from NBME, I sent a follow up reminder email to Mr. Burgoyne, inquiring as to when we might expect a response from NBME. Exhibit 3.

25.     By email dated August 26, 2022, after not receiving any response from NBME, I sent an email to Mr. Burgoyne along with a courtesy copy of a complaint. I advised that we intended to file in this Court and requested NBME's prompt attention. A true and correct copy of this e-mail is attached as Exhibit 4.

26.     No response was received from NBME or its counsel.

27.     On August 29, 2022, Plaintiff's Complaint against NBME was filed with this court. See. *Robert Sampson v. National Board of Medical Examiners*, 2:22-cv-005120-JMA (Doc. 1).

28.     The Court scheduled a preliminary injunction hearing to commence on October 11, 2022 at the U.S. Courthouse, Central Islip, New York. Accordingly, I incurred the following lodging costs, travel expenses and tolls to travel from my residence in Bucks County, Pennsylvania to Central Islip and return trip.  I request mileage at the federal reimbursement rate.

       a.      October 10, 2022 - Mileage from home to Central Islip – 130 miles x $0.625 per mile = $81.25.

       b.      October 10, 2022 - NJ Turnpike Toll - $6.44. *See* E-ZPass print out attached as Exhibit 5.

       c.      October 10, 2022 – Goethals Bridge Toll - $16.00. (Exhibit 5)

       d.      October 10, 2022 – Verrazano Bridge Toll - $10.17. (Exhibit 5)

       e.      October10, 2022 – Round trip mileage from hotel to Long Island Airport – 16 miles x $0.625 per mile = $10.00.[1]

       f.      October 10, 2022 – October 13, 2022 – Residence Inn/Central Islip Room (Weiner) - $636.25. Invoice attached as Exhibit 6.

       g.      October 10, 2022 – October 13, 2022 – Residence Inn/Central Islip Room (Vargas) - $636.25. Exhibit 6

       h.      October 13, 2022 – Round trip mileage from hotel to Long Island Airport – 16 miles x $0.625 per mile = $10.00.

       i.      October 13, 2022 - Mileage from Central Islip to home – 130 miles x $0.625 per mile = $81.25.

       j.      October 13, 2022 – NJ Turnpike Toll - $6.44. (Exhibit 5)

       k.      October 13, 2022 – Verrazano Bridge Toll - $10.17. (Exhibit 5)

       l.      October 13, 2022 – Scudders Falls Bridge Toll - $1.25. (Exhibit 5)

---

[1] The undersigned picked up and returned co-counsel Vargas to Long Island MacArthur Airport to avoid the expense of taxi or Uber costs.

29.     The U.S. Court of Appeals for the Second Circuit ordered oral argument for April 18, 2023. I incurred the following lodging cost and travel expenses from my residence in Bucks County, Pennsylvania to New York, NY and return trip.

a.     April 17, 2023, Amtrak from Trenton, NJ to Penn Station, NY - $58.00. Amtrak's sales receipts are attached as Exhibit 7.

b.     April 17, 2023 – NYC Taxi from Penn Station to Hotel. - $36.00. Charge on American Express bill attached as Exhibit 8.

c.     April 17, 2023 – April 18, 2023 – Moxy Hotel - $291.53. Invoice attached as Exhibit 9.

d.     April 18, 2023, Amtrak from Penn Station, NY to Trenton, NJ. $69.00. Invoice attached as Exhibit 7.

e.     April 18, 2023, Trenton Park and Ride (train station parking) - $31.00. Charge on American Express bill attached as Exhibit 10.


I declare under penalty of perjury that the foregoing statements are true and correct.


Date: 06/22/2023                                         Respectfully submitted

                                                _____/s/  Charles Weiner_____
                                                Charles Weiner, Esquire
                                                LAW OFFICE OF CHARLES WEINER
                                                99 Lantern Drive, Suite 202
                                                Doylestown, PA 18901
                                                Tel: (267) 685-6311
                                                charles@charlesweinerlaw.com

                                                *Attorney of Plaintiff, Robert Sampson*

# EXHIBIT 1

# Law Office of Charles Weiner

Attorney at Law

99 Lantern Drive Suite 202

Doylestown, PA 18901

Phone: 267-685-6311   |   Fax: 215-340-7685

## Matter: Robert Sampson / NBME

**Attorney's Fees**

| Date | Description | | Hours | Amount |
|---|---|---|---|---|
| 6/23/2022 | Teleconference w/ Atty. Vargas re: analysis of litigation against NBME | C.W. | .70 | $315.00 |
| 6/29/2022 | Zoom with team re: litigation analysis and strategy. | C.W. | 1.50 | $675.00 |
| 7/11/2022 | Telephone conf. with Atty. Vargas re: NBME demand letter. | C.W. | .20 | $90.00 |
| 7/12/2022 | Draft and transmittal of pre-litigation demand letter to Atty. Burgoyne and transmittal to co-counsel. | C.W. | .60 | $270.00 |
| 7/14/2022 | Review, revise and finalize letter to Atty. Burgoyne for client approval and transmittal to client. | C.W. | .30 | $135.00 |
| 8/15/2022 | Telephone conference with Atty. Vargas re proceeding against NBME. | C.W. | .50 | $225.00 |
| 8/16/2022 | Review file documents and commence drafting Complaint. | C.W. | 2.50 | $1,125.00 |
| 8/17/2022 | Continue review of file documents and preparation of draft complaint. | C.W. | 5.60 | $2,520.00 |
| 8/17/2022 | Review and revise first draft of complaint and transmittal to co-counsel. | C.W. | 1.20 | $540.00 |
| 8/24/2022 | Telephone conference with Atty. Vargas re: revisions to complaint and preliminary injunction strategy. | C.W. | .50 | $225.00 |
| 8/24/2022 | Review and revise Complaint against NBME. | C.W. | .50 | $225.00 |
| 8/25/2022 | Review and revise draft letter to Judge Azrack re: Pre-motion conference. | C.W. | .20 | $90.00 |
| 8/25/2022 | Discuss strategy with Atty. Vargas. via e-mail exchange. | C.W. | .10 | $45.00 |
| 8/26/2022 | Review complaint and transmittal of e-mail to Atty. Burgoyne with courtesy copy of complaint. | C.W. | .20 | $90.00 |
| 9/9/2022 | Transmittal of e-mail to Atty. Lynch re: declarations for DeMotta and Heedles. | C.W. | .30 | $135.00 |
| 9/12/2022 | Telephone conference with Atty. Vargas re: hearing strategy. | C.W. | .50 | $225.00 |
| 9/12/2022 | Teleconf. with Atty. Vargas re: debrief on PI Conference. | C.W. | .50 | $225.00 |

