# EXHIBIT D

```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF NEW YORK



----------------------------X
                            :
ROBERT SAMPSON,             :
                            :    22-CV-5120 (JMA)(AYS)
            Plaintiff,      :
                            :    May 4, 2023
                            :
            V.              :    Central Islip, NY
                            :
NATIONAL BOARD OF MEDICAL   :
EXAMINERS,                  :
            Defendant.      :
----------------------------X


        TRANSCRIPT OF CIVIL CAUSE FOR STATUS CONFERENCE
           BEFORE THE HONORABLE JOAN M. AZRACK
                UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Plaintiff:          MARY VARGAS, ESQ.
                            Stein & Vargas LLP
                            10 G Street NE, Suite 600
                            Washington, DC 20002


For the Defendant:          CAROLINE MEW, ESQ.
                            Perkins Coie LLP
                            700 13th Street, NW, Suite 800
                            Washington, DC 20005-3960




Court Transcriber:          ARIA SERVICES, INC.
                            c/o Elizabeth Barron
                            274 Hovey Road
                            Milo, ME 04463
                            Aria@leinen.net



Proceedings recorded by electronic sound recording,
transcript produced by transcription service
```

1          THE CLERK:  Case 22-CV-5120, Sampson v.

2    National Board of Medical Examiners.  Counsel, state

3    your appearances please and then Judge Azrack will call

4    in.

5          MS. VARGAS:  Good morning.  This is Mary

6    Vargas for the plaintiff as well as my co-counsel,

7    Charles Weiner, and my client, Mr. Robert Sampson.

8          THE CLERK:  Thank you.

9          MS. MEW:   Caroline Mew and Adam Mandelsberg

10   for the National Board of Medical Examiners.

11         THE CLERK:  Great, thanks so much.  Judge

12   Azrack will call in, in a moment.

13         THE COURT:  Good morning, it's Judge Azrack.

14         MS. VARGAS:  Good morning, your Honor.

15         MS. MEW:  Good morning, your Honor.

16         THE COURT:  Okay.  Ms. Vargas, you requested

17   a conference?

18         MS. VARGAS:  Yes.  With the Court's

19   permission, I asked to be heard on behalf of Mr.

20   Sampson.

21         THE COURT:  Sure, go ahead.

22         MS. VARGAS:  This morning, Robert Sampson

23   stands in the wake of the NBME's destruction.  Seven

24   times Mr. Sampson applied for accommodations from the

25   NBME.  With each new registration, the NBME required

```
 1    him to pay exorbitant fees in order to have his
 2    accommodation request even considered and then denied.
 3    Each year Mr. Sampson missed the residency match took
 4    away and continues to take away not only a year of his
 5    earnings but diminishes his ability to obtain a
 6    residency at all.  He's a medical student who's had to
 7    pay out of pocket what he was able and continues to
 8    face almost half a million dollars in legal fees and
 9    costs because of the NBME's actions, money spent just
10    to access his legal rights.
11              Two weeks ago, the NBME took yet another
12    precious day away from Mr. Sampson's studying and
13    argued in the U.S. Court of Appeals that Mr. Sampson is
14    not entitled to accommodations.  Last night, the NBME
15    claims to have reversed course, in a transparent effort
16    to evade an order of this Court.  And just as he always
17    was, Mr. Sampson is at their mercy.  At any point, they
18    can retract the accommodations letter issued last
19    night, changing course on a dime.
20              The NBME has gone into Mr. Sampson's world
21    and broken everything around him, in violation of --
22              THE COURT:  I need to stop you there.  I
23    can't imagine that the Board would do that but why
24    don't we just -- why don't you just stipulate to it?
25    Who is on the -- Mr. Mandelsberg is on the phone.  I
```

1  mean, are you really concerned about that?

2        MS. VARGAS:  Yes, we are, your Honor.  The

3  NBME's letter issued last night itself on page two

4  specifies that Mr. Sampson must reapply for

5  accommodations each time he takes a step of the USMLE.

6  So we do request and Mr. Sampson does need an order of

7  protection, and Rule 65 permits a preliminary

8  injunction motion to be transformed into a permanent

9  injunction, and that is what he seeks.

10        MS. MEW:  Your Honor, this is Carline Mew

11  for the National Board of Medical Examiners.  To

12  clarify the statement in the letter about requesting

13  accommodations, it's simply for him to confirm that he

14  wants the accommodations on a later test.  NBME has

15  unequivocally committed in that letter to providing him

16  accommodations not only on his upcoming tests but to

17  subsequent administrations of step 2CK and step three

18  of the USMLE, and I repeat that unequivocal commitment

19  right now.  The accommodations will be provided.

20        THE COURT:  Yeah, I understand that.

21        Okay, so why don't we just let Mr. Sampson

22  study for step one and move on?  I mean, I don't have

23  any reason to believe that the Board is not going to

24  stand by what Ms. Mew just said, so what's the relief

25  you're seeking today, Ms. Vargas?

1          MS. VARGAS:  Today, we seek an order to give

2     Mr. Sampson certainty that the position of the NBME

3     will not change, that he will not be denied

4     accommodations when he seeks them.

5          THE COURT:  Ms. Mew just committed on the

6     record that that's the case.  She committed on the

7     record that that's the case, so there's no reason to do

8     anything other than for Mr. Sampson to put his head

9     down and keep studying and take the step one and move

10    on from there.  If you want to put something in writing

11    about why you think you need more, be my guest.  But I

12    don't think you need more and I think the Board has

13    stepped up and put on the record in a recorded

14    conference to a federal judge what they believe -- what

15    they see their obligations are, and I don't see any

16    reason to doubt them.  So if you want to put something

17    in writing, you can, but I don't think you need to.

18         MS. VARGAS:  Thank you, your Honor.

19         THE COURT:  Okay, all right, thank you.

20    Thanks, everybody.  Please wish Mr. Sampson good luck.

21         Thank you very much, Ms. Mew.  Thank you.

22         MS. MEW:  Thank you.

23         MS. VARGAS:  Your Honor, this is Mary

24    Vargas, if I could ask one more question.

25         THE COURT:  Sure.

1          MS. VARGAS:  Will the Court be setting a

2    scheduling order to proceed with the remaining relief

3    sought in this litigation?

4          THE COURT:  What is the remaining relief

5    sought?

6          MS. VARGAS:  Mr. Sampson has a claim for

7    damages.  He's suffered incredible damages, financial

8    losses, as the result of the denial of accommodations

9    by the NBME.  So he seeks declaratory relief as well as

10   the damages incurred, and of course attorneys' fees and

11   costs.

12          THE COURT:  Well, it seems to me you're

13   getting all the relief that you asked for.  You know,

14   I'll have to have briefing on whether there are damages

15   that you're entitled to, so why don't you confer and

16   come up with a briefing schedule?

17          MS. VARGAS:  Thank you, your Honor.

18          THE COURT:  Anything else?

19          MS. VARGAS:  Not at this time.

20          MS. MEW:  No, your Honor, thank you.

21          THE COURT:  Thank you.

22                    *  *  *  *  *  *

23

24

25

```
1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18        I certify that the foregoing is a correct

19   transcript from the electronic sound recording of the

20   proceedings in the above-entitled matter.

21

22

23

24

25   ELIZABETH BARRON                    June 8, 2023
```