# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| ROBERT SAMPSON, | : | |
| | : | |
| | : | CIVIL ACTION NO. 2:22-cv-05120-JMA |
| v. | : | |
| | : | |
| NATIONAL BOARD OF MEDICAL EXAMINERS, | : | |
| | : | |
| | : | |

**DECLARATION OF MICHAEL STEVEN STEIN**

I, Michael Steven Stein, make the following declaration upon personal knowledge:

1. I am one of the attorneys representing Robert Sampson.

2. In this case, I was the lead author of the reply brief in support of the fee petition.

3. I have exercised billing judgment in deleting time that was redundant or inefficient while working on the reply brief.

4. Please see Exhibit 1 to this Affidavit for a true and accurate record of my time in the case after the exercise of billing discretion.

5. Stein & Vargas, LLP has also relied on paralegal assistance in the preparation of the reply brief. In the exercise of billing discretion, Stein & Vargas, LLP has fully discounted paralegal time in this matter.

6. I declare under the penalties of perjury that the foregoing is true and correct.

Dated: September 17, 2023

_____
Michael Stein
Stein & Vargas, LLP
10 G Street NE, Suite 600
Washington, DC 20002
Tel: (202) 510-9553
Fax: (888) 778-4620
michael.stein@steinvargas.com

1

# EXHIBIT 1

**Sampson v. National Board of Medical Examiners**

| Date | Time | Description |
|---|---|---|
| 7/31/2023 | 0.2 | Initial review of NBME's brief opposing fee petition, begin outlining response |
| 8/6/2023 | 0.3 | NBME fee petition reply -- draft introduction |
| 8/6/2023 | 0.2 | NBME fee petition reply -- draft argument re: expert costs |
| 8/15/2023 | 3.1 | NBME fee petition reply -- revise introduction (0.2), draft section on prevailing party (1.3), draft section on appellate fees (1.0), revise section on expert fees (0.5), draft conclusion (0.1). |
| 8/16/2023 | 0.8 | NBME fee petition reply -- revise section on prevailing party (0.8) |
| 9/11/2023 | 0.5 | NBME fee petition reply -- global revision edits |
| 9/13/2023 | 1.7 | NBME fee petition reply -- global revision edits |
| 9/14/2023 | 1.5 | NBME fee petition reply -- global revision edits |
| 9/15/2023 | 1.4 | NBME fee petition reply -- subcite brief, streamline argument |
| 9/16/2023 | 0.5 | NBME fee petition reply -- proofread brief, streamline argument |
| 9/17/2023 | 0.2 | NBME fee petition reply -- final proofread |

| | | |
|---|---|---|
| **Total** | **10.4** | |
| **@ $425/hour** | **$4,420.00** | |