# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| ROBERT SAMPSON, | : | |
| | : | |
| | : | CIVIL ACTION NO. 2:22-cv-05120-JMA |
| v. | : | |
| | : | |
| NATIONAL BOARD OF MEDICAL EXAMINERS. | : | |
| | : | |
| | : | |

### DECLARATION OF MARY CAROLINE VARGAS

I, Mary Caroline Vargas, make the following declaration upon personal knowledge:

1. I am one of the attorneys representing Robert Sampson.

2. A true and correct copy of my billing records related to my work directly on the Reply Brief to Plaintiff's Motion for Reasonable Fees and Costs is attached as Exhibit 1.

3. I exercised billing judgment and excised from the attached time records all time worked on this matter during the Summer of 2023 other than time spent directly working on the Reply Brief. For example, I excluded all time spent counseling my client, communicating with defense counsel, and communicating with co-counsel.

4. I declare under penalties of perjury the foregoing is true and correct.

Dated: September 18, 2023

_____
Mary C. Vargas
Stein & Vargas, LLP
10 G Street NE, Suite 600
Washington, DC 20002
Tel: (240) 793-3185
Fax: (888) 778-4620
Mary.Vargas@steinvargas.com

1

# EXHIBIT 1

**Vargas, Mary**

| Date | Hours | Matter | Description |
|---|---|---|---|
| 7/25/23 | 0.4 | NBME | Review NBME Response to fee petition |
| 9/12/23 | 0.5 | NBME | Review and revise draft reply brief to fee petition |
| 9/14/23 | 0.3 | NBME | Review and revise new draft of reply to fee petition |
| 9/15/23 | 0.5 | NBME | Review and revise draft reply brief to fee petition |
| 9/16/23 | 0.3 | NBME | Review and comment on reply brief |
| 9/17/23 | 0.2 | NBME | Final review and comment resolution on reply brief |
| **Total** | **2.2** | | |