**MANDATE**

<div style="text-align:center">

UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

</div>

_____

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 20th day of August, two thousand twenty-four,

_____

| | |
|---|---|
| Robert Sampson, | **ORDER** |
|     Plaintiff - Appellant, | Docket No. 24-610 |
|   v. | |
| National Board of Medical Examiners, | |
|     Defendant - Appellee. | |

_____

    The parties in the above-referenced case have filed a stipulation withdrawing this appeal pursuant to FRAP 42.

    The stipulation is hereby "So Ordered".

<div style="margin-left:50%">

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

</div>

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 08/20/2024