| | | | | |
|---|---|---|---|---|
| 9/13/2022 | Review of file and commence preparation of Memo of Law for Preliminary Injunction. | C.W. | 3.50 | $1,575.00 |
| 9/13/2022 | Transmittal of e-mail to Atty. Lynch re: speaking with DeMotta about declaration. | C.W. | .10 | $45.00 |
| 9/13/2022 | Transmittal of e-mail to RDS re: opinion concerning SB Declarations. | C.W. | .20 | $90.00 |
| 9/13/2022 | Prepare outline of brief for preliminary injuction. | C.W. | .60 | $270.00 |
| 9/13/2022 | Transmittal of e-mail to team re: obtaining declarations from Stony Brooks DRP. | C.W. | .20 | $90.00 |
| 9/13/2022 | Research Heedles current status and transmittal of e-mail to Heedles. | C.W. | .20 | $90.00 |
| 9/13/2022 | Telephone conference with Atty. Vargas re: preparation of conference with court. | C.W. | .40 | $180.00 |
| 9/14/2022 | Transmittal of e-mail to Atty. Lynch re: DeMotta declaration and explanation. | C.W. | .20 | $90.00 |
| 9/14/2022 | Transmittal of email to  Dr. Wasserstein re: status of case and declaration request. | C.W. | .20 | $90.00 |
| 9/14/2022 | Review of response from Atty. Lynch re: request for interview and declaration form Ms. DeMotta and transmittal of e-mail to attorneys  Vargas and Stein re: status of DeMotta declaration. | C.W. | .20 | $90.00 |
| 9/14/2022 | Legal research re: Preliminary Injunction standards in 2d Circuit. | C.W. | .60 | $270.00 |
| 9/14/2022 | Legal research re: ADA regulations and Title Issues. | C.W. | .80 | $360.00 |
| 9/14/2022 | Continue drafting Preliminary Injunction Brief. | C.W. | 2.80 | $1,260.00 |
| 9/15/2022 | Review email from Atty. Burgoyne re: complaint and telephone conference with Atty. Vargas re: response. | C.W. | .10 | $45.00 |
| 9/15/2022 | Transmittal of e-mail to Atty. Burgoyne re: complaint. | C.W. | .10 | $45.00 |
| 9/15/2022 | Prepare Memorandum of Law supporting Preliminary Injunction and transmittal to co-counsel. | C.W. | 2.80 | $1,260.00 |
| 9/16/2022 | Review e-mail from Stony Brook's counsel and transmittal of e-mail with counsel re: witness declaration request. | C.W. | .10 | $45.00 |
| 9/16/2022 | Review and edit Wasserstein draft declaration. | C.W. | .40 | $180.00 |
| 9/16/2022 | Transmittal of e-mail to Atty. Lynch re: letters from DeMotta. | C.W. | .20 | $90.00 |
| 9/16/2022 | Telephone conference with Atty. Vargas re: response from NBME. | C.W. | .10 | $45.00 |
| 9/17/2022 | Review documents and prepare draft of Robert Sampson's declaration. | C.W. | 3.50 | $1,575.00 |
| 9/17/2022 | Review and respond to NBME's email re: status and resolution issues. | C.W. | .20 | $90.00 |
| 9/18/2022 | Review and revise Brief supporting Motion for Preliminary Injunction. | C.W. | 2.60 | $1,170.00 |
| 9/19/2022 | Telephone conference with Atty. Vargas re: contacting court about sealing and bundling. | C.W. | .10 | $45.00 |
| 9/19/2022 | Review and revise Brief supporting Motion for Preliminary Injunction and insert citations to exhibits and declarations. | C.W. | 3.10 | $1,395.00 |

| Date | Description | Atty | Hours | Amount |
|---|---|---|---|---|
| 9/19/2022 | Telephone conference with Dr. Wasserstein re: revision to Declaration. | C.W. | .30 | $135.00 |
| 9/19/2022 | Review and revise Wasserstein Declaration and transmittal of revised declaration to Dr. Wasserstein. | C.W. | .50 | $225.00 |
| 9/19/2022 | Telephone conference with Dr. Wasserstein regarding approval of declaration. | C.W. | .20 | $90.00 |
| 9/19/2022 | Review Wasserstein's CV. Review revise and finalize Wasserstein Declaration. Organize Exhibits to Declarations and transmittal to co-counsel. | C.W. | .40 | $180.00 |
| 9/19/2022 | Telephone conf. with Atty. Vargas re: status of motion documents handling of exhibits and declarations. | C.W. | .50 | $225.00 |
| 9/19/2022 | Review, revise and finalize Brief in support of Preliminary Injunction. | C.W. | 1.80 | $810.00 |
| 9/19/2022 | Review and approve Atty. Vargas's letter to the court and approve.1 | C.W. | .10 | $45.00 |
| 9/19/2022 | Transmittal of e-mail to Atty. Vargas re: settlement strategy. | C.W. | .10 | $45.00 |
| 9/19/2022 | Review and revised Proposed order. | C.W. | .10 | $45.00 |
| 9/19/2022 | Review and revise Motion for Preliminary Injunction. | C.W. | .20 | $90.00 |
| 9/19/2022 | Legal research re: Title III standards for liability in 2d Circuit. | C.W. | .60 | $270.00 |
| 9/19/2022 | Review and revise Sampson Declaration supporting Preliminary Injunction motion. | C.W. | .40 | $180.00 |
| 9/19/2022 | Select and organize exhibits for Motion for Preliminary Injunction. | C.W. | .50 | $225.00 |
| 9/20/2022 | Telephone conference with Atty. Burgoyne re: settlement issues. | C.W. | .20 | $90.00 |
| 9/20/2022 | Transmittal of summary e-mail to co-counsel re: discussion with Atty. Burgoyne and settlement issues. | C.W. | .40 | $180.00 |
| 9/20/2022 | Telephone conference with Atty. Vargas. | C.W. | .20 | $90.00 |
| 9/20/2022 | Telephone conference with Atty. Vargas and client re: settlement issues and strategy. | C.W. | 1.20 | $540.00 |
| 9/20/2022 | Transmittal of e-mail to Atty. Vargas re: settlement talking points with NBME's counsel. | C.W. | .20 | $90.00 |
| 9/21/2022 | Prepare courtesy copies of Motions and Exhibits in accordance with Court order. Draft and transmittal of letter to court with courtesy copies of motion. | C.W. | .30 | $135.00 |
| 9/21/2022 | Transmittal of e-mail to Atty. Burgoyne re: settlement demand. | C.W. | .20 | $90.00 |
| 9/21/2022 | Transmittal of e-mail to client re: summary of settlement position to communicate to opposing counsel. | C.W. | .20 | $90.00 |
| 9/21/2022 | Review e-mails for client and Atty. Vargas re: settlement position. | C.W. | .10 | $45.00 |
| 9/22/2022 | Review Vargas email re: AUSA and transmittal of e-mail re: strategy for response. | C.W. | .10 | $45.00 |
| 9/27/2022 | Transmittal of e-mails to Atty. Burgoyne re: | C.W. | .20 | $90.00 |

| | | | | |
|---|---|---|---|---|
| | identification of witnesses and exhibit and review responses. | | | |
| 9/27/2022 | Transmittal of e-mail to Dr. Wasserstein re: hearing and preparation. | C.W. | .20 | $90.00 |
| 9/27/2022 | Transmittal of e-mail to Atty. Lynch re: subpoena of Stony Brook personnel. | C.W. | .20 | $90.00 |
| 9/27/2022 | Transmittal of email to client re: SB witness for hearing. | C.W. | .10 | $45.00 |
| 9/27/2022 | Telephone conference with Atty. Vargas re: witnesses for hearing, trial strategy and division of trial presentation. | C.W. | .70 | $315.00 |
| 9/27/2022 | Transmittal of emails to Atty. Vargas re: Defense counsel's claims about preliminary injunction hearing. | C.W. | .20 | $90.00 |
| 9/28/2022 | Exchange of emails with Atty. Lynch re: interview and subpoena Ms. DeMotta. | C.W. | .10 | $45.00 |
| 9/28/2022 | Transmittal of e-mails to Atty. Vargas re: expert fees and agreement and SB disability services. | C.W. | .20 | $90.00 |
| 9/30/2022 | Strategy call with Atty. Vargas and Webex meeting with NBME Counsel re: hearing and declarations. | C.W. | .50 | $225.00 |
| 9/30/2022 | Preparation of subpoena and subpoena letter and request for production to Dr. Lovett, Dr. Murphy, Dr. Ortiz, Dr. Bernier and Dr. Flannagan and transmittal of same to each. | C.W. | 1.30 | $585.00 |
| 9/30/2022 | Review and recommend changes to Mew letter to court. | C.W. | .10 | $45.00 |
| 9/30/2022 | Review Defendants Opposition Brief to the Motion for Preliminary Injunction and expert declarations. | C.W. | 1.50 | $675.00 |
| 10/2/2022 | Review and revise Lam Declaration. | C.W. | .30 | $135.00 |
| 10/2/2022 | Review and revise Reply brief and transmittal to co-counsel. | C.W. | 1.00 | $450.00 |
| 10/2/2022 | Review e-mail from Atty. Mew re: objections to subpoena. | C.W. | .10 | $45.00 |
| 10/3/2022 | Review e-mail for Dr. Wasserstein regarding fees. Transmittal of e-mail to client regarding expert costs and expenses. | C.W. | .20 | $90.00 |
| 10/3/2022 | Review e-mails from Atty. Mew re: subpoena objections and reply to e-mail | C.W. | .20 | $90.00 |
| 10/3/2022 | Telephone conference with Atty. Vargas re: subpoena objections, witness and exhibit list and evidence to contest NBME's declarants' opinions. | C.W. | .30 | $135.00 |
| 10/3/2022 | Review and edit Declaration of Shelly Sampson. | C.W. | .50 | $225.00 |
| 10/3/2022 | Telephone conference with Dr. Aronson re: testimony at hearing. | C.W. | .30 | $135.00 |
| 10/3/2022 | Transmittal of e-mail to co-counsel re: Aronson conversation and recommendations regarding witness testimony. | C.W. | .20 | $90.00 |
| 10/3/2022 | Legal research re: weight of psychometric data and Bartlett decision. | C.W. | .50 | $225.00 |
| 10/3/2022 | Review evaluation reports for psychometric data supporting accommodations | C.W. | 1.50 | $675.00 |

| Date | Description | Initials | Hours | Amount |
|---|---|---|---|---|
| 10/3/2022 | Draft revisions to Reply brief regarding evaluation data. | C.W. | 1.50 | $675.00 |
| 10/4/2022 | Telephone conference with Atty. Vargas re: preparation for conference with Judge and discussion of Defendant's e-mail requests. | C.W. | .40 | $180.00 |
| 10/4/2022 | Conference call with the Court re: preliminary injunction hearing. | C.W. | .30 | $135.00 |
| 10/4/2022 | Review and revise Reply brief, reviewing the documentary record and inserting citations. | C.W. | 1.80 | $810.00 |
| 10/4/2022 | Review original school records and transmittal to Atty. Vargas. | C.W. | .50 | $225.00 |
| 10/4/2022 | Telephone conference with Atty. Vargas re: Reply to Def. PI Opposition. | C.W. | .30 | $135.00 |
| 10/4/2022 | Review Shelly Sampson Declaration. | C.W. | .20 | $90.00 |
| 10/4/2022 | Review and revisions to Dr. Lam's declaration. | C.W. | .30 | $135.00 |
| 10/4/2022 | Telephone conference with Atty. Vargas re: reply brief exhibits. | C.W. | .10 | $45.00 |
| 10/5/2022 | Review exchanges of e-mails and e-mail with Atty. Vargas re: witness and exhibit designation and request for counter designations. | C.W. | .20 | $90.00 |
| 10/5/2022 | Telephone conference with Atty. Vargas re: Exhibits and Dr. Wasserstein. | C.W. | .10 | $45.00 |
| 10/5/2022 | Review documents for hearing preparation and create draft of witness and exhibit list. | C.W. | 3.50 | $1,575.00 |
| 10/5/2022 | Review and select documents for Dr. Wasserstein to review for preparation of testimony. Prepare and transmittal of e-mail to Dr. Wasserstein identifying documents provided. | C.W. | 1.60 | $720.00 |
| 10/5/2022 | Telephone conference with Atty. Vargas re: trial strategy, preparation, witness selection and exhibits. | C.W. | .80 | $360.00 |
| 10/6/2022 | Telephone conference with Atty. Vargas re: witness preparation and assignment for hearing. | C.W. | .20 | $90.00 |
| 10/6/2022 | Review and organize Plaintiff's exhibits and delegate to legal assistant for creation of exhibit binders. | C.W. | .90 | $405.00 |
| 10/6/2022 | Transmittal of e-mails to Dr. Wasserstein re: hearing issues and testimony preparation. | C.W. | .40 | $180.00 |
| 10/6/2022 | Research and identify articles regarding re: extra time on MCAT and USMLE and review several articles. | C.W. | 2.40 | $1,080.00 |
| 10/6/2022 | Transmittal of e-mail to Dr. Meek re: published articles on USMLE and assistance with Defendants experts. | C.W. | .30 | $135.00 |
| 10/6/2022 | Transmittal of letter to Judge Azrack re: copy of exhibit binder and courtesy copies of motions. Transmittal of letter to Defense counsel re: exhibit binder. | C.W. | .20 | $90.00 |
| 10/6/2022 | Telephone conference with Atty. Vargas re: exhibits. | C.W. | .10 | $45.00 |
| 10/6/2022 | Review exhibit binder and exhibit list and implement changes. | C.W. | 1.30 | $585.00 |
| 10/7/2022 | Telephone conference with Dr. Wasserstein re: | C.W. | .80 | $360.00 |

| | | | | |
|---|---|---|---|---|
| | hearing logistics and testimony preparation. | | | |
| 10/7/2022 | Transmittal of email to Dr. Miller re: testimony at hearing. | C.W. | .20 | $90.00 |
| 10/7/2022 | Emails with Dr. Wasserstein re: testimony for hearing. | C.W. | .20 | $90.00 |
| 10/7/2022 | Select, organize and number hearing exhibits. Create electronic files and transmittal to Defendants counsel in accordance with court's order | C.W. | .60 | $270.00 |
| 10/7/2022 | Create electronic file for Defendant's exhibits and transmittal to co-counsel. | C.W. | .40 | $180.00 |
| 10/7/2022 | Transmittal of documents to be used as exhibits to Dr. Wasserstein. | C.W. | .30 | $135.00 |
| 10/7/2022 | Work with legal assistant creating exhibit binder. Review, revise and finalize exhibit binders for hearing. | C.W. | 1.70 | $765.00 |
| 10/7/2022 | Telephone conference with Atty. Vargas re: expert testimony | C.W. | .10 | $45.00 |
| 10/7/2022 | Telephone conference with Atty. Vargas re: expert testimony and settlement issues. | C.W. | .40 | $180.00 |
| 10/7/2022 | Hearing preparation and review of documents. | C.W. | 2.40 | $1,080.00 |
| 10/8/2022 | Review Dr. Bernier's Declaration and testimony from Bibber and Lewis. | C.W. | 1.20 | $540.00 |
| 10/8/2022 | Preparation of cross examination of Bernier. | C.W. | 2.00 | $900.00 |
| 10/8/2022 | Review and respond to e-mails from Atty. Vargas re: child evidence of disability, litigation strategy and plan. | C.W. | .20 | $90.00 |
| 10/8/2022 | Create Trial exhibit list for use during trial. | C.W. | .30 | $135.00 |
| 10/8/2022 | Create litigation strategy and issue check list. | C.W. | .50 | $225.00 |
| 10/8/2022 | Review exhibit binders and prepare for hearing. | C.W. | 2.20 | $990.00 |
| 10/8/2022 | Review Lovett Declaration and reports and preparation of cross examination. | C.W. | 1.30 | $585.00 |
| 10/9/2022 | Review exhibits and preparation of Wasserstein direct examination. | C.W. | 3.50 | $1,575.00 |
| 10/9/2022 | Review Defendant's Preliminary Injunction exhibits and supplemental exhibits and create and review binder of defendant's exhibits for hearing. | C.W. | 1.30 | $585.00 |
| 10/9/2022 | Review publications on extended time on high stakes testing. | C.W. | 1.30 | $585.00 |
| 10/9/2022 | Review Dr. Lam's letter and declaration and prepare mock cross examination for witness preparation. | C.W. | .40 | $180.00 |
| 10/9/2022 | Telephone conference with Atty. Vargas and Dr. Lam and prepare testimony for hearing. | C.W. | .60 | $270.00 |
| 10/9/2022 | Telephone conference with Atty. Vargas re: trial preparation. | C.W. | .40 | $180.00 |
| 10/9/2022 | Review of Lovett reports and preparation of cross-examination. | C.W. | .90 | $405.00 |
| 10/10/2022 | Travel from home to Central Islip Hotel. | C.W. | 3.50 | $787.50 |
| 10/10/2022 | Review selected exhibits. Review and revise Wasserstein direct examination. | C.W. | 2.00 | $900.00 |
| 10/10/2022 | Prepare Sampson for cross examination with Vargas. | C.W. | 1.00 | $450.00 |

| | | | | |
|---|---|---|---|---|
| 10/10/2022 | Review Lovett declaration, Murphy Declaration, Bernier Declaration, Flannagan Declaration, Ortiz Declaration, and McGeehan Declaration in connection with Wasserstein direct preparation. | C.W. | 1.70 | $765.00 |
| 10/10/2022 | Review Lovett's reports re: preparation for cross examination. | C.W. | 1.80 | $810.00 |
| 10/10/2022 | Telephone conference with Dr. Wasserstein, review exhibits and prepare for direct examination and assistance with cross examination. | C.W. | 2.70 | $1,215.00 |
| 10/11/2022 | Review research from re: stuttering and speech impairment and relationship to learning disabilities. | C.W. | .60 | $270.00 |
| 10/11/2022 | Hearing set up, technical checks in court room and participate in court hearing. | C.W. | 7.40 | $3,330.00 |
| 10/11/2022 | Telephone conference with Dr. Wasserstein and preparation for direct examination and cross examination with Atty. Vargas. | C.W. | 1.40 | $630.00 |
| 10/11/2022 | Review documents and prepare for Lovett cross examination. | C.W. | 1.50 | $675.00 |
| 10/11/2022 | Review McGuighan declaration and documents and prepare for direct/cross examination. | C.W. | 1.60 | $720.00 |
| 10/11/2022 | Review and comment on Vargas opening argument. | C.W. | .40 | $180.00 |
| 10/12/2022 | Review research and read articles on impact of extra time on high stakes exam in preparation for cross examination. | C.W. | 1.00 | $450.00 |
| 10/12/2022 | Prepare for Lovett cross examination. | C.W. | 1.00 | $450.00 |
| 10/12/2022 | Review of Murphy's declaration and review Murphy's reports re: preparation for cross examination. | C.W. | 1.30 | $585.00 |
| 10/12/2022 | Review Bernier Declaration and  Preparation of Bernier's cross examination. | C.W. | 1.00 | $450.00 |
| 10/12/2022 | Hearing preparation  and participation at hearing including examinations of Dr. Wasserstein, Dr. Lovett and Dr. Murphy. | C.W. | 8.30 | $3,735.00 |
| 10/12/2022 | Review Murphy declaration and reports and review notes from testimony of Dr. Murphy. Preparation for cross examination. | C.W. | 2.50 | $1,125.00 |
| 10/13/2022 | Preparation for Murphy cross examination. | C.W. | 1.60 | $720.00 |
| 10/13/2022 | Participation at hearing including examination of Dr. Murphy. | C.W. | 1.70 | $765.00 |
| 10/13/2022 | Travel from Court to home. | C.W. | 3.50 | $787.50 |
| 10/13/2022 | Review and comment on Vargas closing. | C.W. | .40 | $180.00 |
| 10/14/2022 | Draft outline for Findings of Fact, Conclusions of Law. | C.W. | 1.30 | $585.00 |
| 10/14/2022 | Transmittal of e-mails memorandum to Attys. Vargas and Stein with Findings of Fact, Conclusions of Law with references to witness testimony supporting case. | C.W. | .60 | $270.00 |
| 10/14/2022 | Review and respond to client re: Wasserstein time entry and billing. | C.W. | .10 | $45.00 |
| 10/17/2022 | Transmittal of e-mails w/Atty. Vargas re: hearing transcripts. | C.W. | .10 | $45.00 |

| | | | | |
|---|---|---|---|---|
| 10/18/2022 | Review and highlight Dr. Murphy's testimony from Preliminary Injunction hearing transcript. | C.W. | .80 | $360.00 |
| 10/18/2022 | Review and highlight Dr. Wasserstein's testimony in hearing transcript for preparation of Findings of Fact. | C.W. | 1.00 | $450.00 |
| 10/18/2022 | Review and highlight Dr. Lovett's testimony from hearing transcript in preparation for Findings of Fact. | C.W. | .80 | $360.00 |
| 10/18/2022 | Commence drafting section of findings of fact and insert citations. | C.W. | 2.00 | $900.00 |
| 10/19/2022 | Review hearing transcript and review Wasserstein's testimony and annotate for FOF/COL. | C.W. | 2.00 | $900.00 |
| 10/19/2022 | Review transcript of Lovett testimony and annotate for FOF/COL. | C.W. | 1.50 | $675.00 |
| 10/20/2022 | Review transcript and annotate testimony of Dr. Murphy re: FOF / COL. | C.W. | 1.50 | $675.00 |
| 10/26/2022 | Review Berger FOF/COL re: preparation of FOF/COL | C.W. | .40 | $180.00 |
| 10/26/2022 | Commence preparation of evaluation and expert witness portion of FOF / COL | C.W. | 2.50 | $1,125.00 |
| 10/26/2022 | Review and annotate Declarations of Dr. Flannegan, Dr. Ortiz, Dr. Bernier and Dr. McGeehan re: preparation of FOF/COL. | C.W. | .60 | $270.00 |
| 10/28/2022 | Draft Evaluation portion and expert portion of FOF/COL. | C.W. | 2.50 | $1,125.00 |
| 10/29/2022 | Continue drafting FOF/COL. Review and revise Vargas FOF/COL. Transmittal to revisions and draft to Co -counsel with e-mail memorandum re: additional arguments. | C.W. | 2.80 | $1,260.00 |
| 10/30/2022 | Incorporate and revise portions or arguments from co-counsel. Review exhibits and check citations. | C.W. | 2.20 | $990.00 |
| 10/30/2022 | Incorporate and revise portions or arguments from co-counsel. Review exhibits and check citations. | C.W. | 2.20 | $990.00 |
| 10/30/2022 | Legal research and check citation. Review and revise FOF/COL. | C.W. | 1.20 | $540.00 |
| 10/31/2022 | Review and revise FOF/COL and check citations. | C.W. | .60 | $270.00 |
| 10/31/2022 | Review and near finalize FOF/COL and transmittal to co-counsel. | C.W. | .50 | $225.00 |
| 10/31/2022 | Review Defendant's FOF/COL. | C.W. | .50 | $225.00 |
| 10/31/2022 | Create courtesy copy of FOF/COL and transmittal of letter to court. | C.W. | .10 | $45.00 |
| 11/1/2022 | Create master file of Plaintiff's Exhibits and review file. Transmittal Plaintiff's exhibits to court in compliance with order. | C.W. | .30 | $135.00 |
| 11/10/2022 | Add change from hearing transcript to Errata sheet. | C.W. | .40 | $180.00 |
| 11/10/2022 | Review portions of transcript and identify errors for errata. | C.W. | 2.20 | $990.00 |
| 11/11/2022 | Review errata notes and incorporate errata with co-counsel's errata sheet. Transmittal to co-counsel. | C.W. | .30 | $135.00 |
| 12/2/2022 | Review court's order and opinion on the Preliminary Injunction. | C.W. | .50 | $225.00 |

| Date | Description | Initials | Hours | Amount |
|---|---|---|---|---|
| 12/2/2022 | Telephone conference with client and Atty. Vargas re: Court's decision on preliminary injunction and next steps. | C.W. | .50 | $225.00 |
| 1/11/2023 | Review Motion to Expedite. | C.W. | .40 | $180.00 |
| 1/17/2023 | Research ERAS and NRMP web sites for requirements concerning USMLE administration. | C.W. | .60 | $270.00 |
| 1/18/2023 | Review declaration and testimony regarding accommodations creates an unfair advantage issue. Draft email to co-counsel regarding issue for Response to NBME's Motion to Expedite. | C.W. | .50 | $225.00 |
| 1/18/2023 | Review e-mail chain regarding Wake Forest clinic amicus. Draft and transmittal of e-mail to co-counsel re: additional amicus consideration. | C.W. | .30 | $135.00 |
| 1/24/2023 | Telephone conference with Atty. Vargas re: appeals issues and proposed appendix. | C.W. | .50 | $225.00 |
| 1/24/2023 | Review Plaintiff's counsel's email re: proposed appendix | C.W. | .20 | $90.00 |
| 1/24/2023 | Review exhibits filed with Motion for Preliminary Injunction, Reply to NBME's Response, exhibits admitted at the hearing and the District Court Order and develop additional list for the Appellate Appendix and transmittal to Defense Counsel. | C.W. | .70 | $315.00 |
| 1/31/2023 | Review draft of Atty. Lynch's letter to court. Review appellate rules of procedure on indicative ruling. Transmittal of e-mail to co-counsel re: NBME's use of letter filed with court. | C.W. | .30 | $135.00 |
| 2/16/2023 | Review and analysis of NBME's opening appeal brief. | C.W. | 1.50 | $675.00 |
| 2/16/2023 | Review revise and comments to Draft Appellee brief, including review of record, District Court opinion. | C.W. | 4.70 | $2,115.00 |
| 2/16/2023 | Teleconf. with Atty. Vargas re: appellate briefing and strategy. | C.W. | .20 | $90.00 |
| 2/17/2023 | Review e-mail from Atty. Stein re: Appellee brief strategy. Review hearing exhibits and respond to questions about accommodation issues. | C.W. | .40 | $180.00 |
| 2/17/2023 | Zoom conference with Atty. Stein re: Appellee brief arguments and strategy. | C.W. | .80 | $360.00 |
| 2/18/2023 | Review and revise Appellee brief and transmittal to co-counsel | C.W. | 2.00 | $900.00 |
| 2/19/2023 | Review transcripts and exhibits and insert citations from appendix into Brief for Appellee. | C.W. | 3.00 | $1,350.00 |
| 2/20/2023 | Review exhibits and transcript and insert citations into Brief for Appellee. | C.W. | 2.50 | $1,125.00 |
| 2/20/2023 | Review and revise Appellee brief. | C.W. | 2.60 | $1,170.00 |
| 2/20/2023 | Zoom call with Atty. Stein re: Appellee brief arguments. | C.W. | 1.00 | $450.00 |
| 2/21/2023 | Zoom call with Atty. Stein regarding Appellee brief revisions. | C.W. | .40 | $180.00 |
| 2/21/2023 | Review and revise Appellee including citation to the record. | C.W. | 4.00 | $1,800.00 |

| | | | | |
|---|---|---|---|---|
| 3/1/2023 | Participate in 2d Circuit Mediation. | C.W. | 1.40 | $630.00 |
| 3/1/2023 | Exchange of e-mails with Atty. Vargas re: mediation and resolution issues. | C.W. | .20 | $90.00 |
| 3/1/2023 | Transmittal of e-mails with Dr. Petersen re: Coalition DAHSE amici brief and assist with statement of interest. | C.W. | .30 | $135.00 |
| 3/1/2023 | Transmittal of e-mails with Ms. Cipoletti re: LDA's amici sign on. | C.W. | .30 | $135.00 |
| 3/1/2023 | Transmittal of e-mail with E.Laird re: AHEAD and amici brief. | C.W. | .20 | $90.00 |
| 3/14/2023 | Review NBME's Reply Appellate brief. | C.W. | .60 | $270.00 |
| 3/30/2023 | Telephone conference with Atty. Vargas re: Appellate argument strategy. | C.W. | .20 | $90.00 |
| 3/30/2023 | Telephone conference with client and Atty. Vargas re: appellate argument and strategy. | C.W. | .70 | $315.00 |
| 3/30/2023 | Conference with Atty. Vargas re: appellate argument preparation. | C.W. | .30 | $135.00 |
| 4/11/2023 | Read and review case law in preparation for appeals court oral argument. | C.W. | 2.50 | $1,125.00 |
| 4/11/2023 | Zoom conference with Atty. Stein re: preparation and moot court for oral argument. | C.W. | .20 | $90.00 |
| 4/14/2023 | Present Moot Court to Attys. Stein and Vargas and receive feedback on proposed argument. | C.W. | 1.00 | $450.00 |
| 4/17/2023 | Travel from home to New York for court of appeal argument. | C.W. | 2.50 | $562.50 |
| 4/17/2023 | Telephone conference with Robert Samson re: hearing, protocol and argument issues. | C.W. | .40 | $180.00 |
| 4/17/2023 | Review case law case law and familiarize with case law, review potential questions from judges and potential responses. Preparation for oral argument. | C.W. | 5.50 | $2,475.00 |
| 4/18/2023 | Attend and present oral argument before Second Circuit Court of Appeals. | C.W. | 3.30 | $1,485.00 |
| 4/18/2023 | Debrief with client re: court of appeals argument. | C.W. | .60 | $270.00 |
| 4/18/2023 | Telephone conference with client and Atty. Vargas re: Court of Appeals argument and discuss strategies to address concerns. | C.W. | 1.00 | $450.00 |
| 4/18/2023 | Preparation for oral argument before court of appeals. | C.W. | 2.00 | $900.00 |
| 4/18/2023 | Travel from NY to home for court of appeals argument. | C.W. | 2.50 | $562.50 |
| 4/20/2023 | Research re: civil rule 12.1 and appellate rule 62.1 re: indicative ruling. Research case law re: indicative ruling. | C.W. | 1.30 | $585.00 |
| 4/20/2023 | Review Court order clarifying status of Stony Brook case. | C.W. | .10 | $45.00 |
| 4/20/2023 | Telephone conference with Atty. Vargas re: District Court Order. | C.W. | .10 | $45.00 |
| 4/21/2023 | Review letter filed with the court  by Atty. Burgoyne. | C.W. | .10 | $45.00 |
| 5/1/2023 | Review Summary Opinion of 2d. Cir. | C.W. | .30 | $135.00 |
| 5/1/2023 | Zoom and phone call with co-counsel re: addressing | C.W. | .50 | $225.00 |

| Date | Description | | | |
|------|-------------|---|---|---|
| | 2d Circuit Order and Consent Decree with SB. | | | |
| 5/3/2023 | Review Complaints and PI Motions re: irreparable harm arguments. Review and respond to Atty. Vargas e-mail re: strategy and legal analysis re: irreparable harm. | C.W. | .40 | $180.00 |
| 5/3/2023 | Review time and billing entries and develop settlement demand re: NBME | C.W. | .30 | $135.00 |
| 5/3/2023 | Develop and transmittal of talking points for conference call with NBME counsel to co-counsel. | C.W. | .20 | $90.00 |
| 5/3/2023 | Telephone conference with Atty. Vargas re: strategy for conference call with opposing counsel. | C.W. | .20 | $90.00 |
| 5/3/2023 | Zoom call with opposing counsel re: resolution. | C.W. | .30 | $135.00 |
| 5/3/2023 | Telephone call with Atty. Vargas re: debrief on call with opposing counsel and strategy. | C.W. | .30 | $135.00 |
| 5/3/2023 | Review documentation and create spreadsheet of costs and fees and transmittal to co-counsel. | C.W. | .30 | $135.00 |
| 5/3/2023 | Review NBME's letter filed with court conceding accommodations. | C.W. | .10 | $45.00 |
| 5/3/2023 | Telephone conference with Atty. Vargas re: preparation for Zoom call with opposing counsel. | C.W. | .50 | $225.00 |
| 5/4/2023 | Attendance at Court scheduled conference call. | C.W. | .20 | $90.00 |
| 5/4/2023 | Review research memo re: permanent injunction and prevailing party issues. | C.W. | .30 | $135.00 |
| 5/4/2023 | Review Atty. Vargas' talking points for conference with Judge. | C.W. | .20 | $90.00 |
| 5/4/2023 | Review appellate argument transcript and draft additional talking points for co-counsel for conference with Judge. | C.W. | .30 | $135.00 |
| 5/4/2023 | Telephone conference with Atty. Vargas re: debrief after conference with Judge. | C.W. | .50 | $225.00 |
| 5/5/2023 | Transmittal of email to Attys Vargas and Stein re: strategy for fee petition. | C.W. | .10 | $45.00 |
| 5/5/2023 | Telephone conference with Atty. Vargas re: fee petitions and declarations. | C.W. | .50 | $225.00 |
| 5/5/2023 | Draft and transmittal of letter to opposing counsel re: proposed fee petition timetable. | C.W. | .20 | $90.00 |
| 5/16/2023 | Review Spreadsheet of costs. Transmittal of email to co-counsel regarding costs. | C.W. | .20 | $90.00 |
| 5/17/2023 | Review, revise and comment on first draft of fee petition argument. | C.W. | .50 | $225.00 |
| 5/17/2023 | Review and draft comments to fee petition and transmittal to Atty. Stein. | C.W. | .70 | $315.00 |
| 5/24/2023 | Transmittal of e-mail to Atty. Seaborn re: fee petition declaration. | C.W. | .10 | $45.00 |
| 5/30/2023 | Draft Declaration supporting Counsel fees. | C.W. | 1.50 | $675.00 |
| 5/30/2023 | Review cost invoices, create itemizations of costs, transmittal costs itemization and receipts to co-counsel. | C.W. | .50 | $225.00 |
| 5/30/2023 | Review and revise declaration to include cost expenditures. | C.W. | .40 | $180.00 |
| 5/31/2023 | Transmittal of e-mail to co-counsel re: telephone | C.W. | .20 | $90.00 |

| | | | | |
|---|---|---|---|---|
| | call with Rebecca Rodgers and declaration issues. | | | |
| 6/1/2023 | Draft revisions to declaration re: fees and costs and transmittal to local counsel. | C.W. | .30 | $135.00 |
| 6/14/2023 | Review time and billing records re: settlement and fee petition. | C.W. | .60 | $270.00 |
| | Draft e-mail memorandum to co-counsel re: analysis. | | | |
| 6/14/2023 | Transmittal to Atty. Goodell re: declaration for fee petition. | C.W. | .20 | $90.00 |
| 6/14/2023 | Transmittal of e-mail to Atty. Goodell re: attorneys experience and rates. | C.W. | .20 | $90.00 |
| 6/14/2023 | Review file and court dockets and draft email memo to co-counsel listing potential exhibits and declarations for fee petition and list of declarations to complete. | C.W. | 1.20 | $540.00 |
| 6/15/2023 | Review and comments to Atty. Stein Declaration. | C.W. | .20 | $90.00 |
| 6/16/2023 | Transmittal of email to Dr. Wasserstein re: status and cost issues. | C.W. | .10 | $45.00 |
| 6/23/2023 | Review and provide comments and revisions to Brief supporting fee petition. | C.W. | .90 | $405.00 |
| 6/23/2023 | Review, revise and finalize Declaration supporting fee petition. | C.W. | .50 | $225.00 |
| SUBTOTAL: | | | 246.80 | $108,360.00 |
| | | | TOTAL | $108,360.00 |

# EXHIBIT 2



# Law Office of Charles Weiner

99 Lantern Drive
Suite 202
Doylestown, PA 18901

267-685-6311
215-340-7685 (fax)
www.CharlesWeinerLaw.com

July 18, 2022

**VIA E-MAIL/rburgoyne@perkinscoie.com & cmew@perkinscoie.com**

Robert Burgoyne, Esquire
Caroline Mew, Esquire
Perkins Coie
700 13th Street, N.W.
Suite 800
Washington, D.C. 20005

      Re:    Robert D. Sampson v. NBME

Dear Bob:

This office along with the attorneys of Stein & Vargas, LLP represent Robert D. Sampson, concerning the administration of the USMLE Step 1 exam. We intend to file litigation against NBME for its discriminatory denial of Mr. Sampson's requests for accommodations, which included 100% extended time and additional break time. We are contacting you as a courtesy, and with the hope that you can impress upon NBME to reverse its denial of accommodations and provide the requested accommodations before we file suit.

Mr. Sampson is an individual with a disability pursuant to the Americans with Disabilities Act 28 U.S.C. § 12101 et seq. (ADA) and Section 504 of the Rehabilitation Act of 1973, 29 U.S.C. § 794 (Section 504). Mr. Sampson meets the DSM-5 diagnosis criteria for Specific Learning Disorder with impairment in reading (reading comprehension and reading fluency) and impairment in written expression. Mr. Sampson also meets the criteria for Attention Deficit Hyperactivity Disorder, combined presentation. Comprehensive neuropsychological testing conducted at the Mount Sinai Medical College ("Mount Sinai") resulted in a determination that Mr. Sampson requires extended time on testing and extended breaks. The results of this most recent testing at Mount Sinai were consistent with prior neuropsychological testing in all respects except new testing found that Mr. Sampson required double time rather than the time and half that was previously recommended. Mr. Sampson's medical school considered the Mount Sinai evaluation and, pursuant to the ADA and Section 504, approved double extended time for all testing.

Mr. Robert Burgoyne, Esquire
Re: Sampson v. NBME
July 18, 2022
Page 2 of 2

Despite submitting substantial documentation supporting the need for accommodations, including reports of interventions during his developmental period, NBME rejected Mr. Sampson's request for accommodations multiple times and most recently on June 1, 2022.

Kindly advise whether the NBME wishes to resolve this matter in accordance with the foregoing request. In exchange, we shall forebear from filing suit. If NBME is unwilling to resolve this matter, we shall commence our preparation and filing of a Complaint and Motion for Preliminary Injunction. We request a response from you by August 1, 2022. We are available if you wish to discuss this matter.

Thank you for your consideration.

Very truly yours,

    /s/
Charles Weiner

cc:    Mary C. Vargas, Esq. (via email)
       Michael S. Stein, Esq. (via email)

# EXHIBIT 3

**Subject:**     Re: Robert D. Sampson / NBME
**Date:**        Thursday, August 4, 2022 at 4:46:43 PM Eastern Daylight Time
**From:**        Chuck Weiner
**To:**          Burgoyne, Robert (WDC), Mew, Caroline (WDC)
**CC:**          Mary Vargas, Michael Stein
**Attachments:** image001.png, image002.png

Hi Bob:

Hope you're enjoying the time off. Just following up on this matter to see when we might expect a response from NBME.

Best,
Chuck



Charles Weiner, Esq.
99 Lantern Drive
Suite 202
Doylestown, PA 18901
267-685-6311
215-340-7685 (FAX)
charles@charlesweinerlaw.com

This e-mail is from the Law Office of Charles Weiner, and may contain information that is confidential or privileged. If you are not the intended recipient, do not read, copy or distribute the e-mail or any attachments.  Instead, please notify the sender and delete the e-mail and any attachments. Thank you.

---

**From:** "Burgoyne, Robert (WDC)" <RBurgoyne@perkinscoie.com>
**Date:** Friday, July 22, 2022 at 9:25 AM
**To:** Chuck Weiner <charles@charleswinerlaw.com>, "Mew, Caroline (WDC)" <CMew@perkinscoie.com>
**Cc:** Mary Vargas <mary.vargas@steinvargas.com>, Michael Stein <michael.stein@steinvargas.com>
**Subject:** RE: Robert D. Sampson / NBME

Hello Charlie,

My apologies for the delayed response.  I am out of the country until next week and have not been reading or responding to emails as regularly as I ordinarily would.

I will contact NBME as soon as I can when I get back, but I don't anticipate being able to get you a response by the requested August 1 date.  Just wanted to give you a heads up so that you know where this stands.

Best,

Bob

---

# EXHIBIT 4

**Subject:**  Sampson v. NBME

**Date:**  Friday, August 26, 2022 at 11:02:59 AM Eastern Daylight Time

**From:**  Chuck Weiner

**To:**  Burgoyne, Robert (WDC)

**CC:**  Mary Vargas, Michael Stein

**Attachments:**  2022-08-26 Complaint NBME.pdf, image001.png

Bob:

We appreciate you keeping us updated on the status of NBME's review; however, it has taken a considerable amount of time, much to the detriment of Mr. Sampson's education and career endeavors. Accordingly, enclosed is a courtesy copy of the complaint we intend to file in the U.S. District Court, E.D.N.Y.

Should NBME decide to approve Mr. Sampson for accommodations, kindly let us know.

Thank you for your prompt attention to this matter.



Charles Weiner, Esq.
99 Lantern Drive
Suite 202
Doylestown, PA 18901
267-685-6311
215-340-7685 (FAX)
charles@charlesweinerlaw.com

This e-mail is from the Law Office of Charles Weiner, and may contain information that is confidential or privileged. If you are not the intended recipient, do not read, copy or distribute the e-mail or any attachments.  Instead, please notify the sender and delete the e-mail and any attachments. Thank you.

# EXHIBIT 5

Pennsylvania Turnpike Commission
E-ZPass Customer Service Center
300 East Park Drive
Harrisburg, PA 17111
1.877.PENNPASS (1.877.736.6727)
www.paturnpike.com

**Account Statement**

| | |
|---|---|
| **Account Number:** | ▮ |
| **Statement Date:** | 05/30/2023 |
| *Statement Period* | |
| **From:** | 10/01/2022 |
| **To:** | 10/31/2022 |
| **Account Type:** | POV |
| **Payment Method:** | Prepaid |

**DO NOT PAY- THIS IS NOT A BILL**

CHARLES WEINER

### Activity Summary

| Transponder/ License Plate | Toll Charges | Transponder/ License Plate | Toll Charges |
|---|---|---|---|

### Account Activity

| Posted | Transaction | Transponder / License Plate | Entry Date | Entry Plaza | Exit Date | Exit Plaza | CL | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| Beginning Prepaid Balance | | | | | | | | | $100.21 |
| 10/11/2022 | AWAY AGENCY TOLL | | 10/10/2022 06:27:27 | New Jersey Turnpike - 7A | 10/10/2022 07:02:15 | New Jersey Turnpike - 13 | | ($6.44) | |
| 10/11/2022 | AWAY AGENCY TOLL | | | Port Authority NY/NJ - *** | 10/10/2022 07:04:32 | Port Authority NY/NJ - GB | | ($16.00) | |
| 10/14/2022 | AWAY AGENCY VTOLL | | | - | 10/10/2022 07:11:39 | Verrazano Narrows Br - | | ($10.17) | |
| 10/14/2022 | AWAY AGENCY TOLL | | 10/13/2022 12:56:32 | New Jersey Turnpike - 13 | 10/13/2022 13:34:16 | New Jersey Turnpike - 7A | | ($6.44) | |
| 10/15/2022 | AWAY AGENCY TOLL | | | DRJT Bridge Comm - *** | 10/13/2022 13:54:12 | DRJT Bridge Comm - SF | | ($1.25) | |
| 10/15/2022 | AWAY AGENCY VTOLL | | | - | 10/13/2022 12:45:05 | Verrazano Narrows Br - | | ($10.17) | |
| Ending Prepaid Balance | | | | | | | | | |

# EXHIBIT 6



**Residence Inn® Long Island Islip Courthouse**
7 Court House Drive, Central Islip, NY 11722 **P** 631.231.0025
**Marriott.com/ISPCL**

| | |
|---|---|
| Charles Weiner | Room: 317 |
| 501 Cambria Ave | Room Type: STDO |
| Bensalem PA 19020-7213 | Number of Guests: 1 |
| Business | Rate: $187.15          Clerk: CJN |

Arrive: 10Oct22      Time: 08:14AM      Depart: 13Oct22      Time: 08:20AM      Folio Number: 65115

| DATE | DESCRIPTION | CHARGES | CREDITS |
|---|---|---|---|
| 10Oct22 | Market Beverage | 3.45 | |
| 10Oct22 | Sales Tax | 0.30 | |
| 10Oct22 | Market Beverage | 5.52 | |
| 10Oct22 | Sales Tax | 0.48 | |
| 10Oct22 | Room Charge | 187.15 | |
| 10Oct22 | State Occupancy Tax | 16.14 | |
| 10Oct22 | City Tax | 5.61 | |
| 11Oct22 | Market Beverage | 2.76 | |
| 11Oct22 | Sales Tax | 0.24 | |
| 11Oct22 | Market Beverage | 2.76 | |
| 11Oct22 | Sales Tax | 0.24 | |
| 11Oct22 | Market Packaged Food | 4.60 | |
| 11Oct22 | Sales Tax | 0.40 | |
| 11Oct22 | Room Charge | 195.70 | |
| 11Oct22 | State Occupancy Tax | 16.88 | |
| 11Oct22 | City Tax | 5.87 | |
| 12Oct22 | Market Beverage | 3.68 | |
| 12Oct22 | Sales Tax | 0.32 | |
| 12Oct22 | Market Beverage | 3.68 | |
| 12Oct22 | Sales Tax | 0.32 | |
| 12Oct22 | Market Beverage | 4.60 | |
| 12Oct22 | Sales Tax | 0.40 | |
| 12Oct22 | Market Beverage | 4.60 | |
| 12Oct22 | Sales Tax | 0.40 | |
| 12Oct22 | Market Beverage | 4.60 | |
| 12Oct22 | Sales Tax | 0.40 | |
| 12Oct22 | Market Frozen Food | 3.68 | |
| 12Oct22 | Sales Tax | 0.32 | |
| 12Oct22 | Room Charge | 187.15 | |
| 12Oct22 | State Occupancy Tax | 16.14 | |
| 12Oct22 | City Tax | 5.61 | |
| 13Oct22 | American Express | | 684.00 |

*Card #: AXXXXXXXXXXXXX2000/XXXX*
*Card Type: AMEX Card Entry: MANUAL Approval Code: 174153*

**BALANCE:**      **0.00**

Operated under license from Marriott International, Inc. or one of its affiliates.



**Residence Inn® Long Island Islip Courthouse**
7 Court House Drive, Central Islip, NY 11722 **P** 631.231.0025
**Marriott.com/ISPCL**

| | |
|---|---|
| Charles Weiner | Room: 317 |
| 501 Cambria Ave | Room Type: STDO |
| Bensalem PA 19020-7213 | Number of Guests: 1 |
| Business | Rate: $187.15    Clerk: CJN |

Arrive: 10Oct22   Time: 08:14AM   Depart: 13Oct22   Time: 08:20AM   Folio Number: 65115

| DATE | DESCRIPTION | CHARGES | CREDITS |
|------|-------------|---------|---------|

**Marriott Bonvoy Account # XXXXX6059.**  Your Marriott Bonvoy points/miles earned on your eligible earnings will be credited to your account. Check your Marriott Bonvoy account statement or your online statement for updated activity.

See our "Privacy & Cookie Statement" on Marriott.com.

Operated under license from Marriott International, Inc. or one of its affiliates.



**Residence Inn® Long Island Islip Courthouse**
7 Court House Drive, Central Islip, NY 11722 **P** 631.231.0025
**Marriott.com/ISPCL**

| | |
|---|---|
| Charles Weiner | Room: 314 |
| 501 Cambria Ave | Room Type: STDO |
| Bensalem PA 19020-7213 | Number of Guests: 1 |
| Business | Rate: $187.15    Clerk: CJN |

Arrive: 10Oct22    Time: 08:15AM    Depart: 13Oct22    Time: 08:20AM    Folio Number: 65114

| DATE | DESCRIPTION | CHARGES | CREDITS |
|---|---|---|---|
| 10Oct22 | Room Charge | 187.15 | |
| 10Oct22 | State Occupancy Tax | 16.14 | |
| 10Oct22 | City Tax | 5.61 | |
| 11Oct22 | Room Charge | 195.70 | |
| 11Oct22 | State Occupancy Tax | 16.88 | |
| 11Oct22 | City Tax | 5.87 | |
| 12Oct22 | Room Charge | 187.15 | |
| 12Oct22 | State Occupancy Tax | 16.14 | |
| 12Oct22 | City Tax | 5.61 | |
| 13Oct22 | American Express | | 636.25 |

*Card #: AXXXXXXXXXXXXX2000/XXXX*
*Card Type: AMEX Card Entry: MANUAL Approval Code: 168130*

**BALANCE:**    **0.00**

**Marriott Bonvoy Account # XXXXX6059.**  Your Marriott Bonvoy points/miles earned on your eligible earnings will be credited to your account. Check your Marriott Bonvoy account statement or your online statement for updated activity.

See our "Privacy & Cookie Statement" on Marriott.com.

Operated under license from Marriott International, Inc. or one of its affiliates.

To plan your next stay, visit ResidenceInn.com.

# EXHIBIT 7



**Charles Weiner <cweinlaw@gmail.com>**

---

## Amtrak: eTicket and Receipt for Your 04/17/2023 Trip - CHARLES WEINER
1 message

---

**etickets@amtrak.com** <etickets@amtrak.com>                    Mon, Apr 17, 2023 at 8:13 AM
To: CWEINLAW@gmail.com

SALES RECEIPT



Purchased: 04/17/2023 5:13 AM PTThank you for your purchase.

1. Retain this receipt for your records.
2. Show the QR code on the attached eTicket to the conductor or use the Amtrak app.

Merchant ID 006541 Massachusetts Ave NWWashington, DC 20001800-USA-RAILAmtrak.com

Reservation Number - 521433Trenton, NJ to New York, NY - Moynihan Train Hall at Penn Sta. (One-Way)APRIL 17, 2023
Billing Information
CHARLES WEINER99 LANTERN DRIVESUITE 202DOYLESTOWN, PA 18901
American Express ending in 2000 (Purchase)Authorization Code 172136
Total $58.00
Purchase Summary - Ticket Number 1070654006826
TRAIN 646: Trenton, NJ to New York, NY - Moynihan Train Hall at Penn Sta. (One-Way)Depart 11:23 AM, Monday, April 17, 2023
1 COACH SEAT
$58.00
Ticket Terms & Conditions CANCELLATION FEE MAY APPLY.
Subtotal
$58.00
Total Charged by Amtrak
$58.00
Passengers
Charles Weiner
Important Information

---

- Tickets are non-transferable.
- Changes to your itinerary may affect your fare.  Refund and exchange restrictions and penalties for failure to cancel unwanted travel may apply.  If your travel plans change, contact us before departure to change your reservation.  If you do not board your train, your entire reservation from that point will be canceled.  If you board a different train without notifying us, you will have to pay for it separately; the conductor cannot apply the money paid for your prior reservation.  For more information please visit Amtrak.com/changes.
- Summary of Terms and Conditions:  Ticket valid for carriage or refund (subject to the refund rules of the fare purchased) for twelve months after day of issue unless otherwise specified.  Amtrak tickets may only be sold or issued by Amtrak or an authorized travel agent/tour operator.  Tickets sold or issued by an unauthorized third party will be voided by Amtrak.  This ticket is a contract of carriage which includes specific terms and conditions and a binding arbitration agreement between Amtrak and the ticket holder.  The terms and conditions and arbitration agreement are available at Amtrak.com/terms-and-conditions.html.  Tickets sold for non-Amtrak service are subject to the tariffs of the providing carrier.
- Questions?  Contact us online at Amtrak.com/contact or call 1-800-USA-RAIL (1-800-872-7245) or for text telephone (TTY) 1-800-523-6590.

---

 **Weiner Charles 202304170813390706.pdf**
17K

Case 2:22-cv-05120-JMA-AYS Document 60-3 Filed 09/18/23 Page 38 of 44 PageID #: 1273

 **Charles Weiner <cweinlaw@gmail.com>**

---

## Amtrak: eTicket and Receipt for Your 04/18/2023 Trip - CHARLES WEINER
1 message

---

**etickets@amtrak.com** <etickets@amtrak.com>                               Tue, Apr 18, 2023 at 4:10 PM
To: CWEINLAW@gmail.com

SALES RECEIPT



Purchased: 04/18/2023 1:10 PM PTThank you for your purchase.

1. Retain this receipt for your records.
2. Show the QR code on the attached eTicket to the conductor or use the Amtrak app.

Merchant ID 006471 Massachusetts Ave NWWashington, DC 20001800-USA-RAILAmtrak.com

Reservation Number - 538C25New York, NY - Moynihan Train Hall at Penn Sta. to Trenton, NJ (One-Way)APRIL 18, 2023
Billing Information
CHARLES WEINER99 LANTERN DRIVESUITE 202DOYLESTOWN, PA 18901
American Express ending in 2000 (Purchase)Authorization Code 127263
Total $69.00
Purchase Summary - Ticket Number 1080647059923
TRAIN 653: New York, NY - Moynihan Train Hall at Penn Sta. to Trenton, NJ (One-Way)Depart 5:10 PM, Tuesday, April 18, 2023
1 COACH SEAT
$69.00
Ticket Terms & Conditions CANCELLATION FEE MAY APPLY.
Subtotal
$69.00
Total Charged by Amtrak
$69.00
Passengers
Charles Weiner
Important Information

---

- Tickets are non-transferable.
- Changes to your itinerary may affect your fare.  Refund and exchange restrictions and penalties for failure to cancel unwanted travel may apply.  If your travel plans change, contact us before departure to change your reservation.  If you do not board your train, your entire reservation from that point will be canceled.  If you board a different train without notifying us, you will have to pay for it separately; the conductor cannot apply the money paid for your prior reservation.  For more information please visit Amtrak.com/changes.
- Summary of Terms and Conditions:  Ticket valid for carriage or refund (subject to the refund rules of the fare purchased) for twelve months after day of issue unless otherwise specified.  Amtrak tickets may only be sold or issued by Amtrak or an authorized travel agent/tour operator.  Tickets sold or issued by an unauthorized third party will be voided by Amtrak.  This ticket is a contract of carriage which includes specific terms and conditions and a binding arbitration agreement between Amtrak and the ticket holder.  The terms and conditions and arbitration agreement are available at Amtrak.com/terms-and-conditions.html.  Tickets sold for non-Amtrak service are subject to the tariffs of the providing carrier.
- Questions?  Contact us online at Amtrak.com/contact or call 1-800-USA-RAIL (1-800-872-7245) or for text telephone (TTY) 1-800-523-6590.

---

 **Weiner Charles 202304181610430906.pdf**
17K

# EXHIBIT 8



Business Gold Rewards Card

CARD MEMBER
CHARLES WEINER

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| Apr 17 | **CREATIVE MOBILE TECHNOLOGIES** 42-32 21ST STREET<br><br>LONG ISLAND CITY NY 11101 (877) 268-2947 https://www.cmtgroup.com/ | **NYC TAXI 1246 460010LONG ISLAND C NY**<br>Will appear on your May 9, 2023 statement as NYC TAXI 1246 460010LONG ISLAND C NY<br><br>CARD<br>CHARLES WEINER<br><br>MEMBERSHIP REWARDS POINTS<br>1X on Other purchases          36<br><br>ADDITIONAL INFORMATION<br>004702394 718-9374444 | $36.10 |

# EXHIBIT 9



MOXY Hotels
NYC Downtown

26 Ann St
New York, NY 10038
t(212) 257 8886

Charles Weiner

Room: 2010

99 Lantern Drive

Room Type: DCTY

Suite 202

Number of Guests: 1

Doylestown PA 18901

Rate: $251.00      Clerk: BHI

Arrive: 17Apr23     Time: 12:48PM     Depart: 18Apr23     Time: 02:28PM     Folio Number: 95873

| Date | Description | Charges | Credits |
|------|-------------|---------|---------|
| 17Apr23 | Restaurant Room Charge | 38.66 | |
| 17Apr23 | Destination Food Credit | | 25.00 |
| 17Apr23 | Room Charge | 251.00 | |
| 17Apr23 | State Occupancy Tax | 22.28 | |
| 17Apr23 | City Tax | 14.75 | |
| 17Apr23 | Occupancy Sales Tax | 2.00 | |
| 17Apr23 | Convention and Tourism Tax | 1.50 | |
| 17Apr23 | Destination Fee | 25.00 | |
| 17Apr23 | State Occupancy Tax | 2.22 | |
| 17Apr23 | City Tax | 1.47 | |
| 18Apr23 | American Express | | 333.88 |
| | *Card #: AXXXXXXXXXXXXX2000/XXXX* | | |
| | *Card Type: AMEX Card Entry: CHIP Approval Code: 886655  App* | | |
| | *Label: AMERICAN EXPRESS AID: A000000025010801* | | |
| 18Apr23 | Restaurant Room Charge | 25.78 | |
| 18Apr23 | American Express | | 25.78 |
| | *Card #: AXXXXXXXXXXXXX2000/XXXX* | | |
| | *Card Type: AMEX Card Entry: MANUAL Approval Code: 113447* | | |

**Balance:      0.00**

**Marriott Bonvoy Account # XXXXX6059.**  Your Marriott Bonvoy points/miles earned on your eligible earnings will be credited to your account. Check your Marriott Bonvoy account statement or your online statement for updated activity.

See our "Privacy & Cookie Statement" on Marriott.com.

Operated under license from Marriott International, Inc. or one of its affiliates.

# EXHIBIT 10

 

Business Gold Rewards Card

CARD MEMBER
CHARLES WEINER

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| Apr 18 | **TRENTON TRANSIT PARK R**<br>458 GREENWOOD AVE<br><br>TRENTON<br>NJ<br>08609<br>(866) 220-2299<br>https://www.nexusproperties.com | **TRENTON TRANSIT PARKTRENTON NJ**<br>Will appear on your May 9, 2023 statement as TRENTON TRANSIT PARKTRENTON NJ | $31.00 |

CARD
CHARLES WEINER

MEMBERSHIP REWARDS POINTS
1X on Other purchases                    31

ADDITIONAL INFORMATION
00042926 866-220-2299